```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0185--CV (JKS)
              "MANUMITTED CO INC V TESORO ALASKA CO"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
     Referral Rule:
            Filed: 08/04/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (4) Incorporated or Principal Place of Business in This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (190) Other contract actions
                  BREACH OF DEALER AGREEMENT
           Origin: (2) Removed from State Court
           Demand: 9999
       Filing fee: Paid $250.00 on 08/04/05 receipt # 00126293
         Trial by: Jury
```

Parties of Record:                              Counsel of Record:

PLF 1.1         MANUMITTED COS INC              Michael R. Mills
                                                Dorsey & Whitney LLP
                                                1031 West Fourth Avenue
                                                Suite 600
                                                Anchorage, AK 99501-5907
                                                907-276-4557
                                                FAX 907-276-4152

DEF 1.1         TESORO ALASKA CO                Frederick J. Odsen
                                                Hughes Bauman et al
                                                3900 C Street, Suite 1001
                                                Anchorage, AK 99503
                                                907-274-7522

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0185--CV (JKS)
                    "MANUMITTED CO INC V TESORO ALASKA CO"

                              For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 08/04/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (4) Incorporated or Principal Place of Business in This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (190) Other contract actions
                   BREACH OF DEALER AGREEMENT
           Origin: (2) Removed from State Court
           Demand: 9999
       Filing fee: Paid $250.00 on 08/04/05 receipt # 00126293
         Trial by: Jury


 Document #   Filed      Docket text
 ──────────   ─────      ───────────
     1 -  1  08/04/05    PLF 1 Notice of Removal from Superior Court case no 3An-05-9361 w/att
                         exhs.

     1 -  2  08/04/05    PLF 1 Jury Demand.

     2 -  1  08/04/05    DEF 1 Attorney Appearance of F. Odsen.

     3 -  1  08/04/05    DEF 1 Service List.

     4 -  1  08/04/05    DEF 1 Disclosure statment.

     5 -  1  08/04/05    JKS Minute Order Subsequent to Removal.  Petitioner to file w/c w/i 10
                         days cy of state crt docs and svc list. cc: cnsl

     6 -  1  08/15/05    DEF 1 Notice of compliance w/crts order dated 8/4/05 w/att copies state
                         crt docs.

     7 -  1  08/15/05    DEF 1 Answer to Complaint.

     8 -  1  08/16/05    JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/in 28 days from svc of this ord. cc: cnsl

     9 -  1  08/24/05    DEF 1 Jury Demand.

    10 -  1  09/14/05    PLF 1; DEF 1 motion (joint) to postpone flg of 16(b) report as to
                         discovery needs until 10 days after the Bankruptcy Crts order granting
                         def's mot for relief from stay.

    10 -  2  09/15/05    JKS Order granting motion (joint) to postpone flg of 16(b) report as to
                         discovery needs until 10 days aftyer the Bankruptcy Crt rule on a motion
                         for relief from stay (10-1). cc: cnsl

    11 -  1  10/31/05    PLF 1; DEF 1 motion (joint) for ext of time to 11/8/05 to submit S&P
                         report.

    11 -  2  11/03/05    JWS Order granting motion (joint) for ext of time to 11/8/05 to submit
                         S&P report (11-1). cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0185--CV (JKS)
                              "MANUMITTED CO INC V TESORO ALASKA CO"

                                       For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 12 | - 1 | 11/08/05 | PLF 1; DEF 1 Scheduling & Planning Conference Report. |
| 13 | - 1 | 11/10/05 | JWS Scheduling and Planning Order setting pretrial deadlines: Original discovery 12/31/06; Dispositive motions deadline 01/31/07; Estimate of trial 15 days. cc: cnsl |