Law Offices of
BixbyFranciosi, P.C.
Post Office Box 1229
Valdez, Alaska 99686
(907) 835-4775
FAX (907) 835-2793

RECEIVED
FEB 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MANUMITTED COMPANIES, INC.,        )
                                   )
           Plaintiff,              )
                                   )
vs.                                )    Case No. A05-185CV (~~JKS~~) TMB
                                   )
TESORO ALASKA COMPANY,             )
                                   )    MOTION TO QUASH
           Defendant.              )
                                   )

NOW COMES Gas, Inc., by and through its attorney, William Bixby

of the Law Offices of BixbyFranciosi, P. C., and hereby moves this Honorable Court

to quash the subpoena for a records deposition requiring the production of certain

confidential business records presently scheduled for February 9, 2006.  The Notice

of Deposition and Subpoena are attached as Exhibit A to this motion.

Gas, Inc. is a non-party to this litigation.  Gas, Inc. is a small family-

run corporation which consists of the husband, Jeff Saxe, his wife, Laura Saxe, and

their adult daughter.  Jeff Saxe works full time for the City of Valdez, while his wife

and daughter run the business of Gas, Inc. and two other family-owned corporations.

Gas, Inc. owns and operates the only functioning gas station in the

downtown core area of the City of Valdez.  The plaintiff owns a closed gas station in

the downtown core of the City of Valdez and was the chief competitor of Gas, Inc.

Law Offices of
BixbyFranciosi, P.C.
Post Office Box 1229
Valdez, Alaska 99686
(907) 835-4775
FAX (907) 835-2793

1   Plaintiff has plans to reopen its gas station or sell its gas station to someone else.

2       The information requested in Attachment A of the subpoena would

3   give confidential commercial information to the plaintiff so that it would have a

4
5   nearly 100% complete financial picture of how Gas, Inc. built its business, how it

6   operates its business, how Gas, Inc. plans to run its business in the future, how it

7   would compete with the plaintiff and its profit-loss margin in the sale of fuel

8
    products.
9
10      If the plaintiff reopens its gas station, it will have an unfair competitive

11  advantage against Gas, Inc. since it has received this confidential information via

12
    this subpoena.
13
14      Additionally, this subpoena is unreasonable and burdensome, in that it

15  requires a mom and pop corporation to conduct discovery for its competitor for free,

16  while such information can be used by the plaintiff to put its competitor, Gas, Inc.,

17
    out of business.  Thus, the subpoena should be quashed.
18
19      Respectfully submitted this __2__ day of __Feb__, 2006.

20      _William Bixby_
        William Bixby
21      Attorney for Gas, Inc.
        ABA 8006007
22

23

24  Manumitted v. Tesoro
    No. A05-185CV (JKS)
25  Motion to Quash                                        Page 2 of 2

26

27