Law Offices of
BixbyFranciosi, P.C.
Post Office Box 1229
Valdez, Alaska 99686
(907) 835-4775
FAX (907) 835-2793

RECEIVED FEB 0 6 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A05-185CV (JKS) |
| ) | |
| TESORO ALASKA COMPANY, ) | |
| ) | |
| Defendant. ) | CERTIFICATE OF SERVICE |
| ) | |

I, Marilyn Waller, Secretary for the Law Offices of BixbyFranciosi, P. C., attorney for Gas, Inc., hereby certify that on the 2nd day of February 2006 I served by fax and mail a copy of Motion to Quash, Affidavit of Laura Saxe, and Order on:

Michael Mills, Esq.
Fax (907) 276-4152
1031 W Fourth Ave. #600
Anchorage AK   99501-5907

Frederick J. Odsen, Esq.
Fax (907) 263-8320
3900 C Street, Suite 1001
Anchorage AK   99503

Leonard Anderson, Esq.
Fax (907) 562-7888
405 W 36th Ave. #200
Anchorage AK   99503-5872

Dated this 2nd day of February, 2006

_Marilyn Waller_
Marilyn Waller