Law Offices of
BixbyFranciosi, P.C.
Post Office Box 1229
Valdez, Alaska 99686
(907) 835-4775
FAX (907) 835-2793

RECEIVED
FEB 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MANUMITTED COMPANIES, INC., )
)
        Plaintiff, )
)
vs. ) Case No. A05-185CV (JKS) TMB
)
TESORO ALASKA COMPANY, )
)
        Defendant. )   O R D E R
_____)

    Upon due consideration of Gas, Inc.'s motion to quash the subpoena and request for certain business records,

    IT IS HEREBY ORDERED that Gas, Inc.'s motion is GRANTED and the subpoena issued on January 13, 2006 by the plaintiff for the production of certain business records is hereby QUASHED.

    Dated this _____ day of _____, 2006.


_____
James K. Singleton
U. S. District Court Judge