Law Offices of
BixbyFranciosi, P.C.
Post Office Box 1229
Valdez, Alaska 99686
(907) 835-4775
FAX (907) 835-2793

RECEIVED
FEB 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A05-185CV-(JKS) TMB |
| ) | |
| TESORO ALASKA COMPANY, ) | |
| ) | |
| Defendant. ) | AFFIDAVIT OF LAURA SAXE |
| ) | |

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

Laura Saxe, first being duly sworn on oath, deposes and states:

1. I am Vice-president and Secretary of Gas, Inc. The corporation is a closely held family corporation consisting of my husband, myself, and my adult daughter. Currently, my husband is employed by the City of Valdez on a full-time basis, leaving my daughter and I to run Gas, Inc. and two other family-held corporations.

2. The material requested by the plaintiff's subpoena would require my daughter and I to look through volumes of records in an attempt to locate the

Law Offices of
BixbyFranciosi, P.C.
Post Office Box 1229
Valdez, Alaska 99686
(907) 835-4775
FAX (907) 835-2793

1  requested materials. The plaintiff has not offered pay for my time or any

2  reproduction costs of these records.

3    3.   Gas, Inc. owns and operates the only open gas station in the

downtown core of the City of Valdez.

   4.   The plaintiff owns a gas station which is currently closed, but

when it was open was the chief competitor to our gas station.

   5.   Ben Olds, one of the owners of the plaintiff corporation has

announced that the plaintiff will reopen or sell the gas station.

   6.   The information requested by the plaintiff's subpoena will give

our competitor a nearly complete financial picture of our business operation in

Valdez. If the plaintiff reopens their gas station, this information could give our

competitor unfair advantage against us in the sale of fuel products.

   7.   If the complainant decides to sell their gas station, the

information could give the new owner the same unfair advantage over us.

   8.   My attorney has explained to me what a protective order is and I

feel that a protective order would not be an adequate remedy because the plaintiff

may only reopen their business instead of selling it.

Manumitted v. Tesoro
No. A05-185CV (JKS)
Affidavit of Laura Saxe                                              Page 2 of 3

Law Offices of
BixbyFranciosi, P.C.
Post Office Box 1229
Valdez, Alaska 99686
(907) 835-4775
FAX (907) 835-2793

9.  My husband and I have worked very hard to get our business where it is today. It would be unfair for us to be ordered to turn over this confidential commercial information. This information can be used against us and cause the ruination of the business that our family has worked so hard to establish.

10. Attached is a true and accurate copy of the Notice of Deposition and Subpoena I received in this case.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Laura Saxe
Vice-president/Secretary
Gas, Inc.

SUBSCRIBED AND SWORN TO before me this 2nd day of February, 2006.

Marilyn Waller
Notary Public, State of Alaska
My Commission Expires 03/14/06

_____
Notary Public in and for the
State of Alaska
My Commission expires: 3/14/06

Manumitted v. Tesoro
No. A05-185CV (JKS)
Affidavit of Laura Saxe                                          Page 3 of 3