2793

Michael R. Mills
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| MANUMITTED COMPANIES, INC. | |
|---|---|
| Plaintiff, | |
| vs. | Case No. A05-185CV (JKS) |
| TESORO ALASKA COMPANY, | |
| Defendant. | **NOTICE OF TAKING TELEPHONIC RECORDS DEPOSITION OF GAS, INC., D/B/A CAPT'N JOE'S GAS** |

TO:   Frederick J. Odsen
      Hughes Bauman Pfiffner Gorski & Seedorf, LLC
      3900 C Street, Suite 1001
      Anchorage, AK  99503

PLEASE TAKE NOTICE that Plaintiff will take the telephonic records deposition

of the Records Custodian of Gas, Inc. d/b/a Capt'n Joe's Gas ("Capt'n Joe's"), on

February 9, 2005 at 10:00 a.m., at the offices of Capt'n Joe's Gas, 131 E. Pioneer,

Valdez, Alaska, 99686, upon telephonic oral examination before a notary public or other

officer authorized by law to administer oaths. The court reporter and counsel for Plaintiff

will participate telephonically, with a conference call to be initiated from the offices of Dorsey & Whitney LLP, 1031 W. 4th Avenue, Suite 600, Anchorage, Alaska 99501.

By a Subpoena in a Civil Case, issued on January 13, 2006, a copy of which is attached to this Notice as Exhibit 1, the Records Custodian for Capt'n Joe's is ordered to produce certain materials described in Attachment A to the Subpoena and incorporated by reference herein.

You are invited to attend as you may elect. The deposition will continue from day to day until completed.

DATED this 13th day of January, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for Manumitted, Inc.

By: _____
Michael R. Mills, ABA # 8911074

Certificate of Service
I hereby certify that a copy of the foregoing was served this ___ day of January, 2006 on:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503

_____
Michelle Hanlon-Dehner

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PLAINTIFF'S NOTICE OF TAKING
TELEPHONIC RECORDS DEPOSITION OF
GAS, INC., D/B/A CAPT'N JOE'S GAS
Page 2 of 2
4816-1212-1600\1\476962\00001

MANUMITTED COMPANIES v. TESORO ALASKA CO.

Case No. 3AN-05-9361