Michael R. Mills
Allen Clendaniel
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>　　　　　　　Defendant. | Case No. A05-185CV (TMB)<br><br>**MANUMITTED COMPANIES, INC.'S OPPOSITION TO MOTION TO QUASH[1]** |

　　　There can be no debate that Manumitted Companies, Inc. ("Manumitted") has a right to the documents sought in the subpoena served on Gas Inc. The requested documents are a narrowly tailored list of documents relating to a defined period of time.

---

[1] Manumitted has attempted to resolve this dispute without court intervention. After receiving service of the motion to quash, Manumitted's counsel contacted William Bixby, counsel for Gas Inc. Bixby said he was leaving the country in an hour and was passing representation on to Stephen McAlpine. Manumitted's counsel have left messages with McAlpine's office that have not been returned.

The only concern can be confidentiality, which the Protective Order approved by this Court (D.E. 15).

Manumitted owns a now-closed gas station in downtown Valdez, less than 2 blocks from Gas Inc.'s station. In its lawsuit against defendant Tesoro Alaska Company ("Tesoro"), Manumitted asserts, among other things, that Tesoro breached the covenant of good faith and fair dealing by authorizing Gas Inc.'s expansion to a "Super Tesoro" station with the new "treasure burst" logo, with the predictable and foreseeable consequence of driving Manumitted's station out of business. Manumitted also claims that Tesoro engaged in illegal price discrimination by charging Gas Inc. (perhaps through Tesoro's distributor, Service Oil & Gas) less than it charged Manumitted for similar product, which also contributed to Manumitted's failure. The business records sought in Attachment A of the subpoena are directly relevant to demonstrating Manumitted's claims against Tesoro. Moreover, the documents sought are documents that may not be available from any other source. Gas Inc. may have records that Tesoro does not have, including correspondence with intermediaries such as Service Oil, that Tesoro would not be able to provide. Under the Rules of Federal Procedure, Manumitted has a right to subpoena requiring production of relevant documents from a third party.

The Protective Order previously approved in this case (D.E. 15) addresses Gas Inc.'s concerns about disclosure of confidential commercial information. Under the Protective Order, Gas Inc., as a third party, can in good faith designate information

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Plaintiff's Opposition to Motion to Quash         MANUMITTED COMPANIES v. TESORO ALASKA CO.
Page 2 of 4                                       Case No. A05-185CV (TMB)

"confidential."[2]  Manumitted specifically requested that Tesoro include application to third parties to deal with this anticipated issue with Gas Inc.  Under the terms of the Protective Order, any information designated confidential by Gas Inc. can only be used for "matters relating to issues in this litigation."[3]  Many other protections for confidential information are included in this Order.  Under the Protective Order, Gas Inc. is adequately protected under Fed. R. Civ. Proc. 45(c) and must be required to turn over all documents responsive to the subpoena.

The subpoena also does not subject Gas Inc. to an undue burden.  The subpoena requires Gas Inc. to provide documents kept in the ordinary course of business.  The time required to locate and copy these documents is not unduly burdensome.

Gas Inc.'s motion to quash the subpoena should be denied.

DATED this 8th day of February, 2006.      DORSEY & WHITNEY LLP

By:   /s/ Michael R. Mills
      Michael R. Mills, ABA # 8911074
      DORSEY & WHITNEY LLP
      1031 West Fourth Avenue, Suite 600
      Anchorage, AK 99501-5907
      Telephone:   (907) 276-4557
      Facsimile:    (907) 276-4152

---

[2]  Protective Order at ¶ 1.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

**Certificate of Service**
I hereby certify that a copy of the foregoing was served this 8th day of February, 2006 on:

**Electronic Notice List**
**Frederick J. Odsen**
fjo@hbplaw.net  cjb@hbplaw.net

**Manual Notice List**
**William Bixby**
P.O. Box 1229
Valdez, AK 99686

/s/ Michelle Hanlon-Dehner
Michelle Hanlon-Dehner

4815-0785-7920\1\476962\00001

---

(continued)

[3] Protective Order at ¶ 3.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Plaintiff's Opposition to Motion to Quash            MANUMITTED COMPANIES v. TESORO ALASKA CO.
Page 4 of 4                                                              Case No. A05-185CV (TMB)