Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>　　　　　　Defendant. | Case No. 3:05-cv-185-TMB<br><br>**ENTRY OF APPEARANCE OF WENDY E. LEUKUMA** |

　　　Wendy E. Leukuma, with the law firm of Dorsey & Whitney LLP, hereby appears on behalf of plaintiff Manumitted Companies, Inc. in this action.  You are hereby requested to serve all future pleadings or papers, except process, upon Michael R. Mills and the undersigned, Dorsey & Whitney LLP, 1031 West 4th Avenue, Suite 600, Anchorage, Alaska 99501.

DATED this 2nd day of May, 2006, at Anchorage, Alaska.

        DORSEY & WHITNEY LLP
        Attorneys for Manumitted Companies, Inc.

By: s/Wendy E. Leukuma
     Michael R. Mills, ABA No. 8911074
     Wendy E. Leukuma, ABA No. 0211048
     DORSEY & WHITNEY LLP
     1031 West 4th Avenue, Suite 600
     Anchorage, Alaska 99501
     Phone: 907-276-4557
     Fax: 907-276-4152
     Email: mills.mike@dorsey.com
     Email: leukuma.wendy@dorsey.com

CERTIFICATE OF SERVICE

This certifies that on this 2nd day of May, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503


    s/Wendy Leukuma

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ENTRY OF APPEARANCE OF WENDY E. LEUKUMA
Page 2 of 2
4817-6463-7696\1\476962\00001

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. 3:05-cv-185-TMB