**TABLE OF CONTENTS TO EXHIBITS**
**TO MANUMITTED'S MOTION TO COMPEL**
**FILED MAY 2, 2006**


**MANUMITTED COMPANIES, INC. v. TESORO ALASKA COMPANY**
**CASE NO. 3:05-cv-185-TMB**


**EXHIBIT 1:**  Manumitted Companies, Inc. Initial Disclosures

**EXHIBIT 2**:  Tesoro Alaska Company's Initial Disclosures

**EXHIBIT 3**:  Letter from F. Odsen to M. Mills, dated January 6, 2006

**EXHIBIT 4**:  Letter from M. Mills to F. Odsen, dated January 10, 2006

**EXHIBIT 5**:  Supplement to Tesoro Alaska Company's Initial Disclosures, dated March 27, 2006

**EXHIBIT 6**:  Letter from M. Mills to F. Odsen, dated April 11, 2006

**EXHIBIT 7**:  Documents numbered TAC – 102913 to TAC – 102934, TAC – 103038 to TAC – 103039, and TAC – 102981 to TAC – 102982 (filed under seal pursuant to protective order)

**EXHIBIT 8**:  Documents numbered TAC – 102954 to TAC – 102959 (filed under seal pursuant to protective order)

**EXHIBIT 9**:  Document numbered TAC – 102948 (filed under seal pursuant to protective order)