Michael R. Mills
Allen Clendaniel
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. A05-185CV (JKS)<br><br>**PLAINTIFF'S INITIAL DISCLOSURES** |

Plaintiff, Manumitted Companies, Inc. ("Manumitted"), provides the following initial disclosures, in accordance with Fed.R.Civ.P. 26(a)(1):

A.  **The Names and Addresses of Individuals Likely to Have Relevant Discoverable Information.**

1.  Benjamin H. Olds, President Manumitted Companies, Inc.
    C/O Michael R. Mills, Esq.
    Dorsey & Whitney LLP
    1031 W. 4th Ave., Ste. 600
    Anchorage, AK  99501
    (907) 276-1557

2.  Representative(s) of Tesoro Alaska Company
    (Stephen M. Ricks)
    (Calvin Leavill)
    (Ken Gaylord)

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

EXHIBIT 1
Page 1 of 6

       C/O Frederick J. Odsen, Esq.
       Hughes Bauman Pfiffner Gorski & Seedord, LLC
       3900 C Street, Ste. 1001
       Anchorage, AK  99503
       (907) 274-7522

3.     Representative(s) of
       Service Oil & Gas, dba
       Valdez Fuel Company
       5671 Airport Rd
       Valdez, AK 99686
       (907) 835-4558

Valdez Fuel Company is believed to have information on matters considered by Tesoro in its approval of a new convenience store formatted Tesoro station in Valdez, Alaska.

4.     Jeff Saxe
       Laura Saxe
       139 E Pioneer Ave.
       Valdez, AK 99686
       (907) 835-2633

Owners/Operators of Eagles Rest RV Park, Capt'n Joe's Gas, and CJ's Tesoro.

5.     Representative(s) of
       Gilfillian Engineering & Environmental Testing, Inc. ("Gilfillian")
       2605 Denali Street, Ste. 203
       Anchrage, AK  99503
       (907) 277-2021

Gilfillian prepared Site Assessment Reports on the Manumitted Tesoro Station in 1995, and provided continuing monitoring and remediation services to Tesoro.

6.     Representative(s) of State of Alaska
       Department of Environmental Conservation
       555 Cordova Street
       Anchorage, AK  99501

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

A representative of the DEC will have information on environmental testing and findings on the Station Site at the time of Manumitted's purchase of the property, remediation requirements by Tesoro, and the status of those requirements.

7.  Richard Curtin – General Counsel
    PetroStar
    3900 C Street, Ste. 401
    Anchorage, AK  99503

Mr. Curtin is the general counsel for PetroStar. He has information pertaining to PetroStar's offer to purchase the Manumitted Tesoro Station, and reasons for the deal not coming to fruition.

8.  Representative(s) of
    Analytica Alaska, Inc.
    811 W. 8th Avenue
    Anchorage, AK  99501
    (907) 258-2155

Analytica Alaska, Inc. performed testing on soil samples from the Station Site in August of 1995, and will have information on that testing.

9.  Representative(s) of
    MWH Americas, Inc.
    1835 S. Bragaw Street, Suite 350
    Anchorage, AK  99508
    (907) 248-8883

MWH provided environmental testing and remediation services to Tesoro on the Station Site.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Plaintiff's Initial Disclosures            MANUMITTED COMPANIES v. TESORO ALASKA CO.
Page 3 of 6                                Case No. A05-185CV (JKS)

EXHIBIT 1
Page 3 of 6

B. **Relevant Documents.**

Manumitted will make all relevant documents in its possession available to Tesoro for review and copying. Documents in Manumitted's possession relevant to this dispute include April 1999 transactional documents between Tesoro and Manumitted, environmental reports on contamination existing on the Manumitted Tesoro Station property at the time that Manumitted first leased it in 1995, environmental monitoring reports, ADEC remediation documents, correspondence between Tesoro, Manumitted and the ADEC, tax returns, profit and loss statements, and other financial documents from 1995 through 2005.

C. **Computation of Damages.**

Manumitted's business has been destroyed by Tesoro's actions and breaches of its duties. Manumitted was a consistently profitable business from 1995 – 2002 when Tesoro authorized Manumitted's only competitor to expand to a "super" Tesoro format with a convenience store and use of the Tesoro "treasure-burst" logo. This change in the competitive landscape in a two gas station town, solely within Tesoro's control, foreseeably and predictably led to an immediate sharp decline in Manumitted's business. Manumitted has not fully calculated its damages, and has not yet engaged an expert to assist it. However, without waiving any rights to modify and increase its damage claim, Manumitted asserts that it has suffered at least the following damages which are based upon the attached spreadsheet. The spreadsheet was created from information taken from the general ledgers used to prepare Manumitted's tax returns. The information is solely

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Plaintiff's Initial Disclosures                    MANUMITTED COMPANIES v. TESORO ALASKA CO.
Page 4 of 6                                        Case No. A05-185CV (JKS)

EXHIBIT 1
Page 4 of 6

related to the gas station operation and does not include other business conducted by Manumitted.

| 1998-2001 | Average operating income: **$227,875 per year** | |
|---|---|---|
| | Actual Operating Income | Damage |
| 2002 | 106,283 | 176,592 |
| 2003 | -38,237 | 266,112 |
| 2004 | -158,912 | 386,787 |
| 2005 | -13,912 | 241,787 |
| 2006-2009 | $227,875 per year estimate | 911,500 |
| **Total Operating Loss:** | | 1,982,778 |

Loss of Profit from PetroStar:
sale ($720,000 - $475,000 debt)                                                $245,000

Damages for wrongful
foreclosure (attorney's
fees and costs through Oct.
2005):                                                                          $50,000

**Subtotal:**                                                                  **$2,277,778**

Treble damages for violations of                                                3X
the Uniform Trade Practices
and Consumer Protection Act:
and/or the Robinson Patman Act:

Attorney's fees and costs:                                          Unknown (actual fees
                                                             allowed under statutory violations)

Potential Damages:                                                       **$6,833,334 plus**

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

**D.   Insurance.** Not Applicable.

DATED this 6th day of January, 2006.                DORSEY & WHITNEY LLP

By: *[signature]*
Michael R. Mills
ABA # 8911074
Attorneys for Manumitted
Companies, Inc.

**Certificate of Service**

I hereby certify that a copy of the foregoing was served this 6th day of January, 2006 on:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503

*[signature]*
Michelle Hanlon-Dehner

\\AKFILE02\FILES\DEPT_INFO\FORMS\LITIGATION\DISCOVERY - COMBINED DISCOVERY REQUEST.DOC

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Plaintiff's Initial Disclosures                MANUMITTED COMPANIES v. TESORO ALASKA CO.
Page 6 of 6                                     Case No. A05-185CV (JKS)
4848-9914-4704\1\476962\00001
                                                EXHIBIT 1
                                                Page 6 of 6