Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

RECEIVED
JAN 0 9 2006
DORSEY & WHITNEY L.L.P.
ANCHORAGE

DOCKETED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br> Defendant. | Case No. A05-185CV (JKS) |

### TESORO ALASKA COMPANY'S RULE 26(a)(1) DISCLOSURE

COMES NOW defendant, **TESORO ALASKA COMPANY**, by and through its attorneys, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and pursuant

to Rule 26 of the Federal Rules of Civil Procedure, hereby provides mandatory disclosure.

   A. **The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

| | |
|---|---|
| Benjamin H. Olds<br>c/o Michael R. Mills<br>Dorsey & Whitney LLP<br>1031 W. 4th Avenue, Suite 600<br>Anchorage, AK 99501 | Mr. Olds is the President of Manumitted Companies, Inc., d/b/a Valdez Tesoro Service Station, formerly known as Harbor Fuel Company, Inc., also d/b/a Wolverine Gas and Oil. Mr. Olds was also President of Valdez Investment Company |
| Clarice Allee<br>Current Address Unknown | Ms. Allee was the Controller for Harbor Fuel Company in 1991. |
| Don Jacobs<br>P.O. Box 174<br>Valdez, AK 99686-1704 | Mr. Jacobs was employed at Harbor Fuel Company in 1991. |
| Kenneth M. Damm<br>P.O. Box 1666<br>Kodiak, AK 99615 | Mr. Damm was the Secretary-Treasurer of Harbor Fuel Company, Inc. |
| Lenhart J. Grothe<br>P.O. Box 2117<br>Soldotna, AK 99669 | Mr. Grothe was Vice President of Valdez Investment Company and personal guarantor of Harbor Fuel Company. |
| Reed E. Oswalt<br>P.O. Box 722<br>Kodiak, AK 99615 | Mr. Oswalt was Secretary of Valdez Investment Company and personal guarantor of Harbor Fuel Company. |
| H. R. "Slim" Blood<br>c/o Robert Crowther | Mr. Blood was a creditor of the plaintiff in its first bankruptcy proceeding. |

;HES BAUMAN PFIFFNER<br>RSKI & SEEDORF, LLC<br>ATTORNEYS AT LAW<br>3900 C STREET<br>SUITE 1001<br>HORAGE, ALASKA 99503<br>(907) 274-7522<br>(907) 263-8320 FAX

Tesoro Alaska Company's Rule 26(a)(1) Disclosures - 2
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240548(462-76)

EXHIBIT 2
Page 2 of 14

| | |
|---|---|
| Ronald E. Noel<br>Tesoro Alaska Company<br>c/o Frederick J. Odsen<br>Hughes Bauman Pfiffner Gorski<br>  & Seedorf, LLC<br>3900 C Street, Suite 1001<br>Anchorage, AK 99503 | Mr. Noel is now retired, but is the former Vice President, General Counsel and Assistant Secretary of Tesoro Alaska Company. Mr. Noel is familiar with the workout arrangement undertaken with the plaintiff. Attorney-client privilege applies. |
| Larry B. Douglas<br>Current Address Unknown | Mr. Douglas is a former in-house counsel with Tesoro Alaska Petroleum Company. He has knowledge of the events leading up to the plaintiff's first bankruptcy proceeding. Attorney-client privilege applies. Do not contact without permission from defense counsel. |
| David Bogard<br>Current Address Unknown | Mr. Bogard is a former general manager for planning and business development with Tesoro Alaska Company. He has knowledge of the workout arrangement undertaken with the plaintiff. Attorney-client privilege applies. Do not contact without permission from defense counsel. |
| Donald A. Reese<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Reese is the General Manager of Marketing Services for Tesoro Refining and Marketing Company. Mr. Reese has knowledge of the current Tesoro/ Manumitted Companies, Inc. relationship. Attorney-client privilege applies. |
| Dorine Tessier<br>2336 Harbor Landing Circle<br>Anchorage, AK 99515 | Ms. Tessier was a Branded Programs Marketing Representative for Tesoro Alaska Company. Attorney-client privilege applies. Do not contact without permission from defense counsel. |

HES BAUMAN PFIFFNER<br>
RSKI & SEEDORF, LLC<br>
ATTORNEYS AT LAW<br>
3900 C STREET<br>
SUITE 1001<br>
HORAGE, ALASKA 99503<br>
(907) 274-7522<br>
(907) 263-8320 FAX

Tesoro Alaska Company's Rule 26(a)(1) Disclosures - 3
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240548(462-76)

EXHIBIT 2
Page 3 of 14

| | |
|---|---|
| Stephen M. Ricks<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Ricks was formerly the President of Tesoro Alaska Company and is currently Vice President of Tesoro Refining and Marketing Company. He executed the workout documentation with the plaintiff on behalf of Tesoro Alaska Company. Attorney-client privilege applies. Do not contact without permission from defense counsel. |
| Michael R. Dalton<br>Current Address Unknown | Mr. Dalton is the former Corporate Credit Manager with Tesoro Alaska Company. He has knowledge of the plaintiff's first bankruptcy proceeding and the events associated therewith. Attorney-client privilege applies. Do not contact without permission from defense counsel. |
| E. W. Cromey<br>Current Address Unknown | Mr. Cromey is a former Senior Vice President with Tesoro Alaska Company. Mr. Cromey may have knowledge of the plaintiff's first bankruptcy proceeding and the events associated therewith. Attorney-client privilege applies. Do not contact without permission from defense counsel. |
| James W. Queen<br>Current Address Unknown | Mr. Queen was the Senior Vice President of Control and Accounting with Tesoro Alaska Company. Attorney-client privilege applies. Do not contact without permission from defense counsel. |
| Ken Gaylord<br>Current Address Unknown | Mr. Gaylord was the Regional Supervisor of Environmental Affairs and Engineering for Tesoro Alaska Company. Attorney-client privilege applies. Do not contact without permission from defense counsel. |

;HES BAUMAN PFIFFNER<br>RSKI & SEEDORF, LLC<br>ATTORNEYS AT LAW<br>3900 C STREET<br>SUITE 1001<br>HORAGE, ALASKA 99503<br>(907) 274-7522<br>(907) 263-8320 FAX

Tesoro Alaska Company's Rule 26(a)(1) Disclosures - 4
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240548(462-76)

EXHIBIT 2
Page 4 of 14

| | |
|---|---|
| Rob Donovan<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Donovan is employed in the environmental area of Tesoro Refining and Marketing Company. He has knowledge of the environmental condition of plaintiff's Valdez station. Attorney-client privilege applies. |
| Edward R. Bardgett<br>Current Address Unknown | Mr. Bardgett was a Senior Vice President and General Manager of Tesoro Alaska Company. Mr. Bardgett was involved with the 2/26/86 Distributor Agreement and Unleaded Gasoline Compliance Agreement with Harbor Fuel Co., Inc. Attorney-client privilege applies. Do not contact without permission from defense counsel. |
| Calvin Leavell<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Leavell is the Credit Director for Tesoro Alaska Company. Mr. Leavell is familiar with the credit relationship between plaintiff and Tesoro Alaska Company. Attorney-client privilege applies. |
| Stan Baltzo<br>Current Address Unknown | Mr. Baltzo was a Marketing Representative for Tesoro Alaska Company in 1991. Attorney-client privilege applies. Do not contact without permission from defense counsel. |
| Wade Rogers<br>Current Address Unknown | Mr. Rogers was employed at Tesoro Alaska Company in 1991. Attorney-client privilege applies. Do not contact without permission from defense counsel. |
| Raymond Measels<br>Current Address Unknown | Mr. Measels was employed at Tesoro Alaska Company in 1991. Attorney-client privilege applies. Do not contact without permission from defense counsel. |

HES BAUMAN PFIFFNER
SKI & SEEDORF, LLC
TTORNEYS AT LAW
3900 C STREET
SUITE 1001
IORAGE, ALASKA 99503
(907) 274-7522
907) 263-8320 FAX

| | |
|---|---|
| Don Groscost<br>Tesoro Refining & Marketing Co.<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Groscost is the Vice President of Light Products with Tesoro Refining and Marketing Company. Mr. Groscost has knowledge of the current Tesoro/Manumitted Companies, Inc. business relationship. Attorney-client privilege applies. |
| Jeff L. Evans<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Evans is the Marketing Manager for Tesoro Alaska Company. He has knowledge of the current Tesoro/ Manumitted Companies, Inc. business relationship. Attorney-client privilege applies. |
| Bill Hamilton<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Hamilton is a project engineer with Tesoro Alaska Company. He has knowledge as to the construction aspects of the signage involved in the Captain Joe's reimaging. Attorney-client privilege applies. |
| Don Heep<br>Current Address Unknown | Mr. Heep was the Senior Vice President of Tesoro Alaska Company. He may have knowledge of the 1999 workout agreement with plaintiff. Attorney-client privilege applies. Do not contact without permission from defense counsel. |
| David A. Chacon<br>Current Address Unknown | Mr. Chacon was the Manager of Economics and Planning with Tesoro Alaska Company. He may have knowledge of the 1999 workout agreement with plaintiff. Attorney-client privilege applies. Do not contact without permission from defense counsel. |
| Breck C. Tostevin<br>Assistant Attorney General<br>State of Alaska, Dept. of Law<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994<br>907-269-5274 | Mr. Tostevin was an Assistant Attorney General with the State of Alaska and contacted Manumitted Companies regarding lack of compliance with state underground storage tank requirements. |

HES BAUMAN PFIFFNER
SKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
IORAGE, ALASKA 99503
(907) 274-7522
907) 263-8320 FAX

Tesoro Alaska Company's Rule 26(a)(1) Disclosures - 6
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240548(462-76)

EXHIBIT 2
Page 6 of 14

| | |
|---|---|
| Don Walker<br>Current Address Unknown | Mr. Walker was in charge of the Valdez Terminal in 1991. |
| Walter P. Schlotfeldt<br>Petro Star, Inc.<br>P.O. Box 56239<br>North Pole, AK 99705 | Mr. Schlotfeldt was the President of Petro Star, Inc., and negotiated an Asset Purchase Agreement with Harbor Fuel Company on May 24, 1991. |
| F. G. Turpin<br>Alaska Railroad Corporation<br>327 W. Ship Creek Avenue<br>P.O. Box 107500<br>Anchorage, AK 99510 | Mr. Turpin was the President and Chief Executive Officer of the Alaska Railroad Corporation and negotiated a Ground Lease with Harbor Fuel Company in September of 1989. |
| Larry J. Houle<br>Alaska Railroad Corporation<br>327 W. Ship Creek Avenue<br>P.O. Box 107500<br>Anchorage, AK 99510 | Mr. Houle was the Director of Real Estate for the Alaska Railroad Corporation and negotiated a Ground Lease with Harbor Fuel Company in September of 1989. |
| Kathy Lewis<br>Alaska Railroad Corporation<br>327 W. Ship Creek Avenue<br>P.O. Box 107500<br>Anchorage, AK 99510 | Ms. Lewis was a Real Estate Leasing Technician for the Alaska Railroad Corporation. |
| Herman Schliesing<br>c/o Leonard Anderson<br>Davis Randall Anderson & Mathis<br>405 W. 36th Ave., Suite 200<br>Anchorage, AK 99503 | Mr. Herman Schliesing was the President of Service Oil & Gas, Inc. He has familiarity with the purchase of certain assets of the plaintiff by Service Oil & Gas, Inc. in 1999. |
| Gary Schliesing<br>c/o Leonard Anderson<br>Davis Randall Anderson & Mathis<br>405 W. 36th Ave., Suite 200<br>Anchorage, AK 99503 | Mr. Gary Schliesing is the Vice President of Service Oil & Gas, Inc. He may have familiarity with the Tesoro branded dealers serviced by Service Oil & Gas in Valdez, Alaska. |

HES BAUMAN PFIFFNER<br>ISKI & SEEDORF, LLC<br>TTORNEYS AT LAW<br>3900 C STREET<br>SUITE 1001<br>IORAGE, ALASKA 99503<br>(907) 274-7522<br>(907) 263-8320 FAX

Tesoro Alaska Company's Rule 26(a)(1) Disclosures - 7
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240548(462-76)

EXHIBIT 2
Page 7 of 14

| | |
|---|---|
| Christopher Hawe, PEI<br>Gilfilian Engineering &<br>  Environmental Testing, Inc.<br>2605 Denali Street, Suite 203<br>Anchorage, AK 99503-2749<br>907-277-2021 | Mr. Hawe is a Senior Geo-Environmental Engineer and prepared an environmental report for Tesoro Petroleum Company on or about March 8, 1995. |
| Robert E. Gilfilian, P.E.<br>Gilfilian Engineering &<br>  Environmental Testing, Inc.<br>2605 Denali Street, Suite 203<br>Anchorage, AK 99503-2749<br>907-277-2021 | Mr. Gilfilian is a Principal Engineer and prepared an environmental report for Tesoro Petroleum Company on March 8, 1995. |
| Jeff Saxe,<br>d/b/a Captain Joe's<br>Valdez, Alaska | Mr. Saxe is an owner of Captain Joe's in Valdez, Alaska. |
| James A. Smith, P.E.<br>Gilfilian Engineering &<br>  Environmental Testing, Inc.<br>2605 Denali Street, Suite 203<br>Anchorage, AK 99503-2749<br>907-277-2021 | Mr. Smith is a Project Engineer and conducted a site walkover and property inspection in connection with an environmental report for Tesoro Petroleum Company on March 8, 1995. |
| Donald J. Sorensen<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Sorensen was formerly the Vice President for Marketing and Light Products of Tesoro Alaska Company and is current Vice President – Salt Lake City Refinery for Tesoro Refining and Marketing Company. He has knowledge of the Captain Joe's reimaging agreement with Service Oil & Gas, Inc. Attorney-client privilege applies. |
| Don Castle<br>Vice President Marketing<br>Petro Star, Inc.<br>3900 C Street, Suite 401<br>Anchorage, AK 99503-5966 | Mr. Castle was the Vice President of Marketing for Petro Star, Inc., in December 2003 and was put on notice by Tesoro of Petro Star's interference with Tesoro's contractual relationship with its Jobbers and/or dealers. |

HES BAUMAN PFIFFNER
ISKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Tesoro Alaska Company's Rule 26(a)(1) Disclosures - 8
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240548(462-76)

EXHIBIT 2
Page 8 of 14

| | |
|---|---|
| James F. Boltz<br>Chief Operating Officer<br>Petro Star, Inc.<br>3900 C Street, Suite 401<br>Anchorage, AK 99503-5966 | Mr. Boltz was also employed with Petro Star, Inc., in December of 2003 and was put on notice by Tesoro of Petro Star's interference with Tesoro's contractual relationship with its Jobbers and/or dealers. |
| Peter Ribbens<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Ribbens is employed with Tesoro Corporation and may have knowledge of the environmental status of plaintiff's station. |
| Ron Maybruck<br>Tesoro Refining and Marketing Company<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Maybruck is employed with Tesoro Refining and Marketing and may have information regarding the status of title to the plaintiff's station. Attorney-client privilege applies. |
| State of Alaska<br>Department of Environmental Conservation<br>Underground Tank Division | Representatives of the DEC may have knowledge of plaintiff's failure to comply with applicable environmental laws. |
| Dan Anderson, Manager<br>North Pacific Fuel<br>P.O. Box 907<br>Valdez, AK 99686 | Mr. Anderson may have knowledge of deliveries of non-Tesoro branded product to plaintiff. |
| William A. O'Connell<br>Geologist<br>MWH<br>1835 S. Bragaw Street, Suite 350<br>Anchorage, AK 99508 | Mr. O'Connell prepared a Monitoring Event Report for Tesoro Alaska Company on Valdez Tesoro on August 9, 2005. |
| Johanna Dreher<br>Environmental Scientist<br>MWH<br>1835 S. Bragaw Street, Suite 350<br>Anchorage, AK 99508 | Ms. Dreher prepared a Monitoring Event Report for Tesoro Alaska Company on Valdez Tesoro on August 9, 2005. |

Tesoro Alaska Company's Rule 26(a)(1) Disclosures - 9
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240548(462-76)

EXHIBIT 2
Page 9 of 14

| | |
|---|---|
| Michael Zidek<br>Project Manager<br>MWH<br>1835 S. Bragaw Street, Suite 350<br>Anchorage, AK 99508 | Mr. Zidek was the project manager for the Valdez Tesoro Monitoring Event Report prepared for Tesoro Alaska Company on August 9, 2005. |
| Eric Warnat<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Warnat was a Project Engineer at Tesoro Marketing and Refining. He has knowledge of the construction related activities relative to Captain Joe's. Attorney-client privilege applies. |
| Greg Henderson<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Henderson is employed with Tesoro Corporation and may have knowledge of the reimaging of Captain Joe's. Attorney-client privilege applies. |
| Terry O. Houtchens<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Houtchens is employed with Tesoro Corporation and may have knowledge of the reimaging of Captain Joe's. Attorney-client privilege applies. |
| Terry Kruger<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Kruger was employed with Tesoro Refinery and Marketing and may have knowledge of the condition of plaintiff's service station. Attorney-client privilege applies. Do not contact without permission from defense counsel. |
| Steven Goff<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Goff is employed with Tesoro Refinery and Marketing and may have knowledge of the condition of plaintiff's service station. Attorney-client privilege applies. |
| Cindy Hughes<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Ms. Hughes is employed with Tesoro Corporation and may have knowledge of the condition of plaintiff's service station. Attorney-client privilege applies. |

HES BAUMAN PFIFFNER<br>ISKI & SEEDORF, LLC<br>ATTORNEYS AT LAW<br>3900 C STREET<br>SUITE 1001<br>IORAGE, ALASKA 99503<br>(907) 274-7522<br>(907) 263-8320 FAX

| | |
|---|---|
| John Feldbush<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Feldbush is employed with Tesoro Corporation and may have knowledge of obtaining and transporting the trade dress components and other materials necessary to support the activities related to the reimaging of Captain Joe's. Attorney-client privilege applies. |
| Jock Streidl<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Streidl is employed with Tesoro Corporation and may have knowledge of the condition of plaintiff's service station. Attorney-client privilege applies. |
| Lu Simmons<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Ms. Simmons is employed with Tesoro Refining and Marketing and may have knowledge of credit card processing and loyalty programs offered by Tesoro. Attorney-client privilege applies. |
| Stephen W. Hansen<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Mr. Hansen is employed with Tesoro Corporation and may have knowledge of plaintiff's purchases of non-Tesoro branded products. Attorney-client privilege applies. |
| Kristi Frost<br>Address Unknown | Ms. Frost was employed with Tesoro Corporation and may have knowledge of accounting matters. Attorney-client privilege applies. |
| Dorita Tartaglia<br>Address Unknown | Ms. Tartaglia was employed with Tesoro Corporation and may have knowledge of accounting matters. Attorney-client privilege applies. |
| Eileen Brail<br>c/o Scott Rammell, Esq.<br>3450 South 344th Way, Suite 201<br>Auburn, WA 98001 | Ms. Brail is employed with Tesoro Corporation and may have knowledge of plaintiff's commingling of products from another refiner. Attorney-client privilege applies. |

HES BAUMAN PFIFFNER
RSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
HORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

B.  **<u>A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment</u>:**

By agreement between counsel for plaintiff and Tesoro Alaska Company, all correspondence, emails and communications between Tesoro Alaska Company's outside counsel and the defendant, its representatives, employees and in-house counsel is not being provided and no privilege log is being provided for such materials absent a written request on thirty days notice from the plaintiff's counsel. Nothing herein contained is to be in any way construed to waive any attorney-client or work product privileges. Without limiting the foregoing, some of the e-mail communications in the documents herein referred to bear the name of Hughes Bauman paralegal, Ms. Peggy Hand, who printed the materials out from e-mail communications, and the fact that Ms. Hand's name appears at the top of those documents shall in no way be construed to waive any attorney client privilege or confidentiality or work product privilege as to any other matters, documents or materials. Tesoro Alaska Company is prepared to produce documentation pertaining to the Captain Joe's reimaging and the Service Oil & Gas, Inc. Distributor Agreement and Addendum subject to the terms of a Protective Order as is more particularly set forth in correspondence accompanying these disclosures dated January 6, 2006. Also attached is Tesoro Alaska Company's Privilege Log which identifies documents redacted or not produced. The documents are otherwise available for inspection at the offices of Hughes Bauman Pfiffner Gorski & Seedorf, LLC.

Tesoro Alaska Company's Rule 26(a)(1) Disclosures - 12
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240548(462-76)

EXHIBIT 2
Page 12 of 14

As to Tesoro Alaska Company's environmental files pertaining to the plaintiff's station, those materials were provided to the plaintiff prior to the filing of the lawsuit. A copy of the materials provided can be procured upon request directed to Tesoro Alaska Company's counsel. They are presently located principally in Auburn, Washington.

C. **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

The amount due and payable by plaintiff to Tesoro Alaska Company under the pertinent Promissory Note executed by the plaintiff is the principal sum of $446,108.60, plus interest at the rate of 8% per year from and after February 4, 2004. Tesoro Alaska Company is requesting an order of the court that the Promissory Note is in default and that the scheduled nonjudicial foreclosure is proper. The amount owed is also an offset against any claims of the plaintiff against Tesoro Alaska Company.

Tesoro Alaska Company has not, at this juncture, precisely developed the level of damages incurred by it with respect to the plaintiff's breaches of the Dealer Agreement and the Mutual Hazardous Materials Indemnity Agreement. In the context of the Chapter 11 bankruptcy proceeding, the plaintiff appears to be seeking to cure some of these environmental breaches, which, of course, could affect the level of costs or

damages incurred by Tesoro Alaska Company. Tesoro Alaska Company also, of course, reserves the right to seek injunctive or equitable relief with respect to any such breaches.

    D.   **<u>For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:</u>**

None.

DATED at Anchorage, Alaska, this 6th day of January, 2006.

                              HUGHES BAUMAN PFIFFNER
                              GORSKI & SEEDORF, LLC
                              Attorneys for Defendant,
                              Tesoro Alaska Company

240548.2                      By: _____
                                     Frederick J. Odsen
                                     ABA No. 7906043

I hereby certify that a true
and correct copy of the fore-
going was mailed on the 6th
day of January, 2006 on:

Michael R. Mills
Michael Stryszak
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501

_____

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Tesoro Alaska Company's Rule 26(a)(1) Disclosures - 14
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240548(462-76)

                                                          EXHIBIT 2
                                                          Page 14 of 14