

# HUGHES BAUMAN PFIFFNER
## GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW

Est. 1939

January 6, 2006

Direct Dial:
**(907) 263-8255**
E-Mail: **FJO@hbplaw.net**

Michael R. Mills
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501

**RECEIVED**

JAN 0 9 2006

DORSEY & WHITNEY L.L.P.
ANCHORAGE

RE:  Manumitted Companies, Inc. v. Tesoro Alaska Company
     Our File No. 462-76

Dear Mike:

Enclosed please find our client Tesoro Alaska Company's Rule 26(a)(1) Disclosures in the referenced matter together with its Privilege Log.

As we discussed, we have neither assembled and Bates numbered, nor listed in the Privilege Log any correspondence, communications, emails or other documentation involving communications between our law firm as outside counsel and any representative of Tesoro Alaska Company or its affiliates including in-house counsel. We understand that similarly neither you, your current law firm or your former law firm, Bankston & McCollum, will be producing to us any such materials or a privilege log with regard to those types of documents and materials. We understand that each of us as outside counsel to our respective clients is fully reserving attorney-client confidentiality, the attorney-client privilege and the work product privilege. However, as we also discussed, in the event that either Tesoro or Manumitted desires that a privilege log be prepared with respect to such materials, such party can make a written request for the privilege log and the other party will provide it within thirty (30) days.

Also enclosed for your reference is another copy of Tesoro's proposed form of Protective Order with regard to certain confidential materials. The gist of the Protective Order is that either party may request that materials produced be kept confidential and not disclosed to any third parties except for purposes of prosecuting

Michael R. Mills
January 6, 2006
Page 2

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW

---

the litigation. As we have discussed, our main concern, in that regard, is that in the context of the litigation some materials may bear upon the rights and entitlements of third parties or contain potential propriety information that should not be disseminated.

In that regard, for purposes of the enclosed initial disclosures, Tesoro views the Distributor Assistance Agreement dated January 1, 2003 between Tesoro Alaska Company and Service Oil & Gas, Inc. pertaining to the Captain Joe's reimaging and correspondence and e-mails associated therewith to be such confidential documents, as does it the pertinent Distributor Agreement and the Addendum thereto existing between Tesoro Alaska Company and Service Oil & Gas, Inc. In the case of those documents, Tesoro is prepared to produce them on a confidential basis subject to the terms of the Protective Order. With regard to the Distributor Agreement and Addendum, Tesoro is prepared to produce them subject to the terms of the Protective Order, but also plans to redact certain propriety economic terms that do not pertain to the Captain Joe's reimaging.

Sincerely,

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

By  Frederick J. Odsen

FJO:pab:238907
Enclosures

cc:   Scott Rammell (w/enc.)

EXHIBIT 3
Page 2 of 18

RECEIVED
JAN 09 2006
DORSEY & WHITNEY L.L.P.
ANCHORAGE

DOCKETED

Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br> Defendant. | Case No. A05-185CV (JKS) |

## TESORO ALASKA COMPANY'S PRIVILEGE LOG

COMES NOW defendant, **TESORO ALASKA COMPANY**, by and through its attorneys, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 1
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240550(462-76)

EXHIBIT 3
Page 3 of 18

identifies documents that have been redacted or withheld from production in Tesoro Alaska Company's Rule 26(a)(1) Disclosure. *See* Exhibit "A" attached hereto.

DATED at Anchorage, Alaska, this 6th day of January, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant,
Tesoro Alaska Company

By: _____
Frederick J. Odsen
ABA No. 7906043

235389

I hereby certify that a true
and correct copy of the fore-
going was mailed on the ____
day of January, 2006 on:

Michael R. Mills
Michael Stryszak
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501

UGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

**TESORO ALASKA COMPANY'S PRIVILEGE LOG** - 2
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240550(462-76)

EXHIBIT 3
Page 4 of 18

## PRODUCED WITH REDACTIONS

| Bates No. | Date | Document | Author | Recipient | Subject of Redaction | Privilege Claimed |
|---|---|---|---|---|---|---|
| 100011 | 6/89 | Corporate Resolution | Valdez Investment Company | N/A | Attorney notes | Attorney-client privilege, attorney work product |
| 100923 | 4/19/99 | Fax cover sheet | Leonard Anderson | Fred Odsen | Attorney notes | Attorney-client privilege, attorney work product |
| 101112 | 4/23/99 | Fax cover sheet | James McCollum | Fred Odsen | Attorney notes | Attorney-client privilege, attorney work product |
| 101135 | 5/12/99 | Fax cover sheet | Leonard Anderson | Fred Odsen | Attorney notes | Attorney-client privilege, attorney work product |
| 101586 | 7/8/98 | E-mail | Michael Mills | Fred Odsen | Attorney notes | Attorney-client privilege, attorney work product |
| 101815 | 7/18/91 | Correspondence | Michael Mills | Calvin Leavell | Attorney notes | Attorney-client privilege, attorney work product |
| 102633 | 12/2/82 | Deed of Trust |  |  | Attorney notes | Attorney-client privilege, attorney work product |

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 1
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240550(462-76)

EXHIBIT A

EXHIBIT 3
Page 5 of 18

| | | | | | |
|---|---|---|---|---|---|
| 102721 | 1/9/04 | E-mail | Don Groscost | Calvin Leavell<br>Jeff Evans<br>Donald Reese<br>Gilbert Buitron<br>Don Sorensen<br>Scott Rammell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102746 | 12/9/03 & 12/10/03 | E-mail | Calvin Leavell | Scott Rammell<br>David Sorensen<br>Don Groscost<br>Donald Reese<br>Gilbert Buitron | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102748 | 12/9/03 | E-mail | Calvin Leavell | Scott Rammell<br>David Sorensen<br>Don Groscost<br>Donald Reese<br>Gilbert Buitron | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102759 | 11/21/03 | E-mail | Don Groscost | Jeff Evans<br>Donald Reese<br>Don Sorensen<br>Calvin Leavell<br>Gilbert Buitron<br>Terry Houtchens<br>Greg Henderson<br>Scott Rammell<br>Don Groscost | Communications with in-house counsel | Attorney-client privilege, attorney work product |

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 2
*Manumitted v. Tesoro*, Case No. A05-185CV (JKS)
240550(462-76)

EXHIBIT A

EXHIBIT 3
Page 6 of 18

| | | | | | | |
|---|---|---|---|---|---|---|
| 102773 through 102776 | 11/4/03, 10/30/03, 10/2/03 & 10/1/03 | E-mail | Darlene Monteith | | Credit Dept. – SAT Charles Eden Holly Fewell Mary Beth Lopez Susan Rubenstein Blanca Sanchez SAT – Acct Payable SAT – Cash Apps. Debbie Titzman James Wilcox | Financial Information on non-parties | Relevance, proprietary and confidential information. |
| 102777 | 11/7/03 | E-mail | Don Groscost | Donald Reese Scott Rammell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103074 | 5/20/04 | E-mail | Jeff Evans | Calvin Leavell Donald Reese Don Groscost Scott Rammell Rick Weyen | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103076 | 5/20/04 | E-mail | Jeff Evans | Calvin Leavell Donald Reese Don Groscost Scott Rammell Rick Weyen | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103133 | 11/20/03 | E-mail | Jeff Evans | Charles Magee Scott Rammell Donald Reese | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103142 | 11/20/03 | E-mail | Jeff Evans | Charles Magee Scott Rammell Donald Reese | Communications with in-house counsel | Attorney-client privilege, attorney work product |

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 3
Manumitted v. Tesoro, Case No. A05-185CV (JKS)
240550(462-76)

EXHIBIT A

EXHIBIT 3
Page 7 of 18

## NOT PRODUCED

| Bates No. | Date | Document | Author | Recipient | Subject of Redaction | Privilege Claimed |
|---|---|---|---|---|---|---|
| 100030 through 100047 | Various | Financial Documents | Lenhart Grothe | N/A | Proprietary and confidential financial information pertaining to former partial guarantors of plaintiff's debt | Relevance, proprietary information. |
| 100458 | 9/10/92 | Correspondence | Michael Dalton | Fred Odsen | Communication with counsel | Attorney-client privilege, attorney work product |
| 101271 through 101274 | 8/6/04 | Correspondence | Fred Odsen | Steve Arturo | Communication with counsel | Attorney-client privilege, attorney work product |
| 101628 and 101629 | 7/9/98 | Fax cover sheet | Fred Odsen | Ron Noel | Communications between counsel | Attorney-client privilege, attorney work product |
| 102669 | 3/16/05 & 3/18/05 | E-mail | Michelle Straus | Donald Reese, Scott Rammell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102672 | 1/18/05, 1/19/05, 1/21/05 & 1/24/05 | E-mail | Calvin Leavell | Scott Rammell, Rick D. Weyen, Donald Reese, Don Groscost, Jeff Evans | Communications with in-house counsel | Attorney-client privilege, attorney work product |

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 4
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240550(462-76)

EXHIBIT A

EXHIBIT 3
Page 8 of 8

| | | | | | | |
|---|---|---|---|---|---|---|
| 102673 | 12/21/04 | E-mail | Donald Reese | Merri Pennington<br>Scott Rammell<br>Jeff Evans | Communication with in-house counsel | Attorney-client privilege, attorney work product |
| 102674 | 12/17/04 &<br>12/21/04 | E-mail | Jeff Evans | Donald Reese<br>Scott Rammell | Communication with in-house counsel | Attorney-client privilege, attorney work product |
| 102675 | 12/21/04 | E-mail | Donald Reese | Scott Rammell | Communication with in-house counsel | Attorney-client privilege, attorney work product |
| 102676 | 12/21/04 | E-mail | Donald Reese | Merri Pennington<br>Scott Rammell<br>Jeff Evans | Communication with in-house counsel | Attorney-client privilege, attorney work product |
| 102677 | 12/21/04 | E-mail | Donald Reese | Merri Pennington<br>Scott Rammell<br>Jeff Evans | Communication with in-house counsel | Attorney-client privilege, attorney work product |
| 102678 | 12/7/04 | E-mail | Scott Rammell | Rick Weyen<br>Don Croscost<br>Calvin Leavell<br>Donald Reese<br>Jeff Evans | Communication with in-house counsel | Attorney-client privilege, attorney work product |
| 102679 through 102681 | 11/17/04 &<br>11/16/04 | E-mail with attached letter | Fred Odsen | Scott Rammell<br>Rick Weyen<br>Don Groscost<br>Calvin Leavell<br>Donald Reese<br>Jeff Evans<br>Rob Donovan<br>Terry Kruger | Communication with counsel | Attorney-client privilege, attorney work product |

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 5
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240550(462-76)

EXHIBIT A

EXHIBIT 3
Page 9 of 18

| Bates | Date | Type | From | To | Re | Privilege |
|---|---|---|---|---|---|---|
| 102682 through 102688 | 11/5/04, 11/15/04 & 11/16/04 | E-mail | Terry Kruger | Scott Rammell, Don Groscost, Calvin Leavell, Rick Weyen, Donald Reese, Jeff Evans, Rob Donovan | Communication with in-house counsel | Attorney-client privilege, attorney work product |
| 102689 | 11/5/04 | E-mail | Scott Rammell | Terry Kruger, Donald Reese, Cindy Hughes, Don Groscost, Rick Weyen, Jeff Evans | Communication with in-house counsel | Attorney-client privilege, attorney work product |
| 102690 | 10/1/04 | E-mail | Donald Reese | Scott Rammell, Don Groscost | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102692 through 102693 | 12/17/04 | E-mail | Scott Rammell | Donald Reese, Don Groscost, Rick Weyen, Jeff Evans, Calvin Leavell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102694 | 9/3/04 | E-mail | Scott Rammell | Rick Weyen, Don Groscost, Calvin Leavell, Donald Reese, Jeff Evans | Communications with in-house counsel | Attorney-client privilege, attorney work product |

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

EXHIBIT A

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 6
*Manumitted v. Tesoro*, Case No. A05-185CV (JKS)
240550(462-76)

EXHIBIT 3
Page 10 of 18

| Bates No. | Date | Type | Author | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 102695 | 9/1/04 | E-mail | Donald Reese | Rick Weyen, Don Groscost, Scott Rammell, Jeff Evans, Calvin Leavell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102696 | 8/30/04 | E-mail | Jeff Evans | Don Groscost, Scott Rammell, Donald Reese, Calvin Leavell, Terry Houtchens, Rick Weyen | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102698 through 102700 | 5/12/04, 5/13/04, 5/14/04, & 5/17/04 | E-mail | Calvin Leavell | Scott Rammell, Donald Reese, Don Groscost, Fred Odsen, Jeff Evans, John Castaneda, Rick Weyen | Communications with in-house and outside counsel | Attorney-client privilege, attorney work product |
| 102701 through 102702 | 4/12/04, 4/13/04, 4/19/04 & 4/20/04 | E-mail | Donald Reese | Calvin Leavell, Scott Rammell, Don Groscost, Jeff Evans, Rick Weyen, Fred Odsen | Communications with in-house and outside counsel | Attorney-client privilege, attorney work product |
| 102703 through 102704 | 4/12/04, 4/13/04, 4/19/04, 4/20/04, & 4/23/04 | E-mail | Donald Reese | Calvin Leavell, Scott Rammell, Don Groscost, Jeff Evans, Rick Weyen, Fred Odsen | Communications with in-house and outside counsel | Attorney-client privilege, attorney work product |

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
SUITE 1001
3900 C STREET
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 7
*Manumitted v. Tesoro*, Case No. A05-185CV (JKS)
240550(462-76)

EXHIBIT A

EXHIBIT 3
Page 11 of 18

| | | | | | |
|---|---|---|---|---|---|
| 102708 | 2/25/04 | E-mail | Donald Reese | N/A | Summary of teleconference with Sorenson, Groscost, Rammell, Reese, Leavell & Evans | Attorney-client privilege, attorney work product |
| 102709 | 3/29/04 | E-mail | Calvin Leavell | Jeff Evans<br>Donald Reese<br>Don Groscost<br>Scott Rammell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102701 through 102702 | 3/29/04 | E-mail | Calvin Leavell | Jeff Evans<br>Donald Reese<br>Don Groscost<br>Scott Rammell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102723 through 102738 | 11/12/03 | Facsimile with attachments | David Freeman, Holmes Weddle & Barcott | Scott Rammell | Communications with outside counsel | Attorney-client privilege, attorney work product |
| 102751 through 102752 | 12/8/03, & 12/9/03 | E-mail | Donald Reese | Don Groscost<br>Jeff Evans<br>Don Sorensen<br>Scott Rammell<br>Terry Houtchens | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102757 | 12/2/03 | E-mail | Calvin Leavell | Don Sorensen<br>Don Groscost<br>Donald Reese<br>Scott Rammell<br>Jeff Evans<br>Gilbert Buitron | Communications with in-house counsel | Attorney-client privilege, attorney work product |

EXHIBIT A

HUGHES BAUMAN PFIFFNER<br>GORSKI & SEEDORF, LLC<br>ATTORNEYS AT LAW<br>3900 C STREET<br>SUITE 1001<br>ANCHORAGE, ALASKA 99503<br>(907) 274-7522<br>(907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 8
*Manumitted v. Tesoro*, Case No. A05-185CV (JKS)
240550(462-76)

EXHIBIT 3
Page 12 of 18

| Bates | Date | Type | Author | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 102769 through 102771 | 10/28/03, & 10/29/03 | E-mail | Jeff Evans | Don Sorensen, Greg Henderson, Terry Houtchens, Scott Rammell, Calvin Leavell, Gilbert Buitron, Donald Reese, Don Groscost, Stephen Hansen, Kathy Slaton | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102779 | 11/6/03 & 11/7/03 | E-mail | Jeff Evans | Don Groscost, Greg Henderson, Terry Houtchens, Stephen Hansen, Donald Reese | E-mail regarding non-parties – not related to litigation | Relevance. Proprietary information. |
| 102953 | 3/24/03 | E-mail | Donald Reese | Don Sorenson | E-mail regarding non-parties – not related to litigation | Relevance. |
| 102961 through 102962 | 3/14/03 | E-mail | Jeff Evans | Scott Rammell, Kathy Slaton, Don Groscost, Donald Reese | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102963 | 3/13/03 | E-mail | Jeff Evans | Scott Rammell, Don Groscost, Kathy Slaton | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102964 | 3/12/03, & 3/13/03 | E-mail | Donald Reese | Scott Rammell, Matthew Watters, Kathy Slaton, Jeff Evans | Communications with in-house counsel | Attorney-client privilege, attorney work product |

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522.
(907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 9
*Manumitted v. Tesoro*, Case No. A05-185CV (JKS)
240550(462-76)

EXHIBIT A

EXHIBIT 3
Page 13 of 18

| | | | | | | |
|---|---|---|---|---|---|---|
| 102967 | 3/13/03 | E-mail | Jeff Evans | Scott Rammell Don Groscost Kathy Slaton | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102972 through 102973 | 12/13/02, 12/16/02, & 12/17/02 | E-mail | Scott Rammell | Annette O'Neil Donald Reese Jeff Evans | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102980 | 12/5/02 | Memorandum | Jeff Evans | Scott Rammell Ron Noel | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 102983 through 102987 | 12/11/02, 12/13/02, 12/16/02, & 12/17/02 | E-mail | Donald Reese | Scott Rammell Annette O'Neil Kathy Slaton Jeff Evans Don Groscost Don Sorensen | | Attorney-client privilege, attorney work product |
| 102988 | 12/5/02 | Memorandum | Jeff Evans | Scott Rammell Ron Noel | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103019 through 103024 | 12/5/02, 12/10/02, & 12/11/02 | E-mail with attached proposed letter | Jeff Evans | Annette O'Neil Scott Rammell Donald Reese | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103025 through 103026 | 12/5/02 & 12/10/02 | E-mail | Jeff Evans | Annette O'Neil Scott Rammell Donald Reese | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103030 through 103037 | 12/11/02, 12/13/02, 12/16/02, & 12/17/02 | E-mail | Donald Reese | Scott Rammell Annette O'Neil Kathy Slaton Jeff Evans Don Groscost Don Sorensen | Communications with in-house counsel | Attorney-client privilege, attorney work product |

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC ATTORNEYS AT LAW 3900 C STREET SUITE 1001 ANCHORAGE, ALASKA 99503 (907) 274-7522 (907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 10
*Manumitted v. Tesoro*, Case No. A05-185CV (JKS)
240550(462-76)

EXHIBIT A

EXHIBIT 3
Page 14 of 18

| Bates No. | Date | Type | Author | Recipient | Other Recipients | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 103040 through 103041 | 2/10/03, 2/12/03 & 2/13/03 | E-mail | | Leonard Anderson | Jeff Evans<br>C.S. Chambers<br>Scott Rammell<br>Don Groscost | Communications with outside and in-house counsel | Attorney-client privilege, attorney work product |
| 103052 | 12/15/05 | E-mail | | Jeff Evans | Scott Rammell<br>Fred Odsen<br>Peggy Hand | Communications with outside and in-house counsel | Attorney-client privilege, attorney work product |
| 103053 | 11/5/04 | E-mail | | Scott Rammell | Terry Kruger<br>Donald Reese<br>Cindy Hughes<br>Don Groscost<br>Rick Weyen<br>Jeff Evans | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103056 | 12/15/05 | E-mail | | Jeff Evans | Scott Rammell<br>Fred Odsen<br>Peggy Hand | Communications with outside and in-house counsel | Attorney-client privilege, attorney work product |
| 103059 | 12/15/05 | E-mail | | Jeff Evans | Scott Rammell<br>Fred Odsen<br>Peggy Hand | Communications with outside and in-house counsel | Attorney-client privilege, attorney work product |
| 103062 | 12/15/05 | E-mail | | Jeff Evans | Scott Rammell<br>Fred Odsen<br>Peggy Hand | Communications with outside and in-house counsel | Attorney-client privilege, attorney work product |
| 103063 through 103065 | 11/15/04, & 11/16/04 | E-mail | | Scott Rammell | Rick Weyen<br>Calvin Leavell<br>Don Groscost<br>Donald Reese<br>Jeff Evans<br>Terry Kruger<br>Rob Donovan | Communications with in-house counsel | Attorney-client privilege, attorney work product |

EXHIBIT A

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 11
*Manumitted v. Tesoro*, Case No. A05-185CV (JKS)
240550(462-76)

EXHIBIT 3
Page 15 of 18

| Bates | Date | Type | From | To | Re | Privilege |
|---|---|---|---|---|---|---|
| 103066 through 103067 | 11/15/04 | E-mail | Rob Donovan | Rick Weyen<br>Scott Rammell<br>Calvin Leavell<br>Don Groscost<br>Donald Reese<br>Jeff Evans<br>Terry Kruger | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103068 | 12/15/05 | E-mail | Jeff Evans | Scott Rammell<br>Fred Odsen<br>Peggy Hand | Communications with outside and in-house counsel | Attorney-client privilege, attorney work product |
| 103069 | 12/15/05 | E-mail | Jeff Evans | Scott Rammell<br>Fred Odsen<br>Peggy Hand | Communications with outside and in-house counsel | Attorney-client privilege, attorney work product |
| 103070 through 103072 | 10/1/04 | E-mail | Jeff Evans | Donald Reese<br>Scott Rammell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103073 | 5/20/04 | E-mail | Jeff Evans | Donald Reese<br>Calvin Leavell<br>Don Groscost<br>Scott Rammell<br>Rick Weyen | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103078 through 103081 | 5/18/04 & 5/19/04 | E-mail | Fred Odsen | Scott Rammell<br>Donald Reese<br>Don Groscost<br>Calvin Leavell<br>Rick Weyen<br>Jeff Evans | Communications with outside and in-house counsel | Attorney-client privilege, attorney work product |

HUGHES BAUMAN PFIFFNER<br>GORSKI & SEEDORF, LLC<br>ATTORNEYS AT LAW<br>3900 C STREET<br>SUITE 1001<br>ANCHORAGE, ALASKA 99503<br>(907) 274-7522<br>(907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 12
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240550(462-76)

EXHIBIT A

EXHIBIT 3
Page 16 of 18

| Bates | Date | Type | Author | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 103082 through 103085 | 5/18/04 & 5/19/04 | E-mail | Fred Odsen | Scott Rammell, Donald Reese, Carl Bauman, Calvin Leavell, Don Groscost, Rick Weyen | Communications with outside and in-house counsel | Attorney-client privilege, attorney work product |
| 103089 through 103090 | 3/29/04 | E-mail | Calvin Leavell | Jeff Evans, Donald Reese, Don Groscost, Scott Rammell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103092 through 103093 | 3/29/04 | E-mail | Calvin Leavell | Jeff Evans, Donald Reese, Don Groscost, Scott Rammell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103113 through 103114 | 12/8/03, 12/9/03 & 12/10/03 | E-mail | Ben Olds | Jeff Evans, Don Groscost, Donald Reese, Calvin Leavell, Gilbert Buitron, Scott Rammell, David Sorensen | Communications with in-house counsel. (Note: e-mail with non-privileged information produced under No. 103115) | Attorney-client privilege, attorney work product |
| 103131 through 103132 | 11/20/03 | E-mail | Charles Magee | Aimee Souza, Scott Rammell, Donald Reese, Jeff Evans | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103137 through 103138 | 11/20/03 | E-mail | Jeff Evans | Charles Magee, Scott Rammell, Donald Reese, Aimee Souza | Communications with in-house counsel | Attorney-client privilege, attorney work product |

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 13
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240550(462-76)

EXHIBIT A

EXHIBIT 3
Page 17 of 18

| | | | | | |
|---|---|---|---|---|---|
| 103153 | 11/14/03 | E-mail | Donald Reese | Jeff Evans<br>Calvin Leavell<br>Don Groscost<br>Rodney Cason<br>Greg Henderson<br>Stephen Hansen<br>Terry Houtchens | Discussions that include information provided by outside legal counsel. | Attorney-client privilege, attorney work product. |
| 103158 through 103159 | 11/12/03 & 11/13/03 | E-mail | Donald Reese | Donald Groscost<br>Jeff Evans<br>Scott Rammell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103171 and 103172 | 11/7/03 | E-mail | Jeff Evans | Don ??<br>Scott Rammell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103175 | 11/6/03 | E-mail | Jeff Evans | Scott Rammell<br>Donald Reese<br>Don Groscost | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103176 and 103177 | 11/7/03 | E-mail | Jeff Evans | Don ??<br>Scott Rammell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103179 | 10/28/03 | E-mail | Jeff Evans | Don Sorensen<br>Greg Henderson<br>Terry Houtchens<br>Scott Rammell<br>Calvin Leavell<br>Gilbert Buitron<br>Donald Reese<br>Don Groscost<br>Stephen Hansen | Communications with in-house counsel | Attorney-client privilege, attorney work product |

UGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

TESORO ALASKA COMPANY'S PRIVILEGE LOG - 14
*Manumitted v. Tesoro, Case No. A05-185CV (JKS)*
240550(462-76)

EXHIBIT A

EXHIBIT 3
Page 18 of 18