Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| MANUMITTED COMPANIES, INC. | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 3:05-cv-185-TMB |
| TESORO ALASKA COMPANY, | **PROPOSED ORDER GRANTING MANUMITTED'S MOTION TO COMPEL** |
| Defendant. | |

    Having considered the motion to compel filed by Manumitted Companies, Inc. ("Manumitted") and any briefing related thereto,

    IT IS HEREBY ORDERED that, within ten (10) days of entry of this order, Tesoro Alaska Company shall:

    (1)    amend its initial disclosures to withdraw its assertion of attorney-client privilege with respect to all current and former employees that do not meet Alaska's "control group" test;

    (2)    withdraw its assertion of attorney-client privilege and produce all redacted or withheld documents that were either (a) authored by a non-control group member, or (b) distributed to a non-control group member;

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

(3) produce all documents withheld or redacted simply because the communication was made, distributed, or copied to counsel;

(4) amend its privilege log to include (a) the subject-matter(s) of the redacted material or withheld document, (b) all persons or entities known by Tesoro to have been furnished the document or informed of its substance, and (c) a detailed, specific explanation of why the document is privileged or immune from discovery; and

(5) produce all documents withheld because they contain proprietary, confidential, or internal financial information, including document nos. TAC-102974 – TAC-102979; TAC-102947; and TAC-102991 – TAC-103011.

IT IS FURTHER ORDERED THAT Tesoro shall pay to Manumitted its actual reasonable expenses incurred bringing its motion to compel, including reasonable attorney's fees pursuant to Rule 37(a)(4). Manumitted shall submit an affidavit accounting for such expenses and a proposed order, and Tesoro shall have 3 business days to object to the reasonableness of such expenses.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
TIMOTHY M. BURGESS
United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on this 2nd day of May, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503

Certification signature

PROPOSED ORDER GRANTING
MANUMITTED'S MOTION TO COMPEL
Page 2 of 2

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. 3:05-cv-185-TMB

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557