Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. 3:05-cv-185-TMB<br><br>**AFFIDAVIT OF WENDY E. LEUKUMA IN SUPPORT OF MANUMITTED'S MOTION TO COMPEL** |

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

WENDY E. LEUKUMA, being first duly sworn, deposes and testifies as follows:

1.  I am an attorney at Dorsey & Whitney LLP and am duly licensed to practice law before this Court. I make this affidavit based on personal knowledge and review of correspondence between the parties kept by Dorsey & Whitney LLP in the ordinary course of business.

2.  As represented by counsel at Docket No. 12-1, the parties met and conferred pursuant to Federal Civil Rule 26(f) on September 13, 2005. Two days later, Manumitted Companies, Inc. ("Manumitted") served its first discovery requests on Tesoro Alaska Company ("Tesoro"). These discovery requests were all related to the claims asserted in Manumitted's Complaint.

3.  On April 5, 2005, counsel for Manumitted contacted counsel for Tesoro to insist that Tesoro respond to Manumitted's outstanding discovery requests and to address Manumitted's concerns regarding Tesoro's overbroad assertions of attorney-client privilege and refusal to produce certain "proprietary" documents.

4.  During this conversation, Tesoro's counsel Frederick Odsen stated that Tesoro believed it was entitled to claim attorney-client privilege with respect to all emails and communications copied to counsel. Tesoro's counsel further stated that Tesoro had reserved its right to withhold certain types of "proprietary" information and that Tesoro believed it was entitled to withhold any information regarding volumes of gasoline sales or pricing based on the reasoning employed by the Court in quashing the subpoena issued to Gas, Inc..

5.  In a letter dated April 11, 2006, Manumitted made another good faith attempt to resolve its discovery dispute without Court intervention. In this letter, counsel for Manumitted explained in detail the problems with Tesoro's assertions of privilege and warned that if full and meaningful disclosure was not received by April 19, 2006, Manumitted would have no choice but to file a motion to compel.

6.  Tesoro responded to this letter by formally responding to Manumitted's discovery requests, served on September 15, 2005. The cover letter accompanying Tesoro's discovery responses did not, however, address any of the other concerns raised by Manumitted.

7.  On Monday, April 24, 2006, Manumitted's counsel again spoke with Tesoro's counsel by telephone. During this conversation, Tesoro's counsel indicated that he had been focusing on responding to Manumitted's discovery requests and would get back to Manumitted on the remaining issues. When pressed, he agreed that the parties

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF WENDY E. LEUKUMA IN SUPPORT
OF MANUMITTED'S MOTION TO COMPEL
Page 2 of 3

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. 3:05-cv-185-TMB

had substantial differences that would need to be addressed by the Court. In particular, Tesoro was not willing to produce any of the "proprietary" or "attorney-client" privileged documents previously withheld.

8. Tesoro has yet to provide any additional response to Manumitted's April 11, 2006 letter.

9. As evidenced by the foregoing and shown in Exhibit 6 to Manumitted's Motion to Compel, Manumitted made a good faith effort to obtain Tesoro's cooperation and to resolve its discovery disputes without court intervention. Tesoro, however, has only sought to delay dealing with these discovery matters and has agreed that Court intervention is necessary.

_____
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501
Phone: 907-276-4557
Fax: 907-276-4152
Email: leukuma.wendy@dorsey.com

SUBSCRIBED AND SWORN to before me this 2nd day of May, 2006, at Anchorage, Alaska.

_____
NOTARY PUBLIC in and for Alaska
My commission expires 8/23/08

CERTIFICATE OF SERVICE

This certifies that on this 2nd day of May, 2006, a copy of the foregoing was served electronically on the following:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503

_____
Certification signature

AFFIDAVIT OF WENDY E. LEUKUMA IN SUPPORT
OF MANUMITTED'S MOTION TO COMPEL
Page 3 of 3

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. 3:05-cv-185-TMB

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557