Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC. Plaintiff, vs. TESORO ALASKA COMPANY, Defendant. | Case No. A05-185 CV (JKS) **AFFIDAVIT OF BENJAMIN H. OLDS IN SUPPORT OF MANUMITTED'S MOTION TO COMPEL** |

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

BENJAMIN H. OLDS, being first duly sworn, deposes and testifies as follows:

1. I am the President of Manumitted Companies, Inc. ("Manumitted"), formerly known as Harbor Fuel Co., Inc. ("Harbor Fuel"). Until 1998, in addition to retail sales, Harbor Fuel operated a wholesale petroleum, retail heating oil, and propane business. I am very familiar with the Valdez petroleum market, due to my participation in this market since 1985. I make this affidavit based on personal knowledge.

2. In 1994, Manumitted transmitted the information regarding total volume of gasoline sold in Valdez, attached hereto as Exhibit 1, to Tesoro to encourage Tesoro to acquire a downtown Valdez gas station known as Newtown Chevron and then lease it

back to Manumitted. In conjunction with the proposed purchase and lease, Manumitted offered to close the downtown Valdez Tesoro, then owned by Manumitted.

3. Manumitted's proposal was ultimately accepted by Tesoro, resulting in the elimination of one of the three stations in downtown Valdez, leaving only Captain Joe's and Manumitted. Now, there is only one downtown station — Captain Joe's.

4. The retail gasoline market to year-round residents and businesses in Valdez has remained fairly level since 1994. The total population of Valdez has remained constant over this same period at 4,200 – 4,600. According to _the Alaska DMV Website_, in 1995, there were about 3,600 passenger cars and trucks registered in Valdez. In 2004, there were 4,595 passenger cars and trucks registered in Valdez. This represents an average growth of 2% per year. The summer tourism market, particularly RV traffic, has also increased slightly from year to year over the same period. This RV traffic represents a significant amount of the retail gasoline market. RV demand varies from year to year depending on the price of gasoline, weather, and fishing opportunities in Valdez. Other than normal incremental growth, there have been no significant economic events that would materially and dramatically increase the volumes of retail gasoline sales in Valdez during the period 1995 through present.

5. I would not gain any competitive advantage by obtaining information regarding Captain Joe's current sales by volume for at least two reasons. First, as explained above, the downtown Valdez market has remained relatively constant since 1994. During most of the period from 1995 through 2004, there were only two gasoline stations in downtown Valdez: Captain Joe's and Manumitted. I have always able to deduce Captain Joe's sales volume with a fair degree of certainty based on Manumitted's sales volume. Second, I am — and have always been — able to estimate Captain Joe's

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF BENJAMIN H. OLDS IN
SUPPORT OF MANUMITTED'S MOTION
TO COMPEL
Page 2 of 3

MANUMITTED COMPANIES v. TESORO ALASKA CO.
Case No. A05-185 CV (JKS)

sales volumes with a high degree of accuracy by simply observing the number and frequency of its tanker deliveries.

_____
BENJAMIN H. OLDS

SUBSCRIBED AND SWORN to before me this ___2nd___ day of May, 2006, at Valdez, Alaska.

CERTIFICATE OF SERVICE

This certifies that on this _2nd_ day of May, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503

_____
Certification signature

_____
Catherine E Christensen
NOTARY PUBLIC in and for Alaska
My commission expires _4/3/2008_

Notary Public
CATHERINE E. CHRISTENSEN
State of Alaska
My Commission Expires Apr 3, 2008

DORSEY & WHITNEY LLP
1031 West 4th Avenue
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF BENJAMIN H. OLDS IN
SUPPORT OF MANUMITTED'S MOTION
TO COMPEL
Page 3 of 3

MANUMITTED COMPANIES v. TESORO ALASKA CO.
Case No. A05-185 CV (JKS)





EXHIBIT 1
Page 1 of 4

M 000333



EXHIBIT 1
Page 2 of 4

M 000334

# HARBOR FUEL COMPANY, INC.

PO BOX 336, VALDEZ, ALASKA 99686

## FAX TRANSMISSION

**TO:** MARK NELSON   AND JOHN CANNON          **TOTAL PAGES:** 2

**COMPANY:** TESORO ALASKA PETROLEUM          **FAX NO.** 210-283-2048

**SUBJECT:** VALDEZ TESORO SERVICE STATION SALES

**FROM:** BEN OLDS                              **REPLY TO FAX** 907-835-5315

September 30, 1994

Mark and John

Here are the numbers you asked for. Hope this is what you wanted. Give me a call if you have questions.

Ben

EXHIBIT 1
Page 3 of 4        M 000335

# HARBOR FUEL COMPANY, INC.

PO BOX 336, VALDEZ, ALASKA  99686

# FAX TRANSMISSION

**TO:** CALVIN LEAVELL          **TOTAL PAGES:** 2

**COMPANY:** TESORO PETROLEUM    **FAX NO.** 210-283-2048

**SUBJECT:** VALDEZ TESORO SERVICE STATION SALES

**FROM:** BEN OLDS               **REPLY TO FAX** 907-835-5315

September 30, 1994

Cal,

Here are the numbers you asked for.  Hope this is what you wanted.  Give me a call if you have questions.

Ben

EXHIBIT 1
Page 4 of 4

M 000336