Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503
Telephone Number:    (907) 274-7522
Facsimile Number:    (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>   Defendant. | Case No. A05-185CV (TMB) |

## STIPULATION TO EXTEND TIME IN
## WHICH TO OPPOSE MANUMITTED'S MOTION TO COMPEL

COME NOW the parties, by and through counsel and stipulate and agree that Defendant, Tesoro Alaska Company may have an extension until June 2, 2006 in which to oppose plaintiff's motion to compel.

Stipulation to Extend Time to File Opposition
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [TMB]
Page 1 of 3

The extension has been agreed to in light of the fact Defendant's principal counsel is traveling to Seattle, Washington to attend a family wedding and also to deal with probate and estate matters of a recently deceased parent.  One of Defendant's other principal counsel, Mr. Carl Bauman, is currently in trial in state court.

DATED this 17th day of May, 2006.

>HUGHES BAUMAN PFIFFNER
>GORSKI & SEEDORF, LLC
>Attorney for Defendant,
>Tesoro Alaska Company
>
>
>By:   s/ Frederick J. Odsen
>　　　Frederick J. Odsen
>　　　ABA No. 7906043
>　　　3900 C Street, Suite 1001
>　　　Anchorage, AK  99503
>　　　Telephone Number:  (907) 274-7522
>　　　Facsimile Number:  (907) 263-8320
>　　　Email:  FJO@hbplaw.net

DATED this 17th day of May, 2006.

                    DORSEY & WHITNEY, LLP
                    Attorney for Plaintiff,
                    Michael R. Mills


          By:    s/ Michael R. Mills
                Michael R. Mills
                ABA No. 8911074
                1031 W. 4th Avenue, Suite 600
                Anchorage, AK  99501
                Telephone Number:  (907) 276-4557
                Facsimile Number:  (907) 276-4152
                Email:  mills.mike@dorsey.com

#246882

I hereby certify that a true
and correct copy of the fore-
going was served via the court's
ECF system on the 17th day of
May, 2006 to:

Michael R. Mills
Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK  99501

   s/ Frederick J. Odsen

Stipulation to Extend Time to File Opposition
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [TMB]
Page 3 of 3