Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503
Telephone Number:    (907) 274-7522
Facsimile Number:    (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., <br><br>         Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br>         Defendant. | Case No. A05-185CV (TMB) |

### [PROPOSED] ORDER APPROVING STIPULATION TO EXTEND TIME IN WHICH TO OPPOSE MANUMITTED'S MOTION TO COMPEL

The matter having come before the court upon the Stipulation to Extend Time in Which to Oppose Manumitted's Motion to Compel of the parties, the Court being duly advised;

Order Granting Extension to File Opposition
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [TMB]
Page 1 of 2

IT IS ORDERED that:

1. The Stipulation to Extend Time in Which to Oppose Manumitted's Motion to Compel is approved.

2. The Defendant shall file its opposition to Plaintiff's Motion to Compel on or before June 2, 2006.

DATED this ____ day of May, 2006.

                                                                             _____
                                                                             The Honorable Timothy M. Burgess
                                                                             U.S. District Court Judge

#246883

I hereby certify that a true
and correct copy of the fore-
going was served via the court's
ECF system on the 17th day of
May, 2006 to:
Michael R. Mills
Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK  99501

   s/ Frederick J. Odsen

Order Granting Extension to File Opposition
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [TMB]
Page 2 of 2