Michael R. Mills
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>                              Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>                              Defendant. | Case No. A05-185CV (TMB)<br><br>SUPPLEMENTAL STATUS REPORT |

An original status report was filed by the parties on November 8, 2005. This Supplemental Status Report is filed pursuant to this Court's May 9, 2006 Order.

**A.   Nature of Case**

1.   The lead attorneys on the case:

Michael R. Mills and Wendy E. Leukuma, attorneys for plaintiff Manumitted Companies, Inc.

Frederick J. Odsen and Carl J. Bauman, attorneys for defendant Tesoro Alaska Company

2.   Basis for federal jurisdiction:

Robinson Patman Act and diversity. Case was removed by defendant from State court.

3. Nature of the claims asserted in the complaint and any counterclaims:

> See November 8, 2005 Status Report

4. Name of any party that has not been served and the nature of the non-service:

> N/A

5. Principal legal issues:

> See November 8, 2005 Status Report

6. Principal factual issues:

> See November 8, 2005 Status Report

**B.    Discovery Plan**.

Brief description of completed discovery and any remaining discover:

> Manumitted has filed a motion to compel compliance with initial disclosures and objects to what Manumitted contends to be Tesoro's overly broad use of privilege by Tesoro and alleged failure to adhere to the terms of the Protective Order that Tesoro proposed.  The parties have consented to Tesoro having until June 2, 2006 to oppose the Motion to Compel.  In addition, Manumitted has asserted in a letter to Tesoro that Tesoro has not adequately responded to Manumitted's first set of discovery requests.  It is unlikely that the parties will be able to resolve this dispute fully and a second motion to compel will likely follow.
>
> The parties have exchanged initial disclosures.  Manumitted has a few additional documents it will provide to supplement its disclosures.  Both parties contend the other has not sufficiently complied with its initial disclosure obligations.
>
> This Court has previously entered an order to quash a subpoena issued by Manumitted to a non-party, Gas, Inc. .

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

SUPPLEMENTAL STATUS REPORT          MANUMITTED COMPANIES v. TESORO ALASKA CO.
Page 2 of 4                                                    Case No. A05-185CV (TMB)

**C.    Trial**.

This matter is expected to take 10-15 days to try.  A jury has been requested.

**D.    Settlement.**

The parties have had settlement discussions intermittently. There have been discussions about the potential benefit of conducting a mediation or seeking a neutral evaluation of the case.  The case is not yet ripe for a meaningful neutral evaluation or mediation.  It is hoped that such Alternative Dispute Resolution will be capable of being effectively pursued in the next 60-90 days sufficiently ahead of the parties' October 1, 2006 deadline to exchange expert reports, which could be costly.

DATED:    May 25, 2006              DORSEY & WHITNEY LLP


By:    /s/ Michael R. Mills
       Michael R. Mills
       ABA # 8911074
       Attorneys for Manumitted
       Companies, Inc.
       1031 West Fourth Avenue, Suite 600
       Anchorage, AK 99501-5907
       Telephone:    (907) 276-4557
       Facsimile:    (907) 276-4152

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

SUPPLEMENTAL STATUS REPORT           MANUMITTED COMPANIES v. TESORO ALASKA CO.
Page 3 of 4                          Case No. A05-185CV (TMB)

DATED: <u>May 25, 2006</u>  HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC

By:  /s/ Frederick J. Odsen
    Frederick J. Odsen
    ABA # 7906043
    Attorneys for Tesoro Alaska Company
    3900 C Street, Suite 1001
    Anchorage, AK 99501
    Tel: (907) 263-8255
    Fax: (907) 263-8320

**Certificate of Service**
I hereby certify that a copy of the foregoing was served this 25th day of May, 2006 on by electronic notice:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503

/s/ Michael R. Mills
Michael R. Mills

\\AKFILE02\FILES\DEPT_INFO\FORMS\LITIGATION\DISCOVERY - COMBINED DISCOVERY REQUEST.DOC

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

SUPPLEMENTAL STATUS REPORT         MANUMITTED COMPANIES v. TESORO ALASKA CO.
Page 4 of 4                        Case No. A05-185CV (TMB)
4840-5368-1921\2\476962\00001