

# Hughes Bauman Pfiffner
## Gorski & Seedorf, LLC
ATTORNEYS AT LAW

Est. 1939

October 14, 2005

Direct Dial:
**(907) 263-8255**
E-Mail: **FJO@hbplaw.net**

Michael R. Mills
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501

RE: Manumitted Companies, Inc. v. Tesoro Alaska Company
    Our File No. 462-76

Dear Mike:

    Enclosed for purposes of the record at this juncture is a set of Initial Objections and Responses to Plaintiff's First Discovery Requests Propounded to Defendant in the referenced matter. As we have discussed, our client, Tesoro Alaska Company, under the rules and by virtue of our discussions, is not required to respond to the plaintiff's First Discovery Requests Propounded to Defendant dated September 15, 2005 until thirty days after the parties have exchanged initial disclosures. In accordance with the discussions at our meeting, we are anticipating that initial disclosures will be exchanged thirty days after the filing of a scheduling and planning conference report. That scheduling and planning conference report, in turn, is not due until ten days after the court grants relief from the stay to allow Tesoro to assert counterclaims. We did, however, want to have the enclosed initial objections and responses of record if for no other reason because of the "moving target" aspect of the discovery response date.

    With regard to the relief from stay motion, I don't believe I have received any objections except the debtor's objection to relief from stay to the extent it seeks permission to foreclose founded upon a lack of insurance. I have also been informed that the continued hearing on the dismissal motion has been set for Wednesday, October 19, 2005 at 10:00 a.m. I will forward your proposed form of relief from stay order which we received by e-mail today, as well as the insurance information to our client for its input and get back to your shortly.

PAGE 1 of 2  EXHIBIT B

Michael R. Mills
October 14, 2005
Page 2

**HUGHES BAUMAN PFIFFNER**
**GORSKI & SEEDORF, LLC**
ATTORNEYS AT LAW

---

Should you have any questions, please feel free to call.

Sincerely,

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

By *[signature]*
Frederick J. Odsen

FJO:pab:238907
Enclosure

cc:   Scott Rammell
      Carl Bauman

PAGE 2 of 2  EXHIBIT B