Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone Number:   (907) 274-7522
Facsimile Number:    (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br> Defendant. | Case No. A05-185CV (JKS) |

**INITIAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S**
**FIRST DISCOVERY REQUESTS PROPOUNDED TO DEFENDANT**

COMES NOW defendant, Tesoro Alaska Company, by and through its counsel of record, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and objects to and responds to Plaintiff's First Discovery Requests Propounded to Defendant dated September 15, 2005 as follows:

PAGE 1 of 2   EXHIBIT C

- 1 -

Tesoro, through counsel, objects to and denies each of the requests for admissions, numbers 1-31, prematurely served by Manumitted on September 15, 2005. Tesoro reserves the right to change one or more denials to admissions or qualified admissions following review of Manumitted's Rule 26 disclosures (not yet received), other Manumitted discovery responses in due course, and review of additional information

DATED this 14th day of October, 2005.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorney for Defendant,
Tesoro Alaska Company

By: _____
Frederick J. Odsen
ABA No. 7906043

238189

I hereby certify that a true
and correct copy of the fore-
going was mailed on the 14th
day of October, 2005 to:

Michael R. Mills
Michael Stryszak
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

PAGE 2 of 2 EXHIBIT C