Michael R. Mills
Allen Clendaniel
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Manumitted Companies, Inc.

☐ HD    ☐ MAIL    ☐ FAX
R E C E I V E D

JAN 1 0 2006

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MANUMITTED COMPANIES, INC.

                    Plaintiff,

vs.

TESORO ALASKA COMPANY,

                    Defendant.

Case No. A05-185CV (JKS)

**PLAINTIFF'S INITIAL
DISCLOSURES**

Plaintiff, Manumitted Companies, Inc. ("Manumitted"), provides the following

initial disclosures, in accordance with Fed.R.Civ.P. 26(a)(1):

A.    **The Names and Addresses of Individuals Likely to Have Relevant
Discoverable Information.**

1.    Benjamin H. Olds, President Manumitted Companies, Inc.
C/O Michael R. Mills, Esq.
Dorsey & Whitney LLP
1031 W. 4th Ave., Ste. 600
Anchorage, AK 99501
(907) 276-1557

2.    Representative(s) of Tesoro Alaska Company
(Stephen M. Ricks)
(Calvin Leavill)
(Ken Gaylord)

PAGE 1 of 9 EXHIBIT D

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

C/O Frederick J. Odsen, Esq.
Hughes Bauman Pfiffner Gorski & Seedord, LLC
3900 C Street, Ste. 1001
Anchorage, AK 99503
(907) 274-7522

3.      Representative(s) of
        Service Oil & Gas, dba
        Valdez Fuel Company
        5671 Airport Rd
        Valdez, AK 99686
        (907) 835-4558

Valdez Fuel Company is believed to have information on matters considered by

Tesoro in its approval of a new convenience store formatted Tesoro station in Valdez,

Alaska.

4.      Jeff Saxe
        Laura Saxe
        139 E Pioneer Ave.
        Valdez, AK 99686
        (907) 835-2633

Owners/Operators of Eagles Rest RV Park, Capt'n Joe's Gas, and CJ's Tesoro.

5.      Representative(s) of
        Gilfillian Engineering & Environmental Testing, Inc. ("Gilfillian")
        2605 Denali Street, Ste. 203
        Anchorage, AK 99503
        (907) 277-2021

Gilfillian prepared Site Assessment Reports on the Manumitted Tesoro Station in

1995, and provided continuing monitoring and remediation services to Tesoro.

6.      Representative(s) of State of Alaska
        Department of Environmental Conservation
        555 Cordova Street
        Anchorage, AK 99501

MANUMITTED COMPANIES v. TESORO ALASKA CO.
Case No. A05-185CV (JKS)

PAGE 2 of 9  EXHIBIT D

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

A representative of the DEC will have information on environmental testing and findings on the Station Site at the time of Manumitted's purchase of the property, remediation requirements by Tesoro, and the status of those requirements.

7.     Richard Curtin – General Counsel
       PetroStar
       3900 C Street, Ste. 401
       Anchorage, AK  99503

Mr. Curtin is the general counsel for PetroStar.  He has information pertaining to PetroStar's offer to purchase the Manumitted Tesoro Station, and reasons for the deal not coming to fruition.

8.     Representative(s) of
       Analytica Alaska, Inc.
       811 W. 8th Avenue
       Anchorage, AK  99501
       (907) 258-2155

Analytica Alaska, Inc. performed testing on soil samples from the Station Site in August of 1995, and will have information on that testing.

9.     Representative(s) of
       MWH Americas, Inc.
       1835 S. Bragaw Street, Suite 350
       Anchorage, AK  99508
       (907) 248-8883

MWH provided environmental testing and remediation services to Tesoro on the Station Site.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

**B.**    **Relevant Documents**.

Manumitted will make all relevant documents in its possession available to Tesoro for review and copying.  Documents in Manumitted's possession relevant to this dispute include April 1999 transactional documents between Tesoro and Manumitted, environmental reports on contamination existing on the Manumitted Tesoro Station property at the time that Manumitted first leased it in 1995, environmental monitoring reports, ADEC remediation documents, correspondence between Tesoro, Manumitted and the ADEC, tax returns, profit and loss statements, and other financial documents from 1995 through 2005.

**C.**    **Computation of Damages**.

Manumitted's business has been destroyed by Tesoro's actions and breaches of its duties.  Manumitted was a consistently profitable business from 1995 – 2002 when Tesoro authorized Manumitted's only competitor to expand to a "super" Tesoro format with a convenience store and use of the Tesoro "treasure-burst" logo.  This change in the competitive landscape in a two gas station town, solely within Tesoro's control, foreseeably and predictably led to an immediate sharp decline in Manumitted's business. Manumitted has not fully calculated its damages, and has not yet engaged an expert to assist it.  However, without waiving any rights to modify and increase its damage claim, Manumitted asserts that it has suffered at least the following damages which are based upon the attached spreadsheet.  The spreadsheet was created from information taken from the general ledgers used to prepare Manumitted's tax returns.  The information is solely

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

related to the gas station operation and does not include other business conducted by Manumitted.

| 1998-2001 | Average operating income: **$227,875 per year** | |
|---|---|---|
| | Actual Operating Income | Damage |
| 2002 | 106,283 | 176,592 |
| 2003 | -38,237 | 266,112 |
| 2004 | -158,912 | 386,787 |
| 2005 | -13,912 | 241,787 |
| 2006-2009 | $227,875 per year estimate | 911,500 |
| **Total Operating Loss:** | | **1,982,778** |

Loss of Profit from PetroStar:
sale ($720,000 - $475,000 debt)                    $245,000

Damages for wrongful
foreclosure (attorney's
fees and costs through Oct.
2005):                                             $50,000

**Subtotal:**                                      **$2,277,778**

Treble damages for violations of                   3X
the Uniform Trade Practices
and Consumer Protection Act:
and/or the Robinson Patman Act:

Attorney's fees and costs:              Unknown (actual fees
                                  allowed under statutory violations)

Potential Damages:                      **$6,833,334 plus**

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

**D.**     __Insurance__. **Not Applicable.**

DATED this 6th day of January, 2006.          DORSEY & WHITNEY LLP

By: *[signature]*

Michael R. Mills
ABA # 8911074
Attorneys for Manumitted
Companies, Inc.

__Certificate of Service__
I hereby certify that a copy of the foregoing was served this 6th
day of January, 2006 on:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503

*[signature]*
Michelle Hanlon-Dehner

\\AKFILE02\FILES\DEPT_INFO\FORMS\LITIGATION\DISCOVERY - COMBINED DISCOVERY REQUEST.DOC

Plaintiff's Initial Disclosures          MANUMITTED COMPANIES v. TESORO ALASKA CO.
Page 6 of 6                               Case No. A05-185CV (JKS)
4848-9914-4704\1\476962\00001

PAGE 6 of 9 EXHIBIT D

| | Jul '98 - Jun 99 | Jul '99 - Jun 00 | Jul '00 - Jun 01 (Alyeska lays off 300 Workers in Valdez, plus stock market crash limits tourism accounts for decrease in sales) | Jul '01 - Jun 02 (Captain Joes opens in Spring of '02) | Jul '02 - Jun 03 | Jul '03 - Jun 04 (Station Closes Jan. '04, increase in fuel price accounts for increase in sales) | Jul '04 - Jun 05 |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| **500 · Gross sales** | | | | | | | |
| 502 · Fuel Sales | 1,550,491.75 | 1,515,641.04 | 1,222,870.95 | 734,810.36 | 339,556.41 | 484,436.76 | 0.00 |
| 504 · Merchandise sales | 400,777.47 | 413,579.76 | 269,326.52 | 101,603.66 | 42,449.96 | 73,259.08 | 15.00 |
| 506 · Labor | 309,516.28 | 308,970.03 | 246,355.64 | 93,091.60 | 46,389.65 | 91,524.45 | 0.00 |
| 508 · Contract services | -48.75 | 0.00 | 0.00 | 755.00 | 20,607.52 | 42,911.70 | 0.00 |
| 512 · Sale discounts | -18,668.10 | -7,664.22 | -6,343.90 | -4,405.66 | -832.57 | -3,339.01 | 0.00 |
| 514 · Cash over/short | -3,369.20 | -195.18 | -1,227.95 | -489.67 | -1,341.32 | -2,541.34 | 0.00 |
| 500 · Gross sales - Other | 0.00 | 0.00 | 0.00 | 19.76 | 240.20 | 1,548.23 | 0.00 |
| **Total 500 · Gross sales** | 2,238,699.45 | 2,230,331.43 | 1,730,981.26 | 925,385.05 | 447,069.85 | 687,799.87 | 0.00 |
| 599 · Uncategorized Income | 0.00 | 0.00 | 0.00 | 0.00 | 2,959.06 | 156.16 | 0.00 |
| **Total Income** | 2,238,699.45 | 2,230,331.43 | 1,730,981.26 | 925,385.05 | 450,028.91 | 687,956.03 | 0.00 |
| **Cost of Goods Sold** | | | | | | | |
| **600 · Cost of Goods Sold** | | | | | | | |
| 602 · Fuel purchases | 1,292,314.42 | 1,270,845.33 | 1,014,004.37 | 606,623.50 | 256,624.25 | 403,612.93 | 0.00 |
| 604 · Merchandise purchases | 274,387.76 | 277,871.97 | 160,165.54 | 53,641.04 | 34,121.83 | 57,033.83 | 0.00 |
| 606 · Freight | 145.50 | 11,080.08 | 14,961.52 | 3,144.68 | 2,350.12 | 2,353.62 | 0.00 |
| 608 · Sublet labor/mtls | 3,897.50 | 3,588.00 | 4,434.88 | 309.00 | | | |
| 609 · Shop supply | 8,250.92 | 17,369.58 | 13,276.20 | 6,345.86 | 8,693.83 | 7,258.15 | 0.00 |
| 610 · Discounts and rebates | -5,576.43 | -12,783.83 | -232.20 | -147.78 | 0.00 | 381.52 | 0.00 |
| 620 · Credit card fees | 17,378.61 | 22,150.10 | 20,458.05 | 10,809.50 | 3,991.73 | 10,497.93 | 0.00 |
| 650 · Inventory adjustment | 0.00 | -15,315.63 | 0.00 | 0.00 | | | |
| 600 · Cost of Goods Sold - Other | 0.00 | 0.00 | 0.00 | 218.36 | 0.00 | 30.58 | 0.00 |
| **Total 600 · Cost of Goods Sold** | 1,590,798.28 | 1,574,805.60 | 1,227,068.36 | 680,944.16 | 305,781.76 | 481,168.56 | 0.00 |
| **Total COGS** | 1,590,798.28 | 1,574,805.60 | 1,227,068.36 | 680,944.16 | 305,781.76 | 481,168.56 | 0.00 |

| Account | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| Gross Profit | 647,901.17 | 655,525.83 | 503,912.90 | 244,440.89 | 144,247.15 | 206,787.47 | 0.00 |
| Expense | | | | | | | |
| 6560 · Payroll Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,682.32 |
| 700 · Payroll expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -120.00 |
| 701 · Gross wages & salaries | 259,941.08 | 254,272.28 | 230,247.79 | 97,790.64 | 69,721.34 | 160,130.73 | 0.00 |
| 704 · Employer 401k contributions | 1,499.93 | 1,506.13 | 0.00 | 0.00 | 938.96 | 3,670.00 | 0.00 |
| 705 · Payroll tax expense | 25,206.92 | 25,034.10 | 23,622.57 | 1,375.12 | 0.00 | 0.00 | 0.00 |
| 706 · Employee health insurance | 9,158.34 | 10,590.57 | 4,819.44 | 0.00 | 0.00 | 0.00 | 0.00 |
| 707 · Workers' compensation ins | 5,482.68 | 7,227.04 | 8,941.82 | 0.00 | 7,299.00 | -6,039.00 | 0.00 |
| 700 · Payroll expense - Other | 286.69 | 0.00 | 0.00 | 1,625.00 | 0.00 | 0.00 | 0.00 |
| Total 700 · Payroll expense | 301,288.95 | 298,630.12 | 267,631.62 | 99,165.76 | 77,959.30 | 157,761.73 | 10,562.32 |
| 720 · Advertising | 11,525.44 | 6,744.81 | 10,889.18 | 4,434.38 | 3,211.00 | 5,059.00 | 192.60 |
| 722 · Bank fees | 59.00 | -7.50 | 85.28 | 774.37 | 1,458.52 | 3,691.29 | 0.00 |
| 724 · Contributions | 814.00 | 50.00 | 300.00 | 200.00 | 725.00 | 334.00 | 0.00 |
| 726 · Dues and subscriptions | 200.00 | 605.00 | 662.50 | 67.50 | 0.00 | 392.90 | 0.00 |
| 728 · Insurance | 4,130.66 | 0.00 | -1,835.00 | 400.00 | 0.00 | -3,996.60 | 0.00 |
| 730 · Office supplies | 1,009.30 | 2,393.21 | 838.40 | 0.00 | 1,430.84 | 840.96 | 0.00 |
| 732 · Postage and delivery | 555.80 | 240.79 | 151.70 | 5.40 | 238.82 | 222.00 | 0.00 |
| 734 · Printing and reproduction | 0.00 | 0.00 | 0.00 | 465.00 | 0.00 | 0.00 | 0.00 |
| 736 · Telephone | 3,726.49 | 3,707.95 | 4,733.18 | 2,765.63 | 4,145.92 | 6,148.69 | 0.00 |
| 738 · License and fees | 650.00 | 761.00 | 692.00 | 782.00 | 283.00 | 939.80 | 0.00 |
| 752 · Tuition and training | 4,147.30 | 1,786.55 | 206.00 | 511.40 | 1,590.00 | 0.00 | 0.00 |
| 754 · Travel and meals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,432.45 | 0.00 |
|  | 1,195.08 | 242.24 | 0.00 | 0.00 | 0.00 |  |  |
|  | 983.12 | 185.50 | 140.70 | 92.00 | 0.00 |  |  |
|  | 2,178.20 | 427.74 | 140.70 | 92.00 | 0.00 |  |  |
| 758 · Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 257.41 | 0.00 |
| 762 · Station supplies | 17,575.22 | 5,773.16 | 6,940.44 | 4,033.42 | 1,346.58 | 506.63 | 0.00 |
| 766 · Small tools & equipment | 7,653.80 | 4,997.51 | 6,184.78 | 2,418.29 | 34.97 | 0.00 | -575.00 |
| 768 · Equipment rent | 3,082.45 | 6,245.56 | 6,140.56 | 8,170.60 | 2,523.92 | 5,220.82 | 0.00 |
| 770 · Repair and maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 772 · Building | 4,163.89 | 4,786.12 | 9,010.96 | 2,197.15 | 1,952.73 | 115.18 | 0.00 |
| 774 · Equipment repair | 5,978.93 | 5,088.66 | 1,030.26 | 1,543.51 | 929.57 | 2,503.84 | 0.00 |
| 778 · Customer repairs | 1,422.46 | 5,941.77 | 3,882.92 | 324.70 | 0.00 | -264.88 | 0.00 |
| 770 · Repair and maintenance - Other | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 140.00 | 0.00 |
| Total 770 · Repair and maintenance | 11,565.28 | 15,816.55 | 13,924.14 | 4,065.36 | 3,022.30 | 2,494.14 | 0.00 |
| 780 · Utilities | 24,585.71 | 27,133.93 | 22,882.39 | 8,610.11 | 12,670.84 | 19,863.26 | 3,732.47 |

| | Jun 99 | Jul '99 - Jun 00 | Jul '00 - Jun 01 | Jul '01 - Jun 02 | Jul '02 - Jun 03 | Jul '03 - Jun 04 | Jul '04 - Jun 05 |
|---|---|---|---|---|---|---|---|
| 782 · Snow removal | 2,390.00 | 3,610.00 | 4,345.00 | 1,105.00 | 2,121.60 | 400.00 | 0.00 |
| Total Expense | 399,315.80 | 379,344.12 | 345,053.57 | 138,158.22 | 182,483.95 | 365,699.21 | 13,912.39 |
| Net Ordinary Income | 248,585.37 | 276,181.71 | 158,859.33 | 106,282.67 | -38,236.80 | -158,911.74 | -13,912.39 |
| Operating income ( available for financing activities) | 248,585.37 | 276,181.71 | 158,859.33 | 106,282.67 | -38,236.80 | -158,911.74 | -13,912.39 |