Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| MANUMITTED COMPANIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. A05-185CV (JKS)<br><br>**PLAINTIFF'S FIRST SUPPLEMENT TO INITIAL DISCLOSURES** |
|---|---|

Pursuant to Federal Rule of Civil Procedure 26(e), plaintiff Manumitted Companies, Inc. supplements its initial disclosures as follows:

**B.    Relevant Documents.**

The following documents are available for inspection and copying at the offices of Dorsey & Whitney LLP.

| M 000001 - 000141 | Tesoro Key Documents Proof of Claim |
|---|---|
| M 000007 - 000009 | 4/23/99 Promissory Note for $570,914.92 |
| M 000010 - 000018 | 4/23/99 Security Agreement |
| M 000019 – 000037 | 4/23/99 Deed of Trust and Assignment of Rents |
| M 000038 - 000042 | 4/27/99 Fixture Statement |
| M 000043 - 000051 | 4/23/99 Mutual Release Agreement |
| M 000052 - 000064 | 4/23/99 Mutual Hazardous Materials |

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PAGE 1 of 4   EXHIBIT E

| | Indemnity Agreement |
|---|---|
| M 000065 - 000080 | 4/23/99 Dealer Agreement |
| M 000081 - 000084 | 4/23/99 Unleaded Gasoline Compliance Agreement |
| M 000085 - 000087 | 4/23/99 Dealer's Guide to Credit Card Use |
| M 000088 - 000091 | 4/23/99 Covenant Not to Compete |
| M 000092 - 000097 | 4/23/99 Guaranty Agreement (Ben Olds) |
| M 000098 - 000101 | 4/23/99 Lease Termination Agreement |
| M 000102 - 000130 | 4/23/99 Settlement and Conveyance Agreement |
| M 000131 - 000141 | Blank numbered tabs 15-25 |
| M 000142 - 000145 | Proposed Lease Agreement |
| M 000146 | Terms of Counteroffer |
| M 000147 - 000263 | Tesoro Correspondence |
| M 000264 | New Valdez Tesoro Acquisition Lease/Forecasts folder |
| M 000265 - 000294 | Miscellaneous financial documents |
| M 000295 - 000321 | HFC – 3/29/95 Old Tesoro Station Purchase |
| M 000322 | Site plan prepared by Gilfillian Engineering & Environmental Testing, Inc. |
| M 000323 - 000325 | Letter to Harbor Fuel Co from J. Hayden dated 8/9/99 |
| M 000327 | Site plan for block 33 |
| M 000328 - 000332 | Distributor Lease Agreement |
| M 000333 - 000336 | Valdez Area Gasoline Sales |
| M 000337 - 000380 | Profit/Loss and budget reports |
| M 000381 - 000410 | Newtown Chevron Balance Sheets |
| M 000411 - 000423 | Chaffin Note Schedule |
| M 000424 - 000425 | Fax from B. Olds to "Cal" re: Harbor Fuel Company Income Statement |
| M 000426 - 000433 | New Town Chevron Inventory report |

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PLAINTIFF'S FIRST SUPPLEMENT
TO INITIAL DISCLOSURES
Page 2 of 4

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. A05-185CV (JKS)

PAGE 2 of 4   EXHIBIT E

| M 00424 - 000471 | Newtown Tesoro Scenarios |
| --- | --- |
| M 000472 - 000478 | Letter to "Cal" from B. Olds dated 4/10/95 re: Newtown margins |
| M 000479 - 000493 | Newtown Tesoro Scenarios |
| M 000494 - 00496 | Fax memo from D. Warter to C. Leavell re: cash flow statements |
| M 000497 - 000511 | Cash flow reports |
| M 000512 | Letter to B. Olds from C. Leavell dated 1/24/95 re: spreadsheets |
| M 000513 - 000546 | Correspondence and spreadsheets re: cash flow |
| M 000547 - 001299 | 1995 Financial Data |
| M 001300 - 001567 | 1996 Financial Data |
| M 001568 - 002231 | 1997 Financial Data |
| M 002232 - 002904 | 1998 Financial Data |
| M 002905 - 003143 | HFC - 4/99 – 6/99 General Ledger Detail |
| M 003144 - 003319 | HFC – 1/99 – 3/99 General Ledger Detail |
| M 003320 - 003515 | HFC – 10/98 – 12/98 General Ledger Detail |
| M 003516 - 003755 | HFC 7/98 – 9/98 General Ledger Detail |
| M 003576 - 004086 | HFC 4/98 – 6/98 General Ledger Detail |
| M 004087 - 004367 | HFC 1/98 – 3/98 General Ledger Detail |
| M 004368 - 004599 | HFC 7/97 – 9/97 General Ledger Detail |
| M 004600 - 004938 | HFC 10/97 – 12/97 General Ledger Detail |
| M 004939 - 005903 | 1999 Financial Documents |
| M 005904 - 006356 | General Ledger FYE 6/30/99 |
| M 006357 – 006817 | 1999 Financial Documents |
| M 006818 - 006947 | Payroll Reports (by pay period & employee) 1/99 – 12/99 |
| M 006848 - 007063 | 2000 Financial Documents |
| M 007064 - 007074 | 2002 Financial Data |

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PLAINTIFF'S FIRST SUPPLEMENT
TO INITIAL DISCLOSURES
Page 3 of 4

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. A05-185CV (JKS)

PAGE 3 of 4   EXHIBIT E



| M 007075 - 007184 | Appraisal of Lot 1A, Block 33 Mineral Creek Subdivision for Harbor Fuel Company prepared by Sound Real Estate Services dated 3/15/95 |
| --- | --- |
| M 007185 - 007195 | Letter to B. Olds from D. Groscost dated 5/28/04 re: Notice of Breach of Contract Dealer Agreement |
| M 007196 - 007246 | 2004 Environmental Documents |
| M 007247 - 007275 | 2002 Environmental Documents |
| M 007276 - 007340 | 2001 Environmental Documents |
| M 007341 - 007414 | 2000 Environmental Documents |
| M 007415 - 007434 | 1999 Environmental Documents |
| M 007436 - 007437 | 1998 Environmental Documents |
| M 007438 - 007465 | 1997 Environmental Documents |
| M 007466 - 007572 | 1996 Environmental Documents |
| M 007573 - 007624 | 1995 Environmental Documents |

DATED this 28th day of April, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for Defendant

By: _____Wendy E Lee_____
Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 28th day of April, 2006 by facsimile and first-class mail on:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503

Certification signature

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

PLAINTIFF'S FIRST SUPPLEMENT
TO INITIAL DISCLOSURES
Page 4 of 4

MANUMITTED COMPANIES v. TESORO ALASKA CO.
Case No. A05-185CV (JKS)

PAGE 4 of 4 EXHIBIT E