

# Hughes Bauman Pfiffner
## Gorski & Seedorf, LLC
ATTORNEYS AT LAW

Est. 1939

May 5, 2006

Direct Dial:
**(907) 263-8255**
E-Mail: <u>FJO@hbplaw.net</u>

Michael R. Mills  
Dorsey & Whitney LLP  
1031 W. 4th Avenue, Suite 600  
Anchorage, AK 99501

<u>**Via Telecopy**</u>

RE: Manumitted Companies, Inc. v. Tesoro Alaska Company  
      Our File No. 462-76

Dear Mike:

As you know, my paralegal, Peggy Hand, and I visited your offices earlier this week for the purpose of reviewing the documents set forth in Manumitted's First Supplement to Initial Disclosures.

In the circumstances, we wish on behalf of Tesoro to procure a copy of all of the documents set forth as M 000142 through the end of the list at M 007624. Rather than attempt to select certain documents, it seems more prudent that we have a complete copy of everything you do.

As we also discussed at the time of the document review, it is obvious that certain documents are missing which Tesoro would like to review.

The documents that Tesoro would like to review and potentially copy (with respect to which we intend for this letter to treated as a request for production under Federal Civil Rule 34) are as follows:

1. The Financial Documents for the year 2001, as well as 2003, 2004 and 2005 analogous to the Financial Documents set forth as M 006848 through M 007074;

2. Manumitted's tax returns for 2001, 2002, 2003, 2004 and 2005 (we understand that Manumitted may have a fiscal year end in June of each of those years);

PAGE 1 of 3   EXHIBIT F

3900 C STREET, SUITE 1001, ANCHORAGE, ALASKA 99503  
TELEPHONE (907) 274-7522 · FACSIMILE (907) 263-8320  
http://www.hbplaw.net

**HUGHES BAUMAN PFIFFNER**
**GORSKI & SEEDORF, LLC**
ATTORNEYS AT LAW

Michael R. Mills
May 5, 2006
Page 2

---

     3.    Payroll reports analogous to those set forth in M 006818 through M 006947 for the years 2000 through 2005 inclusive; and

     4.    General ledger detail for the years 2000, 2001, 2002, 2003, 2004 and 2005 analogous to that set forth, by way of example, in M 002905 through M 003143.

     5.    In addition, we understand from your comments that Manumitted and Mr. Olds are preparing supplemental disclosures detailing the financial condition and profit and loss statements of the company for the years from 1999 through 2005 inclusive. We also understand that you expect that report information will include specific backup documentation with respect to the items of revenue, sales volumes and expenses.

     6.    Finally, we also request that Manumitted produce the environmental documents pertinent to 2003 which are analogous to those as set forth, by way of example, in M 007196 through M 007246. We also request copies of any other environmental documentation of any type or nature that is not set forth in Manumitted's disclosures, but which is pertinent to the Manumitted station that the plaintiff might have in its records.

Thank you for your attention to this matter.

                            Sincerely,

                            HUGHES BAUMAN PFIFFNER
                            GORSKI & SEEDORF, LLC

                            By    *[signature]*
                                Frederick J. Odsen

FJO:pab:238907

cc:    Scott Rammell
       Carl Bauman
       Peggy Hand

Frederick J. Odsen
Alaska Bar No. 7906043
Carl J.D. Bauman
Alaska Bar No. 7310038
Hughes Bauman Pfiffner
 Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br> Defendant. | Case No. 3:05-cv-00185-TMB <br><br><br> **CERTIFICATE OF SERVICE** |

    I hereby certify that on the date below a true and correct copy of **LETTER DATED MAY 5, 2006 TO MICHAEL R. MILLS FROM FREDERICK J. ODSEN** was delivered via telecopy and U.S. Mail, postage prepaid, to: Michael R. Mills, Dorsey & Whitney, LLP, 1031 West 4th Avenue, Suite 600, Anchorage, Alaska 99501, fax #276-4152.

DATED this 5th day of May, 2006.

_Patricia Brice_
Patricia Brice

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

PAGE 3 of 3   EXHIBIT F