**HUGHES BAUMAN PFIFFNER**
**GORSKI & SEEDORF, LLC**
ATTORNEYS AT LAW

*Est. 1939*

January 6, 2006

Direct Dial:
**(907) 263-8255**
E-Mail: **FJO@hbplaw.net**

Michael R. Mills
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501

RE:   Manumitted Companies, Inc. v. Tesoro Alaska Company
      Our File No. 462-76

Dear Mike:

Enclosed please find our client Tesoro Alaska Company's Rule 26(a)(1) Disclosures in the referenced matter together with its Privilege Log.

As we discussed, we have neither assembled and Bates numbered, nor listed in the Privilege Log any correspondence, communications, emails or other documentation involving communications between our law firm as outside counsel and any representative of Tesoro Alaska Company or its affiliates including in-house counsel. We understand that similarly neither you, your current law firm or your former law firm, Bankston & McCollum, will be producing to us any such materials or a privilege log with regard to those types of documents and materials. We understand that each of us as outside counsel to our respective clients is fully reserving attorney-client confidentiality, the attorney-client privilege and the work product privilege. However, as we also discussed, in the event that either Tesoro or Manumitted desires that a privilege log be prepared with respect to such materials, such party can make a written request for the privilege log and the other party will provide it within thirty (30) days.

Also enclosed for your reference is another copy of Tesoro's proposed form of Protective Order with regard to certain confidential materials. The gist of the Protective Order is that either party may request that materials produced be kept confidential and not disclosed to any third parties except for purposes of prosecuting

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW

Michael R. Mills
January 6, 2006
Page 2

---

the litigation. As we have discussed, our main concern, in that regard, is that in the context of the litigation some materials may bear upon the rights and entitlements of third parties or contain potential propriety information that should not be disseminated.

In that regard, for purposes of the enclosed initial disclosures, Tesoro views the Distributor Assistance Agreement dated January 1, 2003 between Tesoro Alaska Company and Service Oil & Gas, Inc. pertaining to the Captain Joe's reimaging and correspondence and e-mails associated therewith to be such confidential documents, as does it the pertinent Distributor Agreement and the Addendum thereto existing between Tesoro Alaska Company and Service Oil & Gas, Inc. In the case of those documents, Tesoro is prepared to produce them on a confidential basis subject to the terms of the Protective Order. With regard to the Distributor Agreement and Addendum, Tesoro is prepared to produce them subject to the terms of the Protective Order, but also plans to redact certain propriety economic terms that do not pertain to the Captain Joe's reimaging.

Sincerely,

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

By  Frederick J. Odsen

FJO:pab:238907
Enclosures

cc:   Scott Rammell (w/enc.)

PAGE 2 of 2 EXHIBIT G