PRODUCED WITH REDACTIONS

| Bates No. | Date | Document | Author | Recipient | Subject of Redaction | Privilege Claimed |
|---|---|---|---|---|---|---|
| 100011 | 6/89 | Corporate Resolution | Valdez Investment Company | N/A | Attorney notes. Transmittal note by F. Odsen to Tesoro (Ron Noel) re: Valdez Investment Corporation Corporate Resolution. Communication from outside counsel to client. | Attorney-client privilege, attorney work product |
| 100923 | 4/19/99 | Fax cover sheet | Leonard Anderson | Fred Odsen | Attorney notes. Notes by F. Odsen re: terms of Escrow Agreement from SOG counsel. Work product. | Attorney-client privilege, attorney work product |
| 101112 | 4/23/99 | Fax cover sheet | James McCollum | Fred Odsen | Attorney notes. Transmittal Note by F. Odsen to Tesoro (Dave Bogard) re: vehicle titles from Mr. McCollum. Communication from outside counsel to Tesoro. | Attorney-client privilege, attorney work product |
| 101135 | 5/12/99 | Fax cover sheet | Leonard Anderson | Fred Odsen | Attorney notes. Transmittal Note by F. Odsen to Tesoro (Dave Bogard, Ron Noel and Calvin Leavell) re: document from Mr. Anderson. Communication from outside counsel to Tesoro. | Attorney-client privilege, attorney work product |

| 101586 | 7/8/98 | E-mail | | Michael Mills | Fred Odsen | Attorney notes. F. Odsen attorney notes re: phone call to David Chacon of Tesoro | Attorney-client privilege, attorney work product |
|---|---|---|---|---|---|---|---|
| 101815 | 7/18/91 | E-mail | | Michael Mills | Calvin Leavell | Attorney notes. F. Odsen attorney notes re: Mr. Mills' letter to Calvin Leavell of Tesoro | Attorney-client privilege, attorney work product |
| 102633 | 12/2/82 | Correspond ence | | | | Attorney notes. Transmittal note from Scott Rammell of Tesoro to Don Sorenson of Tesoro re: Manumitted transaction documents. | Attorney-client privilege, attorney work product |
| 102721 | 1/9/04 | Deed of Trust | | | | | |
| | | E-mail | | Don Groscost | Calvin Leavell Jeff Evans Donald Reese Gilbert Buitron Don Sorensen Scott Rammell | Communications with in-house counsel. Communication to in house counsel Scott Rammell re: status of Manumitted account; action in event of note default. Attorney client and work product privileges apply; communications in anticipation of litigation. | Attorney-client privilege, attorney work product |

| | | | | | |
|---|---|---|---|---|---|
| 102746 | 12/9/03 & 12/10/03 | E-mail | Calvin Leavell | Scott Rammell Don Sorensen Don Groscost Donald Reese Gilbert Buitron | Communications with in-house counsel. **Communication with in house counsel Scott Rammell re: status of Manumitted account, December, 2003 note payment, possible responses to information that Manumitted has been listed on a DEC do not deliver list. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
| 102748 | 12/9/03 | E-mail | Calvin Leavell | Scott Rammell David Sorensen Don Groscost Donald Reese Gilbert Buitron | Communications with in-house counsel. **Same privileges as 102746; also communication between Donald Reese of Tesoro and in house counsel re: locating Manumitted transaction documents from 1999.** | Attorney-client privilege, attorney work product |

| 102759 | 11/21/03 | E-mail | Don Groscost | Jeff Evans, Donald Reese, Don Sorensen, Calvin Leavell, Gilbert Buitron, Terry Houtchens, Greg Henderson, Scott Rammell, Don Groscost | Communications with in-house counsel. **Communication from Mr. Sorensen and Mr. Groscost to in house counsel re: scheduling meeting to discuss Manumitted Dealer Agreement defaults. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
|---|---|---|---|---|---|---|
| 102773 through 102776 | 11/4/03, 10/30/03, 10/2/03 & 10/1/03 | E-mail | Darlene Monteith | Credit Dept. – SAT, Charles Eden, Holly Fewell, Mary Beth Lopez, Susan Rubenstein, Blanca Sanchez, SAT – Acct Payable, SAT – Cash Apps, Debbie Titzman, James Wilcox | Financial Information on non-parties. **ACH Return and Exception Item Report that details ACH transactions by Manumitted and other unrelated customers based on insufficient funds. Redacted data as to other customers is not relevant and not likely to lead to relevant information.** | Relevance, proprietary and confidential information. |

| 102777 | 11/7/03 | E-mail | Don Groscost | Donald Reese Scott Rammell | Communications with in-house counsel. **Communication from Mr. Groscost to in house counsel re: directing letter to Petro Star regarding its tortious interference with the Manumitted Dealer Agreement. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
|---|---|---|---|---|---|---|
| 103074 | 5/20/04 | E-mail | Jeff Evans | Calvin Leavell Donald Reese Don Groscost Scott Rammell Rick Weyen | Communications with in-house counsel. **Communication with in house counsel forwarding and clarifying comments from Mr. Olds re: prospective lessee. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
| 103076 | 5/20/04 | E-mail | Jeff Evans | Calvin Leavell Donald Reese Don Groscost Scott Rammell Rick Weyen | Communications with in-house counsel. **Communication with in house counsel transmitting information from Mr. Olds re: prospective lessee. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |

TESORO ALASKA COMPANY'S AMENDED PRIVILEGE LOG -
Manumitted v. Tesoro, Case No. A05-185CV (TMB)
246735(462-76)

| 103133 | 11/20/03 | E-mail | Jeff Evans | Charles Magee<br>Scott Rammell<br>Donald Reese | Communications with in-house counsel. **Ccommunication from Mr. Evans to in house counsel, Mr. Magee and Mr. Rammell, re: locating Manummitted transaction documents.** | Attorney-client privilege, attorney work product |
|--------|----------|--------|------------|---------------------------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------|
| 103142 | 11/20/03 | E-mail | Jeff Evans | Charles Magee<br>Scott Rammell<br>Donald Reese | Communications with in-house counsel. **Same objections and topics as 103133** | Attorney-client privilege, attorney work product |

## NOT PRODUCED

| Bates No. | Date | Document | Author | Recipient | Subject of Redaction | Privilege Claimed |
|---|---|---|---|---|---|---|
| 100030 through 100047 | Various | Financial Documents | Lenhart Grothe | N/A | Proprietary and confidential financial information pertaining to former partial guarantors of plaintiff's debt produced herewith. **Dunn and Bradstreet Report pertaining to Harbor Fuel Co., Inc. dated Nov. 28, 1990 is produced herewith. Financial Statements dating from 1986 pertaining to Lenhart Grothe and Reed Oswalt do not contain relevant information and information is financially sensitive.** | Relevance, proprietary information. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 100458 | 9/10/92 | Correspondence | Michael Dalton | Fred Odsen | Communication with counsel Communication from Michael R. Dalton, Manager of Credit to F. Odsen, outside counsel, re: Oswalt and Grothe guarantees **Attorney client and work product privileges pertain.** | Attorney-client privilege, attorney work product |
| 101271 through 101274 | 8/6/04 | Correspondence | Fred Odsen | Steve Arturo | Communication with counsel Communication from F. Odsen, outside counsel to process server Steve Arturo re: foreclosure notice posting. **Work product privilege pertains.** | Attorney-client privilege, attorney work product |
| 101628 and 101629 | 7/9/98 | Fax cover sheet | Fred Odsen | Ron Noel | Communications between counsel **Transmittal by F. Odsen, outside counsel, of materials received from Mr. Mills to Ron Noel, Tesoro in house counsel. Attorney client and work product privileges apply.** | Attorney-client privilege, attorney work product |

| 102669 | 3/16/05 & 3/18/05 | E-mail | Michelle Straus | Donald Reese Scott Rammell | Communications with in-house counsel **Communication from in house paralegal, Ms. Straus to in house counsel, Mr. Rammell and Mr. Reese re: preparation of Proof of Claim. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
| 102672 | 1/18/05, 1/19/05, 1/21/05 & 1/24/05 | E-mail | Calvin Leavell | Scott Rammell Rick D. Weyen Donald Reese Don Groscost Jeff Evans | Communications with in-house counsel **Communications with in house counsel, Mr. Rammell, re: preparation of Proof of Claim, amounts includable. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |

| | | | | | | |
|---|---|---|---|---|---|---|
| 102673 | 12/21/04 | E-mail | Donald Reese | Merri Pennington Scott Rammell Jeff Evans | Communication with in-house counsel **Communications with in house counsel re: inquiry into history of product prices charged Manumitted. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
| 102674 | 12/17/04 & 12/21/04 | E-mail | Jeff Evans | Donald Reese Scott Rammell | Communication with in-house counsel **Communication with in house counsel re: Manumitted historical sales volumes. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |

| 102675 | 12/21/04 | E-mail | Donald Reese | Scott Rammell | Communication with in-house counsel Transmittal of Tesoro Alaska Company/Service Oil & Gas, Inc. Distributor Agreement to in house counsel, Mr. Rammell. **Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
| 102676 | 12/21/04 | E-mail | Donald Reese | Scott Rammell | Communication with in-house counsel Communication with in house counsel, Mr. Rammell, re: terms of Service Oil & Gas, Inc. Distributor Agreement. **Attorney client and work product privileges apply; communication in anticipation of litigation.** | Attorney-client privilege, attorney work product |

| 102677 | 12/21/04 | E-mail | Donald Reese | Merri Pennington Scott Rammell Jeff Evans | Communication with in-house counsel Communication re: correspondence sent to Mr. Olds of changes in credit terms for purposes of pleadings/discovery. Attorney client and work product privileges apply; communications in anticipation of litigation. | Attorney-client privilege, attorney work product |
|---|---|---|---|---|---|---|
| 102678 | 12/7/04 | E-mail | Scott Rammell | Rick Weyen Don Croscost Calvin Leavell Donald Reese Jeff Evans | Communication with in-house counsel Communication from in house counsel, Mr. Rammell re: postponement of scheduled Manumitted foreclosure. Attorney client and work product privileges apply; communications from counsel in anticipation of litigation. | Attorney-client privilege, attorney work product |

| Bates | Date | Document | Author | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 102679 through 102681 | 11/17/04 & 11/16/04 | E-mail with attached letter | Fred Odsen | Scott Rammell, Rick Weyen, Calvin Leavell, Donald Reese, Jeff Evans, Rob Donovan, Terry Kruger | Communication with counsel. **Communication from in house counsel, Mr. Rammell re: F. Odsen letter of 11/16/04 to William Bankston.** **Attorney client privilege applies.** | Attorney-client privilege, attorney work product |
| 102682 through 102688 | 11/5/04, 11/15/04 & 11/16/04 | E-mail | Terry Kruger | Scott Rammell, Don Groscost, Calvin Leavell, Rick Weyen, Donald Reese, Jeff Evans, Rob Donovan | Communication with in-house counsel **Communications with in house counsel re: Manumitted settlement offer and possible counter offer; environmental indemnity and status of the property and implications thereof with regard to possible settlement or otherwise; status of Valdez real estate taxes; physical status of property.** **Attorney client and work product privileges apply; communications in anticipation of litigation; also privileged settlement discussion information.** | Attorney-client privilege, attorney work product |

TESORO ALASKA COMPANY'S AMENDED PRIVILEGE LOG -
*Manumitted v. Tesoro, Case No. A05-185CV (TMB)*
246735(462-76)

| | | | | | | |
|---|---|---|---|---|---|---|
| 102689 | 11/5/04 | E-mail | Scott Rammell | Terry Kruger Donald Reese Cindy Hughes Don Groscost Rick Weyen Jeff Evans | Communication with in-house counsel **Communications regarding cost of a possible settlement offer by Tesoro to Manumitted. Attorney client and work product privileges apply; communications in anticipation of litigation; also privileged settlement discussion information.** | Attorney-client privilege, attorney work product |
| 102690 | 10/1/04 | E-mail | Donald Reese | Scott Rammell Don Groscost | Communications with in-house counsel **Communication with in-house counsel, Mr. Rammell, re: language of Manumitted Dealer Agreement. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |

| | | | | | | |
|---|---|---|---|---|---|---|
| 102692 through 102693 | 12/17/04 | E-mail | Scott Rammell | Donald Reese Don Groscost Rick Weyen Jeff Evans Calvin Leavell | Communications with in-house counsel. **Communication from in house counsel re: information from outside counsel re: Alaska environmental statutes pertaining to abandoned UST's.** **Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
| 102694 | 9/3/04 | E-mail | Scott Rammell | Rick Weyen Don Groscost Calvin Leavell Donald Reese Jeff Evans | Communications with in-house counsel. **Communication from in house counsel, Mr. Rammell, re: language of Manunitted Dealer Agreement; information from outside counsel F. Odsen re: communications from Manunitted counsel.** **Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |

| 102695 | 9/1/04 | E-mail | Donald Reese | Rick Weyen<br>Don Groscost<br>Scott Rammell<br>Jeff Evans<br>Calvin Leavell | Communications with in-house counsel. **Scheduling e-mail regarding a meeting to discuss current status and Tesoro's response. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
| 102696 | 8/30/04 | E-mail | Jeff Evans | Don Groscost<br>Scott Rammell<br>Donald Reese<br>Calvin Leavell<br>Terry Houtchens<br>Rick Weyen | Communications with in-house counsel. **Communications with in house counsel re: rumors of possible closing of sale of Manumitted station; Tesoro's rights in such an event. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |

| Doc. No. | Date | Type | From | To | Description | Privilege |
|---|---|---|---|---|---|---|
| 102698 through 102700 | 5/12/04, 5/13/04, 5/14/04, & 5/17/04 | E-mail | Calvin Leavell | Scott Rammell, Donald Reese, Don Groscost, Fred Odsen, Jeff Evans, John Castaneda, Rick Weyen | Communications with in-house and outside counsel re: note default; PMPA default and termination notice thereunder; engagement of outside counsel for foreclosure. **Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
| 102701 through 102702 | 4/12/04, 4/13/04, 4/19/04 & 4/20/04 | E-mail | Donald Reese | Calvin Leavell, Scott Rammell, Don Groscost, Jeff Evans, Rick Weyen, Fred Odsen | Communications with in-house and outside counsel. **Communication with in house counsel as with regard to 102698-102700. Same privileges apply as with reference to 102698-102700.** | Attorney-client privilege, attorney work product |

| 102703 through 102704 | 4/12/04, 4/13/04, 4/19/04, 4/20/04, & 4/23/04 | E-mail | Donald Reese | Calvin Leavell Scott Rammell Don Groscost Jeff Evans Rick Weyen Fred Odsen | Communications with in-house and outside counsel Communication with in house counsel as with regard to 102698-102700; also communication re: preparation of PMPA notice. Same privileges apply as with reference to 102698-102700. | Attorney-client privilege, attorney work product |
|---|---|---|---|---|---|---|
| 102708 | 2/25/04 | E-mail | Donald Reese | N/A | Summary of teleconference with Sorenson, Groscost, Rammell, Reese, Leavell & Evans Summary of teleconference with in house counsel Mr. Rammell re: possible purchase of Manumitted site by Tesoro or third party. Attorney client and work product privileges apply; communications in anticipation of litigation. Also privileged settlement discussion information. | Attorney-client privilege, attorney work product |

| 102709 | 3/29/04 | E-mail | Calvin Leavell | Jeff Evans<br>Donald Reese<br>Don Groscost<br>Scott Rammell | Communications with in-house counsel<br>**Communication with in house counsel, Mr. Rammell, re: March, 2004 note payment default.**<br>**Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
|---|---|---|---|---|---|---|
| 102701 through 102702 | 3/29/04 | E-mail | Calvin Leavell | Jeff Evans<br>Donald Reese<br>Don Groscost<br>Scott Rammell | Communications with in-house counsel<br>**Communication with in house counsel, Mr. Rammell, re: note payment default; possible purchase of Manumitted site by Tesoro or a third party.**<br>**Attorney client and work product privileges apply; communications in anticipation of litigation.**<br>**Also privileged settlement discussion information.** | Attorney-client privilege, attorney work product |

| | | | | | | |
|---|---|---|---|---|---|---|
| 102723 through 102738 | 11/12/03 | Facsimile with attachments | David Freeman, Holmes Weddle & Barcott | Scott Rammell | Communications with outside counsel. Communications from outside counsel, Mr. Freeman, re: potential tortious interference by Petro Star with **Manumitted Dealer Agreement. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
| 102751 through 102752 | 12/8/03, & 12/9/03 | E-mail | Donald Reese | Don Groscost Jeff Evans Don Sorensen Scott Rammell Terry Houtchens | Communications with in-house counsel **Communications discussing draft letter to Petro Star and directing in house counsel and others that it be sent. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |

| | | | | | | |
|---|---|---|---|---|---|---|
| 102757 | 12/2/03 | E-mail | Calvin Leavell | Don Sorensen Don Groscost Donald Reese Scott Rammell Jeff Evans Gilbert Buitron | Communications with in-house counsel **Communication to in house counsel seeking Manumitted Promissory Note. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
| 102769 through 102771 | 10/28/03, & 10/29/03 | E-mail | Jeff Evans | Don Sorensen Greg Henderson Terry Houtchens Scott Rammell Calvin Leavell Gilbert Buitron Donald Reese Don Groscost Stephen Hansen Kathy Slaton | Communications with in-house counsel **Communications with in house counsel, Mr. Rammell, re: Manumitted's co-mingling of product at its station; status of sales on account; providing information to in house counsel. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |

| 102779 | 11/6/03 & 11/7/03 | E-mail | Jeff Evans | Don Groscost Greg Henderson Terry Houtchens Stephen Hansen Donald Reese | E-mail regarding non-parties – not related to litigation **Communications regarding contacts by Petro Star made to Tesoro dealers seeking to convince them to debrand. These reports are not directly relevant to the Manumitted account.** **Also work product and communications in anticipation of litigation.** Relevance. Proprietary information. |
| 102953 | 3/24/03 | E-mail | Donald Reese | Don Sorenson | E-mail regarding non-parties – not related to litigation **E-mail is a transmittal that pertains in part to a Tesoro dealer in North Dakota and to Service Oil and Gas, and is not relevant to that extent.** Relevance. |

TESORO ALASKA COMPANY'S AMENDED PRIVILEGE LOG -
*Manumitted v. Tesoro, Case No. A05-185CV (TMB)*
246735(462-76)

| | | | | | | |
|---|---|---|---|---|---|---|
| 102961 through 102962 | 3/14/03 | E-mail | Jeff Evans | Scott Rammell Kathy Slaton Don Groscost Donald Reese | Communications with in-house counsel **Communications with in house counsel re: revisions to the initial draft Distributor Equipment Assistance Agreement dated January 1, 2003. Attorney client and work product privileges apply.** | Attorney-client privilege, attorney work product |
| 102963 | 3/13/03 | E-mail | Jeff Evans | Scott Rammell Don Groscost Kathy Slaton | Communications with in-house counsel **Communications from in house counsel, Scott Rammell, to parties noted regarding revised draft of Distributor Equipment Assistance Agreement. Attorney client and work product privileges apply.** | Attorney-client privilege, attorney work product |
| 102964 | 3/12/03, & 3/13/03 | E-mail | Donald Reese | Scott Rammell Matthew Watters Kathy Slaton Jeff Evans | Communications with in-house counsel **Communications from in house counsel, Scott Rammell, re: revisions to draft of Distributor Equipment Assistance Agreement. Attorney client and work product privileges apply.** | Attorney-client privilege, attorney work product |

| | | | | | | |
|---|---|---|---|---|---|---|
| 102967 | 3/13/03 | E-mail | Jeff Evans | Scott Rammell Don Groscost Kathy Slaton | Communications with in-house counsel Same information and objections and privileges as with reference to 102964. | Attorney-client privilege, attorney work product |
| 102972 through 102973 | 12/13/02, 12/16/02, & 12/17/02 | E-mail | Scott Rammell | Annette O'Neil Donald Reese Jeff Evans | Communications with in-house counsel Same information and objections and privileges as with reference to 102964. | Attorney-client privilege, attorney work product |
| 102980 | 12/5/02 | Memorandum | Jeff Evans | Scott Rammell Ron Noel | Communications with in-house counsel Memorandum to in house counsel Ron Noel and Scott Rammell re: reference information as to Service Oil & Gas, Inc. and some terms of proposed Distributor Equipment Assistance Agreement. Attorney client and work product privileges apply. | Attorney-client privilege, attorney work product |

TESORO ALASKA COMPANY'S AMENDED PRIVILEGE LOG -
*Manumitted v. Tesoro, Case No. A05-185CV (TMB)*
246735(462-76)

| Bates | Date | Type | Author | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 102983 through 102987 | 12/11/02, 12/13/02, 12/16/02, & 12/17/02 | E-mail | Donald Reese | Scott Rammell Annette O'Neil Kathy Slaton Jeff Evans | Communications with in-house counsel **Same objections and privileges as with reference to 102964.** | Attorney-client privilege, attorney work product |
| 102988 | 12/5/02 | Memorandum | Jeff Evans | Scott Rammell Ron Noel Don Groscost Don Sorensen | Communications with in-house counsel **This is the same document as 102980 and the same objections and privileges apply.** | Attorney-client privilege, attorney work product |
| 103019 through 103024 | 12/5/02, 12/10/02, & 12/11/02 | E-mail with attached proposed letter | Jeff Evans | Annette O'Neil Scott Rammell Donald Reese | Communications with in-house counsel **relative to terms and logistics of drafting of Distributor Equipment Assistance Agreement. Alaska Evidence Rule 503(b)(1) and 503(b)4) pertain.** | Attorney-client privilege, attorney work product |
| 103025 through 103026 | 12/5/02 & 12/10/02 | E-mail | Jeff Evans | Annette O'Neil Scott Rammell Donald Reese | Communications with in-house counsel. **Same privilege as with reference to 103019-103024.** | Attorney-client privilege, attorney work product |

**EXHIBIT H**
Page 25 of 39

| | | | | | |
|---|---|---|---|---|---|
| 103030 through 103037 | 12/11/02, 12/13/02, 12/16/02, & 12/17/02 | E-mail | Donald Reese | Scott Rammell Annette O'Neil Kathy Slaton Jeff Evans Don Groscost Don Sorensen | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| | | | | | **These documents are duplicates of 102983-102987 and the same objections and privileges pertain.** |
| 103040 through 103041 | 2/10/03, 2/12/03 & 2/13/03 | E-mail | Leonard Anderson | Jeff Evans C.S. Chambers Scott Rammell Don Groscost | Communications with outside and in-house counsel | Attorney-client privilege, attorney work product |
| | | | | | **This e-mail includes limited comments by in house counsel Mr. Rammell concerning comments by Service Oil & Gas, Inc. counsel, Leonard Anderson. Mr. Rammell offered to set up a conference call to discuss his advice. Attorney client and work product privileges apply.** |

| 103052 | 12/15/05 | E-mail | Jeff Evans | Scott Rammell<br>Fred Odsen<br>Peggy Hand | Communications with outside and in-house counsel<br><br>**E-mail from Terry Kruger of Tesoro transmitting e-mails pertaining to Manumitted to in house counsel Mr. Rammell, and from Mr. Rammell to outside counsel F. Odsen and outside paralegal Peggy Hand.**<br><br>**Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
| 103053 | 11/5/04 | E-mail | Scott Rammell | Terry Kruger<br>Donald Reese<br>Cindy Hughes<br>Don Groscost<br>Rick Weyen<br>Jeff Evans | Communications with in-house counsel<br><br>**Communications regarding cost of a possible settlement offer by Tesoro to Manumitted.**<br><br>**Attorney client and work product privileges apply; communications in anticipation of litigation; also privileged settlement discussion information.** | Attorney-client privilege, attorney work product |

| 103056 | 12/15/05 | E-mail | Jeff Evans | Scott Rammell Fred Odsen Peggy Hand | Communications with outside and in-house counsel E-mail from Jeff Evans of Tesoro transmitting Steve Goff of Tesoro e-mails pertaining to Manumitted to in house counsel Mr. Rammell, and from Mr. Rammell to outside counsel F. Odsen and outside paralegal Peggy Hand. Attorney client and work product privileges apply; communications in anticipation of litigation. | Attorney-client privilege, attorney work product |
|---|---|---|---|---|---|---|

| 103059 | 12/15/05 | E-mail | Jeff Evans | Scott Rammell Fred Odsen Peggy Hand | Communications with outside and in-house counsel

E-mail from Jeff Evans of Tesoro transmitting Peter Ribbens of Tesoro e-mails pertaining to Manumitted to in house counsel Mr. Rammell, and from Mr. Rammell to outside counsel F. Odsen and outside paralegal Peggy Hand.

**Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
|---|---|---|---|---|---|---|

| 103062 | 12/15/05 | E-mail | Jeff Evans | Scott Rammell Fred Odsen Peggy Hand | Communications with outside and in-house counsel **E-mail from Jeff Evans of Tesoro transmitting Rob Donovan of Tesoro e-mails pertaining to Manumitted to in house counsel Mr. Rammell, and from Mr. Rammell to outside counsel F. Odsen and outside paralegal Peggy Hand. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
|--------|----------|--------|------------|-------------------------------------|----------------------------------|---------------------------------------------------|

| | | | | | | |
|---|---|---|---|---|---|---|
| 103063 through 103065 | 11/15/04, & 11/16/04 | E-mail | Scott Rammell | Rick Weyen Calvin Leavell Don Groscost Donald Reese Jeff Evans Terry Kruger Rob Donovan | Communications with in-house counsel **Communications with in house counsel re: Manumitted settlement offer and possible counter offer; environmental indemnity and environmental status of the property and implications thereof with regard to possible settlement or otherwise. Attorney client and work product privileges apply; communications in anticipation of litigation; also privileged settlement discussion information** | Attorney-client privilege, attorney work product |
| 103066 through 103067 | 11/15/04 | E-mail | Rob Donovan | Rick Weyen Scott Rammell Calvin Leavell Don Groscost Donald Reese Jeff Evans Terry Kruger | Communications with in-house counsel **Same objections and privileges as with reference to 103063-103065** | Attorney-client privilege, attorney work product |

TESORO ALASKA COMPANY'S AMENDED PRIVILEGE LOG -
Manumitted v. Tesoro, Case No. A05-185CV (TMB)
246735(462-76)

| 103068 | 12/15/05 | E-mail | Jeff Evans | Scott Rammell Fred Odsen Peggy Hand | Communications with outside and in-house counsel E-mail from Mr. Evans to in house counsel Mr. Rammell and outside counsel F. Odsen and outside paralegal Ms. Hand re: correspondence from Ben Olds to Tesoro. Attorney client and work product privileges apply; communications in anticipation of litigation. | Attorney-client privilege, attorney work product |
| 103069 | 12/15/05 | E-mail | Jeff Evans | Scott Rammell Fred Odsen Peggy Hand | Communications with outside and in-house counsel E-mail from Mr. Evans to in house counsel Mr. Rammell and outside counsel F. Odsen and outside paralegal Ms. Hand re: unauthorized fuel deliveries to Manumitted of non-Tesoro product. Attorney client and work product privileges apply; communications in anticipation of litigation. | Attorney-client privilege, attorney work product |

| 103070 through 103072 | 10/1/04 | E-mail | Jeff Evans | Donald Reese Scott Rammell | Communications with in-house counsel | Attorney-client privilege, attorney work product |
| 103073 | 5/20/04 | E-mail | Jeff Evans | Donald Reese Calvin Leavell Don Groscost Scott Rammell Rick Weyen | **Communications with in-house counsel. Communication with in house counsel forwarding and clarifying comments from Mr. Olds re: prospective lessee. Communication with in house counsel re: legal remedies for Manumitted breaches. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |

| | | | | | |
|---|---|---|---|---|---|
| 103078 through 103081 | 5/18/04 & 5/19/04 | E-mail | Fred Odsen | Scott Rammell Donald Reese Don Groscost Calvin Leavell Rick Weyen Jeff Evans | Communications with outside and in-house counsel<br><br>E-mail from outside counsel, F. Odsen to in house counsel, Mr. Rammell re: PMPA notice of default issues.<br><br>E-mails from Mr. Rammell to parties indicated regarding input as to proposed notice.<br><br>Attorney client and work product privileges apply; communications in anticipation of litigation. | Attorney-client privilege, attorney work product |
| 103082 through 103085 | 5/18/04 & 5/19/04 | E-mail | Fred Odsen | Scott Rammell Donald Reese Carl Bauman Calvin Leavell Don Groscost Rick Weyen | Communications with outside and in-house counsel<br><br>Same factual context as set forth in 103078-103081 with additional input by Mr. Leavell and Mr. Groscost.<br><br>Same objections and claims of privilege as set forth in 103078-103081. | Attorney-client privilege, attorney work product |

| 103089 through 103090 | 3/29/04 | E-mail | Calvin Leavell | Jeff Evans Donald Reese Don Groscost Scott Rammell | Communications with in-house counsel **Communication via e-mail with in house counsel re: note default and Tesoro response thereto; possible means of resolving matter. Attorney client and work product privileges apply; communications in anticipation of litigation. To the extent settlement options were discussed, the e-mails contain privileged settlement discussion information.** | Attorney-client privilege, attorney work product |
|---|---|---|---|---|---|---|
| 103092 through 103093 | 3/29/04 | E-mail | Calvin Leavell | Jeff Evans Donald Reese Don Groscost Scott Rammell | Communications with in-house counsel **Same factual context as set forth in 103089-103090. Same objections and claims of privilege as therein set forth.** | Attorney-client privilege, attorney work product |

| 103113 through 103114 | 12/8/03, 12/9/03 & 12/10/03 | E-mail | Ben Olds | Jeff Evans Don Groscost Donald Reese Calvin Leavell Gilbert Buitron Scott Rammell David Sorensen | Communications with in-house counsel. (**Note:** e-mail with non-privileged information produced under No. 103115)

**Communication with in house counsel Scott Rammell re: status of Manumitted account, December, 2003 note payment, possible responses to information that Manumitted has been listed on a DEC do not deliver list.**

Attorney client and work product privileges apply; communications in anticipation of litigation. | Attorney-client privilege, attorney work product |
|---|---|---|---|---|---|---|
| 103131 through 103132 | 11/20/03 | E-mail | Charles Magee | Aimee Souza Scott Rammell Donald Reese Jeff Evans | Communications with in-house counsel.

**Communication with in house counsel re: locating Manumitted Promissory Note and related documents.**

Attorney client and work product privileges apply; communications in anticipation of litigation. | Attorney-client privilege, attorney work product |

| | | | | | | |
|---|---|---|---|---|---|---|
| 103137 through 103138 | 11/20/03 | E-mail | Jeff Evans | Charles Magee, Scott Rammell, Donald Reese, Aimee Souza | Communications with in-house counsel **Same factual context as set forth in 103137-103138. Same objections and claims of privilege as therein set forth.** | Attorney-client privilege, attorney work product |
| 103153 | 11/14/03 | E-mail | Donald Reese | Jeff Evans, Calvin Leavell, Don Groscost, Rodney Cason, Greg Henderson, Stephen Hansen, Terry Houtchens | Discussions that include information provided by outside legal counsel. **Information pertains to Petro Star tortious interference. Work product privilege applies; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product. |
| 103158 through 103159 | 11/12/03 & 11/13/03 | E-mail | Donald Reese | Donald Groscost, Jeff Evans, Scott Rammell | Communications with in-house counsel **Communication with in-house counsel re: notice of default to Manumitted, Petro Star tortious interference. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |

| | | | | | |
|---|---|---|---|---|---|
| 103171 and 103172 | 11/7/03 | E-mail | Jeff Evans | Don ?? Scott Rammell | Communications with in-house counsel Communications with in house counsel re: Manumitted commingling of product; meeting to discuss **Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
| 103175 | 11/6/03 | E-mail | Jeff Evans | Scott Rammell Donald Reese Don Groscost | Communications with in-house counsel **Communications with in house counsel re: Manumitted Promissory Note and related documents. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |
| 103176 and 103177 | 11/7/03 | E-mail | Jeff Evans | Don ?? Scott Rammell | Communications with in-house counsel. **Same factual context and privileges as 103171-103172.** | Attorney-client privilege, attorney work product |

| 103179 | 10/28/03 | E-mail | Jeff Evans | Don Sorensen<br>Greg Henderson<br>Terry Houtchens<br>Scott Rammell<br>Calvin Leavell<br>Gilbert Buitron<br>Donald Reese<br>Don Groscost<br>Stephen Hansen | Communications with in-house counsel **Communications with in house counsel re: Manumitted product commingling; status of open account. Attorney client and work product privileges apply; communications in anticipation of litigation.** | Attorney-client privilege, attorney work product |

*TESORO ALASKA COMPANY'S AMENDED PRIVILEGE LOG -*
*Manumitted v. Tesoro, Case No. A05-185CV (TMB)*
246735(462-76)

**EXHIBIT H**
Page 39 of 39