Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone Number:   (907) 274-7522
Facsimile Number:   (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. A05-185CV (TMB) |

### AFFIDAVIT OF DONALD REESE

| | |
|---|---|
| STATE OF TEXAS<br><br>COUNTY OF BEXAR | ss. |

Donald Reese, being first duly sworn states as follows:

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
Attorneys at Law
3900 C Street
Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 fax

Affidavit of Donald Reese
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [TMB]
Page 1 of 8

1. I am the General Manager – Marketing Services for Tesoro Refining and Marketing Company. I have familiarity with the captioned litigation and the Manumitted account. My duties include the following: I supervise the administration of branded marketing programs for Tesoro in Alaska and elsewhere. This includes advertising and the preparation and administration of contracts with dealers and distributors relating to the marketing of Tesoro branded products.

2. Tesoro Alaska Company, authorized to do business in Alaska, is a wholly owned subsidiary of Tesoro Corporation. Other subsidiaries of Tesoro Corporation are also authorized to do business in Alaska, including Tesoro Refining and Marketing Company and Tesoro Companies, Inc. Tesoro Corporation and the above referenced subsidiaries have overlapping officers and employees and each such subsidiary has had some involvement with the Manumitted dealer account and the ensuing litigation. Legal services for Tesoro Corporation and its subsidiaries in connection with the Manumitted accounts and the Manumitted litigation were provided by attorneys from the in-house legal department of Tesoro Corporation or its subsidiaries.

3. Attached hereto as Exhibit A is a list of the names and titles of certain employees or officers of Tesoro Corporation, its subsidiaries or its affiliates who are or have been directly involved in this matter.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Affidavit of Donald Reese
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [TMB]
Page 2 of 8

4. Besides myself, the following individuals employed by Tesoro Corporation or its subsidiaries, or affiliates have been the most involved in dealing with the Manumitted contracts and accounts as well as the Manumitted litigation, and have worked with in house and outside counsel with respect to the Manumitted matter:

    a. **Don Groscost**, who is currently the Vice President – Light Products. Mr. Groscost's duties include supervising the marketing and sale of wholesale branded and unbranded gasoline and other light refined petroleum products in the Pacific Northwest, including Alaska.

    b. **Jeff Evans**, who is currently the Area Marketing Manager of Light Products, whose duties generally include managing the marketing and sale of wholesale gasoline and other light refined products in Alaska.

    c. **Calvin Leavell**, who is currently the Credit Director whose duties include overseeing the credit and collection activities of Tesoro Alaska Company and other Tesoro affiliates.

    d. **Donald Sorensen** who is currently the Vice President and refinery manager for the Salt Lake City Refinery, but formerly was the Vice President-Light Products.

    e. **Rob Donovan** who is currently the Vice President, Environmental Division, whose duties include analyzing, monitoring and managing environmental issues pertinent to Tesoro's properties.

5. The Tesoro in house counsel with whom we principally work with reference to the Manumitted matter are Charles Magee and P. Scott Rammell. Both of those gentlemen are available to provide legal advice and legal services to Tesoro Alaska Company, its representatives and affiliates. A former in-house counsel of Tesoro,

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Affidavit of Donald Reese
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [TMB]
Page 3 of 8

Mr. Ronald E. Noel, now retired, also provided in house legal services to Tesoro with regard to Manumitted's relationship to Tesoro and the agreements executed in 1999. The Tesoro in house counsel represent Tesoro Corporation and each of its subsidiaries.

6. Each of the individuals identified in Paragraphs 4 and 5, as well as myself, is authorized to communicate directly with in house and outside counsel and to participate in decisions relating to the handling of litigation and other requests for legal services. Those individuals, as well as myself have the authority to request and obtain professional legal services from the Tesoro legal department and act on advice rendered by legal counsel on behalf of Tesoro and each of its subsidiaries, sister companies and affiliates. Those legal services can be obtained from any member of the legal department in house counsel staff of Tesoro (including without limitation Mr. Magee or Mr. Rammell).

7. In this matter both Mr. Magee and Mr. Rammell have provided legal advice, legal services and legal analysis of matters pertinent to the captioned litigation, including without limitation, Tesoro's claims against the Plaintiff. Mr. Rammell also participated materially in providing legal advice, legal services and legal analysis and drafting with respect to the Distributor Equipment Assistance Agreement dated January 1, 2003 between Tesoro Alaska Company and Service Oil & Gas, Inc. In general, the decision to engage outside counsel is made by an attorney or attorneys on

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Affidavit of Donald Reese
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [TMB]
Page 4 of 8

Tesoro's in house legal staff. However, all of the individuals identified in Paragraphs 4 and 5 above, as well as myself, have the authority to request and recommend to the legal department that outside counsel be retained. We also have the authority to act upon the advice of outside legal counsel.

8. With reference to the Manumitted matter, the other Tesoro employees and officers listed on Exhibit A also have the authority to request and obtain professional legal services from any member of the in house legal staff of Tesoro, including Mr. Magee or Mr. Rammell, and to act on advice rendered by such legal counsel. In addition those individuals also provide information and assistance to in house counsel in non-litigation and in litigation matters involving the Manumitted matter, in response to the requests of in house counsel. In that context they are authorized to provide information to legal counsel, to discuss matters with legal counsel and to participate in the production of materials and documentation for in house counsel or outside counsel.

9. In the case of the preparation of the Distributor Equipment Assistance Agreement referred to above, I would observe the following: Ms. Kathy Slaton's current title is Retail Environmental Coordinator. However in the 2002-2003 time frame, she held the position of Branded Jobber/Dealer Services Coordinator. In that position she was involved in putting together information pertinent to agreements, including the Distributor Equipment Assistance Agreement at issue in this matter. Ms. Slaton also

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Affidavit of Donald Reese
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [TMB]
Page 5 of 8

performed other tasks such as accounting for and analyzing payments. She did communicate on a regular basis with in house counsel, including Mr. Rammell in this matter. Annette O'Neil, formerly Contract Specialist, left employment with Tesoro at the end of January, 2003. She was principally involved in preparing, transcribing and transmitting contracts, including the Distributor Equipment Assistance Agreement and did communicate with in-house counsel. Mr. Matthew Watters is a former employee of Tesoro who served as a legal assistant to the attorneys in Tesoro's legal department.

10.    In the fall of 2003 Tesoro first became aware that litigation was likely in some form with Manumitted. Manumitted was in breach of its obligations under its Dealer Agreement by taking such actions as purchasing and selling non-Tesoro branded products. Tesoro brought those matters to Manumitted's attention via letter dated November 13, 2003, a copy of which is attached hereto as Exhibit B. Manumitted also breached its obligations to Tesoro under that certain Promissory Note dated April 23, 1999 when it ceased making payments in March, 2004

11.    During the fall of 2003, litigation with Manumitted was a likely option, particularly with respect to an enforcement action by Tesoro to remedy the contract breaches by Manumitted. The Chapter 11 bankruptcy filed on November 29, 2004 in <u>In Re: Manumitted Companies, Inc.</u>, Case No. A04-01318-DMD was a form of litigation and there were numerous communications between the individuals listed in paragraphs 4

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Affidavit of Donald Reese
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [TMB]
Page 6 of 8

and 5 of this affidavit and in house counsel with respect to Tesoro's responses to that Bankruptcy litigation, including the evaluation of settlement offers and counteroffers.

12. This lawsuit was filed on July 1, 2005 and involves Manumitted's breaches of its obligations under the 1999 Dealer Agreement and the 1999 Promissory Note and related agreements, its assertions that Tesoro breached its obligations to Manumitted. There have been numerous communications between and among the individuals listed in paragraphs 4 and 5 of this affidavit and in house counsel with respect to Tesoro's responses to the captioned litigation or in anticipation of the captioned litigation.

13. Whenever, as a Tesoro employee, I communicate with in-house or outside counsel for Tesoro in connection with any claim, potential claim or anticipated litigation or matters involving contracts or agreements, it is my understanding, expectation and intent that such communication will be kept confidential and not circulated outside Tesoro. It is also my understanding, expectation and intent that such communication will only be distributed to individuals within the company, who, like me, are in a position to request and obtain professional legal services on behalf of Tesoro and to act upon legal advice rendered by such legal counsel. It is my further understanding that the foregoing description with respect to the distribution of confidential legal information and advice is consistent with Tesoro company practice.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

14. Many of the confidential communications originated and primarily involved individuals working at Tesoro's offices in Auburn, Washington. It has always been my understanding and belief that communications between in house counsel in Washington and those individuals listed in paragraphs 4 and 5 herein, were confidential in Washington and elsewhere. I expected those confidential communications with Tesoro legal counsel to be protected from disclosure and relied on that understanding when I participated in those communications.

Dated: June 2, 2006

_____
Donald Reese

SUBSCRIBED AND SWORN to before me this 2nd day of June, 2006.

_____
NOTARY PUBLIC in and for Texas
My Commission Expires: _____

[Notary seal: MARILU LEE, My Commission Expires February 10, 2009]

246819.3

I hereby certify that a true and correct copy of the foregoing was served via the court's ECF system on the 2nd day of June, 2006 to:

Michael R. Mills
Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501

    s/ Frederick J. Odsen
    _____

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Affidavit of Donald Reese
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [TMB]
Page 8 of 8