EXHIBIT A

| | |
|---|---|
| Gilbert Buitron | Area Marketing Manager, Wholesale Marketing. In the 2003-2004 time frame, Mr. Buitron worked in the credit area under the supervision of Mr. Calvin Leavell, Tesoro's Credit Director |
| John Casteneda | Senior Credit Representative. Mr. Castenada works under the supervision of Mr. Calvin Leavell, Tesoro's Credit Director |
| Rob Donovan | Vice President, Environmental Division. |
| Anastasia Duarte-Wilkinson | Retail Environmental Remediation Administrator, Retail Environmental. |
| Jeff Evans | Area Marketing Manager of Light Products. |
| Don Groscost | Vice President--Light Products. |
| Greg Henderson | Director, Business Operations, Supply Optimization. Mr. Henderson was formerly a business manager of Tesoro's Nikiski Alaska refinery who was involved in product supply management issues. |
| Terry Houtchens | Manager, Light Product Supply. Mr. Houtchens handled supply and product bulk movements, including supplying the Valdez market with product. |
| Cindy Hughes (now Cindy H. Madrid) | General Manager, Retail Services. Ms. Madrid's duties include the management of construction, engineering and maintenance services for Tesoro sites. |
| Terry Kruger | Former Market Development. Mr. Kruger has left Tesoro's employment due to a health disability. Mr. Kruger's duties focused on real estate matters and he had familiarity with the history of the Manumitted site. |

| | |
|---|---|
| Calvin Leavell | Credit Director. |
| Ron Noel | Former Vice President, General Counsel. |
| Annette O'Neil | Contract Specialist. Ms. O'Neil left Tesoro's employment in January, 2003. |
| Merri Pennington | Marketing Data Coordinator. |
| Donald Reese | General Manager – Marketing Services. |
| Kathy Slaton | Former Branded Jobber/Dealer Services Coordinator, currently Retail Environmental Coordinator. |
| Don Sorensen | Former Vice President for Marketing and Light Products, currently Vice President and refinery manager for the Salt Lake Refinery. |
| Aimee Souza | Former temporary legal assistant to Charles Magee and Scott Rammell. |
| Eric Warnat | Former Project Engineer. Mr. Warnat is no longer employed by Tesoro but was involved from an engineering perspective in the Captain Joe's reimaging. |
| Matthew Watters | Former Legal Assistant. |
| Rick Weyen | Vice President, Strategic Development. |

246863