VIA CERTIFIED MAIL



**TESORO**

November 13, 2003

Mr. Benjamin H. Olds
Manumitted Companies
PO Box 336
Valdez, Alaska 99686

Tesoro Refining and Marketing Compan
3450 South 344th Way, Suite 100
Auburn, WA 98001-5931
253 896 8700
253 896 8887 Fax

Re: **Notice of Breach of Contract Dealer Agreement.**

Dear Mr. Olds:

Manumitted Companies, Inc. (the "Contract Dealer"), an Alaska Corporation and Tesoro Alaska Company, a Delaware corporation ("Tesoro"), entered into that certain Contract Dealer Agreement (the "Agreement") dated April 23, 1999 relating to the business operations at the retail outlet located at 118 Meals, Valdez, Alaska (the "Retail Outlet").

Tesoro has reason to believe that the Contract Dealer is acting in a manner that is in breach of Paragraph 22 <u>Trademark</u> of the Agreement, which states as follows;

> *"Contract Dealer agrees that petroleum products of others will not be sold by Contract Dealer under any of Tesoro's brands or trademarks. Contract Dealer shall not sell or offer for sale any petroleum products under any brand or trademark confusingly similar to a brand or trademark of Tesoro. Contract Dealer shall not sell petroleum products supplied by others under circumstances which would lead either public, to believe such products are the products of Tesoro. With respect to Tesoro products, Contract Dealer shall not: (1) adulterate any of the products in any way; (2) mix any of the products with any other products; or (3) sell any product as or hold any product out as being another product."*

Tesoro belief is based on the following. First, a third-party has reported observing an unauthorized transport truck delivering petroleum products to the Facility. Second, although we understand that the Facility has been open for business and continually offering petroleum products for retail sale, a review of internal data indicates that Contract Dealer has not purchased motor fuels from Tesoro since September 12, 2003. Third, Tesoro personnel have recently obtained samples of the petroleum products stored at the Facility and submitted them for analysis. The results indicate that these petroleum products were not manufactured by Tesoro.

In addition to the above, Contract Dealer has acted in a manner that is in breach of Paragraph (11) <u>Payment</u> of the Agreement which states as follows;

> *"Invoices rendered by Tesoro shall be paid in accordance with the provisions of Exhibit A, Additional Conditions of Sale (Contract Dealer). Payment shall be made in U.S. dollars without discount or deductions.*

PAGE 1 of 2  EXHIBIT B

TAC - 102602

Case 3:05-cv-00185-TMB    Document 34-13    Filed 06/02/2006    Page 2 of 2

Mr. Benjamin Olds.
November 13, 2003
Page Two

> *Time of payment is of the essence. Failure to make timely and full payment for product delivered hereunder shall give Tesoro, without prejudice to other legal remedies, the right to suspend further deliveries, even though nominations have been accepted."*

Tesoro Credit Department reports that electronic funds transfers originated by Tesoro in payment of product purchases made by Contract Dealer were dishonored by the Contract Dealer's bank on September 29, 2003 in the amount of $40,294.45; on September 30, 2003 in the amount of $14,700.81; on October 28, 2003 in the amount of $19,996.73; and on October 31, 2003 in the amount of $9,606.79.

Contract Dealer's breach of Paragraph (22) and Paragraph (11) are cause for Termination, nonrenewal or cancellation of the Agreement as provided in Paragraph (25). I write to remind you of certain obligations of Contract Dealer under the Agreement. First, to sell only Tesoro branded petroleum products at the Facility, without adulterating any of the products in any way or mixing any of the products with any other products. Second, that all amounts due Tesoro for the purchase of petroleum products must be paid in a timely manner and in accordance with the terms and conditions provided by Tesoro's Credit Department. Please be aware that Tesoro will continue to monitor the future activities of Contract Dealer to ensure its future compliance with all provisions of the Agreement, including the above-referenced matter.

While Tesoro is bringing this matter to Contract Dealer's attention, without terminating or canceling the Agreement at this time, nothing in this correspondence is intended to waive, modify or amend Contract Dealer's obligations under the Agreement or any agreement between Contract Dealer and Tesoro in the future. This letter does not constitute a waiver of any rights Tesoro may have against Contract Dealer and its guarantors. Upon any reoccurrence, or at any time, at its option, Tesoro will be entitled to terminate, nonrenew or cancel the Agreement and any other agreements between Tesoro and Contract Dealer. We trust that this will not become necessary.

Please contact Jeff Evans at (907) 261-7227 or Calvin Leavell at (210) 283-2092 with any questions.

Sincerely,

TESORO REFINING AND MARKETING COMPANY

*[signature]*

Don Groscost
Vice President – Light Products

cc:   J. Evans

PAGE 2 of 2  EXHIBIT B

TAC - 102603