Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| MANUMITTED COMPANIES, INC.<br><br>                          Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>                          Defendant. | Case No. 3:05-cv-185-TMB<br><br>**STIPULATION TO EXTEND TIME IN WHICH FILE MANUMITTED'S REPLY TO TESORO'S OPPOSITION TO MOTION TO COMPEL** |
|---|---|

The parties, by and through counsel, hereby stipulate and agree that plaintiff Manumitted Companies, Inc. shall have an extension until Wednesday, June 14, 2006, in which to file its Reply to Tesoro's Opposition to Motion to Compel.

DATED this 12th day of June, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.

By: s/Wendy E. Leukuma_____
   Michael R. Mills, ABA No. 8911074
   Wendy E. Leukuma, ABA No. 0211048
   DORSEY & WHITNEY LLP
   1031 West 4th Avenue, Suite 600
   Anchorage, Alaska 99501
   Phone: 907-276-4557
   Fax: 907-276-4152
   Email: mills.mike@dorsey.com
   Email: leukuma.wendy@dorsey.com

HUGHES BAUMAN PFIFFNER GORSKI
  & SEEDORF, LLC
Attorneys for Tesoro Alaska Company

By: <u>s/Frederick J. Odsen (consent)</u>
  Frederick J. Odsen, ABA No. 7906043
  HUGHES BAUMAN PFIFFNER
  GORSKI & SEEDORF, LLC
  3900 C Street, Suite 1001
  Anchorage, Alaska 99503
  Phone: 907-274-7522
  Fax: 907-263-8320
  Email: FJO@hbplaw.net

<u>CERTIFICATE OF SERVICE</u>

This certifies that on this 12th day of June, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

     s/Wendy Leukuma

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

STIPULATION TO EXTEND TIME IN WHICH FILE
MANUMITTED'S REPLY TO TESORO'S OPPOSITION TO
MOTION TO COMPEL
Page 2 of 2
4840-6561-0753\1\476962\00002

*MANUMITTED COMPANIES v.*
*TESORO ALASKA CO.*
Case No. 3:05-cv-185-TMB