Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| MANUMITTED COMPANIES, INC. | Case No. 3:05-cv-185-TMB |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER GRANTING STIPULATION TO EXTEND TIME IN WHICH FILE MANUMITTED'S REPLY TO TESORO'S OPPOSITION TO MOTION TO COMPEL** |
| TESORO ALASKA COMPANY, | |
| Defendant. | |

The parties having stipulated and agreed that plaintiff Manumitted Companies, Inc. shall have an extension in which to file its Reply to Tesoro's Opposition to Motion to Compel, IT IS HEREBY ORDERED that Manumitted's Reply shall be due no later than Wednesday, June 14, 2006.

ENTERED this _____ day of June, 2006, at Anchorage, Alaska.

CERTIFICATE OF SERVICE

This certifies that on this 12th day of June, 2006,
a copy of the foregoing was served on the
following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

_____
TIMOTHY M. BURGESS
United States District Court Judge

        s/Wendy Leukuma

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

4823-7117-7473\1\476962\00002