# Peggy Hand

**From:** Evans, Jeff L. [JEvans@tsocorp.com]
**Sent:** Tuesday, September 30, 2003 10:08 AM
**To:** Buitron, Gilbert R.
**Cc:** Leavell, Calvin; Groscost, Don
**Subject:** FW: Manumitted

Gentlemen,

Following are the volumes since 2000. This much of a steady decline, without much HVR presence, may mean co-mingling. I do think Service Oil would have noticed other trucks at his site...small town.

Valdez Tesoro (Manumitted) -

|          | 2000    | 2001    | 2002    | 2003ytd |
|----------|---------|---------|---------|---------|
| Unleaded | 657,548 | 526,034 | 443,995 | 253,142 |
| Premium  | 109,290 | 75,649  | 72,369  | 31,822  |
| #2       |         | 64,287  | 31,256  |         |
| #1       |         | 17,976  | 3,560   |         |
| Blend    |         |         | 11,930  |         |

Gilbert, Ben Olds email address is; benolds@alaska.net

Thanks

je

---

Jeff L. Evans
Marketing Representative – Light Products
Office 1    800.478.4447 ext 227
Office 2    907.261.7227
Cellular    907.748.1757
Facsimile 907.561.5047

-----Original Message-----
**From:** Evans, Jeff L.
**Sent:** Friday, September 26, 2003 1:29 PM
**To:** Ben Olds (E-mail)
**Cc:** Pennington, Merri F.
**Subject:** FW: Manumitted

Ben,

Credit Sales have been suspended to Manumitted (Valdez Tesoro). I am concerned whether you have enough fuel to get through the weekend. Please give me a call if I can help.

je

EXHIBIT 11
Page 1 of 2

12/15/2005

TAC - 103182

## Reese, Donald

**From:** Evans, Jeff L.
**Sent:** Tuesday, November 18, 2003 11:33 AM
**To:** Groscost, Don
**Cc:** Leavell, Calvin; Buitron, Gilbert R.; Reese, Donald
**Subject:** Manumitted

SOG reported tank levels on November 17, 2003 at Valdez as follows:

| | |
|---|---|
| #1 | 975 gals |
| Unl Tank #1 | 744 gals |
| Unl Tank #2 | 419 gals |
| Prem | 1373 gals |

400 gallons is conceivably the bottom of the tank for useful fuel. Ben is out of gas on unleaded by today. Ben has not returned calls or emails.

Jeff

---

Jeff L. Evans
Marketing Representative – Light Products
Office 1    800.478.4447 ext 227
Office 2    907.261.7227
Cellular    907.748.1757
Facsimile  907.561.5047

1

EXHIBIT 11
Page 2 of 2

TAC - 102764