**REDACTED**

**REDACTED**

**REDACTED**

-----Original Message-----
**From:** Ben Olds [mailto:benolds@alaska.net]
**Sent:** Thursday, May 20, 2004 9:25 AM
**To:** Evans, Jeff L.
**Subject:** Re: Letter

No, they do not.

> ----- Original Message -----
> **From:** Evans, Jeff L.
> **To:** 'Ben Olds'
> **Sent:** Tuesday, May 18, 2004 1:48 PM
> **Subject:** RE: Letter
>
> Ben.

EXHIBIT 12
Page 1 of 2

12/15/2005

TAC - 103074

Does the Lessee plan to operate the site as a branded Tesoro location?

Please advise,

Jeff

---

Jeff L. Evans
Area Marketing Manager – Light Products
Office 1    800.478.4447 ext 227
Office 2    907.261.7227
Cellular    907.748.1757
Facsimile  907.561.5047

-----Original Message-----
**From:** Ben Olds [mailto:benolds@alaska.net]
**Sent:** Monday, May 17, 2004 2:10 PM
**To:** Evans, Jeff L.; Calvin Leavell
**Subject:** Letter

Cal and Jeff,
I need a letter from Tesoro stating that it has no objection to my leasing my service station. This letter will be necessary for me to consumate the Lease. Please advise as soon as possible.

Thanks,
Ben

EXHIBIT 12
Page 2 of 2