Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>      Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>      Defendant. | Case No. 3:05-cv-0185-TMB<br><br>**AFFIDAVIT OF BENJAMIN H. OLDS IN SUPPORT OF MANUMITTED'S REPLY TO OPPOSITION TO MOTION TO COMPEL** |

STATE OF ALASKA   )
           ) ss.
THIRD JUDICIAL DISTRICT )

   BENJAMIN H. OLDS, being first duly sworn, deposes and testifies as follows:

   1.  I am the President of Manumitted Companies, Inc. ("Manumitted").  I make this affidavit based on personal knowledge.

   2.  On April 23, 1999, Manumitted entered into a Dealer Agreement ("Agreement") with Tesoro Alaska Company ("Tesoro") related to the operation of a Valdez gasoline service station known as the Valdez Tesoro.  A true and correct copy of the Agreement is attached hereto as Exhibit A.  This Agreement was made in conjunction with Manumitted's purchase of the station from Tesoro under the terms of the lease-

purchase arrangement that was entered into between the parties in 1995 when Tesoro acquired the Newtown Chevron gasoline station.

3. The Agreement was prepared and presented to me by Tesoro, and I negotiated and executed the Agreement with Tesoro representatives in Anchorage, Alaska. At that time, Tesoro's marketing and administrative offices were located in Anchorage, Alaska.

4. I have reviewed Exhibit A to the Affidavit of Donald Reese, filed in support of Tesoro's Opposition to Manumitted's Motion to Compel. In my capacity as President of Manumitted, I am familiar with several of the individuals listed on Exhibit A.

5. At least until early 2004, both Merri Pennington and Jeff Evans were based in Anchorage. (I have not had contact with anyone from Tesoro since early 2004.) Ron Noel was based in Anchorage until his retirement from Tesoro. Terry Kruger was also based in Anchorage, at least prior to 2000 or 2001, when Tesoro moved its marketing and administrative offices from Anchorage, Alaska to Auburn, Washington. I do not know whether Mr. Kruger stayed in Alaska after this move or not.

6. With the exception of Calvin Leavell and Gilbert Buitron, who are located in San Antonio, Texas, I do not have personal knowledge regarding the location of any of the other Tesoro employees on Exhibit A. It is my understanding, however, that Tesoro's entire credit department is located in San Antonio, Texas. Tesoro also has a large refinery in Nikiski, Alaska, also known as the Kenai Refinery, which supplied all of the Tesoro gasoline product purchased by Manumitted. According to Tesoro's website, the

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF BENJAMIN H. OLDS IN
SUPPORT OF REPLY TO OPPOSITION TO
MOTION TO COMPEL
Page 2 of 3

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. 3:05-cv-0185-TMB

Kenai Refinery currently employs approximately 180 employees.[1] Several of the individuals identified by Tesoro in its initial disclosures and Mr. Reece's affidavit are identified as being affiliated with Tesoro's Nikiski operations.

_____
BENJAMIN H. OLDS

SUBSCRIBED AND SWORN to before me this _____ day of June, 2006, at Valdez, Alaska.

_____
NOTARY PUBLIC in and for Alaska
My commission expires_____

CERTIFICATE OF SERVICE

This certifies that on this 14th day of June, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Carl J.D. Bauman
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

_____
Certification signature

---

[1] *Available at* http://www.tsocorp.com/stellent/groups/public/documents/published/tsi_bus_ref_ t3__kenai.hcsp (last visited June 13, 2006).

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

AFFIDAVIT OF BENJAMIN H. OLDS IN SUPPORT OF REPLY TO OPPOSITION TO MOTION TO COMPEL
Page 3 of 3

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. 3:05-cv-0185-TMB