Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>　　　　　　　　Defendant. | Case No. 3:05-cv-0185-TMB<br><br>**NOTICE OF FILING UNSIGNED AFFIDAVIT OF BENJAMIN H. OLDS IN SUPPORT OF MANUMITTED'S REPLY TO OPPOSITION TO MOTION TO COMPEL** |

　　　Plaintiff Manumitted Companies, Inc., by and through counsel, hereby gives notice to the Court of the filing of the unsigned Affidavit of Benjamin H. Olds in Support of Manumitted's Reply to Opposition to Motion to Compel, filed concurrently herewith. Mr. Olds has reviewed and given verbal approval of his Affidavit. Plaintiff Manumitted will file with the Court the original signed Affidavit immediately upon its receipt by counsel.

DATED this 14th day of June, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.

By: <u>s/Wendy E. Leukuma</u>
Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501
Phone: 907-276-4557
Fax: 907-276-4152
Email: mills.mike@dorsey.com
Email: leukuma.wendy@dorsey.com

<u>CERTIFICATE OF SERVICE</u>

This certifies that on this 14th day of June, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503

     s/Wendy Leukuma

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF FILING UNSIGNED AFFIDAVIT OF
BENJAMIN H. OLDS IN SUPPORT OF MANUMITTED'S
REPLY TO OPPOSITION TO MOTION TO COMPEL
Page 2 of 2
4815-2065-1265\1\476962\00002

*MANUMITTED COMPANIES v.*
*TESORO ALASKA CO.*
Case No. 3:05-cv-0185-TMB