Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. 3:05-cv-185-TMB<br><br>**PROPOSED (AMENDED) ORDER GRANTING MANUMITTED'S MOTION TO COMPEL** |

Having considered the motion to compel filed by Manumitted Companies, Inc. ("Manumitted") and any briefing related thereto,

IT IS HEREBY ORDERED that, within ten (10) days of entry of this order, Tesoro Alaska Company shall:

(1) amend its initial disclosures to withdraw its assertion of attorney-client privilege with respect to all current and former employees that do not meet Alaska's "control group" test;

(2) withdraw its assertion of attorney-client privilege with respect to all redacted or withheld documents that were either (a) authored by a non-control group member, or (b) distributed to a non-control group member;

(3)  amend its privilege log to include (a) the subject-matter(s) of the redacted material or withheld document, (b) all persons or entities known by Tesoro to have been furnished the document or informed of its substance, and (c) a detailed, specific explanation of why the document is privileged or immune from discovery;

(4)  produce all documents, pursuant to the terms of the Protective Order, that were withheld because they contain alleged proprietary, confidential, or internal financial information, including document nos. TAC-102974 – TAC-102979, TAC-102947, and TAC-102991 – TAC-103011; and

(5)  award Manumitted its reasonable expenses incurred in making this motion, including reasonable attorney's fees, pursuant to Federal Civil Rule 37(a)(4).

IT IS FURTHER ORDERED THAT Manumitted shall submit an affidavit accounting for such expenses and a proposed order, and Tesoro shall have three (3) business days to object to the reasonableness of such expenses.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
TIMOTHY M. BURGESS
United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on this 14th day of June, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503

_____
Certification signature

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557