Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. 3:05-cv-0185-TMB<br><br>**NOTICE OF FILING SIGNED AFFIDAVIT OF BENJAMIN H. OLDS IN SUPPORT OF MANUMITTED'S REPLY TO OPPOSITION TO MOTION TO COMPEL** |

Plaintiff Manumitted Companies, Inc., by and through counsel, hereby gives notice to the Court of the filing of the signed Affidavit of Benjamin H. Olds in Support of Manumitted's Reply to Opposition to Motion to Compel, filed concurrently herewith.

DATED this 15th day of June, 2006, at Anchorage, Alaska.

CERTIFICATE OF SERVICE

This certifies that on this 15th day of June, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503


_____s/Wendy Leukuma_____

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.


By: s/Wendy E. Leukuma
    Michael R. Mills, ABA No. 8911074
    Wendy E. Leukuma, ABA No. 0211048
    DORSEY & WHITNEY LLP
    1031 West 4th Avenue, Suite 600
    Anchorage, Alaska 99501
    Phone: 907-276-4557
    Fax: 907-276-4152
    Email: mills.mike@dorsey.com
    Email: leukuma.wendy@dorsey.com

4835-3529-3441\1\476962\00002