Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503
Telephone Number:   (907) 274-7522
Facsimile Number:   (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br> Defendant. | Case No. 3:05-cv-00185-TMB |

### REQUEST FOR ORAL ARGUMENT

Defendant, by and through its attorneys of record, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, pursuant to United States District Court Local Rule 7.2(a), hereby respectfully requests oral argument on Plaintiff's "Motion To Compel" dated May 2, 2006.

DATED this 19th day of June, 2006.

        HUGHES BAUMAN PFIFFNER
        GORSKI & SEEDORF, LLC
        Attorney for Defendant,
        Tesoro Alaska Company


     By:    s/ Frederick J. Odsen
        Frederick J. Odsen
        ABA No. 7906043
        3900 C Street, Suite 1001
        Anchorage, AK 99503
        Telephone Number: (907) 274-7522
        Facsimile Number: (907) 263-8320

248056         Email: FJO@hbplaw.net


I hereby certify that a true
and correct copy of the fore-
going was served via the court's
ECF system on the 19th day of
June, 2006 to:

Michael R. Mills
Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501


   s/ Frederick J. Odsen