Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503
Telephone Number:   (907) 274-7522
Facsimile Number:   (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | <br><br><br><br><br><br><br><br>Case No. 3:05-cv-00185-TMB |

### REQUEST FOR ORAL ARGUMENT

Defendant, by and through its attorneys of record, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, pursuant to United States District Court Local Rule 7.2(a), hereby respectfully requests oral argument on Plaintiff's "Motion To Compel" dated May 2, 2006.

DATED this 19th day of June, 2006.

        HUGHES BAUMAN PFIFFNER
        GORSKI & SEEDORF, LLC
        Attorney for Defendant,
        Tesoro Alaska Company

        By:    s/ Frederick J. Odsen
            Frederick J. Odsen
            ABA No. 7906043
            3900 C Street, Suite 1001
            Anchorage, AK 99503
            Telephone Number: (907) 274-7522
            Facsimile Number: (907) 263-8320
248056         Email: FJO@hbplaw.net

I hereby certify that a true
and correct copy of the fore-
going was served via the court's
ECF system on the 19th day of
June, 2006 to:

Michael R. Mills
Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501


   s/ Frederick J. Odsen