Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503
Telephone Number:   (907) 274-7522
Facsimile Number:   (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br> Defendant. | Case No. 3:05-cv-00185-TMB |

## [PROPOSED] ORDER GRANTING ORAL ARGUMENT

This matter having come before the court on defendant Tesoro Alaska Company's Request for Oral Argument, and the court having considered said request thereto,

NOW, THEREFORE, IT IS HEREBY ORDERED that said request is hereby GRANTED. Oral argument on plaintiff's Motion to Compel dated May 2, 2006 is set for _____, 2006 at _____ A/P.M.

DATED this \_\_\_\_ day of June, 2006.

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

248058

I hereby certify that a true
and correct copy of the fore-
going was served via the court's
ECF system on the 9th day of
June, 2006 to:

Michael R. Mills
Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK  99501

   s/ Frederick J. Odsen