Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone Number:   (907) 274-7522
Facsimile Number:   (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br> Defendant. | Case No. A05-185CV (TMB) |

### NOTICE OF FILING SIGNED AFFIDAVIT

Tesoro Alaska Company hereby provides notice to all parties to this action that filed as an attachment to this notice is the signed and notarized Affidavit of Don Groscost previously filed unsigned in support of Defendant's Opposition to Plaintiff's Motion to Compel.

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Filing Signed Affidavit
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [TMB]
Page 1 of 2

DATED this 20th day of June, 2006.

                            HUGHES BAUMAN PFIFFNER
                            GORSKI & SEEDORF, LLC
                            Attorney for Defendant,
                            Tesoro Alaska Company

By:    s/ Frederick J. Odsen
         Frederick J. Odsen
         ABA No. 7906043
         3900 C Street, Suite 1001
         Anchorage, AK  99503
         Telephone Number:  (907) 274-7522
         Facsimile Number:  (907) 263-8320
         Email:  FJO@hbplaw.net

246844

I hereby certify that a true
and correct copy of the fore-
going was served via the court's
ECF system on the 20th day of
June, 2006 to:

Michael R. Mills
Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK  99501

   s/ Frederick J. Odsen

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX