Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503
Telephone Number:    (907) 274-7522
Facsimile Number:     (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., | |
| Plaintiff, | |
| vs. | |
| TESORO ALASKA COMPANY, | |
| Defendant. | Case No. A05-185CV (TMB) |

## AFFIDAVIT OF DON GROSCOST

| | |
|---|---|
| STATE OF WASHINGTON | |
| COUNTY OF KING | ss. |

Don Groscost, being first duly sworn states as follows:

1.    I am the Vice President--Light Products of Tesoro Refining and Marketing Company and familiar with the captioned litigation and the Manumitted account. My duties include supervising the wholesale branded and unbranded marketing and sale of gasoline and other light refined petroleum products in the Pacific Northwest States in which Tesoro does business, including Alaska.

2.    I am familiar with the Authorization for Expenditure dated December 19, 2002 (the "AFE") with reference to the reimaging of a gasoline service station in Valdez, Alaska known as Captain Joe's, and designated in the captioned litigation as TAC-102974-TAC102979. Tesoro is prepared to provide that document and the other documents referred to herein to the court for an in camera review.

3.    The AFE pertains to Tesoro's negotiation of a Distributor Equipment Assistance Agreement dated January 1, 2003 with Captain Joe's distributor, Service Oil & Gas, Inc., a copy of which is submitted with this affidavit under seal as Exhibit A. Under that Distributor Equipment Assistance Agreement, Tesoro agreed to assist its distributor, Service Oil & Gas, Inc., in procuring signage and trade dress for use by Captain Joe's as a dealer authorized to sell Tesoro branded products. Service Oil & Gas, Inc. is authorized to establish such Tesoro branded dealers under the terms of its Distributor Agreement with Tesoro. Under the Distributor Equipment Assistance Agreement Tesoro agreed to make distributor equipment assistance payments in an aggregate amount of $54,724.00 to Service Oil & Gas, Inc. The distributor equipment

assistance payments under the Agreement are to be paid by Tesoro over time, however, and not advanced in a lump sum. The distributor equipment assistance payments are payable quarterly in the form of rebates tied to the amount of Tesoro petroleum products sold by Service Oil & Gas, Inc. to its dealer, Captain Joe's. The rebate is calculated at the rate of one and one half cents per gallon of eligible product sales. In addition, the maximum annual aggregate amount of such rebates is $13,681. The maximum aggregate amount of all such rebates is the sum of $54,724. The use of such Distributor Equipment Assistance Agreements is common industry practice in the petroleum refining and marketing industry.

4.    In the context of negotiating and considering the Agreement, Tesoro, as is its custom in such cases, prepared the AFE and supporting documentation for the purpose of projecting the cost and the time frame for making such distributor equipment assistance payments.

5.    The AFE's supporting documentation contains sensitive and proprietary information in a number of respects. First, it sets forth projections by Tesoro as to possible product sales volumes. While only projections and not actual product volume data, I disagree with Mr. Olds that such information is easily available for the reasons set forth below. Second, the AFE's supporting documentation does contain information about Tesoro's estimate of its expected gross margin, from the sale of various grades of gasoline and diesel. From that data and the AFE's supporting documentation a

competitor of Tesoro's could determine Tesoro's marketing margins with regard to gasoline and diesel sales. The marketing margin is essentially the difference between the internal transfer price of product from Tesoro's refinery and Tesoro's wholesale price to its customers. The data could be used by a competitor to its advantage in pricing its competing product for sale in the Valdez market, or potentially elsewhere in Alaska. In short, it contains information that would be detrimental to Tesoro, its distributors and its dealers if it were disseminated.

6.    Under the Distributor Equipment Assistance Agreement Tesoro does receive reports from Service Oil & Gas, Inc. relative to the volume of product sales by Service Oil & Gas, Inc. to Captain Joe's. Tesoro does not receive or otherwise have information as to the price of the Tesoro products sold by Service Oil & Gas, Inc to Captain Joe's. Based on the reports of volumes of products sold Tesoro creates invoices detailing rebates due to Service Oil & Gas, Inc. under the Distributor Equipment Assistance Agreement.

7.    I disagree with Mr. Ben Olds that the volume of product sales by Captain Joe's is readily available in the public domain. Rather, it is my view that such product sales information would be very useful to a competitor of Tesoro, Service Oil & Gas, Inc. or Captain Joe's for the purpose of determining the amount of product that could potentially sold by a competitor in Valdez by such a competitor. It stands to reason that having detailed information about an existing business's sales would be very useful to a

competitor in crafting a business plan or strategy. In these circumstances Tesoro views that information as sensitive business data.

8.      I have read the Affidavit of Donald Reese submitted concurrently herewith and agree with him that when communicating, providing or receiving information to Tesoro in-house counsel or outside counsel, all such communications and information are confidential and are not intended to be provided to persons or entities outside the company. Similarly, the types of information set forth in the AFE and in the invoices tracking the distributor equipment assistance payments are confidential information that as a matter of practice and policy Tesoro does not share with or provide to persons or entities outside the company.

9.      The in house counsel principally involved in this matter since 2003 are Mr. Charles Magee and Mr. P. Scott Rammell, both of whom are located in Auburn, Washington. My office is also in Auburn, Washington. In communicating with Mr. Rammell or Mr. Magee I have always relied on the fact that communications with them are confidential and protected by the attorney client privilege under all applicable laws, including without limitation the laws of the State of Washington. To the best of my knowledge, the same is true with respect to any other Tesoro officer or employee who communicates with Mr. Magee or Mr. Rammell.

Affidavit of Don Groscost
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [TMB]
Page 5 of 6

Dated:    6/ 14 /06                          _____
                                                    DON GROSCOST

SUBSCRIBED  AND  SWORN  to  before  me  this  14th  day  of

June                , 2006.

                                      _Michelle A. Straus_____
                                      NOTARY PUBLIC in and for Washington
                                      My Commission Expires: 1-29-05

#246820

I hereby certify that a true
and correct copy of the fore-
going was served via the court's
ECF system on the 2nd day of
June, 2006 to:

Michael R. Mills
Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK  99501


s/ Frederick J. Odsen