TABLE OF CONTENTS TO EXHIBITS
TO MANUMITTED'S SECOND MOTION TO COMPEL
FILED AUGUST 3, 2006


MANUMITTED COMPANIES, INC. v. TESORO ALASKA COMPANY
CASE NO. 3:05-cv-185-TMB


**EXHIBIT 1:**  Letter from F. Odsen to M. Mills, dated October 14, 2005

**EXHIBIT 2**:  Letter from M. Mills to F. Odsen, dated April 11, 2006

**EXHIBIT 3**:  Tesoro's Responses to Plaintiff's First Discovery Requests Propounded to Defendant (Non-Environmental Related Requests), dated April 19, 2006

**EXHIBIT 4**:  Letter from F. Odsen to W. Leukuma, dated July 12, 2006

**EXHIBIT 5**:  Letter from M. Mills to F. Odsen, dated May 11, 2006

**EXHIBIT 6**:  Letter from F. Odsen to M. Mills, dated May 31, 2006

**EXHIBIT 7**:  Letter from W. Leukuma to F. Odsen, dated July 5, 2006

**EXHIBIT 8**:  Supplement to Tesoro's Initial Disclosures, dated March 27, 2006

**EXHIBIT 9**:  Excerpt from Tesoro's Responses to Manumitted's Second Discovery Requests, dated June 12, 2006

**EXHIBIT 10:**  Dealer Agreement between Tesoro and Manumitted, dated April 23, 1999

**EXHIBIT 11:**  Distributor Agreement between Tesoro and Service Oil & Gas, dated September 15, 1988, with Addendum dated March 31, 1999 (filed under seal pursuant to Protective Order)

**EXHIBIT 12:**  Distributor Equipment Assistance Agreement between Tesoro and Service Oil & Gas, dated January 1, 2003 (filed under seal pursuant to Protective Order)