

**RECEIVED**
APR 2 0 2006
DORSEY & WHITNEY L.L.P.
ANCHORAGE

Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MANUMITTED COMPANIES, INC.,

Plaintiff,

vs.

TESORO ALASKA COMPANY,

Defendant.

Case No. A05-185CV (JKS)

**DOCKETED**

### RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS PROPOUNDED TO DEFENDANT
### (Non-Environmental Related Requests)

COMES NOW defendant, Tesoro Alaska Company, ("Tesoro") by and through its counsel of record, Hughes Bauman Pfiffner Gorski & Seedorf,

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [JKS]                                                Page 1 of 19

EXHIBIT 3
Page 1 of 19

LLC, and responds to Plaintiff's First Discovery Requests Propounded to Defendant dated September 15, 2005 as follows:

**Request for Production No. 1**: Produce all documentation from January 1, 1999 through the present, including but not limited to correspondence, agreements, internal memos, emails, and individual employee notes, including specifically any such documents between the Tesoro marketing department and Lou Thomason, that discuss or relate in any way to (a) Manumitted's Tesoro branded service station; (b) Tesoro's consideration and acceptance of the upgrading of Captain Joe's Tesoro branded station in Valdez to a convenience store format using the teal and gold "sunburst" logo; and (c) the potential (or actual) impact of the upgraded Captain Joe's station on Manumitted's Tesoro branded station.

**Answer**: See Tesoro's Initial Disclosures. However, Tesoro objects to Request for Production No. 1 to the extent it implies that Tesoro considered and accepted any upgrading of the Captain Joe's station.

**Request for Production No. 2**: Produce all documents from January 1, 1999 through the present, including but not limited to correspondence, agreements, emails, memos relating to the upgrade of the Captain Joe's Tesoro branded station to a convenience store format using the teal and gold "sunburst"

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
Manumitted Companies, Inc. v. Tesoro Alaska Company
Case No. A05-185 CV [JKS]                                Page 2 of 19

EXHIBIT 3
Page 2 of 19

logo between any combination of the following: Tesoro, Service Oil and Gas, Jeff and Laura Saxe, and Captain Joe's Tesoro.

**Answer**: *See* Tesoro's Initial Disclosures and Tesoro's objections to Request for Production No. 1. Tesoro objects to the production of documents or information in its files, if any, that pertain to the volumes of Tesoro petroleum products sold to Captain Joe's, and accordingly information pertaining to such product sales has been redacted or not produced. Such product sales volume information is proprietary.

**Request for Production No. 5**: Produce all documents that discuss or relate in any way to Tesoro's assessment and decision-making process, particularly the anticipated impact on Manumitted's Tesoro branded station, related to Tesoro's authorization for the upgrading of Captain Joe's Tesoro branded station to have a convenience store using the teal and gold "sunburst" logo.

**Answer**: Tesoro objects here and in all other provisions of these discovery responses to the characterization of the reimaging of Captain Joe's as an upgrading, and to the assertion, which Tesoro denies, that Tesoro authorized any such alleged upgrading. *See* Tesoro's Initial Disclosures and Tesoro's objections to Request for Production No. 1 and No. 2. Captain Joe's was

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [JKS]                                    Page 3 of 19

EXHIBIT 3
Page 3 of 19

"upgraded" by its owners, who subsequently decided to reimage to the treasure burst logo.

**Request for Production No. 6**: Produce any letters or evidence of other type communications from 1999 forward in which Tesoro asserted that Manumitted was in default of its obligations to Tesoro.

**Answer**: See Tesoro's Initial Disclosures

**Request for Production No. 7**: Produce all documents that discuss or relate in any way to Manumitted's proposed sale of the Property to Petro Star in early 2004, including internal notes, emails, letters, analysis, etc.

**Answer**: See Tesoro's Initial Disclosures.

**Request for Production No. 8**: Produce documents indicating the price charged by Tesoro to Manumitted for gas from 1999 forward.

**Answer**: See the enclosed documents numbered TAC-105208 through TAC-105233.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
Manumitted Companies, Inc. v. Tesoro Alaska Company
Case No. A05-185 CV [JKS]
Page 4 of 19

EXHIBIT 3
Page 4 of 19

**Request for Admission No. 1**: Admit that at some point in time after January, 1999, Tesoro implemented the following changes to services offered to Manumitted related to its Valdez service station:

1. Payment terms for Manumitted were reduced from 30 days to 10 days;

2. Sign and lighting maintenance, including painting and light bulb replacement was eliminated;

3. The co-op advertising program with Manumitted was eliminated;

4. Tesoro employee maintenance calls to Manumitted were terminated; and

5. Credit card fees were increased.

**Answer**: As to paragraph 1, Tesoro admits that effective November 1, 2001, following notice given in approximately July, 2001, the terms of sale for all direct dealers in Alaska were changed in a manner consistent with the relevant Dealer Agreements, from net 30 days to net 15 days.

As to paragraph 2, Tesoro admits that in approximately 2002 with respect to all dealers in Alaska it discontinued the types of services therein described in a manner consistent with the pertinent agreement between the parties.

As to paragraph 3, Tesoro denies the allegations therein contained.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
Manumitted Companies, Inc. v. Tesoro Alaska Company
Case No. A05-185 CV [JKS]                                        Page 5 of 19

EXHIBIT 3
Page 5 of 19

As to paragraph 4, Tesoro states that in approximately 2002, for all dealers in Alaska it discontinued certain activities which had previously been provided, including certain clean-up activities such as power washing canopies and pads, decal repair and curb painting. Tesoro denies the other allegations set forth in paragraph 4.

As to paragraph 5, Tesoro denies the allegations therein set forth.

**Request for Admission No. 2**: Admit that Captain Joe's Tesoro branded station, which has been upgraded with a convenience store and the teal and gold "sunburst" logo, is located in Valdez within 2 blocks of Manumitted's Tesoro branded station.

**Answer**: Tesoro states that Captain Joe's is a Tesoro branded station that is, and has since November, 1994 been located in Valdez, Alaska. Tesoro is not precisely certain of the distance between the Manumitted facility and the Captain Joe's facility. Captain Joe's does have a teal and gold Tesoro treasure burst signage. The owners of Captain Joe's made an independent decision to upgrade the facility. After completing the upgrade, Captain Joe's owners decided to remain a Tesoro-branded station. Tesoro denies the other allegations in Request for Admission No. 2.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
Manumitted Companies, Inc. v. Tesoro Alaska Company
Case No. A05-185 CV [JKS]   Page 6 of 19

EXHIBIT 3
Page 6 of 19

**Request for Admission No. 3**: Admit that in or around the year 2000, Tesoro established a new teal and gold "sunburst" logo, and that only stations with a convenience store format that met other criteria were eligible for the new brand logo.

**Answer**: Tesoro denies the allegations set forth in Request for Admission No. 3. Tesoro states that it established a non-exclusive treasure burst signage image in approximately the fourth quarter of 1998 or the first quarter of 1999, and that both the treasure burst signage and the Tesoro Alaska signage (including without limitation, blue, gold, orange and red colors) continue to be in use throughout Alaska up to the present time.

**Request for Admission No. 4**: Admit that over the past 10 years Tesoro has consolidated its marketing initiative in Alaska in several large distributors and significantly lessened the number of independent dealer relationships.

**Answer**: Denied.

**Request for Admission No. 5**: Admit that Service Oil and Gas is one of Tesoro's large distributors in Alaska.

**Answer**: Tesoro objects to Request for Admission No. 5 on the ground that it is vague, imprecise and not capable of being answered with clarity

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
Manumitted Companies, Inc. v. Tesoro Alaska Company
Case No. A05-185 CV [JKS]                                    Page 7 of 19

EXHIBIT 3
Page 7 of 19

and precision. The request does not specify a time frame. The information is also proprietary in nature.

**Request for Admission No. 6**: Admit that Tesoro did not offer to Manumitted the opportunity to upgrade its facility to a convenience store format and to use the teal and gold "sunburst" logo.

**Answer**: Denied.

**Request for Admission No. 7**: Admit that Tesoro's increase in the price charged to Manumitted for gas from April 1999 to early 2004 violated the pricing limitations found in Exhibit A to the Dealer Agreement between Manumitted and Tesoro dated April 23, 1999.

**Answer**: Denied.

**Request for Admission No. 8**: Admit that prior to its upgrade, the Captain Joe's Tesoro branded station consisted of two pumps in a seasonal R.V. park.

**Answer**: Denied.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [JKS]                                    Page 8 of 19

EXHIBIT 3
Page 8 of 19

**Request for Admission No. 9**: Admit that it was foreseeable that Manumitted's revenues would be adversely affected by the opening of the upgraded Captain Joe's Tesoro branded station to a convenience store format using the teal and gold "sunburst" logo.

**Answer**:   Denied.

**Request for Admission No. 10**:  Admit that, until early 2004, Manumitted remained current on its payments due to Tesoro under Manumitted's promissory note.

**Answer**:   Tesoro states that Manumitted generally paid the Promissory Note dated April 23, 1999 in the stated amount of $570,914.92 on a current basis prior to March of 2004.

**Request for Admission No. 11**:  Admit that Tesoro had not asserted that Manumitted was in any way in default of its obligations to Tesoro until Manumitted defaulted on its payment obligation under its promissory note with Tesoro in early 2004.

**Answer**:   Denied.

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [JKS]                                      Page 9 of 19

EXHIBIT 3
Page 9 of 19

**Request for Admission No. 13**: Admit that Ben Olds was not consulted by Tesoro before Tesoro authorized the upgrading of Captain Joe's Tesoro branded station to a convenience store format using the teal and gold "sunburst" logo.

**Answer**: Tesoro objects to Request for Admission No. 13 to the extent it implies that Tesoro authorized any upgrading of Captain Joe's Tesoro branded station since Tesoro did not authorize any such activity. Tesoro denies any other allegations set forth in Request for Admission No. 13.

**Request for Admission No. 17**: Admit that Tesoro owes a good faith duty to support its branded service station owners.

**Answer**: Tesoro objects to Request for Admission No. 17 to the extent it calls for a legal conclusion. The balance of the allegations set forth in Request for Admission No. 17 are denied.

**Request for Admission No. 18**: Admit that Tesoro's marketing department (or certain individuals within Tesoro's marketing department) did not support allowing the upgrading of Captain Joe's Tesoro branded station to a convenience store format using the teal and gold "sunburst" logo.

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [JKS]                                    Page 10 of 19

EXHIBIT 3
Page 10 of 19

**Answer**: Tesoro objects to Request for Admission No. 18 to the extent it implies that Tesoro allowed or authorized the upgrading of Captain Joe's Tesoro branded station since Tesoro did not authorize any such activity. Tesoro denies any other allegations set forth in Request for Admission No. 18.

**Request for Admission No. 19**: If the answer to the foregoing admission is "Admitted," admit that Lou Thomason, or another person in Tesoro management, rejected the marketing department's (or certain individuals' within the marketing departments) objections to allowing the upgrade of Captain Joe's Tesoro branded station and, thus, approved the upgrade.

**Answer**: Tesoro objects to Request for Admission No. 19 to the extent it implies that Tesoro allowed or authorized any upgrading of Captain Joe's Tesoro branded station since Tesoro did not authorized any such activity. Tesoro denies any other allegations set forth in Request for Admission No. 19.

**Request for Admission No. 21**: Admit that Tesoro required that Manumitted enter into a "Covenant Not to Compete" in connection with the April 1999 transaction with Manumitted that prohibited Manumitted from, directly or indirectly, selling retail hearting oil or wholesale petroleum products within certain defined areas for 60 months.

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [JKS]                                                           Page 11 of 19

EXHIBIT 3
Page 11 of 19

**Answer**:   Tesoro admits that a certain Covenant Not to Compete was executed by Manumitted on or about April 23, 1999, the terms of which speak for themselves.

**Request for Admission No. 22**: Admit that Tesoro anticipated that the upgrading of Captain Joe's Tesoro branded station to a convenience store format using the teal and gold "sunburst" logo would result in a loss of customers and revenue for Manumitted's Tesoro branded station.

**Answer**:   Denied.

**Request for Admission No. 27**: Admit that Tesoro was aware that Manumitted could not refinance its station until Tesoro had completed its obligation to remediate the environmental contamination on the Property and obtain a "no further action letter" from the Alaska DEC.

**Answer**:   Denied.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
Manumitted Companies, Inc. v. Tesoro Alaska Company
Case No. A05-185 CV [JKS]                                 Page 12 of 19

EXHIBIT 3
Page 12 of 19

## INTERROGATORIES

**Interrogatory No. 1**: Describe the criteria a Tesoro branded station must meet in order to qualify to be allowed to upgrade to a convenience store format and use the teal and gold "sunburst" logo.

**Answer**: Tesoro objects to Interrogatory No. 1 to the extent that it implies that a station must have a convenience store in order to have Tesoro's treasure burst image signage, which is not the case. The present policies or guidelines relative to the treasure burst image are as set forth in documents TAC-105101 to TAC-105207 (the "TBI guidelines"). Tesoro states, however, that to the best of its knowledge, those TBI guidelines were not in effect in Alaska at the time of the Captain Joe's reimaging.

**Interrogatory No. 2**: Identify those individuals within the Tesoro organization who were responsible for authorizing the upgrading of Captain Joe's Tesoro branded station to a convenience store format using the teal and gold "sunburst" logo.

**Answer**: Tesoro objects to the characterization of the reimaging of Captain Joe's as an upgrading and to the assertion (which Tesoro denies) that Tesoro authorized any such alleged upgrading. With regard to the individuals at

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
Manumitted Companies, Inc. v. Tesoro Alaska Company
Case No. A05-185 CV [JKS]                               Page 13 of 19

EXHIBIT 3
Page 13 of 19

Tesoro involved in the Captain Joes reimaging project, see Tesoro's Initial Disclosures.

**Interrogatory No. 3**: Explain why the price of Tesoro gasoline sold to Manumitted increased from April 1999 forward from near or below Anchorage posted rack prices to approximately $.05 per gallon **above** Anchorage posted rack prices at the time of Manumitted's station closure in January of 2004.

**Answer**: The price to Manumitted since 1999 has been based upon the Anchorage posted dealer rack price plus freight from Anchorage to Valdez, consistent with the terms of Exhibit A to the Dealer Agreement between Manumitted and Tesoro dated April 23, 1999.

**Interrogatory No. 4**: Please identify the quantities of gas sold by Captain Joe's Tesoro branded station on an annual basis from 1994 through the present (2005 admittedly being a portional year). Note, while Tesoro may or may not have information of the quantities of gas sold by Service Oil and Gas to Captain Joe's, Tesoro should have data on the quantities sold by Captain Joe's.

**Answer**: Tesoro objects to this interrogatory on the same grounds that it objected to providing documentary information as to such product

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
Manumitted Companies, Inc. v. Tesoro Alaska Company
Case No. A05-185 CV [JKS]                                    Page 14 of 19

EXHIBIT 3
Page 14 of 19

sales volumes in response to Request for Production No. 2, i.e. it calls for proprietary information.

**Interrogatory No. 7**: Why did Tesoro authorize the upgrading of Captain Joe's Tesoro as a station with a convenience store and the teal and gold "sunburst" logo less than 2 blocks from Manumitted's branded Tesoro station?

**Answer**: Tesoro objects to Interrogatory No. 7 in that it asks Tesoro to answer a question in which facts are assumed that are not accurate. Tesoro does not agree that Captain Joe's station is less than 2 blocks from Manumitted's station. Tesoro did not authorize any upgrading of Captain Joe's station. Tesoro provided its treasure burst image signage to Captain Joe's distributor, Service Oil & Gas, Inc. pursuant to the terms of certain Distributor Equipment Assistance Agreement dated January 1, 2003 between Tesoro and Service Oil & Gas, Inc. See Tesoro's Initial Disclosures, TAC 102915 - 102934.

**Interrogatory No. 8**: How many other dealer-owned Tesoro branded stations with the convenience store format using the teal and gold "sunburst" logo remain in Alaska besides Captain Joe's, after Tesoro's repossession of Brad Fisher's station in Palmer in or about 2001?

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
Manumitted Companies, Inc. v. Tesoro Alaska Company
Case No. A05-185 CV [JKS]                                    Page 15 of 19

EXHIBIT 3
Page 15 of 19

**Answer:** To the best of Tesoro's knowledge there are three (3) stations owned or operated in Alaska by entities that are either dealers or combined dealer-distributors and which have Tesoro's treasure burst image signage. Tesoro is not certain whether each of those entities owns or leases their pertinent stations.

**Interrogatory No. 9:** How many dealer-owned Tesoro branded stations exist in Alaska using the "old" blue and gold image?

**Answer:** Tesoro objects to the characterization of the gold and blue "Tesoro Alaska" image as "old" since it is currently in wide use in Alaska and such a characterization would therefore be inaccurate. To the best of Tesoro's knowledge, there are approximately sixty five (65) sites in Alaska owned or operated by dealers or combined dealer-distributors and which have the Tesoro Alaska image signage. Tesoro is not certain whether each of those entities owns or leases their pertinent stations.

**Interrogatory No. 10:** Are there any Tesoro branded gas stations anywhere in Alaska or in the United States that are as close in proximity as Manumitted's station and the Captain Joe's station?

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
Manumitted Companies, Inc. v. Tesoro Alaska Company
Case No. A05-185 CV [JKS]                                Page 16 of 19

EXHIBIT 3
Page 16 of 19

**Answer**: Tesoro, as noted above, is not precisely certain as to the exact distance between Manumitted's station in Valdez, Alaska and Captain Joe's station in the same city. However, to the best of Tesoro's knowledge and belief, the answer to Interrogatory No. 10 is yes.

Responses to Requests for Production and Requests for Admissions, and Objections & Legal Responses by:

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

Attorney for Defendant,
Tesoro Alaska Company

DATED April 19, 2006.        By: _____
                                  Frederick J. Odsen
                                  ABA No. 7906043

243640.3

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

EXHIBIT 3
Page 17 of 19

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was mailed on the 19th day of April, 2006 to:

Michael R. Mills
Michael Stryszak
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501

*Patricia Brice*

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to First Discovery Requests (Non-Environmental Related Requests)
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [JKS]                                    Page 18 of 19

EXHIBIT 3
Page 18 of 19

Responses to Interrogatories on behalf of Tesoro Alaska Company:

## VERIFICATION

STATE OF WASHINGTON

COUNTY OF KING     : ss.

DONALD G. GROSCOST, being first duly sworn upon oath, deposes and states on behalf of Tesoro Alaska Company:

That I am the Vice President, Marketing of Tesoro Refining and Marketing Company, that I have read the foregoing responses to interrogatories, know the contents thereof, and believe the answers to be true and correct to the best of my knowledge.

_____
Donald G. Groscost

SUBSCRIBED AND SWORN to before me this 19th day of April, 2006.

_____
Notary Public in and for STATE of WASHINGTON
My commission expires: 11-23-06

[Notary Seal: RONALD MAYBRUCK, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 11-23-06]

Responses to First Discovery Requests (Non-Environmental Related Requests)
Manumitted Companies, Inc. v. Tesoro Alaska Company
Case No. A05-185 CV (JKS)

Page 19 of 19

EXHIBIT 3
Page 19 of 19