

# Hughes Bauman Pfiffner
## Gorski & Seedorf, LLC
### ATTORNEYS AT LAW

Est. 1939

July 12, 2006

Direct Dial:
**(907) 263-8255**
E-Mail: FJO@hbplaw.net

Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK  99501

RE:   Manumitted Companies, Inc. v. Tesoro Alaska Company
      Our File No. 462-76

Dear Wendy:

We are responding to your letter of July 5, 2006 in the referenced matter.

Manumitted has requested that Tesoro withdraw its objection to the disclosure of propriety information.  Tesoro is, of course, aware of the difference in the scope of material required to be produced in the context of initial disclosures versus in response to a request for production.  However, Tesoro continues to be of the view that the information being sought is confidential and proprietary and should not be required to be produced for the reasons articulated in Tesoro's opposition to the motion to compel. As set forth in the court's ruling relative to Captain Joe's motion to quash, this is not a case in which a protective order would be adequate to protect Tesoro from the prejudice or damage it would incur in the event of the disclosure of such information. It is also Tesoro's view that some of the information in the authorization for expenditure and supporting documents such as the product margin data, is not relevant to the issues in the litigation or likely to lead to the discovery of admissible evidence.  This particular matter is one, I believe, with respect to which the parties do materially disagree.

In your letter of July 5, 2006, you have also requested, if we properly understand the request, that Tesoro advise Manumitted that there are no other documents pertinent to Requests for Production No. 1, 2 and 5 of the First Requests for Production that have not been produced or identified based on the existence of a privilege or other objection.  The documents not produced or produced with redactions and the grounds for objecting to their production are identified and set forth in the privilege log and amended privilege logs with which Manumitted has been provided.

July 12, 2006
Page 2

**HUGHES BAUMAN PFIFFNER**
**GORSKI & SEEDORF, LLC**
ATTORNEYS AT LAW

---

I do, however, have an additional set of documents that I am presently reviewing and comparing to what has already been produced. We might have a supplemental response in that regard.

You also requested a clarification with regard to the status of the amended privilege log. The amended privilege log that Tesoro prepared was submitted with its opposition to the motion to compel.

Sincerely,

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

By  *[signature]*
Frederick J. Odsen

FJO:pab:238907

cc:   Scott Rammell

EXHIBIT 4
Page 2 of 2