Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

**HAND DELIVERED**

MAR 2 8 2006

DORSEY & WHITNEY L.L.P.
ANCHORAGE
at 1:31 p M

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**DOCKETED**

| | |
|---|---|
| MANUMITTED COMPANIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. A05-185CV (JKS)<br><br>**SUPPLEMENT TO TESORO ALASKA COMPANY'S INITIAL DISCLOSURES** |

COMES NOW Defendant, Tesoro Alaska Company ("Tesoro"), and herewith states that the following documents are subject to the court's Protective Order dated January 23, 2006: TAC-102915–102960; 102965; 102966; 102968-102971; 102974; 102799; 102981-102982; 102989-103013; 103029; and 103038-103039.

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Supplement to Tesoro Alaska Company's Initial Disclosures
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. A05-185 CV [JKS]                                  Page 1 of 1

EXHIBIT 8
Page 1 of 3

In addition, notwithstanding the fact they are also properly subject to the Protective Order, Tesoro objects to the disclosure or production of the following documents:

(a) TAC-102974 – TAC-102979 pertaining to Tesoro's Authorization for Expenditure dated December 19, 2002 with reference to the Captain Joe's reimaging project on the grounds that it contains confidential and proprietary and other internal financial information.

(b) TAC-102947, Invoice No. S0-J505-2Q04-RBT issued to Service Oil & Gas, Inc. on the ground it contains propriety information including the volume of product sold by Service Oil & Gas, Inc. to Captain Joe's.

(c) TAC-102991 – 103011 which include a set of invoices to Service Oil & Gas, Inc. and summaries of the volume of product sold by Service Oil & Gas, Inc. to Captain Joe's, on the ground such information is proprietary.

Captain Joe's has objected to the production of such information for similar reasons in the context of its motion to quash the plaintiff's subpoena and the court granted that motion.

Tesoro reserves the right to designate other documents as confidential under the Protective Order.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

DATED at Anchorage, Alaska, this 27th day of March, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

Attorney for Defendant,
Tesoro Alaska Company

By: _____
Frederick J. Odsen
ABA No. 7906043

244696

### Certificate of Service and Font

I hereby certify that a true and correct copy of the foregoing was ~~mailed~~ HAND DELIVERED on the 28th day of March, 2006 to:

Michael R. Mills
Michael Stryszak
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK  99501

_____

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

EXHIBIT 8
Page 3 of 3