Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| MANUMITTED COMPANIES, INC., | |
|---|---|
| Plaintiff, | |
| vs. | |
| TESORO ALASKA COMPANY, | |
| Defendant. | Case No. 3:05-cv-00185-TMB |

**RESPONSES TO MANUMITTED'S SECOND
DISCOVERY REQUESTS TO TESORO**

COMES NOW defendant, Tesoro Alaska Company, ("Tesoro") by and through its counsel of record, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and

Responses to Second Discovery Requests to Tesoro
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
3:05-cv-00185-TMB                                                    Page 1 of 22

EXHIBIT 9
Page 1 of 3

**Interrogatory No. 9**: Describe in detail any money or credits advanced by Tesoro, or any money or credits committed by Tesoro in connection with the 2002/2003 expansion or re-imaging of Captain Joe's gas station.

**Answer**: No money or credits were advanced by Tesoro with regard to the expansion of Captain Joe's. Insofar as Captain Joe's reimaging is concerned, Tesoro provided Service Oil & Gas, Inc. with distributor assistance payments as provided for in the Distributor Equipment Assistance Agreement identified as TAC-102915 – TAC-102925.

**Interrogatory No. 10**: Please describe whether the average price of Tesoro branded product supplied to Manumitted for the period from 2000 forward as compared to the average price of Tesoro branded product received by Captain Joe's from Service Oil & Gas was higher or lower for Manumitted.

**Answer**: The prices charged for Tesoro branded gasoline by Tesoro to Manumitted are set forth in TAC-105208 through TAC-105233. Tesoro does not know what the prices charged by Service Oil & Gas, Inc. to Captain Joe's have been since 2000, or what they currently are.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to Second Discovery Requests to Tesoro
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
3:05-cv-00185-TMB                                                                 Page 6 of 22

EXHIBIT 9
Page 2 of 3

DATED this 12th day of June, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorney for Defendant,
Tesoro Alaska Company

By: _____
Frederick J. Odsen
ABA No. 7906043

247804.2

I hereby certify that a true
and correct copy of the fore-
going was mailed on the 12th
day of June, 2006 to:

Michael R. Mills
Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK  99501

_____

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Responses to Second Discovery Requests to Tesoro
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
3:05-cv-00185-TMB                                   Page 21 of 22

EXHIBIT 9
Page 3 of 3