Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. 3:05-cv-185-TMB<br><br>**PROPOSED ORDER GRANTING MANUMITTED'S <u>SECOND MOTION TO COMPEL</u>** |

Having considered the Second Motion to Compel filed by Manumitted Companies, Inc. ("Manumitted") and any briefing related thereto, and for good cause having been shown:

IT IS HEREBY ORDERED that,

(1) Within ten (10) days of entry of this order, Tesoro Alaska Company ("Tesoro") shall produce, subject to the terms of the existing Protective Order, all documents responsive to Manumitted's First Discovery Requests that were withheld because they contain alleged proprietary, confidential, or internal financial information, including, without limitation document nos. TAC-102974 – TAC-102979, TAC-102947, and TAC-102991 – TAC-103011.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

(2) Tesoro shall pay Manumitted its reasonable expenses incurred in making its second motion to compel, including reasonable attorney's fees, pursuant to Federal Civil Rule 37(a)(4).

IT IS FURTHER ORDERED THAT Manumitted shall submit an affidavit accounting for such expenses and a proposed order, and Tesoro shall have three (3) business days to object to the reasonableness of such expenses.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
TIMOTHY M. BURGESS
United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on this 3rd day of August, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

s/ Wendy E. Leukuma

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PROPOSED ORDER GRANTING MANUMITTED'S
SECOND MOTION TO COMPEL
Page 2 of 2

*MANUMITTED COMPANIES v.*
*TESORO ALASKA CO.*
Case No. 3:05-cv-185-TMB