Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC. <br><br> Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br> Defendant. | Case No. 3:05-cv-185-TMB <br><br> **AFFIDAVIT OF COUNSEL IN SUPPORT OF MANUMITTED'S <u>SECOND MOTION TO COMPEL</u>** |

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

WENDY E. LEUKUMA, being first duly sworn, deposes and testifies as follows:

1. I am an attorney at Dorsey & Whitney LLP and am duly licensed to practice law before this Court. I make this affidavit based on personal knowledge and my review of correspondence between the parties kept by Dorsey & Whitney LLP in the ordinary course of business.

2. Manumitted Companies, Inc. ("Manumitted") served its first discovery requests on Tesoro Alaska Company ("Tesoro") on September 15, 2006. Per the parties' agreement, Tesoro's 30-day deadline for responding was not triggered until the parties exchanged initial disclosures on January 6, 2006.

3.   Tesoro requested and obtained several additional extensions of time for responding to Manumitted's first discovery requests. Despite this, Tesoro did not respond until after Manumitted advised Tesoro that it would file a motion to compel if responses were not received by April 19, 2006.

4.   On May 11, 2006, Manumitted sent Tesoro a five-page letter, specifically identifying the deficiencies in Tesoro's responses and advising Tesoro of its intent to file a motion to compel if Tesoro did not withdraw its proprietary objections and provide full and meaningful responses to its discovery requests by May 19. At Tesoro's request, this deadline was extended to May 31.

5.   Tesoro's May 31 response failed to address Manumitted's request that Tesoro withdraw its proprietary objections.

6.   Only July 5, 2006, Manumitted made a final, good faith attempt to obtain the requested "proprietary" documents without court intervention. Tesoro declined to produce the documents.

7.   As evidenced by the foregoing and by Exhibits 2, 5, and 7 to Manumitted's Second Motion to Compel, Manumitted made a good faith effort to obtain Tesoro's cooperation and to resolve this discovery dispute without court intervention.

*Wendy E. Le*
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501
Phone: 907-276-4557
Fax: 907-276-4152
Email: leukuma.wendy@dorsey.com

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF COUNSEL IN SUPPORT OF
MANUMITTED'S SECOND MOTION TO COMPEL
Page 2 of 3

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. 3:05-cv-185-TMB

SUBSCRIBED AND SWORN to before me this 3rd day of August, 2006, at Anchorage, Alaska.



NOTARY PUBLIC in and for Alaska
My commission expires 8/23/08

CERTIFICATE OF SERVICE

This certifies that on this 3rd day of August, 2006, a copy of the foregoing was served electronically on the following:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503


s/Wendy E. Leukuma

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

AFFIDAVIT OF COUNSEL IN SUPPORT OF
MANUMITTED'S SECOND MOTION TO COMPEL
Page 3 of 3

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. 3:05-cv-185-TMB