Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152
Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>      Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>      Defendant. | Case No. 3:05-cv-185-TMB<br><br>**NOTICE OF FILING UNDER SEAL AFFIDAVIT OF BENJAMIN H. OLDS IN SUPPORT OF MANUMITTED'S SECOND MOTION TO COMPEL** |

  Plaintiff Manumitted Companies, Inc., by and through counsel, Dorsey & Whitney LLP, herewith gives notice that the Affidavit of Benjamin H. Olds in Support of Manumitted's Second Motion to Compel was filed under seal pursuant to the Protective Order entered in this case on January 23, 2006, because Mr. Olds' affidavit specifically references and relies on information obtained solely from documents Tesoro has designated as "confidential" under the Protective Order.

  DATED this 3rd day of August, 2006, at Anchorage, Alaska.

CERTIFICATE OF SERVICE

This certifies that on this 4th day of August, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

  s/Wendy E. Leukuma

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.

By: s/Wendy E. Leukuma
  Michael R. Mills, ABA No. 8911074
  Wendy E. Leukuma, ABA No. 0211048
  DORSEY & WHITNEY LLP
  1031 West 4th Avenue, Suite 600
  Anchorage, Alaska 99501
  Phone: 907-276-4557
  Fax: 907-276-4152
  Email: mills.mike@dorsey.com
  Email: leukuma.wendy@dorsey.com