Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152
Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. 3:05-cv-185-TMB<br><br>**CERTIFICATE OF SERVICE OF**<br>**DOCUMENTS FILED UNDER SEAL** |

Wendy E. Leukuma of Dorsey & Whitney LLP, attorneys for Manumitted Companies, Inc., hereby certifies that on the 4th day of August, 2006, true and correct copies of Exhibit 11, Exhibit 12, and the Affidavit of Benjamin H. Olds in Support of Manumitted's Second Motion to Compel were served via hand-delivery on:

>  Frederick J. Odsen
>  Hughes Bauman Pfiffner Gorski & Seedorf, LLC
>  3900 C Street, Suite 1001
>  Anchorage, Alaska  99503

DATED this 4th day of August, 2006, at Anchorage, Alaska.

CERTIFICATE OF SERVICE

This certifies that on this 4th day of August, 2006, a copy of the foregoing was served on the following electronically and by hand-delivery:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

    s/Wendy E. Leukuma

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.

By: s/Wendy E. Leukuma
    Michael R. Mills, ABA No. 8911074
    Wendy E. Leukuma, ABA No. 0211048
    DORSEY & WHITNEY LLP
    1031 West 4th Avenue, Suite 600
    Anchorage, Alaska 99501
    Phone: 907-276-4557
    Fax: 907-276-4152
    Email: mills.mike@dorsey.com
    Email: leukuma.wendy@dorsey.com