-

## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No.  3:05-cv-185 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:     ORDER FROM CHAMBERS

Defendant Tesoro Alaska Company has moved for a hearing (Docket Nos. 47 and 48) on Plaintiff Manumitted Companies, Inc.'s motion to compel (Docket No. 23).

**IT IS HEREBY ORDERED:**

Defendant's motion for a hearing is **GRANTED**.  A hearing on Plaintiff's motion to compel is scheduled for 10 a.m. on Monday, August 14, 2006 in Courtroom 1, at the Federal Court located at 222 W. 7th Ave., Anchorage, Alaska.  The parties themselves are not required to appear.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 4, 2006