Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. 3:05-cv-185-TMB<br><br>**MANUMITTED'S ACCOUNTING FOR ATTORNEYS' FEES AND COSTS INCURRED IN BRINGING FIRST MOTION TO COMPEL** |

In accordance with this Court's Order Granting Manumitted Companies, Inc.'s ("Manumitted") Motion to Compel at Docket No. 59, Manumitted submits a detailed accounting of the costs and fees incurred in connection with the preparation of its first Motion to Compel.  As set forth in the affidavits of counsel filed herewith, Manumitted incurred actual reasonable attorneys' fees and costs of $12,847.23 in bringing its first Motion to Compel.  In addition, as the Court can see from the detailed billings attached as Exhibit 1 to the Affidavit of Michael R. Mills, Manumitted spent significant amounts of additional time pursuing discovery issues against Tesoro, including a significant amount of time in connection with the preparation of Manumitted's second motion to compel which total $5,592.00 in fees and costs.  While Manumitted believes that this Court's ruling in the context of its first motion to compel effectively grants its second motion to

compel, Manumitted is only requesting payment from Tesoro of the $12,791.00 in fees and $56.23 in costs specifically incurred in connection with the first motion to compel.

DATED this 24th day of August, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.

By: s/Wendy E. Leukuma
   Michael R. Mills, ABA No. 8911074
   Wendy E. Leukuma, ABA No. 0211048
   DORSEY & WHITNEY LLP
   1031 West 4th Avenue, Suite 600
   Anchorage, Alaska 99501
   Phone: 907-276-4557
   Fax: 907-276-4152
   Email: mills.mike@dorsey.com
   Email: leukuma.wendy@dorsey.com

CERTIFICATE OF SERVICE

This certifies that on this 24th day of August, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

   s/Wendy E. Leukuma

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

MANUMITTED'S ACCOUNTING FOR ATTORNEYS' FEES AND COSTS IN BRINGING FIRST MOTION TO COMPEL
Page 2 of 2

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. 3:05-cv-185-TMB