| First Motion | Wendy | Mike | Angie | Costs |
|---|---|---|---|---|
| | 7.10 | 1.50 | 1.40 | $48.51 |
| | 5.10 | 0.90 | 1.00 | $7.72 |
| | 0.50 | 0.20 | | |
| | 0.10 | 0.70 | | |
| | 3.80 | 0.80 | | |
| | 0.20 | 1.00 | | |
| | 1.10 | 2.70 | | |
| | 0.10 | 0.20 | | |
| | 3.00 | 0.80 | | |
| | 2.10 | 1.50 | | |
| | 9.70 | 5.50 | | |
| | 2.10 | | | |
| | 5.30 | | | |
| | 0.10 | | | |
| | 2.00 | | | |
| | 4.70 | | | |
| Total Hours | 47.00 | 15.80 | 2.40 | |
| Hourly Rate | $180.00 | $265.00 | $60.00 | |
| Fee Total | $8,460.00 | $4,187.00 | $144.00 | |
| Cost Total | | | | $56.23 |
| Second Motion | Wendy | Mike | Angie | |
| | 1.00 | 0.20 | | |
| | 0.50 | 1.00 | | |
| | 5.70 | | | |
| | 4.00 | | | |
| | 6.80 | | | |
| | 6.70 | | | |
| | 4.40 | | | |
| | 0.20 | | | |
| Total Hours | 29.30 | 1.20 | | |
| Hourly Rate | $180.00 | $265.00 | | |
| Fee Total | $5,274.00 | $318.00 | | |
| Cost Total | | | | $0.00 |

Exhibit 1
Page 1 of 15

```
PROFORMA STATEMENT AS OF 07/31/06           PROFORMA # 2173453              Page 1 (1)
                                                                            DATE RUN: 08/24/06
BILLING ATTORNEY      02524   Mike Mills                                    INVOICE NO:
RESPONSIBLE ATTORNEY  02524   Mike Mills

456962-00002                                                                EBILLING COMPANY:
CLIENT NAME/ADDRESS                         BILLING ADDRESS                 DATE MATTER OPENED:  May 15, 2006
                                                                            MATTER RATE CODE:    22
Manumitted Companies, Inc.                  Manumitted Companies, Inc.      ARRANGEMENT:
Attn: Benjamin H. Olds                      Attn: Benjamin H. Olds          BILL TEMPLATE:       CON
P.O. Box 336                                P.O. Box 336                    LAST BILL:
Valdez AK 99686                             Valdez AK 99686                 INVOICE NO:
                                                                            TAX EXEMPT ID:
BILLING INSTRUCTIONS:
            Tesoro Litigation                                               Trust Account Balance       .00

**************************************************************************************
WIP NOTES:
DATE        INDEX #                       NOTE DESCRIPTION
**************************************************************************************

*-----TIME ENTRIES-----*

INDEX    DATE      TIMEKEEPER       HOURS    WORK       BILL     STS  DESCRIPTION
                                             VALUE      VALUE

1480888  04/26/06  M. Mills          .60     159.00     159.00    B   Meet with W. Leukuma regarding case (.4); emails
                                                                      to client regarding additional information (.2)

1543135  04/26/06  W. Leukuma       7.10   1,278.00   1,278.00    B   Research and draft motion to compel

1480893  04/27/06  M. Mills         3.60     954.00     954.00    B   Prepare outline of analysis chart and also list
                                                                      of additional discovery (1.2); prepare second
                                                                      discovery requests (.4); review motion to compel
                                                                      (1.5); review background documents (.5)

1482337  04/27/06  B. Mott          3.00     180.00     180.00    B   Re-organize key documents binder continue
                                                                      creating index

1543136  04/27/06  W. Leukuma       6.30   1,134.00   1,134.00    B   Expand and revise motion to compel; draft
                                                                      supporting affidavits draft discovery requests
                                                                      (1.2)

1546125  04/27/06  A. Black          .30      18.00      18.00    B   Request copies of pleadings from Juneau Court for

1501667  04/28/06  M. Mills          .80     212.00     212.00    B   Review documents and telephone call with B. Olds
                                                                      (.8)

1543137  04/28/06  W. Leukuma       3.60     648.00     648.00    B   Expand and revise second set of discovery
                                                                      requests; telephone conference with B. Olds re:
                                                                      affidavit (.2); revise affidavit (.3) draft and
                                                                      serve supplement to initial disclosures
```

Exhibit 1
2 of 15

```
476962-00002                                          PROFORMA # 2173453
PROFORMA STATEMENT AS OF 07/31/06                                            Page 2 (2)
BILLING ATTORNEY     02524  Mike Mills                DATE RUN:  08/24/06
RESPONSIBLE ATTORNEY 02524  Mike Mills                INVOICE NO:

Manumitted Companies, Inc.
Tesoro Litigation
```

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 14546126 | 04/28/06 | A. Black | 1.70 | 102.00 | 102.00 | B | Create production log and add documents to same |
| 14543138 | 05/01/06 | W. Leukuma | .80 | 144.00 | 144.00 | B | Draft third set of discovery requests to Tesoro; leave voice mail for client regarding affidavit in support of motion to compel (.1) |
| 14546127 | 05/01/06 | A. Black | .50 | 30.00 | 30.00 | B | Add documents to production log |
| 14545858 | 05/02/06 | M. Mills | 1.20 | 318.00 | 318.00 | B | Meet with W. Leukuma regarding B. Olds' affidavit and telephone call with B. Olds regarding same (.9); revise letters to Tesoro and DEC regarding No Action letters (.3) |
| 14543139 | 05/02/06 | W. Leukuma | 3.80 | 684.00 | 684.00 | B | Review revised affidavit from client; conference with M. Mills regarding same; teleconference with client regarding affidavit; prepare exhibits for motion to compel; finalize motion |
| 14546128 | 05/02/06 | A. Black | 1.40 | 84.00 | 84.00 | B | Assist with assembly of documents for filing |
| 14545859 | 05/03/06 | M. Mills | .70 | 185.50 | 185.50 | B | Meet with F. Odsen regarding Manumitted discovery (.5); meet with W. Leukuma regarding same (.2) |
| 14543140 | 05/03/06 | W. Leukuma | 1.70 | 306.00 | 306.00 | B | Reserve conference room and arrange for document review; research regarding adequacy of discovery responses; draft follow-up letter to F. Odsen |
| 14543141 | 05/04/06 | W. Leukuma | 1.90 | 342.00 | 342.00 | B | Research and draft letter to F. Odsen regarding Tesoro's responses to first discovery requests |
| 14545860 | 05/05/06 | M. Mills | .20 | 53.00 | 53.00 | B | Prepare email to B. Olds regarding (.2) |
| 14543142 | 05/05/06 | W. Leukuma | 2.10 | 378.00 | 378.00 | B | Conference with M. Mills regarding discovery; leave voice mail for client; research and draft letter to F. Odsen regarding Tesoro's responses to first discovery requests |
| 14543143 | 05/08/06 | W. Leukuma | .10 | 18.00 | 18.00 | B | Leave follow-up voice mail for client regarding |
| 14545861 | 05/09/06 | M. Mills | .50 | 132.50 | 132.50 | B | Review/respond to Tesoro email regarding PetroStar deposition and other discovery issues (.5) |
| 14543144 | 05/09/06 | W. Leukuma | .90 | 162.00 | 162.00 | B | Leave voice mail for client regarding follow-up questions; review email from opposing counsel; |

Exhibit 1
p. 3 of 15

```
476962-00002                                                    PROFORMA # 2173453
PROFORMA STATEMENT AS OF 07/31/06                               DATE RUN: 08/24/06
BILLING ATTORNEY        02524  Mike Mills                       INVOICE NO:
RESPONSIBLE ATTORNEY    02524  Mike Mills

                        Manumitted Companies, Inc.
                        Tesoro Litigation
```

Page 3 (3)

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 14545862 | 05/10/06 | M. Mills | .30 | 79.50 | 79.50 | B | ███████████ conference with M. Mills regarding discovery and File opening (.3) |
| 14543145 | 05/10/06 | W. Leukuma | 4.00 | 720.00 | 720.00 | B | Draft letter to F. Odsen regarding insufficiency of non-environmental responses to Tesoro's first discovery requests; formulate additional discovery requests |
| 14545868 | 05/11/06 | M. Mills | .60 | 159.00 | 159.00 | B | Finalize letter requesting discovery compliance (.4); meet with W. Leukuma regarding same (.2) |
| 14543151 | 05/11/06 | W. Leukuma | .30 | 54.00 | 54.00 | B | Revise and finalize letter to F. Odsen regarding non-environmental responses to discovery requests |
| 14548365 | 05/15/06 | M. Mills | .30 | 79.50 | 79.50 | B | Call/email to B. Olds (.3) |
| 14553813 | 05/16/06 | W. Leukuma | .10 | 18.00 | 18.00 | B | Email M. Mills regarding Petro Star deposition |
| 14557058 | 05/17/06 | M. Mills | 1.20 | 318.00 | 318.00 | B | Telephone call with W. Leukuma regarding discovery (.3); meet with W. Leukuma regarding discovery (.3); telephone call with F. Odsen regarding discovery issues (.4); prepare inserts for status report (.3) |
| 14553816 | 05/17/06 | W. Leukuma | .10 | 18.00 | 18.00 | B | Conference with M. Mills regarding Tesoro's request for extension of time |
| 14560086 | 05/18/06 | M. Mills | .80 | 212.00 | 212.00 | B | Review stipulation to extend time for Tesoro to respond to motion to compel (.2); review/respond to email from B. Olds (.2); prepare email to client (.2) |
| 14553822 | 05/18/06 | W. Leukuma | .30 | 54.00 | 54.00 | B | Review email and stipulation from opposing counsel (.2); obtain update from M. Mills |
| 14554984 | 05/18/06 | A. Black | .80 | 48.00 | 48.00 | B | Format spreadsheets and copy for MRM and WEL |
| 14553827 | 05/19/06 | W. Leukuma | .10 | 18.00 | 18.00 | B | Email client follow-up regarding ███████████ |
| 14560103 | 05/22/06 | M. Mills | 1.30 | 344.50 | 344.50 | B | Revise supplemental status report (.8); review/respond to email regarding PetroStar deposition delay of information (.1); email client regarding review expert witness deadline with W. Leukuma (.2) |

4 of 15

```
PROFORMA STATEMENT AS OF 07/31/06                                    Page 4 (4)
BILLING ATTORNEY        02524   Mike Mills                           DATE RUN: 08/24/06
RESPONSIBLE ATTORNEY    02524   Mike Mills                           INVOICE NO:

476962-00002    Manumitted Companies, Inc.           PROFORMA # 2173453
                Tesoro Litigation
```

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 14560111 | 05/23/06 | M. Mills | .50 | 132.50 | 132.50 | B | Revise status report (.2); review Tesoro's follow up letter regarding discovery issues and forward to client (.3) |
| 14573325 | 05/24/06 | M. Mills | 1.10 | 291.50 | 291.50 | B | Review Tesoro's comments to status report (.2); meet with W. Leukuma regarding discovery (.5); telephone call with F. Odsen regarding status report (.4) |
| 14581205 | 05/24/06 | W. Leukuma | .80 | 144.00 | 144.00 | B | Review NetDocs files for conversion to matter no. 2; review letter from F. Odsen; instructions to case assistant regarding copying; conference with case assistant regarding Tesoro production log; conference with M. Mills regarding discovery issues; ████ |
| 14582798 | 05/24/06 | A. Black | 1.40 | 84.00 | 84.00 | B | Prepare production documents for copying; update key documents binder |
| 14573336 | 05/25/06 | M. Mills | .30 | 79.50 | 79.50 | B | Review Tesoro discovery request (.3) |
| 14582804 | 05/25/06 | A. Black | 1.60 | 96.00 | 96.00 | B | Add documents produced by Tesoro to production log |
| 14573346 | 05/26/06 | M. Mills | .20 | 53.00 | 53.00 | B | Telephone call with F. Odsen regarding extension of time for Tesoro to respond to discovery (.2) |
| 14581412 | 05/30/06 | M. Mills | .50 | 132.50 | 132.50 | B | Telephone call with F. Odsen regarding discovery issues (.5) |
| 14598561 | 05/31/06 | M. Mills | .70 | 185.50 | 185.50 | B | Prepare email to B. Olds regarding ████ (.3); telephone call with C. Bauman regarding PetroStar deposition (.2); meet with W. Leukuma regarding same (.2) |
| 14603475 | 05/31/06 | W. Leukuma | .50 | 90.00 | 90.00 | B | Conference with M. Mills regarding discovery issues and strategic plan; review email and recent correspondence with client and F. Odsen |
| 14620271 | 06/01/06 | M. Mills | .80 | 212.00 | 212.00 | B | Telephone call with B. Olds regarding many aspects of case (.5); meet with W. Leukuma (.3) |
| 14629239 | 06/02/06 | M. Mills | 3.30 | 874.50 | 874.50 | B | ████ ; telephone call with Geraighty regarding PetroStar deposition (.5); review PetroStar documents (2.0) |

1
5/15

```
PROFORMA STATEMENT AS OF 07/31/06                                                        Page 5 (5)
BILLING ATTORNEY        02524   Mike Mills                                               DATE RUN: 08/24/06
RESPONSIBLE ATTORNEY    02524   Mike Mills                                               INVOICE NO:

476962-00002    Manummitted Companies, Inc.
                Tesoro Litigation                                        PROFORMA # 2173453

INDEX      DATE      TIMEKEEPER      HOURS    WORK      BILL      STS   DESCRIPTION
                                              VALUE     VALUE
1629244  06/02/06  M. Mills           .50    132.50    132.50    B     Review damage analysis (.5)
1639098  06/02/06  W. Leukuma         .40     72.00     72.00    B     Review May 31 response from Tesoro regarding
                                                                       Tesoro's responses to first discovery requests;
                                                                       conference with A. Black regarding Tesoro
                                                                       production log
1629246  06/04/06  M. Mills          4.50  1,192.50  1,192.50    B     Review PetroStar documents to prepare for Castle
                                                                       deposition (4.5)
1629249  06/05/06  M. Mills          8.20  2,173.00  2,173.00    B     Prepare for and attend Castle deposition and
                                                                       follow up (7.0); discovery follow up (.5); review
                                                                       Tesoro opposition to Motion to Compel (.7)
1639104  06/05/06  W. Leukuma        1.30    234.00    234.00    B     Review and analyze opposition to motion to compel
                                                                       (.9); conference with M. Mills regarding
                                                                       PetroStar deposition (.2) and opposition to
                                                                       motion to compel (.2)
1629254  06/06/06  M. Mills          1.20    318.00    318.00    B     Review Tesoro 5/31 letter regarding discovery
                                                                       issues (.5); telephone call with B. Olds
                                                                       regarding discovery issues (.7)
1639109  06/06/06  W. Leukuma        1.90    342.00    342.00    B     Instructions to case assistant regarding
                                                                       review documents and telephone conference with
                                                                       client; conference with M. Mills regarding reply
                                                                       to opposition to motion to compel (.1)
1635500  06/06/06  A. Black           .80     48.00     48.00    B     Instructions to C. Carter regarding PetroStar
                                                                       transcript inquiry
1639112  06/07/06  W. Leukuma         .10     18.00     18.00    B     Instructions to C. Carter regarding PetroStar
                                                                       transcript inquiry
1638110  06/07/06  C. Carter          .20     28.00     28.00    B     Contacts with Metro Court Reporting to obtain
                                                                       estimate for copy of PetroStar transcript and
                                                                       exhibits; request copies based upon estimate
1639677  06/08/06  W. Leukuma         .60    108.00    108.00    B     Follow-up regarding transfer of files to matter
                                                                       no. 2; conference with M. Mills
1635543  06/09/06  M. Mills           .60    159.00    159.00    B     Meet with Leukuma regarding discovery issues (.6)
1639680  06/09/06  W. Leukuma        3.20    576.00    576.00    B     Email client regarding discovery issues (.6)
                                                                       research and draft reply to opposition to motion
                                                                       to compel (3.0)
```

1 of 15

```
PROFORMA STATEMENT AS OF 07/31/06                                           Page 6 (6)
BILLING ATTORNEY       02524    Mike Mills                                  DATE RUN: 08/24/06
RESPONSIBLE ATTORNEY   02524    Mike Mills                                  INVOICE NO:

476962-00002    Manumitted Companies, Inc.              PROFORMA # 2173453
                Tesoro Litigation
```

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 14635551 | 06/10/06 | M. Mills | .80 | 212.00 | 212.00 | B | Revise reply regarding motion to compel (.8) |
| 14639681 | 06/11/06 | W. Leukuma | 2.10 | 378.00 | 378.00 | B | Research and draft reply to opposition to motion to compel |
| 14639683 | 06/12/06 | W. Leukuma | 10.00 | 1,800.00 | 1,800.00 | B | Research and draft reply to opposition to motion to compel (9.3); teleconference with M. Mills regarding same (.2); [teleconference regarding extension of time (.1); instructions to M. Chiara regarding stipulation (.1). |
| 14638016 | 06/13/06 | M. Mills | 1.50 | 397.50 | 397.50 | B | Review/respond to several emails regarding discovery (.5); meet with Leukuma regarding reply (1.0) |
| 14639688 | 06/13/06 | W. Leukuma | 2.60 | 468.00 | 468.00 | B | conference with M. Mills regarding reply to opposition; draft affidavit; email to client; teleconference with client regarding draft affidavit and opposition to motion to compel; review email from client regarding opposition; review documents for production (.5) |
| 14639525 | 06/14/06 | M. Mills | 3.00 | 795.00 | 795.00 | B | Revise reply regarding motion to compel (1.6); meet with W. Leukuma regarding reply (.5); revise reply and finalize (.6); |
| 14639693 | 06/14/06 | W. Leukuma | 7.40 | 1,332.00 | 1,332.00 | B | Expand, revise, and finalize reply to opposition to motion to compel (5.3); draft and assemble response to Tesoro's requests for production |
| 14675548 | 06/14/06 | A. Black | 2.00 | 120.00 | 120.00 | B | Copy documents to use as exhibits for filing (1.0); add documents produced by Tesoro to production log (1.0) |
| 14655232 | 06/15/06 | M. Mills | .60 | 159.00 | 159.00 | B | Review/respond to emails regarding affidavit and (.4) |
| 14677664 | 06/15/06 | W. Leukuma | .50 | 90.00 | 90.00 | B | Review email from client (.2); file signed affidavit (.1); conference with A. Black regarding production log (.2) |
| 14675549 | 06/15/06 | A. Black | 4.10 | 246.00 | 246.00 | B | Add documents produced by Tesoro to production log |
| 14657034 | 06/16/06 | M. Mills | .40 | 106.00 | 106.00 | B | |

7 of 15

```
PROFORMA STATEMENT AS OF 07/31/06                                    Page 7 (7)
BILLING ATTORNEY          02524   Mike Mills                         DATE RUN: 08/24/06
RESPONSIBLE ATTORNEY      02524   Mike Mills                         INVOICE NO:

476962-00002     Manumitted Companies, Inc.         PROFORMA # 2173453
                 Tesoro Litigation
```

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 14657043 | 06/19/06 | M. Mills | .20 | 53.00 | 53.00 | B | Review request for oral argument (.2) |
| 14675556 | 06/19/06 | A. Black | .30 | 18.00 | 18.00 | B | Update production log |
| 14660951 | 06/20/06 | M. Mills | 1.10 | 291.50 | 291.50 | B | Conference with M. Mills and A. Black regarding conference with M. Mills regarding discovery and motions to compel |
| 14677675 | 06/20/06 | W. Leukuma | 1.00 | 180.00 | 180.00 | B | Meet with M. Mills and W. Leukuma regarding ████ |
| 14675565 | 06/20/06 | A. Black | .50 | 30.00 | 30.00 | B | Add documents produced by Tesoro to production log. |
| 14675568 | 06/21/06 | A. Black | 3.50 | 210.00 | 210.00 | B | Add documents produced by Tesoro to production log. |
| 14675569 | 06/22/06 | A. Black | 1.00 | 60.00 | 60.00 | B | Add documents produced by Tesoro to production log. |
| 14677692 | 06/26/06 | W. Leukuma | .30 | 54.00 | 54.00 | B | Conference with A. Black regarding duplicate production numbers |
| 14675579 | 06/26/06 | A. Black | .40 | 24.00 | 24.00 | B | Draft letter to Odsen regarding production |
| 14685734 | 06/27/06 | W. Leukuma | 4.80 | 864.00 | 864.00 | B | Follow-up and review discovery; email client regarding ████ |
| 14675581 | 06/27/06 | A. Black | 4.50 | 270.00 | 270.00 | B | Renumber documents incorrectly bates numbered; draft letter to Odsen regarding production; add documents produced by Tesoro to production log |
| 14682474 | 06/28/06 | M. Mills | .30 | 79.50 | 79.50 | B | Emails regarding damage issue (.3) |
| 14687193 | 06/28/06 | A. Black | 4.30 | 258.00 | 258.00 | B | Add documents produced by Tesoro to production log |
| 14722982 | 06/29/06 | W. Leukuma | 3.10 | 558.00 | 558.00 | B | Review documents ████ draft follow-up letter to F. Odsen regarding responses to first discovery requests; research regarding ████ |
| 14687194 | 06/29/06 | A. Black | 3.00 | 180.00 | 180.00 | B | Add documents produced by Tesoro; pull documents requested by W. Leukuma for document review; |

```
PROFORMA STATEMENT AS OF 07/31/06                                         Page 8 (8)
BILLING ATTORNEY      02524  Mike Mills                                   DATE RUN: 08/24/06
RESPONSIBLE ATTORNEY  02524  Mike Mills

476962-00002    Manumitted Companies, Inc.           PROFORMA # 2173453    INVOICE NO:
                Tesoro Litigation
```

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 14722985 | 06/30/06 | W. Leukuma | 5.70 | 1,026.00 | 1,026.00 | B | Follow-up on outstanding responses to third discovery requests; review and analyze responses to second discovery requests |
| 10796583 | 07/03/06 | W. Leukuma | .50 | 90.00 | 90.00 | B | Draft and fax letter to F. Odsen regarding outstanding responses to third discovery requests |
| 10734293 | 07/04/06 | M. Mills | .30 | 79.50 | 79.50 | B | Review follow up letter to C. Baumann regarding discovery and prepare email regarding same (.3) |
| 14796588 | 07/05/06 | W. Leukuma | .20 | 36.00 | 36.00 | B | Finalize letter to F. Odsen regarding follow-up on Tesoro's responses to first discovery requests |
| 14741463 | 07/06/06 | A. Black | 5.00 | 300.00 | 300.00 | B | Incorporate Tesoro's privileged documents into production log |
| 14734304 | 07/07/06 | M. Mills | .20 | 53.00 | 53.00 | B | Review W. Leukuma letter to F. Odsen (.2) |
| 14741464 | 07/07/06 | A. Black | 1.40 | 84.00 | 84.00 | B | Incorporate Tesoro's privileged documents into production log |
| 14796598 | 07/10/06 | W. Leukuma | .10 | 18.00 | 18.00 | B | Conference with M. Mills regarding discovery issues |
| 14796601 | 07/11/06 | W. Leukuma | .20 | 36.00 | 36.00 | B | Review Tesoro's responses to third discovery requests |
| 14745952 | 07/11/06 | A. Black | .50 | 30.00 | 30.00 | B | Update production log |
| 14756818 | 07/14/06 | M. Mills | .40 | 106.00 | 106.00 | B | Meet with W. Leukuma regarding discovery (.4) |
| 14764098 | 07/17/06 | M. Mills | .50 | 132.50 | 132.50 | B | Prepare email to C. Baumann regarding R. Chaffin deposition and discuss same with W. Leukuma (.5) |
| 14796615 | 07/17/06 | W. Leukuma | .30 | 54.00 | 54.00 | B | Review email from C. Baumann; teleconference with M. Mills; email client |
| 14764101 | 07/18/06 | M. Mills | .30 | 79.50 | 79.50 | B | Review/respond to email from B. Olds regarding ████ (.3) |
| 14814157 | 07/19/06 | M. Mills | .40 | 106.00 | 106.00 | B | Review email regarding call with B. Olds (.4) |
| 10796624 | 07/19/06 | W. Leukuma | 6.00 | 1,080.00 | 1,080.00 | B | Teleconference with client; exchange email with M. Mills regarding R. Chaffin and other matters; draft letter to F. Odsen regarding Tesoro's |

1
9 of 15

```
                                                                    Page 9 (9)
PROFORMA STATEMENT AS OF 07/31/06                                   DATE RUN: 08/24/06
BILLING ATTORNEY       02524   Mike Mills
RESPONSIBLE ATTORNEY   02524   Mike Mills

4769962-00002      Manumitted Companies, Inc.
                   Tesoro Litigation

                                               PROFORMA #  2173453         INVOICE NO:

INDEX      DATE      TIMEKEEPER     HOURS    WORK      BILL     STS   DESCRIPTION
                                             VALUE     VALUE
```

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 14764105 | 07/20/06 | M. Mills | .50 | 132.50 | 132.50 | B | Review emails and telephone call from W. Leukuma regarding discovery (.5) |
| 14796633 | 07/20/06 | W. Leukuma | 6.10 | 1,098.00 | 1,098.00 | B | Research regarding scope of discovery/relevancy with respect to specific claims and defenses; draft letter to F. Odsen regarding Tesoro's responses to second discovery requests and email to M. Mills for comment; teleconference with M. Mills regarding R. Chaffin; email C. Bauman response regarding request to depose/interview R. Chaffin; follow-up with client |
| 14796637 | 07/21/06 | W. Leukuma | 3.70 | 666.00 | 666.00 | B | Revise letter to F. Odsen regarding Tesoro's responses to second discovery requests; research regarding motion to compel production of "proprietary" information (1.0); letter to F. Odsen regarding Tesoro's responses; finalize and send |
| 14796639 | 07/24/06 | W. Leukuma | 4.50 | 810.00 | 810.00 | B | Research regarding ████████████████ to second discovery requests |
| 14796642 | 07/25/06 | W. Leukuma | 2.00 | 360.00 | 360.00 | B | Review letter to Tesoro regarding discovery (.4) |
| 14796780 | 07/25/06 | A. Black | .90 | 54.00 | 54.00 | B | Update key documents binder |
| 14764122 | 07/26/06 | M. Mills | .70 | 185.50 | 185.50 | B | call with W. Leukuma and leave messages for B. Olds and Chaffin (.4) |
| 14764115 | 07/25/06 | M. Mills | .40 | 106.00 | 106.00 | B | ████████████████ (.3); telephone |
| 14796650 | 07/26/06 | W. Leukuma | 1.20 | 216.00 | 216.00 | B | Draft second motion to compel (.5); leave voice mail for client; teleconference with M. Mills; attempt to contact R. Chaffin |
| 14796653 | 07/27/06 | W. Leukuma | 5.70 | 1,026.00 | 1,026.00 | B | Draft second motion to compel |
| 14796662 | 07/30/06 | W. Leukuma | 4.00 | 720.00 | 720.00 | B | Draft second motion to compel |
| 14777495 | 07/31/06 | M. Mills | 2.30 | 609.50 | 609.50 | B | Meet with R. Chaffin and follow up (2.3) |
| 14796663 | 07/31/06 | W. Leukuma | 8.50 | 1,530.00 | 1,530.00 | B | Expand and revise second motion to compel (6.8); meeting with R. Chaffin (1.0); strategic planning |

1/10/15

```
PROFORMA STATEMENT AS OF 07/31/06                                    Page 10 (10)
BILLING ATTORNEY      02524   Mike Mills                         DATE RUN: 08/24/06
RESPONSIBLE ATTORNEY  02524   Mike Mills                         INVOICE NO:

476962-00002      Manumitted Companies, Inc.                     PROFORMA # 2173453
                  Tesoro Litigation

INDEX     DATE      TIMEKEEPER      HOURS      WORK      BILL    STS   DESCRIPTION
                                              VALUE     VALUE

14832490  08/01/06  W. Leukuma      6.70    1,206.00  1,206.00   B    Expand and revise second motion to compel; draft
                                                                      supporting affidavits; conference with M. Mills
                                                                      regarding R. Chaffin availability; email client
                                                                      update

14830688  08/02/06  M. Mills         .20       53.00     53.00   B    Review emails regarding second motion to compel
                                                                      (.2)

14832491  08/02/06  W. Leukuma      3.90      702.00    702.00   B    Research regarding ████████████████████████████

14830691  08/03/06  M. Mills        4.30    1,139.50  1,139.50   B    Revise second motion to compel and affidavits
                                                                      (1.0); meet with W. Leukuma, calls to B. Olds and
                                                                      revise documents (3.1); telephone call with F.
                                                                      Odsen (.2)

14832496  08/03/06  W. Leukuma      6.60    1,188.00  1,188.00   B    Organize exhibits; telephone conference with B.
                                                                      Olds regarding affidavit; revise affidavit;
                                                                      proof, finalize, and file motion to compel (4.4);
                                                                      exchange email with C. Bauman regarding R.
                                                                      Chaffin deposition (.2); research regarding
                                                                      ████████████ (2.0)

14830701  08/04/06  M. Mills         .50      132.50    132.50   B    Telephone call with B. Olds (.5)

14832502  08/04/06  W. Leukuma       .70      126.00    126.00   B    Revise notice of filing sealed affidavit (.1);
                                                                      teleconference with F. Odsen regarding sealed
                                                                      documents (.1); review Tesoro's requests for
                                                                      production; email client discovery requests

14830702  08/05/06  M. Mills         .70      185.50    185.50   B    Review Tesoro's second set of requests for
                                                                      production (.5); telephone call with B. Olds (.2)

14830711  08/07/06  M. Mills        6.10    1,616.50  1,616.50   B    Meet with B. Olds and W. Leukuma (5.2); emails
                                                                      to/from C. Bauman regarding environmental report
                                                                      (.3); ████████████████████████████████ (.6)

14832503  08/07/06  W. Leukuma      4.30      774.00    774.00   B    Conference with client regarding ████████████
                                                                      prepare for R. Chaffin deposition; ████████████

14846641  08/07/06  A. Black         .50       30.00     30.00   B    Meet with B. Olds regarding
```

```
PROFORMA STATEMENT AS OF 07/31/06                        PROFORMA #  2173453                    Page 11 (11)
BILLING ATTORNEY             02524   Mike Mills                                                  DATE RUN:  08/24/06
RESPONSIBLE ATTORNEY         02524   Mike Mills                                                  INVOICE NO:

476962-00002     Manumitted Companies, Inc.
                 Tesoro Litigation
```

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 14230715 | 08/08/06 | M. Mills | 4.10 | 1,086.50 | 1,086.50 | B | Review ▓▓▓▓▓ (.3); meet with B. Olds regarding ▓▓▓▓ (1.0); meet with F. Odsen and follow up with B. Olds and W. Leukuma (2.8) |
| 14232507 | 08/08/06 | W. Leukuma | .40 | 72.00 | 72.00 | B | Review notice of deposition of R. Chaffin; conference with M. Mills |
| 14246643 | 08/08/06 | A. Black | 6.00 | 360.00 | 360.00 | B | Assemble damage analysis notebook for F. Odsen containing back-up documents for damage calculation |
| 14242999 | 08/09/06 | M. Mills | 3.80 | 1,007.00 | 1,007.00 | B | Assemble damage analysis notebook for F. Odsen containing back-up documents for damage calculation; reassemble production documents |
| 14246646 | 08/09/06 | A. Black | 3.50 | 210.00 | 210.00 | B | Assemble damage analysis notebook for F. Odsen containing back-up documents for damage calculation; reassemble production documents |
| 14243005 | 08/10/06 | M. Mills | .80 | 212.00 | 212.00 | B | Telephone calls with W. Leukuma regarding letter to F. Odsen (.8) |
| 14232514 | 08/10/06 | W. Leukuma | 2.10 | 378.00 | 378.00 | B | Teleconference with M. Mills regarding revise cover letter and email to M. Mills with comments; conference with A. Black regarding teleconference with M. Mills; instructions to M. Chiara regarding email F. Odsen update |
| 14246648 | 08/10/06 | A. Black | 1.00 | 60.00 | 60.00 | B | Copy damage analysis binder for B. Olds |
| 14243010 | 08/11/06 | M. Mills | 1.60 | 424.00 | 424.00 | B | Finalize letter to F. Odsen (.8); review arguments for discovery hearing (.8) |
| 14232520 | 08/11/06 | W. Leukuma | 2.40 | 432.00 | 432.00 | B | Teleconference with F. Odsen and M. Mills regarding possible mediation and dates; follow-up with M. Chiara regarding hand-delivery of damage analysis; prepare for oral argument on motion to compel disclosure (2.0) |

Ex 1
12 of 15

```
PROFORMA STATEMENT AS OF 07/31/06                           PROFORMA # 2173453              Page 12 (12)
BILLING ATTORNEY       02524   Mike Mills                                                   DATE RUN: 08/24/06
RESPONSIBLE ATTORNEY   02524   Mike Mills                                                   INVOICE NO:

476962-00002           Manumitted Companies, Inc.
                       Tesoro Litigation

INDEX       DATE      TIMEKEEPER      HOURS   WORK VALUE   BILL VALUE   STS   DESCRIPTION
14846653    08/11/06  A. Black         .30        18.00        18.00    B     Update production log
14843016    08/13/06  M. Mills        1.50       397.50       397.50    B     Prepare for oral argument on motion to compel
                                                                              (1.5)
14843017    08/14/06  M. Mills        5.90     1,563.50     1,563.50    B     Prepare for and attend argument on motion to
                                                                              compel (5.5); follow up emails regarding motion
                                                                              to compel issues (.4)
14832522    08/14/06  W. Leukuma      5.50       990.00       990.00    B     Prepare for and represent Manumitted at oral
                                                                              argument on motion to compel disclosure (4.7);
                                                                              email client summary of oral argument (.4);
                                                                              prepare for R. Chaffin deposition (.4)
14843026    08/15/06  M. Mills         .40       106.00       106.00    B                                              (.4)
14846202    08/15/06  W. Leukuma      6.50     1,170.00     1,170.00    B     Review email from R. Chaffin; email C. Bauman
                                                                              regarding flight issue; teleconference with C.
                                                                              Bauman regarding same; reschedule deposition for
                                                                              later in day; prepare for, take, and defend R.
                                                                              Chaffin deposition
14443034    08/16/06  M. Mills         .80       212.00       212.00    B     Meet with W. Leukuma regarding         (.8)
14846209    08/16/06  W. Leukuma      1.20       216.00       216.00    B     Conference with M. Mills regarding
14849720    08/17/06  M. Mills        1.90       503.50       503.50    B     Review discovery order, discuss with W. Leukuma
                                                                              and email client (1.6); email B. Olds (.3)
14846215    08/17/06  W. Leukuma      2.30       414.00       414.00    B     Review email from client; review and respond to
                                                                              email from M. Mills; email client
                                                                              for purposes of recovering fees on first motion
                                                                              to compel; conference with B. Roseman regarding
                                                                              same
14849731    08/18/06  M. Mills         .70       185.50       185.50    B           ; telephone call with W. Leukuma
                                                                              regarding Odsen letter (.3)
14846221    08/18/06  W. Leukuma       .70       126.00       126.00    B     Teleconference with M. Mills regarding follow-up
                                                                              letter to F. Odsen (.2); review
```

Ex. 1
13 of 15

```
PROFORMA STATEMENT AS OF 07/31/06                                    Page 13 (13)
BILLING ATTORNEY       02524  Mike Mills                             DATE RUN: 08/24/06
RESPONSIBLE ATTORNEY   02524  Mike Mills                             INVOICE NO:

476962-00002   Manumitted Companies, Inc.          PROFORMA # 2173453
               Tesoro Litigation
```

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 14846224 | 08/20/06 | W. Leukuma | 1.00 | 180.00 | 180.00 | B | (.1); email M. Mills regarding E. Andrews non-availability (.1) |
| 14846231 | 08/21/06 | W. Leukuma | 1.40 | 252.00 | 252.00 | B | Draft letter to F. Odsen regarding court order granting Manumitted's motion to compel |
| | | | | | | | Conference with M. Mills regarding allocation of costs and fees on first motion to compel (.2); conference with M. Mills regarding changes to F. Odsen letter (.2); email inquiry regarding discovery masters and review and discuss responses to same (.3); revise and finalize letter to F. Odsen (.5); instructions to A. Black regarding update of key document binder (.1). |

```
TOTALS                    304.30   55,206.50  55,206.50
                        --------  ---------  ---------
                          304.30   55,206.50  55,206.50
```

*--------COST ENTRIES----*

| INDEX | DATE | STS | DESCRIPTION | ORIGINAL VALUE | BILL VALUE | CODE | TKPER | VOUCHER | CHECK |
|---|---|---|---|---|---|---|---|---|---|
| 19409297 | 050306 | B | Computerized Legal Research - Westlaw search done on 05/03/06 | 49.20 | 49.20 | 010 | 06641 | | |
| 19409298 | 050406 | B | Computerized Legal Research - Westlaw search done on 05/04/06 | 81.95 | 81.95 | 010 | 06641 | | |
| 19476795 | 062606 | B | Computerized Legal Research - Westlaw search done on 06/12/06 | 48.51 | 48.51 | 010 | 06641 | | |
| 19477064 | 062606 | B | Computerized Legal Research - Westlaw search done on 06/14/06 | 7.72 | 7.72 | 010 | 06641 | | |
| 19521581 | 070706 | B | Computerized Legal Research - Westlaw search done on 06/29/06 | 94.46 | 94.46 | 010 | 06641 | | |
| 19539220 | 072806 | B | Computerized Legal Research - Westlaw search done on 07/20/06 | 44.02 | 44.02 | 010 | 06641 | | |
| | | | TOTAL FOR COST CODE: 010  Computerized Legal Research | 325.86 | 325.86 | | | | |
| 19494115 | 071106 | B | Court Reporter - Metro Court Reporting, Inc. - Deposition transcript of D. Castle taken on 06/05/06 | 234.25 | 234.25 | 390 | 04843 | 1032788 | 1068495 |
| | | | TOTAL FOR COST CODE: 390  Court Reporter | 234.25 | 234.25 | | | | |

Ex. 1
14 of 15

```
PROFORMA STATEMENT AS OF 07/31/06                                          Page 14 (14)
                                                                           DATE RUN:  08/24/06
BILLING ATTORNEY      02524  Mike Mills        PROFORMA #  2173453
RESPONSIBLE ATTORNEY  02524  Mike Mills                                    INVOICE NO:

472962-00002                 Manumitted Companies, Inc.
                             Tesoro Litigation

INDEX      DATE   STS DESCRIPTION                         ORIGINAL    BILL           CODE   TKPER   VOUCHER    CHECK
                                                           VALUE     VALUE
19006926  052306  B  Copies of Legal Documents -           150.41    150.41           560   07904  1022876   1064557
                     05/04/06

TOTAL FOR COST CODE: 560  Copies of Legal Documents        150.41    150.41

                                                          STANDARD   MATTER
                                                           VALUE      VALUE
TOTAL FOR COST CODE: 006  Messenger Charges                 35.00     35.00    QTY:     2
TOTAL FOR COST CODE: 015  Overnight Delivery Charges        52.64     52.64    QTY:     1
TOTAL FOR COST CODE: 036  Fax Charges                        0.90      0.90    QTY:     2
TOTAL FOR COST CODE: 054  Long Distance Telephone Charges   10.23     10.23    QTY:    27
TOTAL FOR COST CODE: 072  After Hours Secretarial Support   40.00     40.00    QTY:     1
TOTAL FOR COST CODE: 078  Postage Charges                    9.78      9.78    QTY:     3
TOTAL FOR COST CODE: 084  Photocopy Charges                276.20    276.20    QTY: 1,381

                                       COST TOTAL:       1,135.27  1,135.27

****************************************************************************************

TIMEKEEPER SUMMARY - FEES
                                              RATE     HOURS    STANDARD       BILL
                                                                 VALUE         VALUE
02524  Mike Mills                            265.00    81.70   21,650.50    21,650.50
05601  Bobbie (Left 07/06) Mott               60.00     3.00      180.00       180.00
06641  Wendy Leukuma                         180.00   168.20   30,276.00    30,276.00
07904  Angela M. Black                        60.00    51.20    3,072.00     3,072.00
08146  Cheryl Carter                         140.00      .20       28.00        28.00
                                                      ------   ---------    ---------
                                       TOTAL          304.30   55,206.50    55,206.50

TIMEKEEPER SUMMARY - COSTS
02524  Mike Mills                                                               5.42
04633  Eric E. Rafalko                                                         29.80
04762  Michelle Hanlon-Dehner                                                 132.00
04843  Michele Droege                                                         234.25
06641  Wendy Leukuma                                                          390.69
07904  Angela M. Black                                                        228.61
08128  Melissa G. Chiara                                                       69.72
08141  Tom D. Murtiashaw                                                       35.00
09253  Anchorage Office Adm                                                     9.78
                                                                            ---------
                                       TOTAL                                1,135.27
```

*Exhib. 1*
*15 of 15*