Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. 3:05-cv-0185-TMB<br><br>**NOTICE OF FILING UNSIGNED<br>AFFIDAVIT OF MICHAEL R. MILLS** |

Plaintiff Manumitted Companies, Inc., by and through counsel, hereby gives notice to the Court of the filing of the unsigned Affidavit of Michael R. Mills in support of Manumitted's Accounting for Attorney's Fees and Costs Incurred in Bringing First Motion to Compel.  Mr. Mills has reviewed and given verbal approval of the content of his Affidavit, but does not have access to a notary public from his present location. Plaintiff Manumitted will file Mr. Mills' signed and notarized affidavit as soon as possible.

DATED this 25th day of August, 2006, at Anchorage, Alaska.

                DORSEY & WHITNEY LLP
                Attorneys for Manumitted Companies, Inc.

By: s/Wendy E. Leukuma
    Michael R. Mills, ABA No. 8911074
    Wendy E. Leukuma, ABA No. 0211048
    DORSEY & WHITNEY LLP
    1031 West 4th Avenue, Suite 600
    Anchorage, Alaska 99501
    Phone: 907-276-4557
    Fax: 907-276-4152
    Email: mills.mike@dorsey.com
    Email: leukuma.wendy@dorsey.com

CERTIFICATE OF SERVICE

This certifies that on this 25th day of August, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

    s/Wendy E. Leukuma

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

NOTICE OF FILING UNSIGNED AFFIDAVIT OF MICHAEL R. MILLS

Page 2 of 2

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. 3:05-cv-0185-TMB