Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Manumitted Companies, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>                              Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>                              Defendant. | Case No. 3:05-cv-185-TMB<br><br>**AFFIDAVIT OF<br>WENDY E. LEUKUMA** |

STATE OF ALASKA          )
                                            ) ss.
THIRD JUDICIAL DISTRICT  )

WENDY E. LEUKUMA, being first duly sworn, deposes and testifies as follows:

1.      I am an attorney at Dorsey & Whitney LLP and am duly licensed to practice law before this Court. I make this affidavit based on personal knowledge and my review of billing records kept by Dorsey & Whitney LLP in the ordinary course of business.

2.      During the course of researching the choice of law issues raised in Tesoro's opposition to Manumitted's first motion to compel, I conducted some electronic research on Westlaw.com. Westlaw billed Dorsey & Whitney LLP $56.23 for this research. Dorsey & Whitney paid this amount to Westlaw and is entitled to recover these costs from Manumitted.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

*Wendy E. Le*

Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501
Phone: 907-276-4557
Fax: 907-276-4152
Email: leukuma.wendy@dorsey.com

SUBSCRIBED AND SWORN to before me this 25th day of August, 2006, at Anchorage, Alaska.



*Michelle Dehner*

NOTARY PUBLIC in and for Alaska
My commission expires 2-14-09

CERTIFICATE OF SERVICE

This certifies that on this 25th day of August, 2006, a copy of the foregoing was served electronically on the following:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503

s/Wendy E. Leukuma

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF WENDY E. LEUKUMA

Page 2 of 2

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. 3:05-cv-185-TMB