Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. 3:05-cv-185-TMB<br><br>**AFFIDAVIT OF MICHAEL R. MILLS** |

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

MICHAEL R. MILLS, being first duly sworn, deposes and testifies as follows:

1. I am an attorney at Dorsey & Whitney LLP and am duly licensed to practice law before this Court. I make this affidavit based on personal knowledge and my review of the billing statements maintained by Dorsey & Whitney LLP in the ordinary course of business.

2. Dorsey & Whitney LLP has represented Manumitted since the inception of this case. Dorsey & Whitney began preparing Manumitted's first motion to compel on April 26, 2006. A true and correct master itemization of Dorsey & Whitney LLP's fees and costs incurred in this case since April 26, 2006, together with a summary breaking down these fees and costs by motion, is attached hereto as Exhibit 1. For ease in reading, fees and costs associated with the first motion to compel are circled, while fees and costs

associated with the second motion to compel are underlined. Certain billing entries have been redacted to protect sensitive attorney-client and work product information.

    3.    As reflected in Exhibit 1, the total time that I spent on Manumitted's first motion to compel was 15.8 hours. The average hourly rate for my services during this period was $265.00 per hour. The total time that my associate, Wendy E. Leukuma, spent on Manumitted's first motion to compel was 47.0 hours. The average hourly rate for her services during this period was $180.00 per hour. The total time that my case assistant, Angela M. Black, spent on Manumitted's first motion to compel was 2.4 hours. The average hourly rate for her services during this period was $60.00 per hour. The total fees incurred in conjunction with Manumitted's first motion to compel were $12,791.00.

    4.    The total time that I spent on Manumitted's second motion to compel was 1.2 hours. The average hourly rate for my services during this period was $265.00 per hour. The total time that my associate, Wendy E. Leukuma, spent on Manumitted's second motion to compel was 29.3 hours. The average hourly rate for her services during this period was $180 per hour. The total attorney's fees incurred in conjunction with Manumitted's second motion to compel were $5,592.00.

                                                    _/s/ Michael R. Mills_
                                                    Michael R. Mills

SUBSCRIBED AND SWORN to before me this 30th day of August, 2006, at Anchorage, Alaska.



                                                    _/s/ Michelle Dehner_
                                                    NOTARY PUBLIC in and for Alaska
                                                    My commission expires 2-14-09

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CERTIFICATE OF SERVICE

This certifies that on this 30th day of August, 2006, a copy of the foregoing was served electronically on the following:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503


s/Wendy E. Leukuma

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

AFFIDAVIT OF MICHAEL R. MILLS

Page 3 of 3

*MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Case No. 3:05-cv-185-TMB