Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>　　　　　Defendant. | Case No. 3:05-cv-0185-TMB<br><br>**NOTICE OF FILING SIGNED**<br>**AFFIDAVIT OF MICHAEL R. MILLS** |

Plaintiff Manumitted Companies, Inc., by and through counsel, hereby gives notice to the Court of the filing of the signed Affidavit of Michael R. Mills in support of Manumitted's Accounting for Attorney's Fees and Costs Incurred in Bringing First Motion to Compel.

DATED this 30th day of August, 2006, at Anchorage, Alaska.

CERTIFICATE OF SERVICE

This certifies that on this 30th day of August, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503

　　　s/Wendy E. Leukuma

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.

By: s/Wendy E. Leukuma
　　Michael R. Mills, ABA No. 8911074
　　Wendy E. Leukuma, ABA No. 0211048
　　DORSEY & WHITNEY LLP
　　1031 West 4th Avenue, Suite 600
　　Anchorage, Alaska 99501
　　Phone: 907-276-4557
　　Fax: 907-276-4152
　　Email: mills.mike@dorsey.com
　　Email: leukuma.wendy@dorsey.com