Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>　　　　　　　　Defendant. | Case No. 3:05-cv-0185-TMB<br><br>**REPLY REGARDING TESORO'S RESPONSE TO MANUMITTED'S ACCOUNTING** |

Manumitted replies to Tesoro's Response to Manumitted's Accounting for Attorney's Fees and Costs Incurred in Bringing First Motion to Compel ("Tesoro's Response") as follows:

• The hourly rates asserted by Manumitted's counsel are the customary and usual rates charged (and paid) by clients of Dorsey & Whitney LLP every day. As long as these rates are reasonable (and the market indicates that they are), the rates charged by Tesoro's counsel are irrelevant.

• The time incurred by Manumitted's counsel was reasonable. Ms. Leukuma spent 16.5 hours in researching, drafting, and compiling Manumitted's 15 page motion to compel and supporting affidavits and exhibits, 23.5 hours in analyzing and responding to Tesoro's 47 page opposition — which raised a number of obscure issues and arguments requiring substantial attention — resulting in a concise 19 page reply and supporting

affidavit and exhibits, and 6.7 hours preparing for and representing Manumitted at oral argument. Mr. Mills spent only 15.8 hours total, with a significant amount of this time (7.8 hours) spent on oral argument.

- By its very nature, the contingency fee arrangement in place encourages Dorsey & Whitney LLP to be as efficient as possible and therefore bill less time, not more, as suggested by Tesoro.

- Notably missing from Tesoro's Response is any indication as to how much time Tesoro's counsel spent researching, drafting, and compiling Tesoro's 47 page opposition and voluminous supporting affidavits and exhibits, let alone the total time spent responding to Manumitted's motion to compel.

- Tesoro's suggested offset violates the automatic stay entered in the bankruptcy proceeding and defeats the purpose of remedying and preventing the very types of blatant discovery violations at issue in this case.

- Under Rule 37(a)(4)(A), attorney's fees and costs are considered expenses, not sanctions. Based on the Court's findings of fact and conclusions of law, Tesoro must compensate Manumitted for all expenses it was needlessly forced to incur in bringing its motion to compel, including the resources spent responding to a 47 page opposition that was completely rejected by the Court. From the order granting Manumitted's motion to compel, it is clear that the Court agreed with the reasons stated in Manumitted's reply.

This Court should therefore enter an order requiring Tesoro to pay Manumitted the full $12,791.00 in fees and $56.23 in costs specifically incurred in connection with Manumitted's first motion to compel. Payment should be required within 10 days.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

REPLY REGARDING TESORO'S RESPONSE TO
MANUMITTED'S ACCOUNTING

Page 2 of 3

*MANUMITTED COMPANIES v.
TESORO ALASKA CO.*
Case No. 3:05-cv-0185-TMB

DATED this 7th day of September, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.

By: s/Wendy E. Leukuma
    Michael R. Mills, ABA No. 8911074
    Wendy E. Leukuma, ABA No. 0211048
    DORSEY & WHITNEY LLP
    1031 West 4th Avenue, Suite 600
    Anchorage, Alaska 99501
    Phone: 907-276-4557
    Fax: 907-276-4152
    Email: mills.mike@dorsey.com
    Email: leukuma.wendy@dorsey.com

CERTIFICATE OF SERVICE

This certifies that on this 7th day of September, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503

        s/Wendy E. Leukuma

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

REPLY REGARDING TESORO'S RESPONSE TO
MANUMITTED'S ACCOUNTING

Page 3 of 3

*MANUMITTED COMPANIES v.*
*TESORO ALASKA CO.*
Case No. 3:05-cv-0185-TMB