Frederick J. Odsen
Alaska Bar No. 7906043
Carl J.D. Bauman
Alaska Bar No. 7310038
Hughes Bauman Pfiffner
 Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:   (907) 274-7522
Facsimile Number:   (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br> Defendant. | Case No. 3:05-cv-00185-TMB <br><br> **STIPULATION FOR ENTRY OF ORDER SETTING PROCEDURE FOR DISCOVERY MASTER** |

COME NOW the parties, by and through their respective counsel of record, and hereby stipulate, agree, and respectfully request that the Court enter the accompanying proposed order to establish the procedure for a discovery master in accord with FRCP 53 and LR 53.1 in this case.  The parties have

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
Attorneys at Law
3900 C Street
Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 Fax

agreed upon David Ruskin to be the discovery master, and he has agreed to so serve, subject to the Court's approval.

                                              DORSEY & WHITNEY, LLP
Attorneys for Plaintiff
Manumitted Companies Inc.

DATED this 8th day of September, 2006.

By:   s/ Wendy Leukuma (consent)
      Michael R. Mills
        Alaska Bar No. 8911074
      Wendy Leukuma
        Alaska Bar No. 0211048

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant
Tesoro Alaska Company

DATED this 8th day of September, 2006.

By:   s/ Carl Bauman (consent)
      Frederick J. Odsen
        Alaska Bar No. 7906043
      Carl J.D. Bauman
        Alaska Bar No. 7310038

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Stipulation for Entry of Order Setting Procedure for Discovery Master
Manumitted Companies, Inc. v. Tesoro Alaska Company
Case No. A05-185 CV [TMB]                  Page 2 of 2