IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>　　　　Defendant. | Case No. 3:05-cv-00185-TMB<br><br><br><br>**<u>ORDER SETTING PROCEDURE FOR<br>DISCOVERY MASTER</u>** |

　　　　Based on the stipulation and request of the parties for a discovery master for this case in accord with Rule 53 of the Federal Rules of Civil Procedure and Local Rule 53.1; the agreement of the parties upon attorney David Ruskin to be the discovery master; Mr. Ruskin's willingness to so serve, subject to the Court's approval; and being fully advised in the premises, the Court hereby ORDERS as follows:

　　　　1.　　David B. Ruskin, Esq., is appointed as the discovery master in this matter to assist the parties in the speedy and economical conduct of discovery and resolution of discovery disputes.  Subject to the procedures set forth in this Order, the discovery master is hereby authorized to decide all issues arising under Rules 26-37 and 45 of the Federal Rules of Civil Procedure, as modified by (i) the local federal district

court rules, (ii) court orders in this proceeding including the Protective Order and the Pretrial Order, (iii) the written agreements of the parties, and (iv) as previously interpreted by this Court in the context of plaintiff's first motion to compel. The following procedures and guidelines govern the submission of disputes to the discovery master.

    2.    The discovery master is authorized to:

        (A)    Resolve all discovery disputes between the parties, including third parties;

        (B)    Respond to all discovery requests and motions of the parties and third parties;

        (C)    Call discovery conferences under FRCP 16, at the request of a party or on the master's own motion;

        (D)    Recommend to the Court, but not impose, sanctions other than awards of fees and costs to the prevailing party on a discovery dispute (as detailed below, the discovery master may award attorney's fees and costs to a prevailing party, subject to appeal to the Court); and

        (E)    Set procedures consistent with this Order for the timely and orderly presentation of discovery disputes for resolution, including facsimile or electronic filing of motions with the discovery master, provided all motions to the discovery master are to be filed under Local Rule 7.1 with a copy served on the discovery master.

3.  The discovery master shall be compensated by the parties 50/50 at $225 per hour, plus expenses. The compensation and expenses of the discovery master shall not otherwise be shifted by the discovery master between the parties. The parties shall promptly pay the discovery master. If a non-party appears before the discovery master by motion for or against the non-party, the discovery master has discretion to allocate a fair and reasonable portion of the discovery master's fees to the non-party for the discovery master's time and expenses with regard to the issues regarding the non-party.

4.  The procedures set forth in FRCP 53 (c), (d), (e), (f), and (g) shall specifically apply here, except (1) the 20-day time in 53(g)(2) for a party to object or move as to a master's order, report, or recommendation shall be reduced to 5 business days, and (2) the standard under 53(g)(3) for the Court to review fact findings by the discovery master shall be de novo, giving such weight to the discovery master's findings as their logic and persuasiveness suggest.

5.  Before submitting a discovery dispute to the discovery master for resolution, the parties shall first make a good faith effort to resolve the dispute. Any motion filed with the discovery master must have the certification required by FRCP 37(a)(2)(A) stating that the party in good faith conferred or attempted to confer with the other party to resolve the dispute prior to seeking the discovery master's assistance.

6.  If the parties are unable to resolve the dispute, motions may be filed with the discovery master. Any such motion shall be limited to 15 pages of argument and

30 pages of exhibits, unless the party filing the motion can make a good cause showing why additional pages are needed. The party or parties to whom the motion is directed may file an opposition within 10 days from the date the motion is served (13 days if the motion is mailed). The opposition shall be limited to 15 pages of argument and 30 pages of exhibits, unless the opposing party can make a good cause showing why additional pages are needed. The party filing the motion may file a reply. Any reply shall be filed within 5 days from the date the opposition is served (8 days if the opposition is mailed). Any reply shall be limited to 5 pages of argument and 10 pages of exhibits, unless the party filing the reply can make a good cause showing why additional pages are needed.

7. In the event that a discovery issue arises which requires immediate resolution in order to prevent undue expense or delay (e.g., an issue arising over an instruction to a deponent not to answer a deposition question, at an out-of-state or otherwise remote deposition attended by counsel), one or more parties may attempt to contact the discovery master by telephone for his expedited ruling on the discovery issue. If the discovery master cannot be reached, the party(ies) seeking immediate resolution of the discovery issue may attempt to contact the trial judge for his similar resolution of the issue.

8. Except as otherwise noted herein, all discovery disputes must first be submitted to the discovery master for resolution. The discovery master has the discretion to schedule oral argument on any dispute presented for resolution.

9. The discovery master shall decide the motions in the order they are received, unless a party can make a good cause showing why they should be taken out of order. The discovery master shall endeavor to decide the motions promptly. The discovery master will issue a written decision on each dispute presented to him for resolution. The discovery master shall have the authority to award attorneys' fees and costs pursuant to FRCP 37(a)(4). A party may seek a ruling directly from the Court as to any motion that has been ripe before the discovery master for more than 30 days, at which point the discovery master shall lose jurisdiction over the matter unless this 30-day deadline is waived by the parties.

10. Within 2 business days of a discovery master decision, a party may by a not-more-than-one-page motion request clarification by the discovery master of any point in the findings or ruling. A clarification request shall be faxed forthwith to the other party, who may respond in no more than one page, within 1 business day, to the request for clarification. There shall be no reply or argument and the discovery master may clarify, or not, forthwith. The time to appeal, object, or move to modify the discovery master's decision shall <u>not</u> be extended by a request for clarification.

11. Once the discovery master issues a decision, a party has a right to appeal, otherwise raise objections with, or move the Court to modify the discovery master's decision. An appeal, objection, or motion to modify the decision shall be filed with the Court within 5 business days of the distribution of the discovery master's

decision and shall consist of a notice of appeal indicating which motion is being appealed, the discovery master's decision, the papers filed with the discovery master, and a supplemental memorandum to the Court not to exceed 7 pages.  Succinct affidavits of party representatives, if appropriate, may be submitted and shall not count against the 7 page limit.  The opposing party may respond within 5 business days with a memorandum not to exceed 7 pages.  There shall be no reply.  The discovery master's decision will be stayed pending the Court's decision on appeal ("appeal" here is intended to include objections and motions to modify).  The Court may consider and decide the appeal with or without oral argument.  If the Court affirms the discovery master's decision in its entirety, the Court shall award the non-appealing party its reasonable costs and fees on the appeal.  If the Court reverses the discovery master's decision in whole or in part, the Court has the discretion to modify or reverse any fee or cost award entered by the discovery master and may award fees and costs in connection with the appeal as the Court deems appropriate.

      12.    The Court may modify this Order at any time for good cause shown and upon notice to the affected parties.

Dated this 11th day of September, 2006.

      /s/ Timothy M. Burgess
      The Honorable Timothy M. Burgess
      U.S. District Court Judge