Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>            Defendant. | Case No. 3:05-cv-185-TMB<br><br>**STIPULATED REQUEST FOR SETTLEMENT CONFERENCE** |

  The parties, by and through counsel, hereby request a settlement conference with the Honorable Judge Holland in early November (preferred by plaintiff) or December 2006 or January 2007 (either of the latter two months are preferred by defendant) for purposes of conducting a mediation of all matters in dispute.  Alternatively, if Judge Holland is willing and able to mediate this matter but is not available during the requested time frame, the parties request a scheduling conference for purposes of determining whether another date is feasible or whether the parties should retain a private mediator.

DATED this 11th day of September, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.

By: s/Wendy E. Leukuma
    Michael R. Mills, ABA No. 8911074
    Wendy E. Leukuma, ABA No. 0211048
    DORSEY & WHITNEY LLP
    1031 West 4th Avenue, Suite 600
    Anchorage, Alaska 99501
    Phone: 907-276-4557
    Fax: 907-276-4152
    Email: mills.mike@dorsey.com
    Email: leukuma.wendy@dorsey.com

HUGHES BAUMAN PFIFFNER GORSKI
  & SEEDORF, LLC
Attorneys for Tesoro Alaska Company

By: s/Frederick J. Odsen (consent)
    Frederick J. Odsen, ABA No. 7906043
    HUGHES BAUMAN PFIFFNER
    GORSKI & SEEDORF, LLC
    3900 C Street, Suite 1001
    Anchorage, Alaska 99503
    Phone: 907-274-7522
    Fax: 907-263-8320
    Email: FJO@hbplaw.net

CERTIFICATE OF SERVICE

This certifies that on this 11th day of September, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503


       s/Wendy E. Leukuma

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557