Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br> Defendant. | Case No. 3:05-cv-185-TMB <br><br> **PROPOSED ORDER GRANTING STIPULATED REQUEST FOR SETTLEMENT CONFERENCE** |

The parties' Stipulated Request for Settlement Conference is GRANTED.  A settlement conference shall be convened on _____, 2006, at _____ a.m./p.m., in Courtroom _____ before the Honorable Judge Holland.  All parties and counsel of record shall appear and participate.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
TIMOTHY M. BURGESS
United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on this 11th day of September, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

_____s/Wendy E. Leukuma_____

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557