Frederick J. Odsen
Alaska Bar No. 7906043
Carl J.D. Bauman
Alaska Bar No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number:    (907) 274-7522
Facsimile Number:    (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., | Case No. 3:05-cv-00185-TMB |
| Plaintiff, | |
| vs. | |
| TESORO ALASKA COMPANY, | |
| Defendant. | |

## JOINT REQUEST FOR STATUS CONFERENCE
## REGARDING LITIGATION DEADLINES AND SCHEDULING

COME NOW the parties, by and through their respective counsel, and respectfully request that the Court schedule a status conference, preferably within the next two week time frame if possible, to discuss and address scheduling issues and

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

deadlines in the captioned matter.  In particular, the parties, as the Court is aware, have filed a Stipulated Request for Settlement Conference which is currently before the court. Under the terms of the Scheduling and Planning Order dated November 10, 2005, expert witness disclosures in accordance with Rule 26(a)(2) must be made on or before September 29, 2006.    As the parties discussed at oral argument with reference to plaintiff's First Motion to Compel, the parties are desirous of extending that deadline for a reasonable period of time in order to accommodate the potential of mediated settlement discussions.    Similarly, the parties anticipate that the issue of modifying or extending other discovery deadlines and the like would be appropriate topics for a status conference with the Court.

The scheduling of the status conference is, of course, subject to the Court's calendar.  For the information of the Court, it appears that the most convenient dates from counsel's point of view for a status conference are October 2, October 3 (in the morning) or October 4.[1]

---

[1] Plaintiff's counsel, Mike Mills, is out of the office on September 27 through September 29, 2006.  He then returns to the office on October 2, 3 and 4, 2006.  He is then scheduled once again out of the office from October 5, 2006 through October 15, 2006.  Plaintiff's counsel, Wendy Leukuma, had her baby on September 21 and is out on maternity leave.  Frederick J. Odsen is available October 2, 2006 and the morning of October 3, 2006, but has possible scheduling conflicts on October 4, 2006.  Carl Bauman is available on October 2, 2006, the morning of October 3, 2006 and October 4, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Representatives of the Defendant located out of state, (including but not limited to in-house or outside counsel) may attend the status conference telephonically.

The parties are appreciative of the Court's consideration of this joint request.

DATED this 26th day of September, 2006.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorney for Defendant,
> Tesoro Alaska Company
>
>
> By:    s/Frederick J. Odsen
> _____
>       Frederick J. Odsen
>       ABA No. 7906043
>       3900 C Street, Suite 1001
>       Anchorage, AK  99503
>       Telephone Number:  (907) 274-7522
>       Facsimile Number:  (907) 263-8320
>       Email:  FJO@hbplaw.net
>
> DORSEY & WHITNEY LLP
> Attorney for Plaintiff,
> Manumitted Companies, Inc.
>
>
> By:    s/Michael R. Mills (consent)
> _____
>       Michael R. Mills
>       ABA No. 8911074
>       1031 West 4[th] Avenue, Suite 600
>       Anchorage, AK  99501
>       Telephone Number:  (907) 276-4557
>       Facsimile Number:  (907) 276-4152
>       Email:  mills.mike@dorsey.com

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

251444

I hereby certify that a true and correct copy of
the foregoing was served via the court's ECF
system on the 26th day of September, 2006 to:

Michael R. Mills / Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK  99501

   s/Frederick J. Odsen
_____

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Joint Request for Status Conference
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Page 4 of 4