Frederick J. Odsen
Alaska Bar No. 7906043
Carl J.D. Bauman
Alaska Bar No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.,<br><br>                Plaintiff,<br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>                Defendant. | Case No. 3:05-cv-00185-TMB |

### ORDER SETTING STATUS CONFERENCE

The matter having come before the Court upon the Joint Request for Status Conference of the parties dated September 26, 2006, and the Court being duly advised,

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

      IT IS ORDERED that the request is granted and a status conference in the captioned matter shall occur on the _____ day of _____, 2006 at the hour of ____ ___.m. before the undersigned.

      DATED this _____ day of _____, 2006.

                                                    The Honorable Timothy M. Burgess
                                                    U.S. District Court Judge

251444

I hereby certify that a true and correct copy of the foregoing was served via the court's ECF system on the 26th day of September, 2006 to:

Michael R. Mills / Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501

  s/Frederick J. Odsen

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Order Setting Status Conference
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Page 2 of 2