Frederick J. Odsen
Alaska Bar No. 7906043
Carl J.D. Bauman
Alaska Bar No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number:   (907) 274-7522
Facsimile Number:   (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br> Defendant. | Case No. 3:05-cv-00185-TMB |

### MOTION TO AMEND ANSWER TO COMPLAINT TO ASSERT PENDING COUNTERCLAIMS

COMES NOW Defendant, Tesoro Alaska Company, by and through its attorneys of record, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and requests leave of this court to formally amend its Answer and Reservation of Rights to Assert

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Counterclaims to assert an Answer and Counterclaims. A copy of the proposed Answer and Counterclaims is filed herewith and served upon the Plaintiff.

As the Court is aware, the Plaintiff is currently a debtor under Chapter 11 of the Bankruptcy Code in a case captioned <u>In Re: Manumitted Companies, Inc.</u>, Case No. 04-1318-DMD in the U.S. Bankruptcy Court for the District of Alaska at Anchorage. Tesoro has procured relief from the bankruptcy stay existing pursuant to 11 U.S.C. § 362(a) to assert such counterclaims pursuant to an Order Granting in Part and Denying in Part Tesoro's Motion for Relief from Stay dated October 19, 2005 under Bankruptcy Court Docket Entry No. 68 (Exhibit A). The Bankruptcy Court Order authorized the assertion of the counterclaims set forth in the currently filed Answer and Reservation of Rights to Assert Counterclaims.[1]

In the status reports filed with this Court, the parties stipulated and agreed that the Plaintiff had no objection to Tesoro asserting the counterclaims that had already been asserted and were of record in this Court pursuant to the Answer and Reservation of Rights to Assert Counterclaims, subject to the granting of relief from the automatic stay by the Bankruptcy Court. That understanding has been confirmed in recent discussion

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
Attorneys at Law
3900 C Street
Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 Fax

---

[1] Tesoro also sought relief from stay to foreclose its Deed of Trust based on Plaintiff's failure to show evidence its service station was insured against fire or casualty. The Plaintiff debtor procured such insurance and hence the Bankruptcy Court denied Tesoro's motion for relief from the stay in that regard.

Motion to Amend Answer to Complaint to Assert Pending Counterclaims
<u>Manumitted Companies, Inc. v. Tesoro Alaska Company</u>
Page 2 of 3

between counsel and the parties.[2] Tesoro, therefore, requests that the Court authorize and recognize the filing of the Counterclaims as articulated in the Answer and Counterclaims filed herewith.

DATED this 28th day of September, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorney for Defendant,
Tesoro Alaska Company


By:   s/Frederick J. Odsen
        Frederick J. Odsen
        ABA No. 7906043
        3900 C Street, Suite 1001
        Anchorage, AK  99503
        Telephone Number: (907) 274-7522
        Facsimile Number: (907) 263-8320
        Email: FJO@hbplaw.net

251768

I hereby certify that a true and correct copy of the foregoing was served via the court's ECF system on the 28th day of September, 2006 to:

Michael R. Mills / Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK  99501

   s/Frederick J. Odsen

---

[2] The Court will further observe that Tesoro has already also filed a Proof of Claim in the Manumitted bankruptcy that asserted and encompassed the counterclaims. See Tesoro's Proof of Claim dated March 31, 2005 (without exhibits), filed on April 1, 2005 under Bankruptcy Claims Docket No. 9-1 (Exhibit B).

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX