Michael R. Mills
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Debtor

> Filed On
> 10/19/05

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re:<br><br>MANUMITTED COMPANIES, INC.,<br><br>                    Debtor. | Case No. A04-01318-DMD<br><br>Chapter 11 SB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART TESORO'S MOTION FOR RELIEF FROM STAY** |

This Court, having considered Tesoro Alaska Company's ("Tesoro") Motion for Relief from Stay to assert counterclaims in the U.S. district Court litigation and to exercise default remedies against the Debtor's Service Station (the "Motion"), the Debtor's partial objection, which included proof of insurance coverage, and finding good cause appearing,

IT IS HEREBY ORDERED

1. Tesoro's Motion is granted as to its request for authority to assert counterclaims against Manumitted in a lawsuit pending in the United States District Court for the District of Alaska captioned *Manumitted Companies, Inc. v. Tesoro Alaska Company*, Case No. A05-185CV (JKS). Any successful counterclaims by Tesoro and judgment obtained against Manumitted must be brought back to the Bankruptcy Court for handling in the claims process.

PAGE 1 of 2  EXHIBIT A

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501

2. Tesoro's Motion is denied as to it's request for authority to exercise its default remedies under a deed of trust on Manumitted's Tesoro Service Station since Manumitted has now obtained adequate insurance coverage. Tesoro may renew its Motion should insurance coverage fail to be maintained or for other reasons.

DATED this 19thday of October, 2005, at Anchorage, Alaska.

BY THE COURT

/s/ Donald MacDonald IV
Donald McDonald IV
U.S. Bankruptcy Judge

Reviewed and approved as to form:

HUGHES BAUMAN PIFIFNER, ET AL.
Attorneys for Tesoro Alaska Company


By:/s/ Frederick J. Odsen
    Frederick J. Odsen

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.


By: /s/ Michael R. Mills
    Michael R. Mills

Serve: F. Odsen, Esq.
      M. Mills, Esq.
      U. S. Trustee      10/19/05

PAGE 2 of 2 EXHIBIT A

= "LAST PAGE ONLY" = 1 4813-7055-3088\1\476962\00001 4813-7055-3088\1\476962\00001 4813-7055-3088\1\476962\00001