FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF ALASKA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Manumitted Companies, Inc. | Case Number<br>04-01318 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Tesoro Alaska Company

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:
~~Scott Rammell, Esq.~~ c/o Fred Odsen
~~3450 S. 344th Way, Suite 100~~ Hughes Thorsness
~~Auburn, WA 98001~~ 550 W. 7th Ave #1100
Anch, AK 99501

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

FILED
APR 1 2005
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

Telephone Number: 253-896-8884

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if ☐ replaces ☐ amends    a previously filed claim, dated: _____
this claim

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)         (date)

**2. Date debt was incurred:** April 29, 1999

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $_____ 478,874.28, plus costs and attorney's fees
(unsecured) (secured) (priority) (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below. See Exhibit A attached
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☑ Real Estate  ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ Uncertain; the City of Valdez 2004 assessed value is $600,000
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ See Exhibit A

**6. Unsecured Nonpriority Claim** $ attached.
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.
**11. Service:** A full, complete copy of your claim must be mailed to the trustee and to the debtor's attorney.

THIS SPACE IS FOR COURT USE ONLY

Date
3/31/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): TESORO ALASKA COMPANY
By: _____
Frederick J. Odsen, its Attorney  HTPH+B LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

PAGE 1 of 1    EXHIBIT B

## EXHIBIT A TO

## TESORO ALASKA COMPANY'S PROOF OF CLAIM

Manumitted Companies, Inc. – Balance Owed As Of Petition Date – 11/29/04:

| | | |
|---|---|---:|
| 1) | Principal | $446,108.60 |
| 2) | Interest @ 8% from 2/4/04 | |

$$\frac{446,108.60 \ (.08)}{365} = \$97.78/\text{day}$$

| | | |
|---|---|---:|
| | 2/4/04 to 11/29/04 = 299 days x $97.78/day = | 29,236.22 |
| 3) | Real estate tax advance | 1,303.06 |
| 4) | Costs: | |
| | Trustee's Sale Guaranty | 1,632.00 |
| | Publication fees | 512.40 |
| | Service fees | 45.00 |
| | Recording fees | 37.00 |
| | **Total** | **$478,874.28** |

In addition, attorney's fees and costs in the range of $10,029.03 were due and payable as of petition date.

The amount of payments in arrears as of the petition date is $45,500.00 (March 1, 2004 through November 1, 2004 at $5,500.00 per month). In addition, the Promissory Note provides for a late payment fee of 5% of the payment in arrears for each month in which payment is more than ten (10) days past due. The aggregate unpaid late fees as of the petition date are $2,475.00 ($5,500 x .05 x 9 months).

In addition, Tesoro Alaska Company has, or might have, a presently unliquidated claim pertaining to the cost of initially branding the pertinent property as a Tesoro station as well as for any damages associated with the debtor's breach of or failure to perform its obligations to Tesoro Alaska Company under the pertinent dealer agreements and mutual environmental indemnity agreements.

Tesoro Alaska Company reserves the right to amend or supplement this Proof of Claim.

# Memorandum

To: **Donna Williams**
**U.S. Bankruptcy Court, District of Alaska**

From: **Frederick J. Odsen**

Date: **April 1, 2005**

Re: **Manumitted Companies, Inc.
Case No. 04-01318
Proof of Claim
Tesoro Alaska Company**

Our File No.: **462-40**

Attached is the **original** Proof of Claim from Tesoro Alaska Company in this matter, with supporting attachments. At your direction, we have not filed this electronically due to the size of the attachment. We understand you will file it manually. As requested, we are including the service copy for service on attorney Mills.

Thank you for your assistance.

*[signature: Fred Odsen]*

Frederick J. Odsen
Attorney for Tesoro Alaska Company

FJO:lob/230994
Attachments

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 274-7522
FACSIMILE: (907) 263-8320

*[handwritten: Desk Direct 263-8376]*

*[handwritten: * per tel w/ Fred Odsen on 4/3/05 he wants his name listed on the claims register]*

*[handwritten: PAGE 3 of 3 EXHIBIT B]*