Frederick J. Odsen
Alaska Bar No. 7906043
Carl J.D. Bauman
Alaska Bar No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number:  (907) 274-7522
Facsimile Number:  (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.,<br><br>　　　　　Plaintiff,<br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>　　　　　Defendant. | Case No. 3:05-cv-00185-TMB |

### ORDER RE: TESORO'S MOTION TO AMEND ANSWER TO COMPLAINT TO ASSERT PENDING COUNTERCLAIMS

Defendant having filed a *Motion to Amend Answer to Complaint to Assert Pending Counterclaims* having come before this court and the court being otherwise fully advised in the premises,

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
Attorneys at Law
3900 C Street
Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 fax

Order Re: Tesoro's Motion to Amend Complaint to Assert Pending Counterclaims
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Page 1 of 2

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Plaintiff will reply to Defendant's Answer and Counterclaims within twenty (20) days of the date of this order.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

251768

I hereby certify that a true and correct copy of the foregoing was served via the court's ECF system on the 28th day of September, 2006 to:

Michael R. Mills / Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501

s/Frederick J. Odsen

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Order Re: Tesoro's Motion to Amend Complaint to Assert Pending Counterclaims
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Page 2 of 2