Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>　　　　　　　　　　Defendant. | Case No. 3:05-cv-0185-TMB<br><br><br><br><br><br>**EX PARTE MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT** |

　　　Plaintiff, Manumitted Companies, Inc. ("Manumitted") , by its attorneys, and pursuant to Fed.R.Civ.P. 15(a), hereby moves for an extension of time until October 6, 2006 to amend its Complaint, for the reasons set forth in the accompanying Memorandum.

　　　DATED this 29th day of September, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　DORSEY & WHITNEY LLP
　　　　　　　　　　　　　　　　　Attorneys for Manumitted Companies, Inc.


　　　　　　　　　　　　　　　　　By:＿＿＿/s/ Michael R. Mills＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　Michael R. Mills, ABA No. 8911074
　　　　　　　　　　　　　　　　　　　Wendy E. Leukuma, ABA No. 0211048
　　　　　　　　　　　　　　　　　　　DORSEY & WHITNEY LLP
　　　　　　　　　　　　　　　　　　　1031 West 4th Avenue, Suite 600
　　　　　　　　　　　　　　　　　　　Anchorage, Alaska 99501
　　　　　　　　　　　　　　　　　　　Phone: 907-276-4557
　　　　　　　　　　　　　　　　　　　Fax: 907-276-4152

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CERTIFICATE OF SERVICE

This certifies that on this 29th day of September, 2006,
a copy of the foregoing was served on the
following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503


     /s/ Michael R. Mills

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

EX PARTE MOTION TO AMEND COMPLAINT
Page 2 of 2

*MANUMITTED COMPANIES v.
TESORO ALASKA CO.*
Case No. 3:05-cv-0185-TMB