Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| MANUMITTED COMPANIES, INC., | |
|---|---|
| Plaintiff, | Case No. 3:05-cv-185-TMB |
| vs. | |
| TESORO ALASKA COMPANY, | **PROPOSED ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT** |
| Defendant. | |

After consideration of Plaintiff's Ex Parte Motion for Extension of Time to Amend Complaint, and good cause having been shown, the Plaintiff shall have until October 6, 2006 to amend its complaint.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

CERTIFICATE OF SERVICE

This certifies that on this 29th day of September, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

_____s/Wendy E. Leukuma_____

_____
TIMOTHY M. BURGESS
United States District Court Judge

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557