Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC. <br><br> Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br> Defendant. | Case No. 3:05-cv-0185-TMB <br><br><br> **MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT** |

## I.     INTRODUCTION

Plaintiff, Manumitted Companies, Inc. ("Manumitted") submits this memorandum in support of its Ex Parte Motion for Extension of Time to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a). Plaintiff seeks to amend the Complaint to add newly discovered facts, and allegations and claims responsive thereto.

On November 10, 2005 the Court entered a pretrial scheduling order that set September 29, 2006 as the deadline for filing motions to amend pleadings. Plaintiff seeks leave of the Court under Fed. R. Civ. P. 15(a) to file an Amended Complaint by October 6, 2006.

This Court should grant Plaintiff's Motion for Extension of Time to Amend Complaint pursuant to Fed. R. Civ. P. 15(a). The motion should be granted because Plaintiff has experienced significant delay in obtaining discovery from Defendant,

necessitating two Motions to Compel as well as correspondence and telephone calls from Plaintiff's counsel to Defendant's counsel urging responsiveness. For example, Plaintiff just received the latest discovery responses from Defendant on September 21, 2006.

In addition, there is a status conference this Tuesday, October 3, 2006 at which the topic of extending deadlines will be discussed.

On considering a motion to amend pursuant to Fed. R. Civ. P. 15(a), it is well-established that leave to amend a party's pleadings "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). Generally, leave to amend should be freely granted absent a concern of (1) undue delay; (2) bad faith or dilatory motive; (3) continued failure to cure deficiencies by prior amendments; (4) undue prejudice to the opposition; or (5) futility of amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962). None of these factors are present here. Leave to amend should be granted unless there is good cause for denial. *Fuller v. Secretary of Defense*, 30 F.3d 86, 88 (8th Cir. 1994).

The Motion to Amend should be freely granted because the proposed Amended Complaint allows Plaintiff the opportunity to respond adequately to discovery responses received from Defendant. Accordingly, Plaintiff's request to amend the Complaint is proper pursuant to Fed. R. Civ. P. 15(a).

## II.    CONCLUSION

As Defendant will suffer no prejudice from the brief extension of time requested to allow the Amended Complaint to be filed, Manumitted respectfully requests this Court grant its Motion for Extension of Time to File Amended Complaint.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

MEMORANDUM IN SUPPORT OF
EX PARTE MOTION TO AMEND COMPLIANT
Page 2 of 3

*MANUMITTED COMPANIES v.*
*TESORO ALASKA CO.*
Case No. 3:05-cv-0185-TMB

DATED this 29th day of September, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.


By: ___/s/ Michael R. Mills_____
Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501
Phone: 907-276-4557
Fax: 907-276-4152

CERTIFICATE OF SERVICE

This certifies that on this 29th day of September, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503


     /s/ Michael R. Mills

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

MEMORANDUM IN SUPPORT OF
EX PARTE MOTION TO AMEND COMPLIANT
Page 3 of 3

*MANUMITTED COMPANIES v.*
*TESORO ALASKA CO.*
Case No. 3:05-cv-0185-TMB