Frederick J. Odsen
ABA No. 7906043
Carl J.D. Bauman
ABA No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503
Telephone Number:   (907) 274-7522
Facsimile Number:    (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., | |
| Plaintiff, | |
| vs. | |
| TESORO ALASKA COMPANY, | |
| Defendant. | Case No. 3:05-cv-00185-TMB |

**STIPULATION EXTENDING DATE FOR
EXPERT WITNESS DISCLOSURES**

COME NOW the parties, by and through their respective counsel, and hereby stipulate and agree as follows:

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

1. The parties stipulate that the following recitations are correct:

(a) The parties filed a Stipulated Request for Settlement Conference dated September 11, 2006 (Docket Entry 72) which is currently before the Court;

(b) The parties have also filed a Joint Request for Status Conference Regarding Litigation Deadlines and Scheduling dated September 26, 2006 (Docket Entry 73) which is also currently before the Court;

(c) The Court has set a status conference on October 3, 2006 at 10:00 a.m.;

(d) The parties wish to extend the deadline for expert witness disclosures in accordance with Rule 26(a)(2) ("Expert Disclosure Deadline") until at least December 4, 2006.

(e) The purpose of the extension is to allow the parties to pursue the potential of mediated settlement discussions. The material cost savings associated with deferring the Expert Disclosure Deadline are reasonably likely to have a positive effect on the potential of successful mediated settlement discussions.

2. The parties stipulate and agree that the Expert Disclosure Deadline shall be extended until at least December 4, 2006, the precise date to be determined by the Court in the context of the status conference or otherwise.

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

DATED this 2nd day of October, 2006.

          HUGHES BAUMAN PFIFFNER
          GORSKI & SEEDORF, LLC
          Attorney for Defendant,
          Tesoro Alaska Company

          By:    s/ Frederick J. Odsen
                Frederick J. Odsen
                ABA No. 7906043
                3900 C Street, Suite 1001
                Anchorage, AK 99503
                Telephone Number: (907) 274-7522
                Facsimile Number: (907) 263-8320
                Email: FJO@hbplaw.net

          DORSEY & WHITNEY, LLP
          Attorney for Plaintiff Manumitted Companies

          By:    s/ Michael R. Mills (consent)
                Michael R. Mills
                ABA No. 8911074
                1031 W. 4th Avenue, Suite 600
                Anchorage, AK 99501
                Telephone Number: (907) 276-4557
                Facsimile Number: (907) 276-4152
                Email: mills.mike@dorsey.com

#251890

I hereby certify that a true and
correct copy of the foregoing was
served via the court's ECF system
on the 2nd day of October, 2006 on:

Michael R. Mills / Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501

  s/ Frederick J. Odsen

Stipulation Extending Date for Expert Witness Disclosure
*Manumitted Companies, Inc. v. Tesoro Alaska Company*
Case No. Case No. 3:05-cv-00185-TMB
Page 3 of 3

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX