Frederick J. Odsen
Alaska Bar No. 7906043
Carl J.D. Bauman
Alaska Bar No. 7310038
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number:   (907) 274-7522
Facsimile Number:    (907) 263-8320

Attorneys for Defendant Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| MANUMITTED COMPANIES, INC., | Case No. 3:05-cv-00185-TMB |
|---|---|
| Plaintiff, | |
| vs. | |
| TESORO ALASKA COMPANY, | |
| Defendant. | |

### ORDER APPROVING STIPULATION EXTENDING DATE FOR EXPERT WITNESS DISCLOSURES

The Stipulation Extending Date for Expert Witness Disclosures ("Stipulation) having come before the Court, and the Court being duly advised,

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

IT IS ORDERED that the Stipulation is hereby approved and the deadline for expert witness disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) is hereby extended until _____, 2006.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

251890

I hereby certify that a true and correct copy of the foregoing was served via the court's ECF system on the 2nd day of October, 2006 to:

Michael R. Mills / Wendy E. Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501

s/Frederick J. Odsen

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX