```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

 MANUMITTED COMPANY INC.    vs.   TESORO ALASKA COMPANY

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO. 3:05-cv-000185-TMB

DEPUTY CLERK/RECORDER: Patty Demeter

APPEARANCES:    PLAINTIFF: Michael Mills, David Katz

                DEFENDANT: Frederick Odsen, Carl Bauman, Doug
                    Berry, Mike Fandel

PROCEEDINGS: STATUS CONFERENCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:05 court convened.

Court and counsel heard re: case status.

Court GRANTED the following motions:
Motion to Correct Answer at Dkt 75, Stipulation to Extend Expert Reports at Dkt 79 and Motion to Extend Time to Amend Complaint at Dkt 77.

Motion to Compel at Dkt 50 is DENIED as MOOT, based on upon the court's earlier order.

Counsel shall prepare a proposed order to extend deadlines as stated on the record.

DATE: 10/3/06              DEPUTY CLERK'S INITIALS:      PLD