# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Manumitted Companies, Inc. ) | |
| ) | Case No. A05-185CV (JKS) |
| ) | |
| Plaintiff(s), ) | MOTION AND APPLICATION |
| vs. ) | OF NON-RESIDENT ATTORNEY |
| Tesoro Alaska Company ) | FOR PERMISSION TO APPEAR |
| ) | AND PARTICIPATE IN THE |
| ) | UNITED STATES DISTRICT COURT |
| Defendant(s). ) | FOR THE DISTRICT OF ALASKA |
| _____) | |

To the Honorable Judge of the above-entitled court:

I, Douglas C. Berry                         , hereby apply for permission to appear and participate as counsel for Tesoro Alaska Company            , plaintiff/defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐   I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

  ☐   I am a registered participant in the CM/ECF System for the District of Alaska.

  ☐   I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

  ☐   For the reasons set forth in the attached memorandum.

### OR

[Rule 83.frm] (Rev.01/06)

☒  I hereby designate Frederick J. Odsen, a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE:  October 2, 2006

_____
(Signature)

Name:  Douglas C. Berry

Address:  Pier 70- 2801 Alaskan Way, Suite 300
          Seattle, WA 98121

Telephone: **206-340-9626**          e-mail:  dberry@grahamdunn.com

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:  October 2, 2006

_____
(Signature)
ABA No. 7906043

Name:  Fredrick J. Odsen

Address:  3900 C Street, Suite 1001
          Anchorage, Alaska 99503

Telephone: (907)274-7522          e-mail:  fjo@hbplaw.net

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____

_____
UNITED STATES DISTRICT JUDGE
For the District of Alaska

[Rule 83.frm] {Rev.01/06}

DECLARATION OF NONRESIDENT ATTORNEY

Full Name: Douglas Clayton Berry

Business Address: 2801 Alaskan Way, Suite 300, Seattle, WA 98121
(Mailing/Street) (City, State, ZIP)

Residence: 9926 198th Street SE, Snohomish, WA, 98296
(Mailing/Street) (City, State, ZIP)

Business Telephone: 206-340-9626    e-mail address: dberry@grahamdunn.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| USDC Western District of WA | | 1982 |
| Washington State | | 1982 |
| USDC of Oregon | | 2003 |
| Oregon State | | 2003 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:

_____
(Signature of Applicant)

[Rule 83.frm] (Rev.01/06)