# STATUS CERTIFICATE

This certifies that

# DOUGLAS CLAYTON BERRY

was admitted to the Bar of the State of Washington on May 17, 1982, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of September 29, 2006.

*M. Janice Michels*
M. Janice Michels
Executive Director

Washington State Bar Association
2101 Fourth Avenue, Suite 400
Seattle, WA 98121-2330
206-443-WSBA