Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>       Defendant. | Case No. 3:05-cv-185-TMB<br><br>**NOTICE OF FILING PROPOSED ORDER AMENDING NOVEMBER 10, 2005 SCHEDULING ORDER** |

  Pursuant to direction of the Court given at the hearing on October 3, 2006, attached hereto is a Proposed Order amending pretrial deadlines in this matter.

  DATED this 6th day of October, 2006, at Anchorage, Alaska.

              DORSEY & WHITNEY LLP
              Attorneys for Manumitted Companies, Inc.

CERTIFICATE OF SERVICE

This certifies that on this 6th day of October, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

  s/Michael R. Mills

By: s/Michael R. Mills
  Michael R. Mills, ABA No. 8911074
  Wendy E. Leukuma, ABA No. 0211048
  DORSEY & WHITNEY LLP
  1031 West 4th Avenue, Suite 600
  Anchorage, Alaska 99501
  Phone: 907-276-4557
  Fax: 907-276-4152
  Email: mills.mike@dorsey.com
  Email: leukuma.wendy@dorsey.com