Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.,<br><br>                           Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>                          Defendant. | Case No. 3:05-cv-185-TMB<br><br>**PROPOSED ORDER AMENDING NOVEMBER 10, 2005 SCHEDULING ORDER** |

In order to allow the parties an opportunity to mediate this dispute without continuing to incur potentially unnecessary litigation costs, and this Court finding good cause appearing, IT IS HEREBY ORDERED that the deadlines established by the Scheduling Order dated November 10, 2005, are hereby amended to add 60 days to each remaining deadline as follows:

- Motions to add parties or amend pleadings:  **December 4, 2006**
- Disclosures and supplemental discovery responses:  **December 29, 2006**
- Final revised witness lists:  **January 29, 2007**
- All discovery to be hand-delivered:  **January 30, 2007**
- Close of discovery:  **March 2, 2007**
- All other motions under discovery rules, including motions *in limine* and dispositive motions:  **April 1, 2007**

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
TIMOTHY M. BURGESS
United States District Court Judge

**APPROVED AS TO FORM AND SUBSTANCE:**

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.

Date: October 5, 2006

By: s/Michael R. Mills
Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501
Phone: 907-276-4557
Fax: 907-276-4152
Email: mills.mike@dorsey.com
Email: leukuma.wendy@dorsey.com

HUGHES BAUMAN PFIFFNER GORSKI
 & SEEDORF, LLC
Attorneys for Tesoro Alaska Company

Date: October 5, 2006

By: s/Frederick J. Odsen (consent)
Frederick J. Odsen, ABA No. 7906043
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Phone: 907-274-7522
Fax: 907-263-8320
Email: FJO@hbplaw.net

CERTIFICATE OF SERVICE

This certifies that on this 6th day of October, 2006, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

    s/Michael R. Mills

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

PROPOSED ORDER AMENDING NOVEMBER 10, 2005
SCHEDULING ORDER
Page 2 of 2

*MANUMITTED COMPANIES v.*
*TESORO ALASKA CO.*
Case No. 3:05-cv-185-TMB