IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>                Defendant. | Case No. 3:05-cv-185-TMB<br><br>**ORDER AMENDING NOVEMBER 10, 2005 SCHEDULING ORDER** |

In order to allow the parties an opportunity to mediate this dispute without continuing to incur potentially unnecessary litigation costs, and this Court finding good cause appearing, IT IS HEREBY ORDERED that the deadlines established by the Scheduling Order dated November 10, 2005, are hereby amended to add 60 days to each remaining deadline as follows:

- Motions to add parties or amend pleadings:  **December 4, 2006**
- Disclosures and supplemental discovery responses:  **December 29, 2006**
- Final revised witness lists:  **January 29, 2007**
- All discovery to be hand-delivered:  **January 30, 2007**
- Close of discovery:  **March 2, 2007**
- All other motions under discovery rules, including motions *in limine* and dispositive motions:  **April 1, 2007**

ENTERED this 10th day of October 2006, at Anchorage, Alaska.

                                                s/ Timothy M. Burgess
                                              TIMOTHY M. BURGESS
                                              United States District Court Judge