IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| MANUMITTED COMPANY INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TESORO ALASKA COMPANY, )<br>)<br>Defendant. )<br>_____) | No. 3:05-CV-0185-TMB |

NOTICE TO COUNSEL REGARDING
REQUEST FOR SETTLEMENT CONFERENCE

      The parties to this case have filed a stipulated request for a settlement conference before Judge Holland.[1]  The plaintiff is suggesting November or December 2006 for the conference, and the defendant is suggesting December 2006 or January 2007.

      Out of an abundance of caution, Judge Holland would have the parties know that his law firm was retained by and generally represented Tesoro during the 1970s.  Judge Holland and family members then owned a small number of shares of Tesoro corporate stock.  Representation of Tesoro had probably ceased by the early 1980s.  Judge Holland's 1984 financial disclosure report reflects no interest in Tesoro as of 1984.  Shares once held by Judge Holland's children were probably sold in the early 1980s. Judge

---

    [1]    Clerk's Docket No. 72.

Holland currently has no financial interest whatever in Tesoro, and has had no dealings with the company (aside from the occasional purchase of fuel) for in excess of twenty years. Judge Holland is aware of no reason why he could not act as an impartial mediator in this case.

Judge Holland has recently returned from an extended vacation and cannot readily devote the time that this case is likely to require until January 2007. The court suggests that counsel confer with one another and agree upon a day between January 16 and January 25, 2007, during which time the court expects to be generally available. Once the parties confirm that they are desirous of going forward with a settlement conference before Judge Holland and suggest a day for that conference, the court will issue a further order for settlement proceedings.

DATED at Anchorage, Alaska, this <u>20th</u> day of October, 2006.

<u>/s/ H. Russel Holland</u><br>
United States District Judge