NOTICE TO NON-RESIDENT ATTORNEY


To:  K. Michael Fandel            Case Number:  3:05-cv-00185-TMB

Case Title:  Manumitted Co. Inc.   v.  Tesoro Alaska Co.

This Notice is being sent to advise you that your application to participate as a non-resident counsel in the above referenced case has been granted.  A fee in the amount **$150.00** is required for each case in which an attorney is permitted to participate as a non-resident counsel.  Please forward the required fee of **$150.00, within 15 days of receipt of this notice,** with a copy of this notice to:

U.S. District Court
Clerk's Office
222 West 7th Avenue, #4
Anchorage, Alaska 99513

Non-Resident Attorney Notice:  Jan. 2006