```
           UNITED STATES
           DISTRICT COURT
           District of Alaska
           Anchorage Division

         #  00129229  -  PS
         October 31, 2006

  Code      Case #      Qty        Amount

 6855XX-N  05-185                  150.00 CK


      TOTAL→              150.00


  FROM: GRAHAM & DUNN PC FOR
        DOUGLAS C. BERRY
        3:05-CV-00185 TMB
```

NON-Resident Atty