```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

      #  00129230  -  PS
        October 31, 2006


   Code    Case #    Qty      Amount

   6855XX-N 05-185             150.00 CK


      TOTAL→              150.00


   FROM: GRAHAM & DUNN PC
         FOR K. MICHAEL FANDEL
         NON-RESIDENT ATTORNEY
         3:05-CV-00185 TMB
```