UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| MANUMITTED COMPANIES, INC., | ) | No. 3:05-cv-185-TMB |
| Plaintiff, | ) ) | STIPULATION REGARDING AMENDMENT OF CASE SCHEDULE |
| vs. | ) ) | |
| TESORO ALASKA COMPANY, | ) ) | |
| Defendant. | ) ) | |

The parties, through their counsel, stipulate as follows:

1. The parties have agreed to mediate this dispute before Judge Holland on January 23-24, 2007.

2. Because Judge Holland is not available to mediate this dispute until January, the parties have agreed that certain discovery dates set forth in the Court's October 10, 2006 Amended Scheduling Order should again be amended to allow the parties an opportunity to mediate this dispute without having to incur unnecessary litigation costs. Specifically, the parties agree that the Court's October 10, Amended Scheduling Order should be amended as follows:

   a. Motions to add parties or amend pleadings: **December 4, 2006** (unchanged).

   b. Expert disclosures; supplementation of discovery responses and initial disclosures: **March 30, 2007** (changed from December 29, 2006).

   c. Final revised witness lists: **April 10, 2007** (changed from January 29, 2007).

STIPULATION REGARDING AMENDMENT
OF CASE SCHEDULE -- 1

No. 3:05-cv-185-TMB

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

m35414-786409_2.doc

d.  All written discovery requests to be served: **April 1, 2007** (changed from January 30, 2007).

e.  Close of discovery: **May 31, 2007** (changed from March 2, 2007).

f.  All other motions under discovery rules, including motions *in limine* and dispositive motions: **June 29, 2007** (changed from April 1, 2007).

Dated this 9th day of November, 2006.

**DORSEY & WHITNEY LLP**

By: s/Michael R. Mills
   Michael R. Mills, ABA No. 8911074
   Wendy E. Leukuma, ABA No. 0211048
   DORSEY & WHITNEY LLP
   1031 West 4th Avenue, Suite 600
   Anchorage, Alaska 99501
   Phone: 907-276-4557
   Fax: 907-276-4152
   Email: mills.mike@dorsey.com
   Email: leukuma.wendy@dorsey.com

Attorneys for Manumitted Companies, Inc.

**GRAHAM & DUNN, P.C.**

By: s/Douglas C. Berry (consent)
   Douglas C. Berry
   K. Michael Fandel
   (Admitted *pro hac vice*)
   GRAHAM & DUNN, P.C.
   2801 Alaskan Way
   Suite 300, Pier 70
   Seattle, Washington 98121
   Phone: 206-340-9626
   Fax: 206-340-9599
   Email: dberry@grahamdunn.com
   Email: mfandel@grahamdunn.com

**HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC**

By: /s/Frederick J. Odsen (consent)
   Frederick J. Odsen, ABA No. 7906043
   HUGHES BAUMAN PFIFFNER
   GORSKI & SEEDORF, LLC
   3900 C Street, Suite 1001
   Anchorage, Alaska 99503
   Phone: 907-274-7522
   Fax: 907-263-8320 Email:
   FJO@hbplaw.net

Attorneys for Tesoro Alaska Company

STIPULATION REGARDING AMENDMENT OF CASE SCHEDULE -- 2

No. 3:05-cv-185-TMB

m35414-786409_2.doc