UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>  Defendant. | No. 3:05-cv-185-TMB<br><br>*[PROPOSED]* ORDER AMENDING CASE SCHEDULING ORDER |

Pursuant to the stipulation of the parties, and to allow the parties an opportunity to mediate this dispute without continuing to incur unnecessary litigation costs, IT IS HEREBY ORDERED that the deadlines established by the Amended Scheduling Order dated October 10, 2006 are amended, and that the deadlines shall now be as follows:

1. Motions to add parties or amend pleadings: **December 4, 2006**.
2. Expert disclosures; supplementation of discovery responses and initial disclosures: **March 30, 2007.**
3. Final revised witness lists: **April 10, 2007**.
4. All written discovery requests to be served: **April 1, 2007**.
5. Close of discovery: **May 31, 2007**.
6. All other motions under discovery rules, including motions *in limine* and dispositive motions: **June 29, 2007**.

*[PROPOSED]* ORDER AMENDING CASE SCHEDULING ORDER -- 1

No. 3:05-cv-185-TMB

m35414-786429_2.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

ENTERED this _____ day of November, 2006.

_____
TIMOTHY M. BURGESS
United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on the 9th day of November, 2006, a copy of the foregoing document was served electronically on the following:

dberry@grahamdunn.com
mfandel@grahamdunn.com
FJO@hbplaw.net

s/Michael R. Mills

*[PROPOSED]* ORDER AMENDING CASE SCHEDULING ORDER -- 2

No. 3:05-cv-185-TMB

m35414-786429_2.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599