IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANY INC., <br> Plaintiff, <br> vs. <br> TESORO ALASKA COMPANY, <br> Defendants. | Case No. 3:05-cv-185  TMB <br><br> O R D E R |

Pursuant to the stipulation of the parties, and to allow the parties an opportunity to mediate this dispute without continuing to incur unnecessary litigation costs,

**IT IS HEREBY ORDERED** that the deadlines established by the Amended Scheduling Order dated October 10, 2006 are amended, and that the deadlines shall now be as follows:

1. Motions to add parties or amend pleadings: **December 4, 2006**.
2. Expert disclosures; supplementation of discovery responses and initial disclosures: **March 30, 2007.**
3. Final revised witness lists: **April 10, 2007**.
4. All written discovery requests to be served: **April 1, 2007**.
5. Close of discovery: **May 31, 2007**.
6. All other motions under discovery rules, including motions *in limine* and dispositive motions: **June 29, 2007**.

ENTERED this 13th day of November, 2006.

                                           /s/ Timothy M. Burgess
                                           TIMOTHY M. BURGESS
                                           United States District Court Judge