Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. 3:05-cv-0185-TMB<br><br>**MOTION TO FILE AMENDED COMPLAINT** |

Pursuant to the Court's Scheduling Order, Plaintiff Manumitted Companies, Inc., hereby moves the Court to allow Plaintiff to file the Amended Complaint submitted herewith, incorporating new facts that have emerged through the process of discovery, and new causes of action reflecting those facts.

DATED this 4th day of December, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.
By:     /s/     Michael R. Mills
        Michael R. Mills, ABA #8911074
        Wendy Leukuma, ABA#0211048

CERTIFICATE OF SERVICE

This certifies that on December 4, 2006, the following individuals were served via fax and ECF filing:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503

/s/ Michelle Hanlon-Dehner
CERTIFICATION SIGNATURE

4830-3055-3345\112/4/2006

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

MOTION TO AMENDED COMPLAINT            MANUMITTED COMPANIES, INC. v. TESORO ALASKA COMPANY,
Page 2 of 2                                                                          A05-185 CIV