Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>　　　　　　　　　　Defendant. | Case No. 3:05-cv-0185-TMB<br><br>**[PROPOSED] ORDER ALLOWING AND ACCEPTING AMENDED COMPLAINT** |

　　　Based upon the timely filing of a Motion to Amend Complaint by plaintiff, and good cause appearing,

　　　IT IS HEREBY ORDERED that Plaintiff Manumitted Companies' Amended Complaint is hereby allowed and accepted.

　　　Dated this _____ day of December, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Honorable Timothy Burgess

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

CERTIFICATE OF SERVICE

This certifies that on December 4, 2006, the following individuals were served via fax and ECF filing:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503

/s/ Michelle Hanlon-Dehner
CERTIFICATION SIGNATURE

4833-9965-2097\1 12/4/2006

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

[PROPOSED] ORDER ALLOWING AND ACCEPTING     MANUMITTED COMPANIES, INC. v. TESORO ALASKA
PLAINTIFF'S AMENDED COMPLAINT                                                                      COMPANY,
Page 2 of 2                                                                                                          A05-185 CIV