**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>MANUMITTED COMPANY INCORPORATED</u>   v.   <u>TESORO ALASKA COMPANY</u>

THE HONORABLE H. RUSSEL HOLLAND       CASE NO.  <u>3:05-CV-0185-TMB</u>

<u>Deputy Clerk</u>                       <u>Official Recorder</u>

_____       _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Upon the informal request of counsel for the parties, the settlement conference previously scheduled for January 24, 2007, is hereby rescheduled to 1:30 p.m. on Tuesday, February 6, 2007, in chambers at Anchorage, Alaska. The parties' settlement memoranda are to be presented to the settlement judge no later than noon on Friday, January 26, 2007.