## COVENANT NOT TO COMPETE

WHEREAS, Tesoro Alaska Company, formerly known as Tesoro Alaska Petroleum Company ("Tesoro"), Harbor Fuel Co., Inc. ("HFC"), and Benjamin H. Olds ("Olds") have entered into a certain Settlement and Conveyance Agreement dated April 23, 1999 ("Settlement and Conveyance Agreement"); and

WHEREAS, Tesoro has, with the agreement and consent of HFC and Olds, assigned certain of its rights to acquire the assets of HFC covered by the Settlement and Conveyance Agreement ("covered assets") to Service Oil & Gas, Inc. ("Service"); and

WHEREAS, Service has agreed to acquire an interest or interests in all or a part of the covered assets,

NOW THEREFORE, in consideration of the mutual covenants contained in the Settlement and Conveyance Agreement and good and valuable consideration, the receipt of which is acknowledged, it is agreed that neither HFC, and its successors nor Olds shall engage in the wholesale petroleum, retail heating oil or propane business (the term "wholesale petroleum, retail heating oil or propane business" being defined as the wholesale sale or distribution of gasoline, diesel or lubricants, or the wholesale or retail sale or distribution of heating oil or propane) or become interested directly or indirectly, as an active or passive owner, manager, operator, employee, investor, advisor, consultant, or corporate stockholder in any entity, enterprise, business, firm, association, corporation, limited liability company, limited partnership, family limited partnership, partnership, partnership-in-fact, joint venture or trust doing business in direct or indirect competition with Tesoro or Service or their respective affiliates, subsidiaries or successors, in the wholesale petroleum, retail heating oil or propane business within a One Hundred and Ten (110) mile radius of Glennallen, Alaska, within a Fifty (50) mile radius of Valdez, Alaska, or within a One Hundred and Ten (110) mile radius of Cordova, Alaska, for a period of Sixty (60) months from the date of this Agreement.

This covenant not to compete shall inure to the benefit of and be enforceable (specifically, by way of action for damages, by injunctive relief, or otherwise) by Tesoro or Service. This Covenant not to Compete may be enforced, at the election of Tesoro or Service, in the federal District Court for the District of Alaska at Anchorage, or the Superior Court for the State of Alaska, Third Judicial District at Anchorage. This Covenant not to Compete shall be governed by the laws of the State of Alaska and shall be binding and enforceable upon the heirs, successors and assigns of HFC and Olds.

Nothing herein contained shall be deemed to restrict the right of HFC and its successors to sell propane to retail customers, which is delivered to such retail

Covenant Not to Compete — 1 —

PAGE 1 of 3 EXHIBIT B

Exhibit B
Page 1 of 3

customers by HFC at the site of the service station owed and operated by HFC in Valdez, Alaska, located on the following described real property:

> Lot 1A, Block 33, Mineral Creek Subdivision, South Portion, according to Plat 93-10, Valdez Recording District, Third Judicial District, State of Alaska.

In the event that Service via a written document signed by Service releases Harbor Fuel or Olds from any or all of the covenants not to compete contained herein, then in such an event Tesoro shall also be deemed to have so released Harbor Fuel or Olds as to such covenants not to compete.

A determination that any provision of this agreement is unenforceable or invalid shall not affect the enforceability or validity of any other provision, and any determination that the application of any provision of this agreement to any person or circumstance is illegal or unenforceable shall not affect the enforceability or validity of such provision as it may apply to any other persons or circumstances. Tesoro intends to restrict the activities of HFC and Olds, and HFC's shareholders, officers and directors only to the extent necessary for the protection of Tesoro's legitimate business interests.

DATED this __23rd__ day of __April__, 1999.

HARBOR FUEL CO., INC., also doing business as Wolverine Gas and Oil

DATED: __April 23, 1999__

By: _____
Its: __President__

DATED: __April 23, 1999__

_____
Benjamin H. Olds

STATE OF ALASKA  } ss.
THIRD JUDICIAL DISTRICT  }

THIS IS TO CERTIFY that on this __23rd__ day of __April__, 1999, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared __Benjamin H. Olds__, known to me and to me known to be the individual named in and who executed the foregoing document, and

PAGE 2 of 3 EXHIBIT B

Covenant Not to Compete          - 2 -

Exhibit B
Page 2 of 3

he/she acknowledged to me that he/she was authorized to execute the foregoing document as  President  of HARBOR FUEL CO., INC., doing business as Wolverine Gas & Oil, by authority granted him/her in the Bylaws or by resolution of the Board of Directors of said corporation for the uses and purposes therein set forth.

WITNESS my hand and notarial seal the day and year first hereinabove written.

[OFFICIAL SEAL STATE OF ALASKA D.J. WEBB NOTARY PUBLIC]

NOTARY PUBLIC in and for the State of Alaska
My Commission Expires:  1/22/2001 

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

THIS IS TO CERTIFY that on the  23rd  day of  April , 1999, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared BENJAMIN H. OLDS, known to me and to me known to be the individual named in and who executed the foregoing document, and he acknowledged to me that he signed and sealed the same as his free and voluntary act for the uses and purposes therein stated.

WITNESS my hand and notarial seal the day and year first hereinabove written.

[OFFICIAL SEAL STATE OF ALASKA D.J. WEBB NOTARY PUBLIC]

NOTARY PUBLIC in and for the State of Alaska
My Commission Expires:  1/22/2001 

83677.05

Covenant Not to Compete          - 3 -

PAGE 3 of 3 EXHIBIT B

Exhibit B
Page 3 of 3