

**2004-000479-0**
Recording Dist: 318 - Valdez
7/7/2004 10:52 AM Pages: 1 of 4

ALASKA

CC

TESORO ALASKA COMPANY,

Beneficiary,

vs.

MANUMITTED COMPANIES, INC., formerly known as Harbor Fuel Co., Inc.,

Trustor, and
Any Parties in Possession.

No. 04-03520

## NOTICE OF DEFAULT AND SALE

NOTICE IS HEREBY GIVEN by First American Title of Alaska, as Trustee, under that certain Deed of Trust executed by Trustor, Harbor Fuel Co., Inc., an Alaska corporation, now known as Manumitted Companies, Inc., with Tesoro Alaska Company, a Delaware corporation, as Beneficiary, dated the 23rd day of April, 1999, and recorded April 27, 1999, in Book 139 at Page 130 of the Books and Records of the Valdez Recording District, Third Judicial District, State of Alaska, that a default or defaults in payment of the Promissory Note for which the Deed of Trust is security have occurred, and that a default or defaults under the terms of the Deed of Trust have occurred in the following respects: Trustor has failed to timely pay Trustor's obligations pursuant to the terms of the Promissory Note in that the last installment payment was made on February 4, 2004, although monthly payments

NOTICE OF DEFAULT AND SALE          1                    PAGE 1 of 4 EXHIBIT C

Exhibit C
Page 1 of 4

are required to be made. Further Trustor has failed to timely and fully pay real property taxes pertaining to the real property described below for 2002 and 2003 in the aggregate amount of $15,542.29 as of June 2, 2004 in violation of Paragraph 7 of the Deed of Trust. There are presently due and owing the following amounts: (a) the principal sum of $446,108.60, and (b) interest on the principal sum from and after February 4, 2004 at the rate of eight percent (8%) per year, plus costs of foreclosure including attorney's fees.

The lien of the Deed of Trust affects the real property described as follows:

> Lot 1A, Block 33, Mineral Creek Subdivision, South Portion, according to the official plat thereof, filed under Plat Number 93-10, Records of the Valdez Recording District, Fourth Judicial District, State of Alaska.
>
> The street address of the property is:
> 109 Meals Avenue, Valdez, Alaska 99686.

In accordance with AS 34.20.070(d), the following notice is given of the existence of a lien held by the State of Alaska covering the above-described real property:

| | |
|---|---|
| Nature of State's Lien: | Employment Security Division - Employment Security Tax Claim of Tax Lien |
| Name and Address of Grantor of Lien: | Manumitted Companies, Inc. P.O. Box 336 Valdez, Alaska 99686-0336 |
| Amount Shown on Lien Document: | $1,498.52 |

PAGE 2 of 4 EXHIBIT C

NOTICE OF DEFAULT AND SALE    2

Exhibit C
Page 2 of 4

2 of 4
2004-000479-0

| | |
|---|---|
| Department of State Government: | Alaska Department of Labor and Workforce Development Employment Security Division – Employment Security Tax |
| Recording Data: | |
| Date Recorded | October 21, 2003 |
| FEIN No. | 920046910 |
| Account No. | 1137298 |
| Recorder's Serial No. | 2003-001101-0 |

The Trustee has elected to sell the above-described real property at public auction for cash to the highest bidder (provided that Beneficiary may offset bid up to the amount due and owing) to satisfy all of the obligations owed to Beneficiary and secured by the Deed of Trust. The sale of the above-described real property will be held on the 14th day of October, 2004, at the hour of 10:00 o'clock A.M., in the lobby at the main front entrance, Nesbett Memorial Courthouse, 825 West Fourth Avenue, Anchorage, Alaska 99501.

Please direct any questions to Frederick J. Odsen, Hughes Thorsness Powell Huddleston & Bauman LLC, 550 West 7th Avenue, Suite 1100, Anchorage, Alaska 99501-3563, telephone 907-263-8255; fax 907-263-8320.

DATED at Anchorage, Alaska, this 1st day of July, 2004.

FIRST AMERICAN TITLE OF ALASKA

By _____
Title    Asst. Sec.

PAGE 3 of 4   EXHIBIT C

NOTICE OF DEFAULT AND SALE         3

Exhibit C
Page 3 of 4

3 of 4
2004-000479-0

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

THIS IS TO CERTIFY that on this 1st day of July, 2004, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared Chow K. Brandon, known to me and to me known to be the individual named in and who executed the foregoing document, and he/she acknowledged to me that he/she was authorized to execute the foregoing document as Assistant Sec. of FIRST AMERICAN TITLE OF ALASKA, by authority granted him/her in the Bylaws or by resolution of the Board of Directors of said corporation for the uses and purposes therein set forth.

WITNESS my hand and notarial seal the day and year first hereinabove written.

*[Notary Seal: State of Alaska NOTARY PUBLC CAROLYN SMITH, My Commission Expires: January 16, 2006, 21525]*

_____
Notary Public in and for Alaska
My Commission Expires: 1-16-06

# FOR RECORDATION IN THE VALDEZ RECORDING DISTRICT

**After recordation please return to:**
Frederick J. Odsen, Esq.
Hughes Thorsness Powell Huddleston & Bauman LLC
550 W Seventh Avenue, Suite 1100
Anchorage, AK 99501-3563

PAGE 4 of 4  EXHIBIT C

NOTICE OF DEFAULT AND SALE          4



4 of 4
2004-000479-0

Exhibit C
Page 4 of 4