Douglas C. Berry
*Admitted Pro Hac Vice*
K. Michael Fandel
*Admitted Pro Hac Vice*
Graham & Dunn PC
Pier 70, Suite 300
2801 Alaskan Way
Seattle, WA 98121
Tel: 206.624.8300
Fax: 206. 340-9599

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MANUMITTED COMPANIES, INC., ) No. A05-185CV (JKS)
)
Plaintiff, )
)
vs. )
)
TESORO ALASKA COMPANY, )
)
Defendant. )
)

**DECLARATION OF DOUGLAS C. BERRY IN SUPPORT OF SUMMARY JUDGMENT MOTION**

I, Douglas C. Berry, hereby state and declare as follows:

1. I am over eighteen years of age, am competent to testify, and the statements herein are based upon my personal knowledge.

2. I am one of the attorneys in the above-captioned action for defendant, Tesoro Alaska Company.

3. Attached as Exhibit A are true and correct copies of excerpts from the deposition transcript of Benjamin Olds, taken on December 11th and 12th, 2006.

DECLARATION OF DOUGLAS C. BERRY IN
SUPPORT OF SUMMARY JUDGMENT
MOTION -- 1

No. A05-185CV (JKS)

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

M35414-819357

4. Attached as Exhibit B is a true and correct copy of a Distributor Agreement between Tesoro Alaska Petroleum Company and Harbor Fuel Company, Inc., which is exhibit 11 to the deposition of Benjamin Olds.

5. Attached as Exhibit C is a true and correct copy of Captain Joe's Sales, which is exhibit 12 to the deposition of Benjamin Olds.

6. Attached as Exhibit D is a true and correct copy of an April 10, 1995, letter from Harbor Fuel Company, Inc. to Tesoro Alaska Petroleum regarding Newtown margins, which is exhibit 13 to the deposition of Benjamin Olds.

7. Attached as Exhibit E is a true and correct copy of a Dealer Agreement between Tesoro Alaska Company and Manumitted Companies, which is exhibit 26 to the deposition of Benjamin Olds.

8. Attached as Exhibit F is a true and correct copy of a Mutual Release Agreement between Tesoro Alaska Company and Harbor Fuel Co., Inc., which is exhibit 23 to the deposition of Benjamin Olds.

9. Attached as Exhibit G is a true and correct copy of a Lease Termination Agreement between Tesoro Alaska Company, Harbor Fuel Co., Inc. and Benjamin Olds, which is exhibit 25 to the deposition of Benjamin Olds.

10. Attached as Exhibit H is a true and correct copy of a Deed of Trust and Assignment of Rents between Tesoro Alaska Company and Harbor Fuel Co., Inc., which is exhibit 21 to the deposition of Benjamin Olds.

11. Attached as Exhibit I is a true and correct copy of a Mutual Hazardous Materials Indemnity Agreement between Tesoro Alaska Company and Harbor Fuel Co., Inc., which is exhibit 24 to the deposition of Benjamin Olds.

DECLARATION OF DOUGLAS C. BERRY IN SUPPORT OF SUMMARY JUDGMENT MOTION -- 2

No. A05-185CV (JKS)

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

M35414-819357

12. Attached as Exhibit J are true and correct copies of excerpts from the deposition transcript of Robin Chaffin, taken on August 15, 2006.

13. Attached as Exhibit K is a true and correct copy of an Agreement for Purchase and Sale of Real Property between Newtown Chevron, Inc., et al. and Tesoro Alaska Petroleum Company, which is exhibit 2 to the deposition of Robin Chaffin.

14. Attached as Exhibit L is a true and correct copy of a letter dated May 6, 2004, from the State of Alaska, Department of Law to the registered agent for Manumitted Companies, Inc., which is document number TAC 101391.

I declare, under penalty of perjury under the laws of the State of Alaska, that the foregoing is true and correct.

DATED this 19th day of January, 2007.

GRAHAM & DUNN PC

By /s/ Douglas C. Berry
Douglas C. Berry
WSBA# 12291
Email: dberry@grahamdunn.com
Attorneys for

DECLARATION OF DOUGLAS C. BERRY IN SUPPORT OF SUMMARY JUDGMENT MOTION -- 3

No. A05-185CV (JKS)

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

M35414-819357

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DECLARATION OF DOUGLAS C. BERRY was filed and served via the Court's ECF system on the 19th day of January, 2007 to:

Michael R. Mills
Wendy Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501
mills.mike@dorsey.com
leukuma.wendy@dorsey.com

Dated this 19th day of January, 2007.

/s/ Douglas C. Berry
Douglas C. Berry

DECLARATION OF DOUGLAS C. BERRY IN
SUPPORT OF SUMMARY JUDGMENT
MOTION -- 4

No. A05-185CV (JKS)

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

M35414-819357

## TABLE OF CONTENTS

## DECLARATION OF DOUGLAS C. BERRY EXHIBITS

|    | Document Description | Pages |
|----|---------------------|-------|
| 1  | Exhibit A—Excerpts from the deposition transcript of Benjamin Olds, taken on December 11th and 12th, 2006. | 26 |
| 2  | Exhibit B – Distributor Agreement between Tesoro Alaska Petroleum Company and Harbor Fuel Company, Inc. (exhibit 11 to deposition of Benjamin Olds) | 12 |
| 3  | Exhibit C – Captain Joe's Sales (exhibit 12 to the deposition of Benjamin Olds) | 2 |
| 4  | Exhibit D – Apirl 10, 1995 letter from Harbor Fuel Company, Inc. to Tesoro Alaska Petroleum regarding Newtown margins (exhibit 13 to the deposition of Benjamin Olds) | 2 |
| 5  | Exhibit E – Dealer Agreement between Tesoro Alaska Company and Manumitted Companies (exhibit 26 to the deposition of Benjamin Olds) | 16 |
| 6  | Exhibit F – Mutual Release Agreement between Tesoro Alaska Company and Harbor Fuel Co, Inc. (exhibit 23 to the deposition of Benjamin Olds) | 8 |
| 7  | Exhibit G – Lease Termination Agreement between Tesoro Alaska Company, Harbor Fuel Co, Inc. and Benjamin Olds (exhibit 25 to the deposition of Benjamin Olds) | 3 |
| 8  | Exhibit H – Deed of Trust and Assignment of Rents between Tesoro Alaska Company and Harbor Fuel Co, Inc. (exhibit 21 to the deposition of Benjamin Olds) | 25 |
| 9  | Exhibit I – Mutual Hazardous Materials Indemnity Agreement between Tesoro Alaska Company and Harbor Fuel Co., Inc. (exhibit 24 to the deposition of Benjamin Olds) | 12 |
| 10 | Exhibit J – Excerpts from the deposition transcript of Robin Chaffin, taken on August 15, 2006. | 3 |
| 11 | Exhibit K – Agreement for Purchase and Sale of Real Property between Newtown Chevron, Inc., et al. and Tesoro Alaska Petroleum Company (exhibit 2 to the deposition of Robin Chaffin) | 17 |
| 12 | Exhibit L – Letter dated May 6, 2004, from the State of Alaska, Department of Law to the registered agent for Manumitted Companies, Inc. (Document number TAC 101391) | 2 |

M35414-819616