MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY  
CASE NO. : A05-185CV (JKS)

DEPOSITION OF BENJAMIN H. OLDS, VOLUME I  
DECEMBER 11, 2006

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ALASKA
 3   MANUMITTED COMPANIES, INC.,    )
                                    )
 4        Plaintiff,                )
                                    )
 5     vs                           )
                                    )
 6   TESORO ALASKA COMPANY,         )
                                    )
 7        Defendant.                )  Case No. A05-185CV (JKS)
                                    )
 8   _____)

 9                          VOLUME I
                  DEPOSITION OF BENJAMIN H. OLDS
10                     December 11, 2006

11   APPEARANCES:
12        FOR THE PLAINTIFF:        MR. MICHAEL R. MILLS
                                    MS. WENDY EDWARDS LEUKUMA
13                                  Dorsey & Whitney, LLP
                                    Attorneys at Law
14                                  1031 West Fourth Avenue
                                    Suite 600
15                                  Anchorage, AK 99601
                                    (907) 276-4557
16
          FOR THE DEFENDANT:        MR. K. MICHAEL FANDEL
17                                  MR. DOUGLAS C. BERRY
                                    Graham & Dunn PC
18                                  Attorneys at Law
                                    Pier 70
19                                  2801 Alaskan Way, Suite 100
                                    Seattle, WA 98121-1128
20                                  (206) 340-9691
21                           * * * *
22
23
24
25                                         Exhibit A
                                           Page 1 of 26
```

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY
CASE NO.: A05-185CV (JKS)

DEPOSITION OF BENJAMIN H. OLDS, VOLUME I
DECEMBER 11, 2006

Page 18

1   　 But it's been produced the same way consistently.
2  Q  Who prepared the company's taxes from '95 through
3  　 2001?
4  A  Well, '95 through 2000 was Thomas, Head & Greisen. A
5  　 gentleman by the name of John Letourneau that works
6  　 there.
7  Q  That's through 2000?
8  A  Yeah, and then the 2001 return was -- was prepared by
9  　 Robertson and -- Robinson & Enerson (ph) in Fairbanks.
10 Q  Why the change?
11 A  Cost.
12 Q  And those taxes were done on a fiscal basis?
13 A  Yes.
14 Q  And they're done on an accrual basis, correct?
15 A  Yes.
16 Q  The last tax return was filed for the fiscal year
17 　 ending June 30, 2001?
18 A  Uh-huh. (Affirmative)
19 Q  Yes?
20 A  Yes.
21 Q  Why have there been no taxes -- tax returns filed
22 　 since then?
23 A  There's been no money.
24 Q  No money to pay for a tax return, or no revenues to
25 　 report? Can you clarify that last answer?

Page 19

1  A  Yeah. The -- the -- no money for the fee, the
2  　 accounting fees, which is -- it takes about -- I don't
3  　 know, it takes a lot of money to do one -- one of
4  　 those returns.
5  Q  Prior to 2001, how long would it take you from the end
6  　 of the fiscal year to actually prepare and file a tax
7  　 return on average?
8  A  It would take quite a while. Every -- almost every
9  　 year an extension was filed by John Letourneau and
10 　 Enerson. And it seems to me like most of the time the
11 　 returns were filed -- I think filed by March of the
12 　 next year. And I -- I believe that's right.
13 Q  So if that schedule, rough -- rough schedule had been
14 　 followed for the fiscal year ending June 30, 2002, you
15 　 would have been looking at about March of 2003 to file
16 　 that return?
17 A  Right.
18 Q  And at that time there was no money to pay that?
19 A  Well, I think that by July 2003, the reason that one
20 　 was held up is Robins -- or Debbie had left in July.
21 Q  Of '03.
22 A  Of '03, right. And so I engaged Robinson & Enerson to
23 　 pick up the slack and -- and put that year's work
24 　 together to do a tax return. And by the time -- by
25 　 the time that was done, we were well into 2004.

Page 20

1  Q  So the -- what had been the schedule in years prior to
2  　 the fiscal year ending June 30, 2002, got extended
3  　 and.....
4  A  Yes.
5  Q  .....slipped a.....
6  A  Yes.
7  Q  .....slipped a year for the following.....
8  A  Yes.
9  Q  .....year? Slipped awhile for the.....
10 A  Right.
11 Q  .....following year. Ms. Warner -- you said she left
12 　 in July 2003. Did she resign or was she laid off?
13 A  She resigned.
14 Q  I want to ask you about the company's organization
15 　 prior to April 1999. Call it the Harbor Fuel company.
16 　 Harbor Fuel -- well, first of all let me ask you -- I
17 　 want to talk about the organization of the company
18 　 between 1995 and April '99. Was it organized the same
19 　 throughout that time period?
20 A  Yes.
21 Q  And Harbor Fuel filed taxes as a single entity from
22 　 '95 through '99, correct?
23 A  Yes.
24 Q  But the books were maintained by division, is that
25 　 right?

Page 21

1  A  Yes.
2  Q  I -- as far as I can tell, the divisions included
3  　 Valdez Division, the Wolverine Gas and Oil Division,
4  　 the Fuel Dock-slash-Marine Division, Valdez Tesoro
5  　 Station Division, Sea Otter Station Division, and
6  　 Alaskan House Division. That would be six divisions,
7  　 is that correct?
8  A  Yes. And there was -- yeah. Yeah.
9  Q  And then there was -- there was an administrative
10 　 category, not really a division, but a cost center?
11 A  Right.
12 Q  Can you tell me what the Valdez Division was?
13 A  The Valdez Division was the -- the fuel distribution
14 　 business that was located in Valdez.
15 Q  So that was a wholesale fuel distributorship?
16 A  Yes.
17 Q  Okay. Did it do anything other than sell fuel?
18 　 (Pause)
19 A  Well, during that time period it did -- I mean, it
20 　 did. It -- it was -- it was, you know, a full service
21 　 fuel distributorship, so the -- I think, you know, for
22 　 a time during that period we did -- we had some
23 　 furnace repair type activities. I believe that dur --
24 　 well, during that time we -- I believe that my booming
25 　 activities were not separated to a separated division,

Exhibit A
Page 2 of 20

6 (Pages 18 to 21)

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY  
CASE NO.: A05-185CV (JKS)

DEPOSITION OF BENJAMIN H. OLDS, VOLUME I  
DECEMBER 11, 2006

Page 22

```
 1         that they fell under the Valdez Division.
 2  Q      And that's a marine booming.....
 3  A      It's.....
 4  Q      .....activity?
 5  A      It's containment booming.....
 6  Q      Around a ship?
 7  A      .....around barges, yes. Yeah. There were -- there
 8         were -- so there were more functions than just
 9         distributing fuel.
10  Q      Was there a physical location for that business?
11  A      Yes.
12  Q      Where was it?
13  A      It was the corner of -- of Meadow Creek Loop Road and
14         Richardson Highway in Valdez.
15  Q      So separate from the station location?
16  A      Yes.
17  Q      Okay. Was there a building?
18  A      Yes.
19  Q      How many employees did the division have?
20  A      Well, there was probably -- there was always -- there
21         was always a foreman and at least three to five
22         drivers. And there was al -- there was -- during that
23         period there was -- in the office there were myself
24         and Debbie, and at the very least two to three other
25         clerical people.
```

Page 23

```
 1  Q      So your administrative offices were also at the Valdez
 2         location?
 3  A      Yes.
 4  Q      Did you have any bulk storage tanks?
 5  A      Yes.
 6  Q      What kind.....
 7  A      Not fuel, but propane.
 8  Q      One propane tank?
 9  A      Right.
10  Q      Did the division own trucks?
11  A      Yes.
12  Q      How many?
13  A      Well, we -- how many did we own or how many did we use
14         for that business?
15  Q      Well, I was going to ask both. So how many -- how
16         many did you use?
17  A      Well, in Valdez we had three what we call tank wagons,
18         that -- you know, tank, which would be straight truck
19         -- fuel delivery trucks. A propane bobtail truck and
20         delivery truck. We had several pieces of trailer --
21         trailer, rolling stock that were trailer transports
22         that did over-the-road hauling, and -- and we had a
23         couple of semi-tractors that pulled those trailers
24         around, and we had, oh, four or five pickups and a
25         boom truck, and -- for handling propane tanks, and --
```

Page 24

```
 1         so there were -- were quite a few vehicles.
 2  Q      Okay. Now, the Valdez Division would sell gasoline
 3         wholesale, correct.....
 4  A      Yes.
 5  Q      .....among other things?
 6  A      Uh-huh. (Affirmative)
 7  Q      How about home heating fuel?
 8  A      Uh-huh. (Affirmative)
 9  Q      Yes?
10  A      Yes. Okay.
11  Q      And then on-road diesel as well?
12  A      On-road diesel.
13  Q      And propane?
14  A      Propane.
15  Q      In terms of the fuel products, what else did you
16         handle?
17  A      Lube oil. We would sell av gas, aviation gasoline,
18         small amounts of it. Occasionally jet fuel.
19  Q      And was the practice to -- like you would send a truck
20         to go pick up a load of whatever type of fuel -- let's
21         just talk about gasoline. If you wanted to get
22         gasoline, you'd send your truck and get a load of
23         gasoline generally to the -- to Anchorage to pick up?
24  A      Well, okay. We've -- we've got to -- we've got to
25         focus time periods here now.....
```

Page 25

```
 1  Q      Okay.
 2  A      .....to answer that question accurately.
 3  Q      All right.
 4  A      So.....
 5  Q      Let's do it this way. Tell me, was there a period of
 6         time in this '95 to '99 time period where your fuel
 7         deliveries originated in Anchorage?
 8  A      Oh, '95 to '99?
 9  Q      Right.
10  A      Okay. '95 to '99, yes. Let me think here. There was
11         a short period of time. Well, you're taxing my brain
12         cells now. I believe that there was a short period of
13         time when we could buy our gasoline in Valdez in '95.
14         But for the most part gasoline was sourced in
15         Anchorage during that time period.
16  Q      Better to say either Anchorage or Valdez?
17  A      Tesoro -- yeah. Tesoro when we -- when we made the
18         '95 transaction for the -- the service station, Tesoro
19         owned a bulk plant in Valdez and could provide product
20         there. I can't remember when, but shortly thereafter
21         they sold that bulk plant, and our gasoline then
22         became sourced in Anchorage.
23  Q      Okay. In terms of the purchases that the Valdez
24         Division made from Tesoro from '95 to '99, okay, we've
25         covered the gasoline. Did you purchase diesel also
```

Exhibit A  
Page 3 of 26

7 (Pages 22 to 25)

```
                                                              Page 153
1                 UNITED STATES DISTRICT COURT
2                   FOR THE DISTRICT OF ALASKA
3   MANUMITTED COMPANIES, INC.,    )
                                   )
4        Plaintiff,                )
                                   )
5   vs                             )
                                   )
6   TESORO ALASKA COMPANY,         )
                                   )
7        Defendant.                )  Case No. A05-185CV (JKS)
                                   )
8   _____ )

                           VOLUME II
9               DEPOSITION OF BENJAMIN H. OLDS
                        December 12, 2006
10
11  APPEARANCES:
12       FOR THE PLAINTIFF:         MR. MICHAEL R. MILLS
                                    MS. WENDY EDWARDS LEUKUMA
13                                  Dorsey & Whitney, LLP
                                    Attorneys at Law
14                                  1031 West Fourth Avenue
                                    Suite 600
15                                  Anchorage, AK 99601
                                    (907) 276-4557
16
         FOR THE DEFENDANT:         MR. K. MICHAEL FANDEL
17                                  MR. DOUGLAS C. BERRY
                                    Graham & Dunn PC
18                                  Attorneys at Law
                                    Pier 70
19                                  2801 Alaskan Way, Suite 100
                                    Seattle, WA 98121-1128
20                                  (206) 340-9691
21                     * * * *
22
23
24
25
                                                    Exhibit  A
                                                    Page  4 of 20
```

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY  
CASE NO. : A05-185CV (JKS)

DEPOSITION OF BENJAMIN H. OLDS, VOLUME II  
DECEMBER 12, 2006

Page 170

1 Q  And was there any correspondence dealing with this
2    that you know of? Because I haven t seen any from
3    either your files or Tesoro s files.
4 A  I think it went through the normal course. I think,
5    you know, since they were already a branded location,
6    this wasn t an original branding.
7 Q  Right.
8 A  So -- and I don t -- I don t have copies of that
9    correspondence that I -- that I know of but we would
10   have submitted a -- a line drawing of what was going
11   to be built there.
12 Q  Okay.
13 A  And, you know, some estimation of the gallonage.
14 Q  Okay. And -- all right. Other than the Alaskan House
15   facility, were there any other branded retail
16   facilities that you served -- and by you, I mean
17   Harbor Fuels, served as a distributor in which you,
18   Harbor Fuels, contributed capital to make improvements
19   or modifications to the facility?
20 A  Not to the extent that we did Alaskan House but in
21   almost every case of every branded dealer that we had
22   under our distributorship, we were -- would perform
23   services, in almost every case, we installed the --
24   the Tesoro sign at our own expense and -- and did
25   whatever electrical things corresponded with that and,

Page 171

1    you know, helped with getting their credit card
2    network up and running, things like that, but it would
3    -- not hard capital like Alaskan.....
4 Q  Okay. So let me see if I understand this. Correct me
5    if I m wrong. With respect to virtually every dealer
6    Harbor Fuels had, Harbor Fuels would incur cost to
7    assist those dealers, is that correct, in making
8    changes, modifications or help them out with their
9    operations?
10 A  We would.
11 Q  Okay.
12 A  Yeah, and.....
13 Q  But they were not major costs as the Alaskan House
14   was.....
15 A  No.
16 Q  .....which involved tens of thousands of dollars, I
17   assume?
18 A  Yeah, that was the only one that was of that
19   magnitude.
20 Q  Okay. And do you remember what the total cost was?
21 A  I don t.
22 Q  Was it over a hundred thousand though?
23 A  No. No. Nowhere near.
24       MR. MILLS: I think he testified yesterday it
25   was around 30.

Exhibit A  
Page 5 of 26

Page 172

1       MR. BERRY: Oh, okay.
2       MS. LEUKUMA: Right.
3 A  Yeah, I think that s -- that s right.
4 Q  (By Mr. Berry) You probably did. As I said, I was
5    looking out the window. With respect to these routine
6    costs that you would incur, Harbor Fuels would incur,
7    to assist dealers that were part of your dealer
8    network, where would those expenses be categorized or
9    how would they be categorized?
10 A  Well, I -- you know, I think that if the dealer was
11   located in Glennallen, it -- you know, the -- you
12   know, the -- the -- whatever line or materials we
13   would buy would be -- would be booked under, you know,
14   parts and equipment that we would buy for that
15   division and -- and if we had to send a -- a boom
16   truck up from Valdez to hang a sign, that labor would
17   be booked to the Valdez divi -- division and there was
18   no specific segregation of those costs.
19 Q  Okay. So they could be listed as virtually anything
20   or anywhere?
21 A  Correct.
22 Q  Okay. I thought you said yesterday and I could be
23   wrong that after 1999 when you -- Manumitted became a
24   dealer of Tesoro only, not a distributor, that you had
25   personally had only one face-to-face meeting with

Page 173

1    someone from Tesoro. Did I hear that correctly?
2 A  That s correct.
3 Q  Okay. And that was a meeting that you had with whom?
4 A  It was Jeff Evans.
5 Q  Okay. And that was in connection with the
6    improvements that Service Oil and Gas was making to or
7    someone was making to the Captain Joe s?
8 A  Yes, after -- after the 99 deal, the -- you know,
9    things just went dark with Tesoro mana -- marketing.
10   There was no communication, no personal visits, no
11   contact of any kind and -- and Jeff Evans showed up
12   and to tell me that this upgrade was going to take
13   place.
14 Q  Okay. Do you remember when that was?
15 A  Well, it was -- it must have been in the summer of 02
16   sometime. I don t remember the exact date, you know,
17   and -- and he -- you know, the -- I felt like he was
18   showing up to just make a courtesy call to tell me
19   that this was going to happen and that, you know, his
20   statement was well, is there anything we can do to
21   help you through this.
22 Q  Mm-hmm.
23 A  So he made it quite clear that Tesoro knew there was
24   going to be an effect on me.
25 Q  Okay. And do you remember anything you told him at

6 (Pages 170 to 173)

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY
CASE NO. : A05-185CV (JKS)

DEPOSITION OF BENJAMIN H. OLDS, VOLUME II
DECEMBER 12, 2006

Page 174

1  that time?
2  A  Well, I told him that, you know, the -- the best thing
3     he could do for me at that point in time would be to
4     cancel my -- my dealer agreement and I just -- you
5     know, the -- there wa -- there was nothing in my mi --
6     that I could imagine that Tesoro would do for me at
7     that point in time to help me through that.
8  Q  Okay.
9  A  There -- there just -- well, it seemed like an empty
10    offer.
11 Q  All right. So other than to tell him you could cancel
12    my dealer agreement, you don t remember saying
13    anything else to him at that.....
14 A  That s it. That was the end of the conversation.
15 Q  Okay. And did you have any -- during the period of
16    time when you -- Manumitted was a dealer, did you have
17    any telephone calls with Mr. Evans about anything?
18 A  Well, near the end, we had -- we had telephone calls.
19    We had -- I -- I think I dealt with him directly
20    during  03 sometime on a credit card issue but I don t
21    -- I don t -- you know, I don t consider that a
22    contact about how s your business doing, what -- what
23    can we do to help you out, what s -- you know, or
24    showing any interest in -- in my business, per se.
25 Q  Okay.

Page 175

1  A  That was just ans -- answering a very infrequent
2     credit car -- or complaint from a credit card holder
3     and -- and I don t think -- I -- I may have had one or
4     two telephone calls with Jeff Evans over -- over my
5     trying to track down environmentally for us related to
6     consummating my sale to -- to Petro Star but that s
7     it.
8  Q  Okay. All right. And other than Jeff Evans, during
9     the period of time when Manumitted was a dealer, were
10    there any commun -- other communications you had with
11    any other representatives from Tesoro?
12       MR. MILLS: Just for clarification, are you
13 asking from  95 all the way through.....
14       MR. BERRY: Actually, that s a good question,
15 counsel. I m really interested during the period from 1999
16 on.
17 A  Okay. Ask the question again and then.....
18 Q  (By Mr. Berry) All right. From 1999 on when you were
19    only a dealer -- I mean you. I mean Manumitted was
20    only a dealer, did you, Mr. Olds, have any
21    communications with any other representatives from
22    Tesoro about anything that you can recall?
23 A  Well, there were e-mail communications that I think
24    are all produced and on the record now and -- all
25    right. So you re asking about either personal

Page 176

1     contacts or telephone contacts?
2  Q  Exactly.
3  A  I think I had several contacts with the credit
4     department in San Antonio during that time.
5  Q  Okay. And that would be Mr. Level?
6  A  You know, I -- I don t think I -- there may have been
7     one -- one phone call with Cal Level but the rest were
8     various people, you know, just normal course of things
9     and not -- a guy named Roberto, I think, and a
10    secretary down there that answers the phone.
11 Q  Okay.
12 A  I -- you know, that s -- that s my recollection.
13    There was very -- you know, and we were dealing on
14    specific issues then that were.....
15 Q  All right. So let me make sure I understand this.
16    You may have had -- you probably had a couple of
17    telephone calls with certain people in the credit
18    department in San Antonio but you don t -- you had no
19    distinct recollection of what was discussed during
20    those?
21 A  Well, we would just -- we would be talking about
22    scheduling EFT s, rescheduling EFT s, just, you know,
23    normal cour -- course of business stuff.
24 Q  Okay. And you mentioned e-mails and I have a few e-
25    mails to you and from you to various Tesoro people and

Page 177

1     I want to discuss those today but, to the best of your
2     knowledge, have you produced all the e-mails that
3     you -- in this litigation.....
4  A  Yes.
5  Q  .....that you had with anyone from Tesoro?
6  A  Yes.
7  Q  Okay. To the best of your knowledge, do you know
8     whether any of the e-mails that you may -- that you
9     had with Tesoro have been lost or destroyed over the
10    years?
11 A  I guess that s possible. I -- I -- you know, the --
12    what I -- what I did to -- I mean, especially back to
13     95 because we re -- you know, we just don t have
14    those computers anymore but, you know, for the
15    computers we -- that we do have we ve searched quite
16    thoroughly and, you know, and I -- I -- it s probably
17    possible that I used -- we were -- we went through a
18    lot of IT changes during that period and it s possible
19    that I may have sent an e-mail from my home computer
20    that is no longer in existence at some point in time
21    or thereabouts, so.....
22 Q  But, for the most part, you thought you kept
23    everything and they ve all been produced?
24 A  Oh, for the most part, I ve produced everything I
25    have.

Exhibit A
Page 10 of 20

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY  
CASE NO. : A05-185CV (JKS)

DEPOSITION OF BENJAMIN H. OLDS, VOLUME II  
DECEMBER 12, 2006

Page 190

1  Q  And Mr. Mills has represented you since then, is that
2     correct?
3  A  Yes.
4  Q  Okay. Or that firm or is that.....
5  A  Oh, the -- yeah, the firm.
6  Q  Okay. And when Harbor Fuels filed for bankruptcy in
7     1991, it owed certain money to Tesoro at that time, is
8     that correct?
9  A  Correct.
10 Q  And that was for unpaid or for product that had been
11    purchased that had not been paid for, is that right?
12 A  Correct.
13 Q  Okay. And I roughly recall it was about $3 million
14    that the company owed, is that correct?
15 A  Okay.
16 Q  And, ultimately, that resulted in some kind of
17    settlement agreement with Tesoro in bankruptcy
18    proceedings. Do you remember that?
19 A  I do.
20 Q  Okay. And the amount of the debt was identified and
21    it was reflected in certain promissory notes that were
22    entered into at that time, is that right?
23 A  Correct.
24 Q  And Tesoro wrote off some of the debt at that time as
25    well or at least acknowledged that -- decided not to

Page 191

1     proceed against certain amounts of the debt, is that
2     -- do you remember that?
3  A  I do.
4  Q  And do you remember how much they wrote off in debt at
5     that time?
6  A  It was about 750,000, I believe.
7  Q  Okay.
8  A  I -- that s the number that sticks in my head.
9  Q  Okay. And, again, this -- all this debt was for
10    gasoline, diesel, fuel products that had been
11    purchased from Tesoro but Harbor Fuels had been unable
12    to pay for, is that right?
13 A  Well, yes.
14 Q  Okay.
15 A  That s the -- that s what caused that bankruptcy to
16    happen.
17 Q  Okay. And then do you recall that as part of the
18    settlement agreement with Tesoro in the early
19    nineties, that you agreed or Harbor Fuels agreed that
20    they would make an attempt to try to sell its assets
21    or sell the company? Do you remember that?
22 A  I do.
23 Q  And did you make an attempt to sell the company at
24    that time?
25 A  Yes.

Exhibit A  
Page 1 of 20

Page 192

1  Q  Who did you contact in connection with the possible
2     sale of the company? And let me rephrase the
3     question. Did you higher a broker to help you sell
4     the company?
5  A  No.
6  Q  Okay. You did it all on your own?
7  A  Yes.
8  Q  Okay. Who did you contact?
9  A  Well, I -- I talked to Brad Fisher, Fi -- Fisher
10    Fuels, I talked to other -- I talked to Mapco to Ron
11    Cochran at Mapco. I looked for places where -- where
12    my business would fit the best and who -- who would be
13    the most interested and talked to them.
14 Q  Okay. And am I correct in assuming just to kind of
15    sum those whole thing up that you were unable to find
16    anyone who was either willing to pay for the company
17    or to pay for a good chunk of the company during that
18    period of time?
19 A  Correct. Well, neither -- either willing or able to.
20 Q  Okay. Did you find someone during this period who was
21    interested but you just couldn t agree on price
22    or.....
23 A  No.
24 Q  They just weren t interested at all?
25 A  Right.

Page 193

1        MR. BERRY: Well, let s -- before I get too
2     far afield, I ll start back in the beginning. I don t know
3     what this is, where d we leave off yesterday?
4        COURT REPORTER: This would be 11.
5        MR. BERRY: Okay. Well, let s just continue
6     from there. Thanks.
7        COURT REPORTER: Exhibit 11 marked.
8              (Deposition Exhibit 11 marked)
9  Q  (By Mr. Berry) Mr. Olds, I m handing you what s been
10    marked as exhibit 11. I think it s a copy of the
11    original distributor agreement between you and Tesoro
12    or Harbor Fuels and Tesoro, is that correct?
13 A  Yes.
14 Q  Okay. And I believe on page 11, it s signed by you,
15    is that right?
16 A  Yes.
17 Q  And you were then the president of the company?
18 A  Yes.
19 Q  And I take it that your other investors -- and I don t
20    remember their name -- there s a Mr. Grothe, Mr. Ken
21    Dam, Mr. Oswald -- they were no longer involved with
22    the company at that time?
23 A  No, they were at this time.
24 Q  Okay. Were they involved in the day-to-day operations
25    of the company?

11 (Pages 190 to 193)

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY  
CASE NO.: A05-185CV (JKS)

DEPOSITION OF BENJAMIN H. OLDS, VOLUME II  
DECEMBER 12, 2006

Page 194

1  A   No.
2  Q   They were, essentially, silent partners, so to speak?
3  A   Yes.
4  Q   Okay. You were in charge of the operations? I mean,
5      you were -- that was your job as well, right?
6  A   Yes.
7  Q   When you purchased Harbor Fuels in 1986, we talked
8      yesterday about various divisions of the company. Did
9      those various divisions exist in 1986?
10 A   They did not.
11 Q   Okay. So when it was purchased, it was just simply a
12     fuel distributor business?
13 A   Well, that's not entirely the case. The -- the
14     purchase of the business included a lease of a Tesoro
15     service station.
16 Q   Okay. And is that the old Tesoro service station in
17     Valdez?
18 A   It is.
19 Q   Okay. And it's the one that's across the street from
20     the new Tesoro station that was purchased from -- in
21     1995?
22 A   Yes.
23 Q   Okay. And that station is currently owned by Service
24     Oil and Gas, is that correct?
25 A   That station no longer exists.

Page 195

1  Q   It no longer exists. Is it just barren property?
2  A   I think the land is owned by Service Oil and Gas.
3  Q   Okay. And -- but it's barren property right now, is
4      that right?
5  A   Correct.
6  Q   Has the station been torn down?
7  A   Yes.
8  Q   And it's been remediated, do you know?
9  A   Yes, I did that myself.
10 Q   Okay. How many retail outlets did Harbor Fuels
11     Company serve when you bought the company in 1986, do
12     you remember?
13 A   Believe it was one.
14 Q   Okay.
15 A   I don't know.
16 Q   All right. So that would be the old Valdez station?
17 A   That was -- correct.
18 Q   Okay.
19     MR. BERRY: I've been asked to take a quick
20 break here so why don't we take a five-minute break, is
21 that.....
22 A   Yeah.
23     COURT REPORTER: Off record.
24     (Off record at 10:10 a.m.)
25     (On record at 10:27 a.m.)

Page 196

1      COURT REPORTER: Back on record.
2  Q   (By Mr. Berry) Okay, sir. With respect to exhibit
3      number 11 which is the distributor agreement, I don't
4      really remember if we talked about this at all but
5      this is the copy of the distributor agreement between
6      you and Tesoro, is that correct?
7  A   It appears to be, yes.
8  Q   Okay. Did Harbor Fuels have any agreement with other
9      refiners other than Tesoro at any time?
10 A   No.
11 Q   Did you ever seek a relationship with refiners other
12     than Tesoro at any time?
13 A   By relationship, you mean buy -- purchasing fuel?
14 Q   Purchasing fuel, exactly.
15 A   Yes, we did.
16 Q   Okay. And who was that with?
17 A   Well, it would -- and it would change off and on. We
18     never had a -- we never had a contractual agreement
19     with any other refiner but we had -- and we never had
20     supply agreements with any other refiner but we did
21     business with other refiners on case-by-case basis.
22     An example would be one year, the -- the Exxon --
23     Exxon had brought the EXXON BAY TOWN in from the ship
24     yard in -- somewhere in the orient and instead of
25     going to its home port first, it came directly to

Page 197

1      Valdez to load and it was short on fuel and the fuel
2      that they -- the sort of fuel that they wanted was not
3      available from Tesoro or from any -- any other place
4      but Map -- the Mapco refinery in -- in Fairbanks so we
5      arranged to buy -- I forget what it was, it was, I
6      think, about 80,000 gallons, 90 -- or close to 100,000
7      gallons, I believe it was, and trucked it down from
8      Fairbanks and loaded it on this tanker, number four
9      diesel and then when -- when the Petro Star refinery
10     opened in Valdez in 92, we began buying our heating
11     oil from Petro Star on an open account, no -- no
12     supply agreement.
13 Q   Okay. All right. Well, let's -- let me ask the
14     question differently then. Had you -- did the company
15     ever seek a branded or a distributor relationship with
16     another refiner to sell branded products of any kind?
17 A   No.
18 Q   Okay. And you mentioned the Tesoro refinery in Kenai,
19     correct?
20 A   Yes.
21 Q   Okay. And you mentioned that Mapco has a refinery in
22     Fairbanks, is that right?
23 A   That's correct.
24 Q   And that Petro.....
25 A   They used to have one. They -- they don't own it

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY  
CASE NO. : A05-185CV (JKS)

DEPOSITION OF BENJAMIN H. OLDS, VOLUME II  
DECEMBER 12, 2006

### Page 198

1         anymore.  
2 Q   Anymore, right, I think they sold it to Flint Hills.  
3 A   Right.  
4 Q   And Petro Star owns a small refinery in Valdez, is  
5         that correct?  
6 A   Correct.  
7 Q   Okay. Are there any other refineries that you know of  
8         in the State of Alaska?  
9 A   Well, Petro Star has one in Fairbanks.  
10 Q   Oh, okay.  
11 A   Exxon has one in Prudhoe Bay.  
12 Q   Small refinery.  
13 A   Right.  
14 Q   That, essentially, is for its operations.....  
15 A   Right. Right, yeah.  
16 Q   .....in Prudhoe Bay. Okay. To the best of your  
17         knowledge, was the product that you purchased from  
18         Tesoro refined in Alaska?  
19 A   To the best of my knowledge, it was.  
20 Q   Okay. And, in fact, paragraph one of the agreement  
21         makes reference to the fact that it s -- because it s  
22         located in Alaska and it s an in-state refiner, it s  
23         uniquely qualified to provide the citizens of Alaska  
24         with a dependable supply of quality products. Did you  
25         ever talk with anyone at Tesoro about where their

### Page 199

1         products were refined that you would ultimately sell  
2         or purchase?  
3 A   Did I ever talk to anybody that -- that would.....  
4 Q   Yeah. Right.  
5 A   .....that -- from Tesoro that represented to me  
6         that.....  
7 Q   Correct.  
8 A   .....where the products were refined?  
9 Q   That s right.  
10 A   Yes, I -- I think that, you know, way back in the  
11         eight -- in the -- in the eighties, Tesoro would have  
12         regular distributor meetings and -- and that was made  
13         clear.  
14 Q   Okay. Have you ever heard that Tesoro exports  
15         products, refined products, from its Kenai refinery to  
16         other places in the United States?  
17 A   Yes, I have.  
18 Q   You understood under the distributor agreement that  
19         you had the right to essentially brand other retail  
20         locations, is that correct?  
21 A   I -- I had the right to propose sites for retail  
22         branding.  
23 Q   Okay. And, in fact, do you remember that the -- under  
24         the agreement, exhibit 11, you were actually  
25         encouraged to do so?

### Page 200

1 A   Correct.  
2 Q   In fact, I ll direct your attention to paragraph 15-D  
3         of the agreement. It says Tesoro encourages  
4         distributors to establish as many Tesoro-branded  
5         operations as distributor and the sole exercise of  
6         good business judgment can effectively manage. Did  
7         you ever make attempts to locate additional or new  
8         retail outlets to serve as a distributor?  
9 A   Almost every day and I ll tell you, you know, this  
10        is -- this is one of the first issues that came up  
11        between Tesoro and I during the life of this  
12        agreement. In 1986 or shortly after this agreement  
13        was signed, Unocal decided to -- that -- to pull its  
14        retail brand from -- withdraw it from the State of  
15        Alaska and at the time, Harbor Fuel, as we ve  
16        established, was a distributor in the Valdez area and  
17        had one retail branded outlet. I believe in the  
18        meantime or -- or between the initiation of this  
19        agreement and the time period I m talking about now, I  
20        re-branded a Chevron marine dock in Valdez to to  
21        Tesoro.  
22 Q   Mm-hmm. So.....  
23 A   Up in Glennallen, 120 miles away, Service Oil was a  
24        branded Chevron distributor only. That was their only  
25        brand. Oh, excuse me, they were also a Unocal

### Page 201

1         distributor at that time and -- and owned a station --  
2         a large station in the Glennallen market that was  
3         Unocal under the Unocal brand so in the -- the  
4         immediate Glennallen area, there were probably nine  
5         Unocal stations who were losing their brand.  
6 Q   Mm-hmm.  
7 A   So I decided since I was the closest dist -- Tesoro  
8         distributor to that marketing area, that I would look  
9         into establishing my -- a part -- a new portion of my  
10        distributorship in the Glennallen area and I called  
11        Tesoro and asked them whether there was any reason why  
12        I should not do that and they said no so I proceeded  
13        with the acquisition of land, the building of a bulk  
14        plant and the insta -- installation of utilities and  
15        my marketing plan was to go up there and convert as  
16        many of those close-in nine Unocal stations to Tesoro  
17        as possible and so we invested the money, we -- we  
18        built the bulk plant and I went personally and talked  
19        to -- well, I -- I knew that I would never convert the  
20        -- the ser -- the Service Oil station but I talked to  
21        all the others and I submitted seven of the nine for  
22        branding. I wasn t -- and for a long time, I got no  
23        answer back from Tesoro and at the time, the marketing  
24        agent or the marketing guy who was assigned to me was  
25        a -- a fellow by the name of Stan Balsa who has been a

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY  
CASE NO. : A05-185CV (JKS)

DEPOSITION OF BENJAMIN H. OLDS, VOLUME II  
DECEMBER 12, 2006

Page 202

1  -- he had lived in Kodiak at the same time I had and I
2  -- I knew him fairly well and so finally after --
3  yeah, I was running out of time in that building
4  season. I needed answers. I needed to get signs
5  there, get signs put up before winter set in and after
6  a month and a half of badgering them for an answer on
7  the -- on these seven submittals, I finally pressured
8  Stan Balsa enough to give me an answer and -- and his
9  answer was that well, these seven stations have been
10 submitted by another distributor. Well, what other
11 distributor would that be and that s when he informed
12 me that -- that Service Oil was now a Tesoro
13 distributor and so here I had asked them for any -- is
14 there any reason why I should not do that, gone up and
15 invested the capital, converted those stations,
16 submitted them for re-branding and done my --
17 performed my duty as a distributor and Tesoro, you
18 know, out of thin air, created a new competitor for
19 me.
20 Q  Okay. So that would have been in the late 1980's, is
21 that correct?
22 A  Would have been 80 -- 87, 88 period -- time period.
23 Q  When Service Oil and Gas became a Tesoro distributor?
24 A  Yes.
25 Q  As well as a Chevron distributor.

Page 203

1  A  They retained their Chevron distributorship, yes.
2  Q  Okay. You understood that under this agreement, that
3  you didn t have any exclusive territory, is that
4  right? And I ll direct your attention to paragraph
5  five of exhibit 11.
6  A  I -- I certainly understood that I didn t have any
7  exclusive territory and.....
8  Q  And that meant, as far as you understood, that Tesoro
9  could establish another distributor who would compete
10 head-to-head with you, is that right, under paragraph
11 five?
12 A  Well, you know, that -- it doesn t explicitly say that
13 and I wouldn t explicitly -- I wouldn t even
14 implicitly assume that, you know, that -- that --
15 especially in light of the fact that I had telegraphed
16 my intentions to Tesoro, asked them if there was any
17 reason not to do it and gone and done it.
18 Q  Okay. Well, we since 1987 when Service Oil and Gas
19 became a Tesoro distributor -- you became aware that
20 that s how Tesoro interpreted that provision, is that
21 correct?
22 A  Yeah, to my great disappointment, I did.
23 Q  Okay. Did you ever brand any of those Glennallen,
24 Unocal stations as Tesoro stations?
25 A  Eventually I did.

Page 204

1  Q  Okay. At the peak -- well, what was the most retail
2  stations that you or Harbor Fuels Company had branded
3  as Tesoro? Did -- and I m not asking that very well
4  but let me just rephrase it. How many -- what was the
5  maximum number of retail facilities or branded retail
6  facilities that you serviced as a distributor?
7  A  What was the total number on a ma -- a maximum.....
8  Q  Well, the total -- the -- at any one time. I assume
9  the number fluctuated.....
10 A  It did.
11 Q  .....from 1986 until 1999 and I m trying to get a
12 sense of what was the largest number of retail outlets
13 that you served as distributor.
14 A  I m going to -- I m going to say probably around 14
15 would be the maximum at any one time.
16 Q  Okay. And what period of time was that when you had
17 -- when there were 14 retail outlets under your
18 control as distributor?
19 A  Well, it would have been during the  95- 99 time
20 period.
21 Q  Okay. And these were distributors that you had
22 located, hustled for trying to sell gasoline to them?
23 A  No, converted.
24 Q  Okay.
25     MR. MILLS: You mean deal -- dealers, not

Page 205

1  distributors.
2     MR. BERRY: Dealers, yeah.
3  Q  (By Mr. Berry) I m sorry, dealers.
4  A  Dealers. Yeah, we -- we either -- they either created
5  themselves and needed a brand or they were converted
6  from another brand or they were converted from Service
7  Oil or another distributor.
8  Q  Okay. So what I m trying to get a sense of is when
9  you were a distributor -- when Harbor Fuel Company was
10 a distributor, part of your job was out looking for
11 new dealers that you could sell gasoline to?
12 A  That was part of the whole distributorship
13 arrangement, yes.
14 Q  Okay. And, ultimately, you found 14 dealers or as
15 many as 14 dealers to service?
16 A  Yes.
17 Q  Okay. And these 14 dealers, I assume that you had
18 dealership agreements with them?
19 A  Yes.
20 Q  Who drafted the dealership agreements that you used
21 with these dealers?
22 A  Tesoro.
23 Q  Do you have copies of any of those?
24 A  We may. We may have in the -- the customer file for
25 that person. I d have to look.

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY  
CASE NO. : A05-185CV (JKS)

DEPOSITION OF BENJAMIN H. OLDS, VOLUME II  
DECEMBER 12, 2006

Page 206

```
 1   Q    Okay.
 2   A    I -- I can t swear to it but I -- we probably do.
 3   Q    Okay. And of these 14 dealers, did you sell a product
 4        to them, gasoline, diesel, under credit to any of
 5        them?
 6   A    Yes.
 7   Q    Okay. What were your credit terms?
 8   A    Our credit terms to them were the same as our.....
 9   Q    Whatever they were for Tesoro?
10   A    .....terms from Tesoro.
11   Q    Okay. Did you ever place any of those dealers on a
12        COD basis or cash before delivery basis?
13   A    Yes.
14   Q    And why -- under what circumstances would you do that?
15   A    Well, if they got outside of what my.....
16   Q    Comfort level was?
17   A    Yes.
18   Q    Did you ever have a dealer unable to pay for gasoline
19        or a product that you sold to it?
20   A    That was unable to pay.....
21   Q    For gasoline;
22   A    .....all of its accumulated bills?
23   Q    Yes, bills. Yeah.
24   A    Yes.
25   Q    Okay. So I take it part of your oh, role as a
```

Page 207

```
 1        distributor was that you would be on the hook, so to
 2        speak, for gasoline sales to your dealers, is that a
 3        fair statement?
 4   A    Correct.
 5   Q    There s a credit risk attached?
 6   A    There is, yes.
 7   Q    Okay. Were any of your financial problems caused in
 8        any way by the defaults by any of your dealers?
 9        MR. MILLS: When you say financial problems,
10   maybe time frame or.....
11   Q    (By Mr. Berry) Well, at any time, really, the
12        bankruptcy in 92 or later on when you accumulated
13        other debts to Tesoro, were any of those caused or
14        contributed in any way by your defaults by dealers?
15   A    I don t -- I don t believe so. I think, you know, for
16        -- for the most part, we were always able to work it
17        out, restructure it and eventually collect the money.
18        I mean, it would -- you had to strike a balance
19        between losing the ongoing volume and collecting the
20        money and -- and it was always -- you know, we -- we
21        would find creative ways to -- to get things worked
22        out. You know, if it was -- even if it was a matter
23        of collecting cents per gallon above in addition to
24        normal invoicing.
25   Q    Okay.
```

Page 208

```
 1   A    Per -- you know, stretched out basis but I -- no, I
 2        don t think that bad debt from dealers was ever a part
 3        of our problem.
 4   Q    Okay. With respect to the 14 dealers that you had or
 5        that Harbor Fuel Company had, did you pay for the
 6        branding of any of those 14 locations? And by
 7        branding, I mean, the trade dress, the signage.
 8   A    Well, as you probably know, Tesoro never sold its
 9        trade -- trade dress to anybody, they always retained
10        ownership of it regardless but there was -- I mean,
11        there were times when we install -- took -- took on
12        the expense of installing it that simply because the
13        -- well, for several reasons. One -- one is to
14        expedite the process and get -- you know, and not have
15        to wait for a sign company to come out from Anchorage
16        into the back country and put a sign up and that --
17        that was one reason we didn t. The other reason was
18        is that, you know, it -- it cost less for us to do it
19        ourselves than it would me to hire a sign company to
20        come out and hang a sign in Chestachena, Alaska, so we
21        did a lot of it ourselves and for -- you know, and it
22        was part of making a commitment to our dealer.
23   Q    Okay. All right. So let me make sure I understand
24        and I think we talked a little bit about this earlier.
25        From time to time, you would incur the cost to install
```

Page 209

```
 1        the signs at your dealers locations, is that right?
 2   A    Yes.
 3   Q    But in all instances, the signage, the trade dress,
 4        the canopies, whatever -- the dispenser fronts,
 5        whatever it may be, those items, the trade dress, were
 6        provided at no cost to you from Tesoro, is that right?
 7   A    The sign itself was, yes.
 8   Q    Okay. Was there any trade dress that you actually
 9        paid for, whether it be dispenser fronts, canopy, sign
10        pods, whatever it may be?
11   A    Well, that -- there were times when we paid for decals
12        and so forth but the -- I think that were part of the
13        trade dress but the signs themselves remained the
14        property of Tesoro.
15   Q    Okay. By the way, do you know who paid for the trade
16        dress items at the Captain Joe s when it was re-imaged
17        in 2003?
18   A    It s my understanding that Tesoro did.
19   Q    And what s that understanding based upon?
20   A    A -- I believe it s an AFE that -- that s been
21        produced that -- and a document.....
22   Q    Okay. So it was something in connection with this
23        litigation. You didn t hear about it as.....
24   A    No, no, in -- yeah, some -- yeah, it s connected with
25        this litigation.
```

Exhibit A  
Page 11 of 26

15 (Pages 206 to 209)

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY  
CASE NO. : A05-185CV (JKS)

DEPOSITION OF BENJAMIN H. OLDS, VOLUME II  
DECEMBER 12, 2006

Page 218

1   Q   Which is.....
2   A   Yeah.....
3   Q   .....I assumed is off-road diesel?
4   A   Yeah, it s just that -- yeah -- yeah, the tax name.
5   Q   Right, I understand a dyed person s undyed but it s
6       the same product.
7   A   Right. Right.
8   Q   And you purchased unbranded product from time to time
9       from Petro Star, is that correct?
10  A   Yes.
11  Q   Okay. And you actually bought unbranded product from
12      Petro Star which you sold in your Tesoro retail
13      location, did you not?
14  A   Yes.
15  Q   And you sold it as Tesoro branded product, is that
16      correct?
17  A   Yes.
18  Q   When did you first buy unbranded product from Petro
19      Star which you sold through your Tesoro gasoline
20      station at Valdez?
21  A   When did I fir -- so when did I first buy
22      gasoline.....
23  Q   From Petro Star.....
24  A   .....from Petro Star.
25  Q   .....that you sold to the public as branded Tesoro

Page 219

1       product through your gasoline station in Valdez.
2   A   It would have been -- I first bought it in -- I
3       believe it was August of 0 -- 03.
4   Q   Okay.
5   A   And -- and that was to get me by a weekend that
6       Service Oil couldn t deliver to me.
7   Q   Okay. Was the price of unbranded product from Petro
8       Star lower than the cost of branded product from
9       Tesoro?
10  A   I believe it was.
11  Q   Do you remember how mu -- what was the price
12      difference?
13  A   I don t.
14  Q   Do you have records of all the gallons of gasoline
15      that you purchased from Petro Star and sold at your
16      retail station as Tesoro branded product?
17  A   I do. I do.
18  Q   Do you know -- have a sense today of how many gallons
19      that was?
20  A   We -- we have a document right here. I -- it was -- I
21      don t remember the number of gallons but it was
22      probably in the neighborhood of 30 to 40,000 gallons
23      total.
24  Q   In 2003 or -- total over -- between 2003, 2004?
25  A   Well, August, 2003 to the end.

Page 220

1   Q   Okay. You did at some point kind of create a trade
2       debt with Petro Star, I think, of $40,000 or so at one
3       point. Do you remember that?
4   A   Thirty. Uh-huh (affirmative).
5   Q   And, actually, my understanding was is that they d
6       advised you that you wouldn t -- they wouldn t sell to
7       you on credit but they did anyway. You remember that?
8   A   No.
9   Q   You don t?
10  A   I -- I don t, no.
11  Q   Okay. Well, I m getting ahead of myself here. Look
12      to exhibit 11 just briefly on page eight and I m going
13      to direct your attention to paragraph 21-D-I and it
14      says Tesoro distributors shall work together to keep
15      all Tesoro symbols in good repair. However,
16      maintaining those symbols shall primarily be -- shall
17      be primarily the responsibility of distributor. Is
18      that what -- did you have an understanding what that
19      meant? I mean, is that what you were doing when you
20      were installing these signs?
21  A   No, I don t believe so. I -- I.....
22  Q   Did you, as a distributor, periodically go to your
23      dealers to do maintenance work on signs and trade
24      dress; touch up painting, that kind of thing?
25  A   Yes, we did.

Page 221

1   Q   Did Tesoro do that as well?
2   A   Yes, they did.
3   Q   Did there come a time when it stopped doing that?
4   A   Yes, it stopped in -- I can t remember the year but it
5       stopped somewhere around 2000, 2001, I -- I believe,
6       in that neighborhood and, you know, that s -- I was a
7       dealer then so I was just dealing with my station but
8       yes, it stopped and -- and it was -- and we did it
9       all. There was no working together on that.
10  Q   Okay. And so what had Tesoro done before then that
11      they stopped doing in 2000, 2001 sometime?
12  A   Well, they had a -- a pump -- a station maintenance
13      guy that would travel around the state year-round and
14      stop at Tesoro locations and do little things that
15      he -- I mean, he was never directed by us or by me to
16      do anything, he did items that he had been directed to
17      do by Tesoro and so he would pick some project that he
18      wanted to do while he was on site and -- and do it and
19      go on to the next station and do whatever he thought
20      needed to be done there.
21  Q   All right. And how many times would this -- do you
22      know this person s name?
23  A   I m trying to remember it. I don t right off the top
24      of my head.
25  Q   Okay. Were you ever present when he was there to do

Exhibit A  
Page 12 of 2U

18 (Pages 218 to 221)

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY
CASE NO. : A05-185CV (JKS)

DEPOSITION OF BENJAMIN H. OLDS, VOLUME II
DECEMBER 12, 2006

Page 226

1  a realistic idea of who was pulling what gasoline from
2  the local bulk plant, by the -- the Chaffins already
3  had records on Big Wheel Texaco so it was a matter of
4  just backing the numbers into the total picture in --
5  in Valdez. It was a pretty easy exercise.
6  Q  All right. So you -- from talking to the Chaffins,
7     you were able to ascertain, obviously, how much
8     gasoline was being sold from your location, the Valdez
9     Tesoro location, correct?
10 A  (No audible response).
11 Q  You got to say yes or no or.....
12 A  Well, by -- by doing what with the Chaffins? I
13    was.....
14 Q  Well, you knew, certainly, how much gasoline was being
15    sold from the Valdez Tesoro.....
16 A  Yes. Yes. Yes, I was.....
17 Q  .....because you -- that was one of your facilities?
18 A  Right.
19 Q  And the Chaffins had operated the New Town Chevron and
20    the Big Wheel Texaco, is that correct?
21 A  Correct.
22 Q  Okay. And the New Town Chevron is the location that
23    was right across the street from your location in
24    Valdez, right?
25 A  Correct.

Page 227

1  Q  And it became the new Tesoro Valdez location, correct?
2  A  Correct.
3  Q  So it was -- I understand it would be easy to
4     ascertain that information between the records you had
5     and the records that the Chaffins had. How did you
6     find out what Captain Joe s was selling?
7  A  I -- I think I just backed into it. I mean, we -- we
8     all -- I mean, we kind of knew how much gasoline came
9     into the -- well, this is  90 -- yeah, you know, the
10    gal -- you know, the gallons lost by -- I mean, we --
11    it was -- it was not an exact number. We didn t have
12    exact numbers, we just backed into it.
13 Q  Okay.
14 A  Or I did.
15 Q  At any rate, it looks like Captain Joe s was opened in
16    -- sometime between 1992 and 1993, is that a -- or
17    sometime after  92 and during  93, is that a fair
18    statement?
19 A  Yes.
20 Q  And my understanding is is when Captain Joe s opened,
21    it was branded as a Tesoro station, is that right?
22 A  Yes, it was and.....
23 Q  And if this information that you compiled is correct,
24    it looks like Captain Joe s was selling a substantial
25    amount of gasoline in  93 and  94 to the Valdez

Page 228

1     market. Is that a fair statement?
2  A  I wouldn t call it substantial.....
3  Q  Well, and again.....
4  A  .....but -- but there was -- but they was selling
5     gasoline into the market, yes.
6  Q  Okay. Well, it looks like they were selling -- let s
7     look at the  93 year. It looks like the largest --
8     who -- looking at this chart, who was the largest
9     seller, retailer of gasoline in Valdez?
10 A  Chevron station.
11 Q  And that would be the one that was across the street,
12    correct?
13 A  Yes.
14 Q  And the second largest would be what?
15 A  Would be Captain Joe s according to this.
16 Q  Okay. And that would be true for  94 as well.
17 A  And that -- yeah.
18 Q  Correct?
19 A  Yes.
20 Q  Okay. And it looks like the opening of Captain Joe s
21    had a impact, a significant impact on the gasoline
22    that was sold out of your facility. Is that a fair
23    statement in  93 and  94?
24 A  It appears that way, yes.
25 Q  Okay. Now, if your totals are correct in terms of

Page 229

1     gasoline sales in Valdez, it looks like the total
2     gallons of gasoline sold in Valdez declined from 1992.
3     Am I re -- or am I reading this check correctly?
4  A  That -- you re asking what -- that Valdez Tesoro
5     declined in  92 and  93?
6  Q  No, I m asking whether the total number of gallons of
7     gasoline sold in the Valdez market declined.....
8  A  Oh.
9  Q  .....from 1992 to 1994.
10 A  Not necessarily. The -- the graph is in dollars and
11    the price per gallon is lower.
12 Q  Oh, okay. That s a fair statement. Okay. So you d
13    have to know what the price was at any time.
14        MR. MILLS: Well, I think he s got it at the
15 top.
16        MR. BERRY: He s got the average.....
17 Q  (By Mr. Berry) Those are the average costs or prices?
18 A  Yes.
19 Q  And those are retail prices?
20 A  Yes.
21 Q  Did you ever have any pricing -- cost pricing for the
22    Valdez Tesoro station -- or, I mean, the Captain Joe s
23    station?
24 A  Well, let me point out a few things here.
25 Q  All right.

Exhibit A
Page 13 of 21