# VALDEZ AREA GASOLINE SALES

## BY STATION

3000000
2500000
2000000
1500000
1000000
500000
0
DOLLARS
1.45/GAL.
1.40/GAL
1.36/GAL
1992
1993
1994
YEAR
NEWTOWN CHEVRON
VALDEZ TESORO
BIG WHEEL TEXACO
CAPT. JOE'S

DATE 1/27/06 EX. 12
WITNESS Olds
METRO COURT REPORTING
(907) 276-3876

M 000333

Exhibit C
Page 1 of 2



# VALDEZ AREA GASOLINE SALES

## BY STATION

DOLLARS

3000000
2500000
2000000
1500000
1000000
500000
0

1.45/GAL.
1.40/GAL
1.36/GAL

1992
1993
1994
YEAR

NEWTOWN CHEVRON
BIG WHEEL TEXACO

VALDEZ TESORO
CAPT. JOE'S