# HARBOR FUEL COMPANY, INC.

RICHARDSON HWY. & LOOP ROAD

P.O. BOX 336 • VALDEZ, ALASKA 99686
TELEPHONE (907) 835-4363  FAX (907) 835-5315

April 10, 1995

**TESORO ALASKA PETROLEUM**

Attn: Cal Leavell

**VIA FACSIMILE**

Re: Newtown margins

Cal,
I went through this same exercise when I set the minimum projected margin at $.33 per gallon. My logic is as follows:

During the period of 1987 through mid 1993 the gross margins on gasoline sales at Newtown were at $.35 per gallon or above. I know this because I operated the Valdez Tesoro, just across the street. In 1993 and 1994 the margins fell to $.25 per gallon because of the opening of Captain Joe's, and both Newtown and Valdez Tesoro fought hard to preserve market share. Valdez Tesoro was the most aggressive in this price war. The price war is now over and margins have returned to $.35 per gallon and have been stable since Sept. of 1994.

The only actual pre-1993 data that I have is 1992, I have summarized the average margins for each year, and am including copies of the actual income statements of Newtown for 1992, 1993 and 1994.

Evaluation of the historical numbers: Newtown has always, (since 1987), stayed $.03 above the rest of the market. The historical costs of Newtown's product has been $.03 to $.05 above Tesoro's Valdez rack price, because it has been trucked to Valdez from the Chevron Anchorage terminal.

Future price competition:

The number of in town retail locations will be reduced from three to two by the proposed acquisition. In addition I believe that there is a good chance that if the acquisition takes place, that Harbor will become the distributor for Captain Joe's within a short period of time for the following reasons:
        Captain Joe's is now branded Tesoro.

        One of the owner's of Captain Joe's has just purchased one of the two auto parts supply stores in Valdez.

Newtown is the only auto repair facility in Valdez and therefore the largest single purchaser of auto parts in Valdez. Harbor also maintains a large fleet of vehicles. Neither Harbor or Newtown currently trade at this auto parts store.

M 000472

Exhibit D
Page 1 of 2

It seems reasonable that a mutually advantageous business arrangement can be negotiated so that Harbor can supply branded product to Captain Joe's, and Captain Joe's can supply auto parts to Harbor/Newtown. If so the likelihood of future price wars would be greatly reduced. I have not included any of the effects of this scenario in my projections.

Because of the nature of the facility and its place in the market, Newtown will always be the price leader in the present market. I feel that I will be able to maintain a $.33 margin at Newtown and that the maximum price differential that could possibly occur will be $.06, and the elasticity of this difference would cause a minimum volume of 900,000 gallons.

### MARGIN TODAY (Newtown)

| | |
|---|---|
| Pump price today | 1.419 |
| Ex-tax retail today | 1.136 |
| Ex-tax rack price today | .7983 |
| Margin today | .3577 |

### Summary of margins 1994

| | |
|---|---|
| Average pump price | 1.313 |
| Ex-tax retail | 1.049 |
| Average ex-tax rack price | .794 |
| Average margin 1994 | .255 |

### Summary of margins 1993

| | |
|---|---|
| Average pump price | 1.381 |
| Ex-tax retail | 1.117 |
| Average ex-tax rack price | .864 |
| Average margin 1993 | .253 |

### Summary of margins 1992

| | |
|---|---|
| Average pump price | 1.481 |
| Ex-tax retail | 1.217 |
| Average ext-tax rack price | .864 |
| Average margin 1992 | .353 |

M 000473

Exhibit D
Page 2 of 2