# LEASE TERMINATION AGREEMENT

This Lease Termination Agreement ("Agreement") is entered into this 23rd day of April, 1999 by and between Tesoro Alaska Company, formerly known as Tesoro Alaska Petroleum Company, ("Tesoro"), Harbor Fuel Co., Inc. ("HFC") and Benjamin H. Olds ("Olds").

RECITALS. The parties stipulate as to the correctness of the following:

A. Tesoro and HFC entered into that certain Distributor Lease Agreement dated May 31, 1995, a copy of which is attached hereto as Exhibit "A" and incorporated herein by referenced, pertaining to the lease by Tesoro to HFC of a Tesoro Service Station in Valdez, Alaska more particularly described as:

> Lot 1A, Block 33, Mineral Creek Subdivision, South Portion, according to Plat 93-10, Valdez Recording District, Third Judicial District, State of Alaska (the "Property").

B. Tesoro, HFC and Olds on or about April 23, 1999, entered into a certain Settlement and Conveyance Agreement ("Settlement and Conveyance Agreement") whereby the parties agreed that certain assets and collateral securing obligations owed by HFC and Olds to Tesoro would be conveyed to Tesoro or its designee, that the Distributor Lease Agreement would be terminated, and the Property would be conveyed to HFC on the terms set forth herein.

C. The rental obligations under the Distributor Lease Agreement are current as of April 22, 1999. Further rent obligations for the balance of the term of the Distributor Lease Agreement exist.

IN CONSIDERATION OF THE FOREGOING, the mutual covenants herein set forth and in the Settlement and Conveyance Agreement, and other good and valuable consideration, the receipt and sufficiency is herewith acknowledged, the parties hereto agree as follows:

1. <u>Termination of Distributor Lease Agreement and Conveyance of Property Subject to Deed of Trust</u>. At the Closing of the Settlement and Conveyance Agreement as therein defined, the following will occur:

   a)   The Distributor Lease Agreement shall be terminated.

Lease Termination Agreement        Page 1

Exhibit G
Page 1 of 3

TAC - 102067

b)  The Property shall be conveyed to HFC via a bargain and sale deed, with the title to the Property free and clear of liens and encumbrances except as follows: 1) the rights and reservations expressed in the applicable U.S. Patent or State of Alaska Patent, 2) the lien of current real estate taxes not yet due and payable, 3) usual and ordinary public utility easements for gas, electric, water, sewer, and other utility lines, 4) encroachments ascertainable by physical inspection of the Property, 5) those certain Urban Renewal Plans, Mineral Creek Project No. R-25, including the terms and provisions thereof, recorded July 18, 1965 in Book 52 at Page 92 of the Books and Records of the Valdez Recording District, and any amendments thereto, and 6) that certain Agreement by and between Copper Valley Electric Association, Inc. and Howard Chaffin and Nancy Chaffin recorded on April 14, 1992 in Book 116 at Page 359 of the Books and Records of the Valdez Recording District.

c)  HFC shall execute (and Olds shall guaranty) and deliver to Tesoro the following documents:

1)  A Promissory Note in the amount of $570,914.92 in the form attached to the Settlement and Conveyance Agreement as Exhibit H.

2)  A Deed of Trust covering the Property and securing the Promissory Note and that certain Direct Dealership Agreement dated Apr 23, 1999 also executed at the Closing of the Settlement and Conveyance Agreement. The Deed of Trust is in the form specified in the Settlement and Conveyance Agreement.

3)  A Security Agreement covering certain personal property associated with the Property and otherwise described therein in the form specified in the Settlement and Conveyance Agreement.

4)  Appropriate UCC-1 Financing Statements for filing and recordation in the Alaska UCC Office and in the Valdez Recording District, and

5)  A Mutual Hazardous Materials Indemnity Agreement in the form attached to the Settlement and Conveyance Agreement as Exhibit K.

d)  Olds shall execute a Guaranty Agreement in the form attached to the Settlement and Conveyance Agreement as Exhibit F.

2.  <u>Conditions Precedent to Effectiveness of This Agreement</u>. A condition precedent to the effectiveness of this Agreement is the Closing of the Settlement and Conveyance Agreement. Should such a Closing not timely occur, Tesoro and HFC shall

Exhibit G
Page 2 of 3

Lease Termination Agreement        Page 2

each be entitled to all of their respective rights and remedies under the Distributor Lease Agreement.

3. <u>Miscellaneous</u>. This shall be construed in accordance with the laws of the State of Alaska and shall be binding upon and inure to the benefit of the successors and assigns of the parties hereto.

|  |  |
|---|---|
|  | TESORO ALASKA COMPANY, formerly known as Tesoro Alaska Petroleum Company |
| DATED: April 23, 1999 | By: *[signature]*<br>Its: PRESIDENT |
|  | HARBOR FUEL CO., INC., also doing business as Wolverine Gas and Oil |
| DATED: April 23, 1999 | By: *[signature]*<br>Its: *President* |
| DATED: _____ | *[signature]*<br>Benjamin H. Olds |

94648.02

Lease Termination Agreement          Page 3

TAC - 102069