Case 3:05-cv-00185-TMB    Document 100-13    Filed 01/19/2007    Page 1 of 3

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY         DEPOSITION OF ROBIN L. CHAFFIN
CASE NO.: A05-185 CV                                           AUGUST 15, 2006

Page 1

```
         IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF ALASKA


MANUMITTED COMPANIES, INC.,    )
                               )
           Plaintiff,          )
                               )
vs.                            )
                               )
TESORO ALASKA COMPANY,         )
                               )
           Defendant.          )
                               )
_____) Case No. A05-185 CV (TMB)


             DEPOSITION OF ROBIN L. CHAFFIN
                   August 15, 2006

APPEARANCES:

        FOR PLAINTIFF:       MS. WENDY E. LEUKUMA
                             Dorsey & Whitney LLP
                             Attorneys at Law
                             1031 West Fourth Avenue
                             Suite 600
                             Anchorage, Alaska 99501
                             (907) 276-4557


        FOR DEFENDANT:       MR. CARL J.D. BAUMAN
                             Hughes Bauman Pfiffner
                              Gorski & Seedorf, LLC
                             Attorneys at Law
                             3900 C Street
                             Suite 1001
                             Anchorage, Alaska  99503
                             (907) 274-7522
```

Exhibit ___
Page 1 of 3

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY  
CASE NO.: A05-185 CV

DEPOSITION OF ROBIN L. CHAFFIN  
AUGUST 15, 2006

Page 10

1  Q   And from a -- kind of a work experience, sort of
2      resume chronology -- if you could bring that forward
3      up.....
4  A   Okay.
5  Q   .....to your work for Randy Bell?
6  A   In the fall of '76 my father and I bought a tire --
7      giant tire service business and from there we expanded
8      into a retail facility. We turned that into a gas
9      station and then we also purchased another gas station
10     in approximately '87,'86 -- '87, I'm not sure.
11     Somewheres (ph) about that time. So we owned two gas
12     stations, which we ran during the oil spill. In 1990
13     we sold the first one. It was called Big Wheel Tire
14     Service. And then approximately '95 we sold the last
15     gas station, which was New Town Chevron. And we sold
16     that to Tesoro. At that time I agreed to stay on in
17     management -- I wa- -- I was hired by Manumitted
18     Incorporated, Ben Olds. That was in the June of that
19     year, upon the opening of the station, and I agreed to
20     manage it for a year and I ended up staying five and a
21     half years and then I resigned.
22  Q  When did you resign, more specifically?
23  A  January of 2001.
24  Q  Okay. And what did you do then between -- and maybe
25     that is the answer that after you resigned in January

Page 11

1      of 2001 you went to work for R. Bell and Associates?
2  A   Yeah. I took about 10 months off and then I started
3      working for R. Bell. R. Bell's my brother-in-law. So
4      I have an opportunity to kind of come and go when I
5      want -- sometimes.
6  Q   Is he any relation to Robert Bell.....
7  A   No.
8  Q   .....and Associates, the surveyor?
9  A   Nope.
10 Q   Okay.
11 A   And my wife currently works for him, also.
12 Q   Well, let me ask a few questions with regard to Valdez
13     area service stations.
14 A   Okay.
15 Q   You mentioned that you and your father had
16     sort of worked in the direction of or evolved
17     or expanded into a gas station and -- is the
18     first gas station that you acquired the one
19     you later sold as Big Wheel?
20 A   Yes.
21 Q   Okay. And when you -- did you build that station from
22     ground up or did you acquire that as an existing
23     station?
24 A   We built it from ground up.
25 Q   And to whom did you sell Big Wheel?

Page 12

1  A   Benco Incorporated.
2  Q   How do you spell that?
3  A   B-e-n-c-o.
4  Q   And so far as you know there's no involvement by Ben
5      Olds in Benco, Inc.?
6  A   No.
7  Q   And did that become a Texaco branded station?
8  A   Yes. It did.
9  Q   You sold it in about 1990, you said --
10 A   I -- I'm not sure on a date. It's somewheres around
11     that time. I'm not -- not exactly sure.
12 Q   Okay.
13 A   I remember it was after the oil spill. That's why I
14     was thinking.
15 Q   Okay. Do you know approximately how long you operated
16     as Big Wheel Texaco?
17 A   The Benco Texaco or Big Wheel Texaco -- or when we
18     sold it you mean?
19 Q   Let me ask it this way. That is what I was trying to
20     head to is after you sold it, approximately how long
21     did that station continue to operate?
22 A   I'm guessing, and it's just a guess, of about six to
23     seven years. It could be eight years. I know they've
24     been out of business for several years.
25 Q   Where was the Big Wheel station located, address wise?

Page 13

1  A   It's .5 Richardson Highway. Approximately four miles
2      from downtown Valdez.
3  Q   And did you work, personally, at the Big Wheel station
4      when you were one of the owners?
5  A   Yes.
6  Q   I'm not trying to play undue memory games, but just as
7      a -- kind of a general recollection, could you
8      describe the, sort of the general categories of
9      customers that utilized Big Wheel service station?
10 A   We had a lot of the customers from the outlying area
11     and then the tourist industry was our -- was our
12     biggest sales.
13 Q   Why did you sell that station?
14 A   We had two stations at the time and my parents were
15     wanting to retire and -- and we could see that the --
16     that the business just wasn't there. It was just a
17     matter of time before it was going to start
18     struggling, in our belief. Along with that business
19     we all had a construction company that we did a lot of
20     snow removal contracts and we were getting a littl- --
21     spread a little thin and mom and dad were kind of
22     wanting to retire.
23 Q   Did you then, after the sale of Big Wheel, did you
24     then focus more of your personal energy on the running
25     of New Town Chevron?

Exhibit ᴊ  
Page 2 of 3

4 (Pages 10 to 13)

Case 3:05-cv-00185-TMB   Document 100-13   Filed 01/19/2007   Page 3 of 3

MANUMITTED COMPANIES, INC., vs. TESORO ALASKA COMPANY  
CASE NO.: A05-185 CV

DEPOSITION OF ROBIN L. CHAFFIN  
AUGUST 15, 2006

Page 18

1  Q   Was the canopy changed as Tesoro branded or pretty
2      much the same?
3  A   I believe it was pretty much the same. The canopy
4      didn't change at all. I do -- I believe new lighting
5      was put in.
6  Q   Since we're -- I'm in the general vicinity, time wise
7      of the sale of the business, let me --
8          COURT REPORTER: Exhibit 2 marked.
9          (Deposition Exhibit 2 marked)
10 Q   -- let me hand you Exhibit 2. It's kind of a lengthy
11     document. You're welcome to look through it. My
12     question is going to be whether this is a document
13     that bears your signature back at a -- there's little
14     numbering, TES43245 at the bottom. Kind of tiny font.
15 A   Yes, that's my signature.
16 Q   And is -- and the document's entitled Agreement for
17     Purchase and Sale of Real Property. So far as you
18     know, is this the principal sale document between the
19     Chaffin family members, Howard, Nancy, Rhonda and
20     yourself and Tesoro Alaska Petroleum Company?
21 A   As far as I know, yes.
22 Q   Sometimes these things have little exhibits and
23     attachments and I'm not at all purporting to represent
24     that this is the totality of the deal, but at least
25     for a signed agreement for the purchase and sale, this

Page 19

1      is it, correct?
2  A   Yes.
3  Q   And would it be a fair generalization that Tesoro took
4      on any responsibilities with regard to the
5      environmental condition of the property?
6  A   Yes, they assumed all responsibilities to the best of
7      my knowledge.
8  Q   I notice that there was a -- it says paragraph 22 near
9      the end of the document, page 8 of 11. There's a
10     prohibition against assignment: Buyer will not assign
11     this agreement without the prior written consent of
12     the sellers. Is that a provision that comes to mind
13     as one that you especially negotiated or was that more
14     in the nature of contract boiler plate, if you will?
15 A   I can't recollect on that one. I -- I'm not sure.
16 Q   Did you personally participate in the negotiations
17     that led to the closing of this sale?
18 A   I was somewhat involved. I really can't remember how
19     much I was involved on it.
20 Q   Who was the primary negotiator on your side?
21 A   It was probably my mom.
22 Q   And is that Nancy L.....
23 A   Yes.
24 Q   .....Chaffin?
25 A   Yes, Nancy.

Page 20

1  Q   And your father is Howard?
2  A   Yes.
3  Q   And your wife is Rhonda?
4  A   Correct. That -- to my recollection Nancy was the --
5      was the prime negotiator on it.
6  Q   Okay.
7          MR. BAUMAN: Let me go off the record for a
8  minute.
9      (Off record)
10     (On record)
11 Q   (By Mr. Bauman) When you acquired -- I'm jumping back
12     now, when you acquired the Big Wheel station -- and by
13     acquired you build it, what other service stations do
14     you recall being in operation in the downtown Valdez
15     or the outlying area?
16 A   There was a McDonald's Chevron, which was downtown
17     Valdez and there was also a Tesoro station, downtown
18     Valdez.
19 Q   Where was the McDonald's Chevron?
20 A   That was the one we purchased later on right at -- on
21     the corner of Egan Street, 100 Egan Street.
22 Q   So that's the one that later became New Town Chevron?
23 A   Correct.
24 Q   And the Tesoro station was located where?
25 A   It was right across the street from the McDonald

Page 21

1      Chevron.
2  Q   So was that known as the Valdez Tesoro or do you
3      recall?
4  A   I don't recall it. I just know it as a Tesoro
5      station.
6  Q   Do you know if that was owned by Ben Olds or --
7  A   It was owned by Harbor Fuel at the time.
8  Q   Any other stations in the area come to mind?
9  A   No, none (ph) other stations.
10 Q   Were there any outlets for either gasoline or diesel
11     that maybe didn't rise to the level of what you might
12     consider to be a service station, but nevertheless
13     were something that at least some individuals could
14     acquire fuel from?
15 A   They -- one of the camper parks put in a gas pump.
16     I'm not sure when that was. They did a small amount
17     of gas.
18 Q   Any others?
19 A   No, none -- no others.
20 Q   Okay. No card block type operations or anything like
21     that?
22 A   No.
23 Q   And when you were operating New Town Chevron, who in
24     your recollection were you in competition with?
25 A   At the time, the very beginning, it was the Tesoro

Exhibit J  
Page 3 of 3

6 (Pages 18 to 21)

METRO COURT REPORTING  
745 West 4th Avenue, Suite 425, Anchorage, Alaska 99501

907.276.3876                                           metro@gci.net