# STATE OF ALASKA

## DEPARTMENT OF LAW

### OFFICE OF THE ATTORNEY GENERAL

FRANK MURKOWSKI,
GOVERNOR

1031 WEST 4TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE:   (907)269-5274
FAX:   (907)278-7022

May 6, 2004

*VIA CERTIFIED MAIL # 7099 3220 0005 4899 8810*
*RETURN RECEIPT REQUESTED & FAX 279-5358*

Bankston, Gronning, Mills, Givens & Heaphey, PC
Registered Agent
Manumitted Companies, Inc.
601 W. 5th Ave, Ste. 900
Anchorage, AK 99501

      Re:    Manumitted Companies, Inc., *dba* Valdez Tesoro Service
                Station, Meals Ave, Valdez, Alaska,
                AGO File No. 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

Dear Registered Agent:

     The Alaska Department of Environmental Conservation (DEC) has referred this matter for the initiation of enforcement proceedings because DEC has not received any reply to its letter of March 17, 2004 concerning this facility's lack of compliance with state underground storage tank requirements.

     As detailed in the attached draft compliance order by consent, this facility is not in compliance with state underground storage tank laws. Since October 31, 2003, Manumitted Companies has failed to complete a third-party inspection of the underground storage tank system (USTs) as required by 18 AAC 78.017 and AS 46.03.405(1). DEC's records indicate that the USTs operations tag and registration approval expired on October 31, 2003. In addition, Manumitted has operated since January 1, 2003 without paying its required annual registration fees.

     18 AAC 78.017(1) forbids the owner or operator of an UST from allowing petroleum to be put in the UST unless a valid operations tag is in place. Manumitted's options to comply with the law are to either remove the underground storage tank systems and conduct a site assessment or to have the USTs inspected by a third party inspector and repaired to comply with UST operating standards. In either case, registration and proof of financial responsibility under 18 AAC 78.910 is required until the tanks are removed and the site certified as clean.

TAC - 101391

Exhibit L
Page 1 of 2

May 6, 2004
Page 2

Please contact Assistant Attorney General Breck Tostevin at (907) 269-5274 by May 14, 2004 to resolve this matter.

Sincerely,

GREGG D. RENKES
ATTORNEY GENERAL

By: *[signature]*

Breck C. Tostevin
Assistant Attorney General

BCT/cam
Enclosures:  DEC March 17, 2004 letter
Proposed Revised Compliance Order by Consent

cc:   David Allen, DEC

TAC - 101392

Exhibit L
Page 2 of 2