UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| MANUMITTED COMPANIES, INC., | ) | No. A05-185CV (JKS) |
| Plaintiff, | ) | |
| vs. | ) | |
| TESORO ALASKA COMPANY, | ) | |
| Defendant. | ) | |

**DECLARATION OF DON REESE**

I, Don Reese, declare as follows:

1. I joined Tesoro in 1998 as Manager – Branded Jobber Program. My responsibilities included the development and expansion of the Tesoro brand in Alaska and the Pacific Northwest. I currently hold the position of General Manager – Marketing Services, and I am responsible for all of the infrastructure necessary to support the Tesoro brand and its development, in all geographic regions.

2. There are currently approximately 100 branded Tesoro retail stations in Alaska. Approximately two-thirds of these locations are supplied and established by an independent jobber. The remainder are either company owned and operated (mostly in the greater

DECLARATION OF DON REESE -- 1

No. A05-185CV (JKS)

m35414-814526.doc

1  Anchorage, Kenai and Fairbanks areas) or independently operated by a dealer with a dealer or
2  franchise relationship with Tesoro.

3      3.    Beginning in the late 1990's, as Tesoro was expanding its traditional base of retail
4  operations in the Pacific Northwest and other areas as a result of its acquisition of refineries in
5  Washington State, California, Utah, and North Dakota, Tesoro began to look to the development
6  of a new mark and trade dress to identify its stations and the branded gasoline sold at those
7  stations in the areas in which Tesoro did business. The following photograph illustrates this
8  Tesoro look at one of the few stations utilizes this look in Alaska:



    4.    In Alaska, however, Tesoro Alaska has had and utilized its own distinctive look for a long period of time. Indeed, far longer than I have been with Tesoro. The following photographs taken during a recent survey of sites illustrate forms of the traditional Tesoro Alaska dress:

DECLARATION OF DON REESE -- 2

No. A05-185CV (JKS)

m35414-814526.doc





DECLARATION OF DON REESE -- 3

No. A05-185CV (JKS)

m35414-814526.doc



5.     Tesoro has invested millions of dollars to create consumer awareness and to promote its brand in Alaska, and because of this, and our long time usage of the traditional Tesoro Alaska trade dress in Alaska, we thought long and hard about whether to utilize the new look in Alaska at all. Beginning in 1998, we did begin to use the modified look at some of our company owned outlets. Nonetheless, because of the public's recognition of the traditional look, even at these locations, a traditional Tesoro Alaska sign remained part of the freestanding sign assembly.

6.     The introduction of the modified trade dress in Alaska has been slow. As of the Spring of 2003, only three independent dealer sites in Alaska were using the modified trade dress (and this includes Captain Joe's). The number is not significantly greater even now. In fact, as

DECLARATION OF DON REESE -- 4

No. A05-185CV (JKS)

m35414-814526.doc

of January 1, 2007, only 4 of 67 independent dealer sites in Alaska are using the modified trade dress (sites in Valdez (Captain Joe's), Big Lake, Nome, and Wasilla).

7.  I am aware that in the Spring of 2003, Captain Joe's, a dealer of Service Oil & Gas, completed improvements to its Valdez location. This site is one of the few independent dealer sites in Alaska using the modified Tesoro trade dress. Other than with the filing of this lawsuit, I have heard of no complaints by Mr. Olds regarding Captain Joe's use of the modified trade dress or his use of the traditional trade dress. I certainly know of no request by Mr. Olds to re-image his Valdez station.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8TH day of January, 2007.



Don Reese

DECLARATION OF DON REESE -- 5

No. A05-185CV (JKS)

m35414-814526.doc

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DECLARATION OF DON REESE was filed and served via the Court's ECF system on the 19th day of January, 2007 to:

Michael R. Mills
Wendy Leukuma
Dorsey & Whitney LLP
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501
mills.mike@dorsey.com
leukuma.wendy@dorsey.com

Dated this 19th day of January, 2007.

                                          /s/ Douglas C. Berry
                                          Douglas C. Berry