Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>　　　　　　　Defendant. | Case No. 3:05-cv-0185-TMB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

In order to allow the parties to focus on settling this dispute without incurring potentially unnecessary litigation costs, Manumitted Companies, Inc. requests an extension of time until February 20, 2007, to file its opposition to Tesoro Alaska Company's Motion for Partial Summary Judgment.  The opposition is currently due on February 6, 2007 (i.e., the same day as the parties' settlement conference with Judge Holland).  Counsel for Tesoro Alaska Company does not oppose this extension of time.

DATED this 5th day of February, 2007, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.


By: ___/s/ Wendy E. Leukuma___
Michael R. Mills, ABA #8911074
Wendy Leukuma, ABA#0211048
Dorsey & Whitney LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK  99501-5907
(907) 276-4557
mills.mike@dorsey.com
leukuma.wendy@dorsey.com

CERTIFICATE OF SERVICE
This certifies that on the 5th day of February, 2007,
a true and correct copy of the document was served on:

Douglas C. Berry
K. Michael Fandel
Graham & Dunn PC
Pier 70, Suite 300
2801 Alaskan Way
Seattle, Washington  98121

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


/s/ Wendy E. Leukuma
Wendy E. Leukuma
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Unopposed Motion for Extension of Time          MANUMITTED COMPANIES, INC. v. TESORO ALASKA COMPANY,
Page 2 of 2                                                                                          A05-185 CIV