Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| MANUMITTED COMPANIES, INC. | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 3:05-cv-0185-TMB |
| TESORO ALASKA COMPANY, | **ORDER GRANTING EXTENSION OF TIME** |
| Defendant. | |

This matter having come before the Court on Plaintiff's Motion for an Extension of Time,

IT IS HEREBY ORDERED that Plaintiff's motion is granted. Plaintiff shall have until February 20, 2007, to file its opposition to Tesoro Alaska Company's Motion for Partial Summary Judgment.

DATED: _____          _____
                                          U.S. District Court Judge

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CERTIFICATE OF SERVICE
This certifies that on the 5th day of February, 2007,
a true and correct copy of the document was served on:

Douglas C. Berry
K. Michael Fandel
Graham & Dunn PC
Pier 70, Suite 300
2801 Alaskan Way
Seattle, Washington  98121

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ Wendy E. Leukuma
Wendy E. Leukuma
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Order Granting Extension of Time                                MANUMITTED COMPANIES, INC. v. TESORO ALASKA
                                                                                                                        COMPANY,
Page 2 of 2                                                                                                        A05-185 CIV