**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>MANUMITTED COMPANY INCORPORATED</u>   v.   <u>TESORO ALASKA COMPANY</u>

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.  <u>3:05-CV-0185-TMB</u>

<u>Deputy Clerk</u>                         <u>Official Recorder</u>

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    A settlement conference was conducted in this case on February 6, 2007. The case did not settle.

    The settlement judge does not believe that the filing of amended pleadings, the pendency of a motion for summary judgment, or the incompleteness of discovery adversely affected the parties' ability to participate fully and meaningfully in settlement discussions. However, the fact that the parties have not previously had any meaningful settlement discussions amongst themselves did appear to have an adverse effect upon settlement discussions. The settlement judge intends on making one or more significant changes in the procedures for settlement conferences in civil cases.