Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC.<br><br>                   Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>                   Defendant. | Case No. 3:05-cv-0185-TMB<br><br>**NOTICE OF SETTLEMENT** |

      Manumitted Companies, Inc., by and through counsel, gives notice to this Court of a settlement in the above-entitled action.  The parties have agreed on settlement terms and are currently in the process of drafting settlement documents and obtaining necessary approval from the Bankruptcy Court.  Once all necessary approvals have been obtained, this case will be dismissed with prejudice.  No further action is needed or warranted in this case during the period the settlement is being finalized.

DATED this 22nd day of March, 2007, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.

By: /s/ Wendy E. Leukuma
Michael R. Mills, ABA #8911074
Wendy Leukuma, ABA#0211048
Dorsey & Whitney LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK  99501-5907
(907) 276-4557
mills.mike@dorsey.com
leukuma.wendy@dorsey.com

CERTIFICATE OF SERVICE
This certifies that on the 22nd day of March, 2007,
a true and correct copy of the document was served on:

Douglas C. Berry
K. Michael Fandel
Graham & Dunn PC
Pier 70, Suite 300
2801 Alaskan Way
Seattle, Washington  98121

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ Wendy E. Leukuma
Wendy E. Leukuma
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557