Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MANUMITTED COMPANIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESORO ALASKA COMPANY, <br><br> Defendant. | Case No. 3:05-cv-185-TMB <br><br> **STATUS REPORT** |

Pursuant to direction of the Court in its March 27, 2007 Minute Order, plaintiff hereby informs the court that the parties have reached a tentative settlement, however, a final agreement has not been executed.  As soon as the form of settlement agreement has been accepted by the parties, it will need to be served on creditors of Manumitted's bankruptcy estate for final approval.  Creditors will have 20 days to file objections, if any.  Assuming that no objections are received, Plaintiff expects that the settlement will be approved by the bankruptcy court within the next 60 days.  Upon approval by the bankruptcy court, this case will be dismissed by the parties.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

DATED this 26th day of April, 2007, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for Manumitted Companies, Inc.

By: s/Michael R. Mills
Michael R. Mills, ABA No. 8911074
Wendy E. Leukuma, ABA No. 0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501
Phone: 907-276-4557
Fax: 907-276-4152
Email: mills.mike@dorsey.com
Email: leukuma.wendy@dorsey.com

CERTIFICATE OF SERVICE

This certifies that on this 26th day of April, 2007, a copy of the foregoing was served on the following electronically:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503

    s/Michael R. Mills

4836-4418-2785\14/26/2007

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STATUS REPORT
Page 2 of 2

*MANUMITTED COMPANIES v.*
*TESORO ALASKA CO.*
Case No. 3:05-cv-185-TMB