Michael R. Mills, Esq.
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Manumitted Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| MANUMITTED COMPANIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TESORO ALASKA COMPANY,<br><br>Defendant. | Case No. A05-185CV (TMB)<br><br>STIPULATION FOR DISMISSAL OF CASE |
|---|---|

The parties to this case hereby notify the court that they have reached a settlement resolving all issues in this litigation, which has been approved by the U.S. Bankruptcy Court for the District of Alaska.  In light of the settlement, the parties hereby stipulate to the dismissal of this case with prejudice.  Each party shall bear its own attorneys' fees and costs.

DATED:   September 24, 2007		DORSEY & WHITNEY LLP

					By:	/s/ Michael R. Mills
						Michael R. Mills
						ABA # 8911074
						Attorneys for Manumitted Companies, Inc.
						1031 West Fourth Avenue, Suite 600
						Anchorage, AK 99501-5907
						Telephone:   (907) 276-4557
						Facsimile:    (907) 276-4152

DATED:  September 24, 2007		HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC

					By:	/s/ Frederick J. Odsen
						Frederick J. Odsen
						ABA # 7906043
						Attorneys for Tesoro Alaska Company
						3900 C Street, Suite 1001
						Anchorage, AK  99501
						Tel:  (907) 263-8255
						Fax:  (907) 263-8320

**Certificate of Service**
I hereby certify that a copy of the foregoing was served September 24, 2007 on the following entities by electronic notice:

Frederick J. Odsen
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503

/s/ Michael R. Mills
Michael R. Mills

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

STIPULATION FOR DISMISSAL OF CASE   MANUMITTED COMPANIES v. TESORO ALASKA CO
                                     Case No. A05-185CV (TMB).
Page 2 of 2                          4814-8714-2145\1\476962\00002
4814-8714-2145\1\476962\00002