IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MANUMITTED COMPANIES, INC.,

                Plaintiff,

vs.

TESORO ALASKA COMPANY,

                Defendant.

Case No. 3:05-cv-185-TMB

**ORDER DISMISSING CASE**

After consideration of the Stipulation for Dismissal of Case filed by the parties, and good cause having been shown,

IT IS HEREBY ORDERED that this case is dismissed with prejudice. Each party shall bear its own attorneys fees and costs.

ENTERED this _____ day of _____, 2007, at Anchorage, Alaska.

_____
TIMOTHY M. BURGESS
United States District Court Judge

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER DISMISSING CASE        *MANUMITTED COMPANIES v. TESORO ALASKA CO.*
Page 1 of 1        Case No. 3:05-cv-185-TMB