IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MANUMITTED COMPANIES, INC.,

                    Plaintiff,

vs.

TESORO ALASKA COMPANY,

                    Defendant.

Case No. 3:05-cv-185-TMB

**ORDER DISMISSING CASE**

After consideration of the Stipulation for Dismissal of Case filed by the parties, and good cause having been shown,

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

Each party shall bear its own attorneys fees and costs.

ENTERED this 26th day of September, 2007, at Anchorage, Alaska.

                      /s/ Timothy M. Burgess
                      TIMOTHY M. BURGESS
                      United States District Court Judge